IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 20 A 9:59

*Dean Effarage Jarnow, #111719* )
Full name and prison number )
of plaintiff(s) )
)
v. )
*Former Commissioner, Donald Campbell* )   CIVIL ACTION NO. 2:06CV360-D
*Warden, Gwendolyn Mosley* )   (To be supplied by Clerk of
*Captain Knox; Jarrah 3rd Shift Com-* )   U.S. District Court)
*mander Sgt. Bryant; ICS officers* )
*Roger & Bland; Officer Wagner;* )
*Mental Health Nurse Flowers; Mr.* )
*Mitchell; Dr. Banerjee; Nurse Ewing* )
*Nurse McKennon; L. Lawence, RN HAS* )
*Officer Caldwell et al., Each in their* )
*individual capacities acting under color of law* )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) *Dean Effarage Jarnow, #111719*

            Defendant(s) *Dr. Marvin West (Dentist) et, al.*

        2.  Court (if federal court, name the district; if
            state court, name the county) *United States District
            Court For The Middle District of Alabama*

3. Docket number _Civil Action Number: 00-D-1673-N_

4. Name of judge to whom case was assigned _Hon., Ira DeMent, United States District Judge & Hon. Vanzetta Penn McPherson, United States Magistrate Judge._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Settle Agreement — During some of the unlawful acts of intimidation._

6. Approximate date of filing lawsuit _December 7, 2000_

7. Approximate date of disposition _May 17, 2005_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Center, 200 Wallace Drive Clio, Alabama 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling and Kilby Correctional Center, P.O. Box 150 Mt. Meigs, Alabama 36057_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                                 ADDRESS

1. _Each of the known defendants are_
2. _located at Easterling Correctional Center_
3. _except officer Caldwell and L. Lawrence RN_
4. _HAS when are located at Kilby Correctional_
5. _Center, and I am uncertain where the_
6. _former Commissioner, Donald Campbell, is located._

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _I've endured the on coming violations from April 19, 2005 through April 17, 2006 — while seeking administrative relief for similar violations before and after latter said dates._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I am stating a First Amendment claim because the defendants are administratively and individually retaliating against me — unlawfully — because of the lawsuit I filed against Dr. West._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and person involved.)

Before April 19, 2005 I documentally wrote several letters to my attorney complaining of CMS and DOC officers and personel purposefully violating my First Amendment right, and during April 19, 2005 I was unfairly and purposely transferred to the Kilby Correctional Center on the pretext that I was scheduled to appear in the United States Court in Montgomery, Alabama — where the said magistrate judge issued and vacated a misleading Court Order for "PERSONeL" the reclusive purpose of fabricating the pretext for the defendants subordinate to intimidate and/or threaten me at Kilby Correctional Center — and the evidence, too, is documented.

GROUND TWO: In like manner, of the aforesaid, I am stating an Eighth Amendment claim against the said defendants in this cause for violating my rights to be free from Cruel and unusual punishment — both physically and mentally.

SUPPORTING FACTS: I've been as tolerant as one may expect from one in my predicament, and on more than one occasion I've informed the defendants-in this matter- of my constitutional rights and/or the unfair and unlawful depriving situations in which I was-and am- being placed, but now they don't respond in writing or otherwise to my complaints. I am a diabetic in need of dental services, and it is absolutely cruel for the defendants to deny me a transfer and dental services from another dentist because I- with legitimate concerns— refuse to accept dental services from a dentist of whom I have prosecuted in this Honorable Court for nearly five (5) years. The question is will you sue a dentist then sit in his chair?

GROUND THREE: Unlawful search and seizure by Prison Health Service personel have obtained store/canteen receipts from my PMOD account without my permission, and in violation of my Fourth and Fourteen Amendments rights.

SUPPORTING FACTS: The diabetic educators have shown me several of my canteen receipts from my PMOD account though I didn't give this company permission to obtain this financial information. Because I have A1C exams, other laboratory exam, and they can make recommended food choices. They do not examine all inmates PMOD accounts, and simply because I am a diabetic doesn't give them the right examine my store receipts.

And Ms. Blakley has forward my mail "Return to Sender" without granting me the slightest notice — legal mail too — though many of us-in this small center- are moved to three (3) dormatories within 3 to 4 months periods.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

This is a United States matter, but I am being illegally retaliated against for initiating the process at this junction; therefore, I am requesting Federal protection until this matter is finalized or should be finalized. I am hereby demanding — as a matter of right — a trial with a jury. If the defendants are found guilty and can't be terminated without the possibility of being re-employed, I am requesting $970,000.00 in damages — paid to the order of whomever I choose.

Dean Effarage Jarrow, #111719
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 18, 2006.
              (Date)

Dean Effarage Jarrow, #111719
Signature of plaintiff(s)