IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DEAN EFFARAGE FARROW, #111 719     *

    Plaintiff,     *

    v.     *     2:06-CV-360-ID

FORMER COMMISSIONER,     *
DONAL CAMBPELL, *et al.*,
         *

    Defendants.

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Easterling Correctional Facility in Clio, Alabama, filed this 42 U.S.C. § 1983 action on April 20, 2006. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before May 11, 2006 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Easterling Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 27th day of April 2006.

                        /s/ Vanzetta Penn McPherson
                        VANZETTA PENN MCPHERSON
                        UNITED STATES MAGISTRATE JUDGE