IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 18 A 9:30

_Dean Effarage Jannow #111719_ )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. _2:06-CV-360-ID_
)   (To be supplied by Clerk of
_Donal Campbell, Former Commissioner_ )   U.S. District Court)
_Gwendolyn Mosley, Warden_ )
_L. Lawrence, RN HSA_ )
_Captain Knox_ )
_Sgt. Bryant, Shift Commander_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) _et. al (See attached sheets)_ )

**AMENDED COMPLAINT**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (X)  NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (X)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _Dean Effarage Jannow, #111719_

         Defendant(s) _Dr. Marvin West (Dentist) et. al._

      2. Court (if federal court, name the district; if state court, name the county) _United States District Court for the Middle District of Alabama_

3. Docket number _Civil Action No. 00CV 1673-D_

4. Name of judge to whom case was assigned _Senior United States District judge Ira DeMent_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _neither. The case was settled (supposably)._

6. Approximate date of filing lawsuit _December 7, 2000_

7. Approximate date of disposition _May 9, 2005_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Center Clio, Alabama 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Center Mt. Meigs, Alabama and Easterling Correctional Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                              ADDRESS

1. _Donal Campbell, former Commissioner_  _101 S. Union St Montgomery, AL 36130_
2. _Gwendolyn Mosley, Warden_  _200 Wallace Dr. Clio, Al 36017_
3. _L. Lawrence, RN HSA_  _P.O. Box 150 Mt. Meigs, AL. 36057_
4. _Captain Knox_  _200 Wallace Drive Clio, AL 36017_
5. _Sgt Bryant 3rd shift former Commander_  _200 Wallace Dr. Clio, AL 36017_
6. _et, al._

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _During April 19, 2005 and extending through under said date: May 16, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _under the directions of Donal Campbell, in his individual capacity while serving under color of state and federal law, the defendants illegally retaliated against the plaintiff (Darrow)._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

During November 17, 2005 I (Jarrow), in fear for my life, safety, and freedom, forward a letter to said defendant requesting his assistance to free me from the illegal retaliation of his subordinates. The defendants neglected my complaints, and failed to remedy the wrong.

GROUND TWO: My retaliation claim, hereupon, consist of other relative unconstitutional violations, retaliatorily.

SUPPORTING FACTS: Sometimes prior, and from April 19, 2005 until this junction, I am being victimized as a result of the defendants' "administrative" illegal acts against me for filing a §1983 lawsuit — illegal retaliatory acts which consist of unfair (illegal) transfers, threats, slander, and absolute disregard for the cruel unlawfulness of it.

GROUND THREE: The medical (dental) staff members are retaliating against me as a result of said lawsuit.

SUPPORTING FACTS: I filed a lawsuit against Dr. Marvin West (Dentist), and for over four (4) years the defendants struggled to keep the case from going before a jury. After settling the matter out of court, I am mentally unable to accept dental treatment from other in the presence of said dentist. Because of my lawsuit and fears of accepting treatment from a dentist I sued, DOC officials and Prison Health Services Incorporated officials are retaliating against me by refusing to allow other DOC dentists to treat me, and by refusing to transfer me to a safer prison. I am diabetic.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Provide me protection until I process my claim as far as I am permitted to by law; Grant me a jury trial in another district; Exterminate the defendants employment, permanently, and award $970,000.⁰⁰ to whomever I choose.*

*Dean Estarage Farrow, #111719*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *May 16, 2006*.
(Date)

*Dean Estarage Farrow, #111719*
Signature of plaintiff(s)

<u>The oncomings are Sheets of Facts Jarnow (the plaintiff in Civil Action No. 2:06-CV-360-ID) wish to attach to said styled cause.</u>

Jarnow is unable to obtain the names of all of the defendants he should and wish to amend to this cause, and in like manner, Jarnow shall enter a motion respectfully requesting this Honorable Court to enter an Order requiring the defendants to submit the identification of their codefendants, and Jarnow is purposed to submit a motion respectfully requesting this Honorable Court for preliminary injunction; therefore, Jarnow is herein submitting the oncoming statement of the facts in the same above said styled cause, and humbly plea this Honorable Court enter an Order in accordance.

Jarnow filed a pro se §1983 action against dentist, nurse, and dentist supervisor (of Correctional Medical Services, Incorporated — employed by the Alabama Department of Correction) during December 4, 2000 (Cite as: 320 F. 3d 1235). After several years and a number of procedural processes, during January 31, 2005 the Honorable Senior Judge Ira DeMent enter-

ed an order inserting, too, that, "This case shall proceed to trial."...

It was at the latter said junction I'd be forced to face the harshest forms of illegal retaliation in said matter since I attempted to acquire dentures from the said.

During March 7, 2005 the Honorable Magistrate McPherson, in conflict with the Honorable Judge DeMent's order, entered an order setting the said case for a non-jury evidentiary hearing, and etc.

Jarrow's Counsel filed a motion (March 21, 2005) respectfully requesting this Honorable Court's Magistrate Judge to vacate said conflicting order, and during March 22, 2005 the Honorable Magistrate Judge McPherson vacated said portion of the said order which required that Jarrow shall be produced for a "pretrial (telephone) conference and transported to This Honorable Court for an evidentiary hearing set for 27 April 2005.

However, the defendants in this current styled cause failed to comply with this Honorable Court's order of March 22, 2005, and misused said order as a retaliatory tool by transferring Jarrow to the Kilby Correctional Center for the reclusive purpose of

page 2 of 3

intimidating, harassing, and threating Farrow for filing said pro se §1983, April 19, 2005, etc.

Therefore Farrow has suffered illegal retaliation at said junction, and throughout, even until this junction, and is prepared to present his claim with a fair opportunity to do so.

The retaliative acts occurred in the same district, at two (2) institutions, and for the same reasons — including some of the same defendants and other ~~unconstitutional~~ violations.

As a result of the aforesaid Farrow plea this Honorable Court shall grant him a fair opportunity to present his claim against the defendants in this cause — 2:06-CV-360-ID.

Respectfully Submitted
This 16th day of May 2006
Dean Effarage Farrow
#111719