In The United States District Court
For The Middle District of Alabama
Northern Division

Dean Effarage Jarrow, #111719
    Plaintiff

V.                                                          2:06-CV-360-ID

Former Commissioner,
Donal Campbell, et al.,
    Defendants

## Objection To Recommendation

This Honorable Court has recently entered a recommendation that Plaintiff's (Jarrow) motion for preliminary injunction is due to be denied before a motion for a preliminary injunction has been properly filed in said case (Doc#: 5-1).

Jarrow must acquire information from the Defendants' record before the burden of persuasion as to all prerequisites may be satisfied, and if this Honorable Court fails to retain Jarrow's right to properly and/or formally file a requisition for said relief once Jarrow has acquired said information, this Honorable Court

1 of 4

shall err; thus, by prejudicing against Jarrow's cause of action, and in like manner, place Jarrow at risk for more harm.

In the same said manner, Jarrow is unsure of which part of the record this Honorable Court is construing as a "motion for a preliminary injunctive relief order" in this case.

Jarrow has not been informed of this Honorable Court's document identification system and/or document number(s) assigned the document(s) Jarrow has currently filed in this Honorable Court.

Jarrow, as a result of the latter said, is unable to identify: (1) which document(s) is construed as "Doc no. 1"; and (2) specify which part of said document(s), construed as a formal motion for a preliminary injunction, is being referred to.

## Conclusion

Jarrow has expressed intention to _formally_ request a preliminary injunction because he hasn't formally or properly filed said motion at this junction.

In like manner, Jarrow is asserting his demand for a jury trial, and plead this Honor-

able Court shall consider all the facts before denying Jarrow injunctive relief; thus, upholding any said _informal_ requisitions, or motions, until Jarrow has _formally_ filed a _proper_ motion regarding this case from this point.

Jarrow may be released on parole, but is awaiting the Defendants' answer, and written report before pursuing said relief — and wish to reserve the right to _properly_ request said relief.

Respectfully submitted this 7th day of June 2006.

Plaintiff, Dean Effanage Jarrow
#111719-9B-110
Easterling Correctional Center
200 Wallace Drive
Clio, Alabama 36017

3 of 4

<u>Plaintiff's Address</u>
Dean Effarage Jarnew
Easterling Correctional Center
200 Wallace Drive
Clio, Alabama

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon:

Alabama Department of Corrections
Legal Division
 P.O. Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501

Alabama Attorney General
11 South Union Street
Montgomery, Alabama
 36130-0152

Dr. Carl Keldie, Director
Prison Health Services Inc.
105 West Park Drive Suite 200
Brentwood, Tennessee 37027

by placing same in the United States mail, properly postaged, and properly addressed June 8, 2006.

Dean E. Jarnew 111719
Plaintiff

*gz*