In the United States District Court
For the Middle District of Alabama
Northern Division

RECEIVED
2006 JUN -9 A 9:43

_____

Dean Effanage Jarrow, # 111719
    Plaintiff

V.                                              2:06-CV-360-ID

Former Commissioner
Donal Campbell, et al.,
    Defendants
_____

## Motion For Correct Address

Comes now the Plaintiff (Jarrow) and respectfully request this Honorable Court to order the Alabama Department of Corrections Legal Division Director of Records to provide Jarrow with the addresses of each of the Defendants listed in Jarrow's civil complaint — May 18, 2006. As grounds for Jarrow's respectful request Jarrow states the following:

1. Jarrow doesn't have an adequate listing of the addresses of the Defendants, and therefore, Jarrow can't fully comply with this Honorable Court's order

to provide lawyer(s) for Defendants, or Defendants themselves, a true copy of anything which he send to this Honorable Court.

2. Neither can Jarrow file an adequate certificate of service.

Wherefore, Jarrow request that upon consideration of this motion this Honorable Court order the Defendants (agency, employer(s) et al.) to provide Jarrow with their or their lawyer(s) proper addresses.

Respectfully submitted this 7th day of June 2006,

                              Plaintiff, Dean Effanage Jarrow
                              111719-9B-110
                              Easterling Correctional Center
                              200 Wallace Drive
                              Clio, Alabama 36017

<u>Plaintiff's Address</u>
Dean Effarage Jarrow
Easterling Correctional Center
200 Wallace Drive
Clio, Alabama 36017

<u>Certificate of Service</u>

I hereby certify that I have served a copy of the foregoing document upon:

Alabama Department of Corrections
Legal Division
    P.O. Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501

Alabama Attorney General
11 South Union Street
Montgomery, Alabama
    36130-0152

Dr. Carl Keldie, Director
Prison Health Services Inc.
105 West Park Drive Suite 200
Brentwood Tennessee 37027

by placing same in the **United States** Mail, properly postaged, and properly addressed June 8, 2006.

<u>Dean E. Jarrow, 111719</u>
    Plaintiff

393