IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN EFFARAGE FARROW, #111 719 | * |
|     Plaintiff, | * |
|     v. | *    2:06-CV-360-ID |
| FORMER COMMISSIONER,<br>DONAL CAMBPELL, *et al.*, | * |
| | * |
|     Defendants. | |

**O R D E R**

For good cause, the Clerk is DIRECTED to amend the court docket to reflect that Plaintiff's Motion for Preliminary Injunction is contained within Document Number 4 rather than Document Number 1 as inadvertently reflected in the May 26, 2006 Recommendation of the Magistrate Judge. (*See* Doc. No. 5.)

Done, this 12th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

for

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE