**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 12, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Dean Effarage Farrow v. Donal Campbell, et al.**

**Case Number:**     **#2:06-cv-00360-ID**

**Referenced Document:**   Document #11
                           Order

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The wrong pdf was attached originally due to docketing error. The corrected pdf is attached to this notice.**