IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DEAN EFFARAGE FARROW, #111 719   *

    Plaintiff,                               *

    v.                                           *      2:06-CV-360-ID

FORMER COMMISSIONER,                 *
DONAL CAMBPELL, *et al*.,
                                                              *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Court Order directing the Alabama Department of Corrections Legal Division to provide to Plaintiff addresses for the named Defendants and/or Defendants' counsel, and for good cause, it is

ORDERED that the motion (Doc. No. 10) be and is hereby DENIED. Plaintiff should utilize the addresses he listed for Defendants in his amended complaint for purposes of serving them with copies of pleadings, documents, and/or records that he wishes to file in this matter. (Doc. No. 4.) Plaintiff is advised that counsel has not yet entered an appearance in this case.

Done, this 12th day of June 2006.

                                                    **/s/ Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    for

                                                    VANZETTA PENN MCPHERSON
                                                    UNITED STATES MAGISTRATE JUDGE