P. O. Box 772
Tuskegee Institute, Alabama 36087

June 20, 2006

RECEIVED
2006 JUN 21 A 9: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Office of the Clerk
U. S. District Court
P. O. Box 711
Montgomery, AL 36101-0711

RE: **CASE NO: 2-06-CV-360-ID**
    **Dean Effarage Farrow, #111719**

Dear Madam:

I am the mother of the above-named inmate who has filed the above-reference case. He has asked that I notify you of a change in his address. He was housed at the Easterling Correctional Center in Clio, Alabama and was transferred to the address listed below:

> Dean Effarage Farrow, #111719/N-12
> Kilby Correctional Facility
> P. O. Box 150
> Mt. Meigs, AL 36057

He requests that any future correspondence/notification regarding this case is sent to the above-listed address until further notice.

Your cooperation is greatly appreciated.

Sincerely,

*Bettye B. Grant*
BETTYE B. GRANT