IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN EFFRAGE FARROW, #111 719 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv360-ID |
| ) | (WO) |
| FORMER COMMISSIONER DONAL ) | |
| CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 26, 2006, the Magistrate Judge filed a Recommendation (Doc. No. 5) in this case to which Plaintiff Dean E. Farrow filed an objection on June 9, 2006. (Doc. No. 9.) Upon CONSIDERATION of Farrow's objection and the record as a whole, it is ORDERED as follows:

1. Farrow's objection be and the same is hereby OVERRULED;

2. The Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Farrow's motion for a preliminary injunction (Doc. No. 4) be and the same is hereby DENIED.

4. This case be and the same is hereby REFERRED back to the magistrate judge for further proceedings.

Done this 26th day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE