IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN EFFARAGE FARROW, #111719 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORMER COMMISSIONER )<br>DONAL CAMPBELL, et al )<br>)<br>Defendants. ) | Civil Action No.: **2:06-CV-360-ID** |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared *Gwendolyn Mosely*, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is **Gwendolyn Mosley** and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility located at 200 Wallace Drive Clio, Alabama 36017. I am over the age of twenty-one (21) years of age.

In a complaint filed on May 18, 2006, Inmate Farrow alleged that the defendants retaliated against him because of a lawsuit he brought against Dr. Marrium West (a dentist) regarding the dental care he received while in prison. According to Inmate Farrow, the retaliation included unfair and illegal transfers, threats and slander.

I have not retaliated against Inmate Dean Farrow for filing a lawsuit regarding dental care he received or did not receive. Inmate Farrow was transferred to Kilby


EXHIBIT A

Correctional Facility on April 19, 2006. Kilby Correctional Facility is the "hub" for the transport of inmates to and from court. The transfer order was issued to our facility by the Department of Transfer Division. I have no control over when an inmate is transferred to Kilby Correctional Facility.

I deny that I have violated any of Inmate Farrow's constitutional rights.

*Gwendolyn C. Mosley*
Gwendolyn Mosley

**SWORN TO and SUBSCRIBED** to me this the 28th day of June, 2006.

*Linda E. Deal*
NOTARY PUBLIC
My commission expires: 7-15-07