```
                    D A I L Y   I N M A T E   T R A N S F E R S      EXHIBIT #1 (MOSLEY)
                         GAINING INSTITUTION                          CV2:06-360-ID (FARROW)
  DATE: 04/18/2005        041   EASTERLING CORRECTIONAL CENTER        CQU009

        LOSING
  CODE  INSTITUTION     AIS NBR       INMATE NAME             R   CUSTDY   REASON
  017   RCC    7B-62    00226771A     ARMSTRONG, BRADLEY SH   W   MED2     DIABETIC
  017   RCC    9B-58    00228580A     CADE, RICHARD LAVERN    B   MIN2     DIABETIC
  017   RCC    9B-76    00150550A     HOLMES, SAMUEL LEDELL   B   MED5     DIABETIC
  017   RCC    9B-2     00239238R     HORACE, WILLIE EDWIN    B   MED9     CB/SAP
        GAINING INST
  017   RCC             00108239B     ADAMS, JAMES            B   COM5     CT 4/28
  017   RCC             00111719B     FARROW, DEAN            B   MED9     CT 4/27
  257   RUSSELL         00234673      TILLIS, TERRY MICHAEL   W   MED9     CO CT SO

FROM BARBOUR CO CT TO EASTERLING       CHAMBERS, MICHAEL       B/175897    4-18-05


  ******* PLEASE NOTIFY LINDA MILLER WHEN TRANSFER ORDERS ARE RECEIVED *******
          AND THE NUMBER OF PAGES RECEIVED VIA E-MAIL IMMEDIATELY
```

EXHIBIT B