IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEAN EFFARGE FARROW, #111719 )
)
    Plaintiff )
)
Vs. ) CIVIL ACTION NO. 2:06 CV-360-ID
)
FORMER COMMISSIONER,
DONAL CAMPBELL, et.al )
)
    Defendant. )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Robert Bryant,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is, Robert Bryant, and I am presently employed as a Correctional Officer II. I am employed by the Department of Corrections, Ventress Correctional Facility, P.O. Box 767, Clayton, Alabama, 36016-0767. I am over twenty-one (21) years of age.

I do not have any knowledge of Inmate Dean Farrow's (B/111719) allegations. I am not aware of any problems with Inmate Farrow's dental care.

_____
Robert Bryant, COII

SWORN TO AND SUBSCRIBED TO before me this the 21st day of June, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 11/21/09

EXHIBIT C