IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEAN EFFARAGE FARROW,  #111719  )
                                )
        Plaintiff               )
                                )
Vs.                             )     CIVIL ACTION NO.  2:06 CV-360-ID
                                )
FORMER COMMISSIONER,            )
DONAL CAMPBELL, et.al.          )
                                )
        Defendants.             )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Jeffery Knox</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Jeffery Knox</u> and I am presently employed as a <u>Correctional Officer Supervisor II</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL, 36017.  I am over twenty-one (21) years of age.

I do not have any knowledge of inmate Dean Farrow's (B/111719) allegations.  I am not aware of any problems with the dentist.  I have not been involved with any classification decisions concerning inmate Farrow.

_Jeffery Knox, COSII_
Jeffery Knox, COSII

SWORN TO AND SUBSCRIBED TO before me this the _8th_ day of _June_ , 2006.        _Linda E. Teal_
                                              NOTARY PUBLIC

My Commission Expires:  _7-15-07_


EXHIBIT
D