IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EFFARAGE FARROW (AIS# 111719) | * |
| | * |
| Plaintiff, | |
| | * |
| V. | 2:06-CV-360-ID |
| | * |
| FORMER COMMISSIONER DONAL CAMPBELL, ET AL., | * |
| | * |
| Defendants. | |
| | * |

## MEDICAL DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Linda Lawrence, R.N., H.S.A., Pearl McKinnon, L.P.N., Linda Ewing, L.P.N. and Dr. Marvin West (hereinafter referred to collectively as "the Medical Defendants) and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including August 5, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to the high number of medical providers sued, and unavoidable scheduling conflicts with their respective practices, counsel has been unable to meet with these Defendants in order to defend their interests in this matter.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Linda Lawrence, R.N., H.S.A.,
Pearl McKinnon, L.P.N., Linda Ewing,
L.P.N. and Dr. Marvin West

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 5th day of July, 2006, to:

Dean Farrow AIS# 111719
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

s/R. Brett Garrett GAR085
Attorney for Linda Lawrence, R.N., H.S.A.,
Pearl McKinnon, L.P.N., Linda Ewing,
L.P.N. and Dr. Marvin West