IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

RECEIVED
2006 JUL 18 A 9:45

Dean Effarage Farrow, 111719
506 First Avenue
Tallassee, Alabama 36078

July 14, 2006

2:06CV360

Former Commissioner,
Donal Campbell, et. al.
101 South Union Street
Montgomery, Alabama 36104

RE: Address Change
Case Style: Dean Effarage Farrow, 111719   v. Former Commissioner, Donal Campbell, et. al.,
        Plaintiff               Defendants

Case Number: 2: 06-cv-360- ID

The Plaintiff has changed his address to the above said address. Please forward any and all of the Plaintiff's mail to the above said address until further directions.

Respectfully submitted this 14 th day of July, 2006.

DEAN EFFARFGE FARROW, 111719
*/s/ Dean E. Farrow*
PLAINTIFF

506 First Avenue
Tallassee, AL 36078

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Dean Effarage Farrow, 111719
306 First Avenue
Tallassee, Alabama 36078

CERTIFICATE OF SERVICE

I CERTIFY that I have severed a copy of the foregoing upon:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
    P.O.BOX 711
MONTGOMERY, ALABAMA 36101-0711

FOMER COMMISSIONER, DONAL CAMPBELL
101 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36104

1. GWENDOLYN MOSLEY, WARDEN
2. CAPTAIN KNOX
3. SEGEANT BRYANT
EASTERLING CORRECTIONAL FACILITY
    200 WALLACE DRIVE
CLIO, ALABAMA 36017

L. LAWRENCE, RN- HSA
KILBY CORRECTIONAL FACILITY
    P.O. BOX 150

MT. MEIGS, ALABAMA 36057

STATE OF ALABAMA
ATTORNEY GENERAL
11 SOUTH UNION STREET
MOUNTGOMERY, ALABAMA 36130-0152

ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
P.O. BOX 301501
301 SOUTH RIPLEY STREET
MONTGOMERY, ALABAMA 36130-1501

By placing the copy in the United States Mail, properly postaged, and property addressed this 14th day of July 2006.

DEAN EFFARAGE FARROW, 111719
PLAINTIFF