**NAME:** Fuller, Henry

**AIS:** 175766

## MEDICATIONS

**ALLERGIES:** _____

| Start | Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15 | | Mineral Oil 30cc PO x 20 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | R.Ph. Dr. Cavert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/15 | 3/16 | Neocal OT 30 cc tab x 30 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | R.Ph. Dr. Cavert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/15 | 3/16 | TAO – to face PO x 20 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | R.Ph. Dr. Cavert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/24 | 3/3 | Amoxicillin 500mg tid x 7 days | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | R.Ph. Dr. Cavert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/24 | 3/11 | Motrin 800mg PO x 15 days | 11a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | R.Ph. Dr. Cavert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Special Instructions and/or Notations:**

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Marlita Jackson LPN | MJ | | | | |

# DEPARTMENT OF CORRECTIONS

### Medication Administration Record

Inmate Name: Form W, Dean

Inmate Number: 111719

Allergies:

Month: March    Year: 95

Facility: BCCF

Location:

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7 3/7 R.Ph. | Prolixin 5mg t BID x 30 days Dr. Roper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 3/7 R.Ph. | Cogentin 1mg BID x 30 days Dr. Roper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 3/27 R.Ph. | AFP & AFP fat HS x 30 day Dr. Goeb | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/7 R.Ph. | Prolixin 5mg BID x 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 R.Ph. | Cogentin 0.5 BID x 30 Dr. Miller | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | | | | |

F-30-C

- PRN Medication and notes on Reverse Side -

MEDICATION ADMINISTRATION RECORD

MONTH ___June___    19 __qc__

JNAL MEDICAL SYSTEMS

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/11 | BP | TAO 810 (b.i.p) x 30 days | | | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | |
| | 6/11 | | Motrin 800mg tid x 30 days | | | | | | | | | | | R | R | M | | | | | | | | | | | | | | | | | |
| | 7/10 | | Temp adult Inhaler KOP x 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7/10 | | Tolnaftate 1% Ant fungal Cream x 30 days KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|---|
| D/C - DISCONTINUE ORDER | Adrienne Barr G | 6-23 | AB | | | 5/31 | BP |
| R - REFUSED | | | | | Martha Jenkin CN | 10-20 | m.g |
| S - SELF-ADMINISTERED | | | | | | | |
| DO - DOSE OMITTED | | | | | | | |
| C - COURT | | | | | | | |
| O - OTHER | | | | | NAME: Farrow Dean | | |
| ALLERGIES: | DOB/INMATE #: 111719 | LOCATION: Bullock | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION: _Soma Tabs 1 E. Schedule_
# OF PILLS:
START/STOP DATES: _6/15 - 7/15_
NURSE SIGNATURE: _____
INMATE SIGNATURE: _Devi L. Jalyon_

MEDICATION: _Ithrenfal C. Cream_
# OF PILLS:
START/STOP DATES: _6/15 - 7/15_
NURSE SIGNATURE: _____
INMATE SIGNATURE: _____

| DATE / TIME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | | |
| P | | | | | | | | | |
| R | | | | | | | | | |
| T | | | | | | | | | |
| Weight | | | | | | | | | |
| Blood Sugar | | | | | | | | | |
| STAFF SIGNATURE: | | | | | | | | | |

**PROGRESS NOTES**

| DATE | TIME | |
|---|---|---|
| | | |

# PHYSICIAN'S ORDERS

| MEDICATIONS | HOUR | ORDERS |
|---|---|---|
| Tornalate Inhaler prn x 90 days 1/29/96 → 4/29/96 | K O P | |

MEDS REVIEWED BY: _____ Date _____

PHYSICIAN'S SIGNATURE _____ 3/1/96 _____ Date _____

CHARTING FOR **3/1/96** THROUGH **3/31/96**

| Physician | Telephone No. | Medical Record No. |
|---|---|---|
| Att. Physician | Att. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date: 2/27 |
|---|---|---|---|---|
| PATIENT: Farrow, Dean | | PATIENT CODE 111719 | ROOM NO | BED |

# MEDICATION ADMINISTRATION RECORD

Theophylline Inhaler
300 ? 50 tays
1/29/96 → 4/29/96

Aminophylline 200mg
BID x 30 days
1/29/96 → 2/29/96

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Complete Entries Checked:

By: _____    Title: _____    Date: _____

CHART COPY

# PHYSICIAN'S ORDERS

| MEDICATIONS | HOUR | ORDERS |
|---|---|---|
| 134423 AMITRIPTYLINE HCL TAB 100MG         11/14/95 TAKE 1 TABLET AT BEDTIME FOR 90 DAYS Stop: 02/12/96 | 5p | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| MEDS REVIEWED BY: | Date | PHYSICIAN'S SIGNATURE | Date |
|---|---|---|---|

| CHARTING FOR: | 02/01/96 | THROUGH | 02/29/96 | |
|---|---|---|---|---|
| Physician | | | Telephone No. | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | 176257-E |
| Allergies  NKA | | | Rehabilitative Potential | |
| Diagnosis | | | | |

| Medical Record | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|
| PATIENT | | | PATIENT CODE 176257 | ROOM NO   BED  FACILITY |

# MEDICATION ADMINISTRATION RECORD

13063 PRAZOSIN 2MG CAP 10/09/95
TAKE 1 CAPSULE BY MOUTH TWICE A
DAY FOR 90 DAYS
Stop: 01/07/96

113078 TRIAMTERENE/HCT TAB 75/50
                              10/09/95
TAKE 1 TABLET BY MOUTH EVERY DAY
FOR 90 DAYS
Stop: 01/07/96

134423 AMITRIPTYLINE HCL TAB
100MG                         11/14/95
TAKE 1 TABLET AT BEDTIME FOR 90
DAYS
Stop: 02/12/96

*[handwritten] Tegamel 400mg P.O.*
*x 15 days*
*12/21/95 → 1/4/96*

NKA



Complete Entries Checked:
By: _____  Title: _____  Date: _____

# MEDICATION ADMINISTRATION RECORD

1/21/6

_Tenulate_ _elimine_
                    9/2/16

1/29/96

_Amythyllic ICC:_
_BID X 30 d_        2/28/96

K
6
P          _Given_ 1/29/96
            _ABell_
11
5

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Complete Entries Checked:

By:                                    Title:                    Date:

MEDICATION ADMINISTRATION RECORD

Advil 200mg ¡¡¡ tid     4
x 5days              5

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Complete Entries Checked:
By:                                              Title:

# MEDICATION ADMINISTRATION RECORD

30928 TORNALATE W/INHALER AER
                    09/14/95
USE AS DIRECTED FOR 90 DAYS
Stop: 12/13/95

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

NKA

Complete Entries Checked:

By: _____    Title: _____    Date: _____

# MEDICATION ADMINISTRATION RECORD

.00728 TORNALATE W/INHALER AER
                                    09/14/95
USE AS DIRECTED FOR 90 DAYS
Stop: 12/13/95

*Advil 200mg †ii PO    4
X 7 days              11
                      6

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

NKA

111719-B

Complete Entries Checked:
By:                              Title:                  Date:

FARROW, DEAN                                  111719

# MEDICATION ADMINISTRATION RECORD

00928 TORNALATE W/INHALER AER
                              09/14/95
USE AS DIRECTED FOR 90 DAYS
Stop: 12/13/95

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

10/01/95

NKA

111719-EC

Complete Entries Checked:

By:                              Title:                    Date:

# PHYSICIAN'S ORDER SHEET

BC

CPS
950 22ND ST N. SUITE 590
BIRMINGHAM, AL

Generic Substitutions may be made unless **MEDICATION**
you see specific notation: Use no substitution. **ADMINISTRATION CHART**

| MEDICATIONS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87909 TORNALATE  08/17/95 W/INHALER AER USE AS DIRECTED FOR 30 DAYS * NOT REFILLABLE Stop: 09/16/95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AFC to feet qhs x 30 days Stop: 9/16/95  8/17/95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ADVIL 200 mg 8 tiii tid +7 day 9/11/95 to 9/18/95  9/11/95 | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| Tornalate Inhaler x 90 d  12/14/95 | | | | | | | | | | | | | | | | | K | O | P | | | | | | | | | | | | | | | |

## INITIAL MEDICATION AND IDENTIFY INITIALS BELOW - MAKE PRN ENTRIES ON BACK OF THIS SHEET (ATTACH ADD'L SHEETS IF NECESSARY)

| | | DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|
| 1 | ALLERGIES | | | | |
| 2 | LOCATION | D / C - DISCONTINUE ORDER | | 9/1/95 | |
| 3 | DOB / INMATE #  111719 | R - REFUSED | | | |
| | | S - SELF-ADMINISTERED | Martha Jackson | 91 | M |
| 4 | | DO - DOSE OMITTED | | | |
| | | C - COURT | | 9/01 | |
| 5 | | O - OTHER | | | |

DATE

NURSE'S REVIEW BY

| DATE 08/23/95 | DISCONTINUE ALL PREVIOUS ORDERS. THESE ORDERS ARE FOR THE PERIOD FROM | 09/01/95 TO 09/30/95 | PHYSICIAN | PHARMACIST'S REVIEW | PAG |
|---|---|---|---|---|---|
| PATIENT FARROW, DEAN  # 11 1719 | ROOM | SEX M | AGE  Guest | | | 1 |

CORRECTIONAL MEDICAL SERVICES

## MEDICATION ADMINISTRATION RECORD

MONTH _Aug_   19 _95_

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17 | 9/17 | | AqC to feet BfS x 30 d | | | | | | 120 p | | 120 p | | given | given | | | | given | | | | 8/21 faf form | | | given 8/21/95 form | | | | | | | | | |
| 6/17 | 9/17 | | Glucophate Inhale x 30 d | | | | | | 120 p | | 120 p | | given | | | | | given 8/2/95 form | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D / C - DISCONTINUE ORDER | | | | | | |
| R - REFUSED | | | | | | |
| S - SELF-ADMINISTERED | | | | | | |
| DO - DOSE OMITTED | | | | | | |
| C - COURT | | | | | | |
| O - OTHER | | | | | | |
| ALLERGIES: | | | | | | |

DOB/INMATE #: _1/7/19_

LOCATION: _73 CC9_

NAME: _Falcon Dean_

SW

EYE EXAMINATION SHEET

| TO: (Service.Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request 10/6/94 |
|---|---|---|

Reason For Request (Complaints and Findings)

Past History

Old Rx

| Signature | Type of Consult  ☐ Emergency   ☐ Routine |
|---|---|

**CONSULTATION REPORT**

Subjective:  OD 20/40
             OS 20/20

OPHTH: 202 °∅ /~~

New Rx:  OD +025  025 X 036 / +1.50
         OS +025  025  167

Ext:

Date Dispensed & Initials:

old

67/64

Seg. Type:          Seg. Ht.
                      20

48/84/63/4 Cable

IDP & Time: 10/10

Frame:
Size:
Color:

_____
OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Harrow, | Dean | | 42 | B/m | 111719 |

# QUESTCARE
## CONSULTATION REPORT

| TO: (Service, Physician | FROM: (Physician) | Date of Request |
|---|---|---|
| DR. J.A. JONES | DR. LYREEN | 9-22-94 |

Consult for visual fields.

**Findings of Consultant**

Sept. 22, 1994

V 20/25
20/25
SC

Visual fields — Auto perimeter
complains of blurred Va. —
OD full + normal
OS full + normal

Dr. J. A. Jones, III
Signature    by C. Baggett

**Probable Diagnosis**

Normal Fields

**Recommended Diagnostic Procedures**

**Recommended Treatment/Prescription Orders**

**Follow-up Needed**    Yes    (No)

unless felt nec.
by Dr. Lyrene

**Issues to be Addressed by Follow-up**

**Could Follow-up be Done by Institutional Physician?**    Yes    No

**Date of Follow-up**

| Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| FARROW | DEAN | | | BM | 1117 |

*C Block*

# DEPARTMENT OF CORRECTIONS

## MEDICAL REFERRAL FORM

DATE _9-15-94_

NAME _Dean Farrow_ ID# _111719_    RACE/SEX: _BM_    DOB_____

To: _Dr. J.A. Jones_    Specialty _Opthalmology_
Physician

_6100 Taylor Road_    _2796100_
ADDRESS    TELEPHONE

FACILITY: _Kilby_    EMPLOYEE
SIGNATURE:_____

PRESENT MEDICATIONS:_____

ALLERGIES:_____

REASON FOR REFERRAL: _Consult for Visual fields —_

☑ APPROVED  ☐ NOT APPROVED    SIGNATURE: _RE 03862_
    Medical Director / Dental Director
_Dr. Ryrene Tap_

ACTION TAKEN:_____

DATE OF APPOINTMENT: _Sept. 22, 94_    TIME: _1:30_

APPOINTMENT MADE BY: _BMC Towns_

☑ KEPT  ☐ NOT KEPT    REASON:_____

DATE OF REAPPOINTMENT:_____    TIME:_____

APPOINTMENT MADE BY:_____

☐ KEPT  ☐ NOT KEPT    REASON:_____

COMMENTS:_____

EYE EXAMINATION SHEET

*SW*

| TO: (Service,Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request 3/17/94 |
|---|---|---|

**Reason For Request (Complaints and Findings)**

Y/o one central floater

**Past History**

**Old Rx**

| Signature | Type of Consult    ☐ Emergency    ☐ Routine |
|---|---|

CONSULTATION REPORT

Subjective:   OD 20/90
              OS 20/20

OPHTH: 20% CW / ver

New Rx:   OD
          OS   + 1 - 25 / NWO
                        64

Ext:

Date Dispensed & Initials:

Seg. Type:                    Seg. Ht.

IDP & Time:   10/10        x6/M/5?H

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Farrow | Dean | E. | 47 | B/M | 111719 |

F-65 (4/85)

**MetPath**

One Malcolm Avenue
Teterboro, New Jersey 08-1070
201-393-5000
800-631-1390 Client Service

**Laboratory
Report**

| Patient Name | Date Drawn | Date Received | Date of Report |
|---|---|---|---|
| FARROW, DEAN | E0313 | 07/06/94 | 07/07/94 | 0253 | 07/09/94 |

| Sex | Age | | Client Name / Address | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|
| M | | AJ | KILBY CORRECTIONAL FACILI    AJ | | | 40600 | 2 |

Referring Physician
KALLA
111719

WARES FERRY ROAD
MT. MEIGS      AL      36057

C.L.I.A. # 31D0690046

FASTING    Specimen Number 853586    Time Drawn 0910

Patient I.D.-Soc. Sec. Number
CLIENT INFO:    MH

| | TEST NAME | RESULT ABNORMAL | NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| (01) | AMITRIPTYLINE | | 167.0 | MCG/L | |
| | NORTRIPTYLINE | | 257.0 | MCG/L | |
| * | COMBINED RESULT | 424.0 | | MCG/L | |
| (02) | THIORIDAZINE, SERUM | 78.0 | | NG/ML | 230-1250 |
| | | | | | TOXIC RANGE:   >1000 |
| | MESORIDAZINE, SERUM | | 188.0 | NG/ML | 150-1000 |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
    THERAPEUTIC RANGE:   120-250 MCG/L
    TOXIC RANGE:         >1000 MCG/L

(02) THIS TEST WAS REFERRED TO MED/TOX LABORATORIES INC.,
    402 WEST COUNTY ROAD D. ST. PAUL. MN  55112

**MetPath**

Teterboro Laboratory
One Malcolm Avenue
Teterboro, New Jersey 07    1070
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

RAYMOND    ARINO, M.D.

JOSEPH E. O'BRIEN, M.D.

PAUL A. KRIEGER, M.D.

CHARLENE S. POLAN, M.D.

| Patient Name | | Date Drawn | Date Received | | Date of Report | |
|---|---|---|---|---|---|---|
| FARROW, DEAN | E0512 | 06/02/94 | 06/03/94 | 0405 | 06/04/94 | |

| Sex | Age | | Client Name / Address | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|
| M | | AJ | KILBY CORRECTIONAL FACILI    AJ | | | 40600 | 2 |

Referring Physician
MUHAMMAD
111719

WARES FERRY ROAD
MT. MEIGS    AL    36057

C.L.I.A. # 31D0696246

FASTING

Specimen Number
095503

Time Drawn
0835

Patient I.D./Soc. Sec. Number

CLIENT INFO:    MH

| | TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|---|
| | | ABNORMAL | NORMAL | | RANGE |
| (01) | AMITRIPTYLINE | | 151.0 | MCG/L | |
| | NORTRIPTYLINE | | 316.0 | MCG/L | |
| | | | CONFIRMED BY REPEAT ANALYSIS. | | |
| * | COMBINED RESULT | 467.0 | | MCG/L | |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
    THERAPEUTIC RANGE:    120-250 MCG/L
    TOXIC RANGE:    >1000 MCG/L

**MetPath**

Teterboro Laboratory
One Malcolm Avenue
Teterboro, New Jersey 0760    /0
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

RAYMOND GAM     M.D.

JOSEPH E. O'BRIEN, M.D.

PAUL A. KRIEGER, M.D.

Charlene Polan, M.D.
CHARLENE S. POLAN, M.D.

| Patient Name | Date Drawn | Date Received | Date of Report |
|---|---|---|---|
| FARROW, DEAN | E0511 05/04/94 | 05/05/94 0319 | 05/06/94 |

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | AJ | KILBY CORRECTIONAL FACILI    AJ | | 40600    2 |

Referring Physician: KALLA 111719

WARES FERRY ROAD
MT. MEIGS    AL.    36057

C.L.I.A. # 31D0696246

FASTING    Specimen Number 375121    Time Drawn 0827

Patient I.D./Soc. Sec. Number

CLIENT INFO:    MH

| | TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|---|
| | | ABNORMAL | NORMAL | | RANGE |
| (01) | AMITRIPTYLINE | | 102.0 | MCG/L | |
| | NORTRIPTYLINE | | 237.0 | MCG/L | |
| * | COMBINED RESULT | 339.0 | | MCG/L | |

```
(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
     THERAPEUTIC RANGE:   120-250 MCG/L
     TOXIC RANGE:         )1000 MCG/L
```

**MetPath**

Teterboro Laboratory
One Malcolm Avenue
Teterboro, New Jersey 0760    70
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

RAYMOND GAMBINO, M.D.

PAUL A. KRIEGER, M.D.

JOSEPH E. O'BRIEN, M.D.

CHARLENE S. POLAN, M.D.

| Patient Name | Date Drawn | Date Received | Date of Report |
|---|---|---|---|
| CURRY, DONNY | E1918  05/04/94 | 05/05/94  0350 | 05/08/94 |

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | AJ | KILBY CORRECTIONAL FACILI  AJ | | 40600  2 |

Referring Physician: KALLA  172161

WARES FERRY ROAD
MT. MEIGS    AL    36057

C.L.I.A. # 31D0696246

FASTING

Specimen Number: 378297

Time Drawn: 1020

Patient I.D./Soc. Sec. Number

CLIENT INFO:    SW

| TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|
| | ABNORMAL | NORMAL | | RANGE |
| CHLORPROMAZINE, SERUM | 52.0 | | MCG/L | 50.0- 300 |

TOXICITY MAY BE SEEN AT LEVELS GREATER THAN 750 MCG/L

(ocr)

F-12-5
PRINTED IN U.S.A. 905

PATIENT _Dean Garron_    ROOM NO. _____    AGE _42_ SEX _Blk_ DATE _8/?_

ADDRESS _____

HEIGHT _5'4_    WEIGHT _198_    BLOOD PRESSURE _____    ECG _____

BUILD { LINEAR / INTERMEDIATE / LATERAL }

MEDICATIONS _____

OCCUPATION _____

TELEPHONE _____    SERIAL NO. _____

DOCTOR(S) _____    CASE NO. _____

Inmate
Dean Garron 1/17/19

Kelly ___ 14#

AVF

AVL

AVR

V6

V3

V5

V2

V4

V1



**LEAD 1**

**LEAD 2**

**LEAD 3**

ATRIAL RATE _____  P-R INTERVAL _____  PATIENT POSITION _____

VENTRICULAR RATE _____  QRS INTERVAL _____  ELECTRICAL AXIS _____

RHYTHM _____  Q-T INTERVAL _____  S-T SEGMENT _____

P WAVES _____  T WAVES _____

REMARKS

F-12-5
PRINTED IN U.S.A. 905

PATIENT _Dean Garrow_

ADDRESS _____

ROOM NO. _____ AGE _42_ SEX _M/2_ DATE _8/20/04_

HEIGHT _5'4_ WEIGHT _198_

BUILD { LINEAR / INTERMEDIATE / LATERAL }

ECG _____

BLOOD PRESSURE _____

MEDICATIONS _____

OCCUPATION _____

SERIAL NO. _____

TELEPHONE _____

DOCTOR(S) _____

CASE NO. _____

Inmate
Dean Garrow 1/11/79

Kelly Witt - RN

MetPath
200 TECHNOLOGY COURT
SMYRNA, GA 30082
ROBERT S. SMITH, M.D.

KILBY CORRECTIONAL FACILI      1066
WARES FERRY ROAD               AM
MT. MEIGS, AL 36057

| PATIENT NAME | | | | | PATIENT I.D. |
|---|---|---|---|---|---|
| FARROW, DEAN | | | | | 111719 |
| ACCESSION NO. | AGE | SEX | TOTAL VOL./SOURCE | | DATE RECEIVED |
| 27770494 | | M | | | 01/09/95 |
| REFERRING PHYSICIAN | | | | CLIENT NO. | DATE REPORTED |
| KALLA | | | | 200139 | 01/12/95 |
| ORDER STATUS | COLLECTION DATE/TIME | | | | CLIENT DATA |
| COMPLETE | 01/09/95 06:45 AM SW | | | | |

| TEST | OUTSIDE RANGE | WITHIN RANGE | UNITS | REFERENCE RANGE | * |
|---|---|---|---|---|---|
| AMITRIPTYLINE/NORTRIPTY | | | | | |
| AMITRIPTYLINE | | 77.0 | MCG/L | | |
| NORTRIPTYLINE | | 127.0 | MCG/L | | |

COMBINED THERAPEUTIC CONCENTRATION:
120-250 MCG/L
COMBINED TOXIC RANGE:
GREATER THAN 1000 MCG/L
LOWEST REPORTABLE RESULT:
25 MCG/L

Above Test Performed At: METPATH LABORATORY
ONE MALCOLM AVE
TETERBORO, N.J. 07608-1070

**MetPath**
Metabolic Laboratories
One Malcolm Avenue
Teterboro, New Jersey 07    1070
201-393-9000
800-631-1390 Client Service

**Clinical Laboratory Report**

| Patient Name | | Date Drawn | Date Received | Date of Report |
|---|---|---|---|---|
| FARRON, DEAN | | E1909 11/04/94 | 11/05/94 0244 | 11/06/94 |

| Sex | Age | Client Name, Address | | ID Number | Account Number | |
|---|---|---|---|---|---|---|
| M | AJ | KILBY CORRECTIONAL FACILI | AJ | | 40600 | 2 |

Referring Physician: 111719

WARES FERRY ROAD
MT. MEIGS      AL      36057

CLIA # 31D0660048

FASTING    Specimen Number: 763857    Time Drawn: 0850

Patient I.D. Soc. Sec. Number

CLIENT INFO:      SW

| TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|
| | ABNORMAL | NORMAL | | RANGE |
| (01)   AMITRIPTYLINE | | 141.0 | MCG/L | |
| NORTRIPTYLINE | | 228.0 | MCG/L | |
| *   COMBINED RESULT | 369.0 | | MCG/L | |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
      THERAPEUTIC RANGE:   120-250 MCG/L
      TOXIC RANGE:      >1000 MCG/L

Clinical
Laboratory
Report

*Joseph E. O'Brien M.D.*    *Charlene S. Polan M.D.*
JOSEPH E. O'BRIEN, M.D.        CHARLENE S. POLAN, M.D.

| | | | | Date Drawn | | Date Received | | | Date of Report |
|---|---|---|---|---|---|---|---|---|---|
| FARROW, DEAN | | | E0457 | 10/07/94 | | 10/08/94 | 0511 | | 10/11/94 |

| | | | Client Name / Address | | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|---|
| M | AJ | | KILBY CORRECTIONAL FACILI | AJ | | | 40600 | 2 |

Referring Physician
KALLA
111719

WARES FERRY ROAD
MT. MEIGS        AL        36057

C.L.I.A. # 31D0696246

| | Specimen Number | Time Drawn |
|---|---|---|
| FASTING | 119705 | NONE |

CLIENT INFO:    SW

| | TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|---|
| | | ABNORMAL | NORMAL | | RANGE |
| (01) | AMITRIPTYLINE | | 122.0 | MCG/L | |
| | NORTRIPTYLINE | | 205.0 | MCG/L | |
| * | COMBINED RESULT | 327.0 | | MCG/L | |
| (02) | THIORIDAZINE, SERUM | | 405.0 | NG/ML | 250-1250 |
| | | | | | TOXIC RANGE: >1000 |
| | MESORIDAZINE, SERUM | | 547.0 | NG/ML | 150-1000 |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
     THERAPEUTIC RANGE:   120-250 MCG/L
     TOXIC RANGE:         >1000 MCG/L

(02) THIS TEST WAS REFERRED TO MED/TOX LABORATORIES INC.,
     402 WEST COUNTY ROAD D, ST. PAUL, MN  55112



MetPath
Teterboro, New Jersey 07608
201.393.5000
1-800-631-1390 Client Service

**Laboratory Report**

| TEST NAME | RESULT | UNITS | REFERENCE |
|---|---|---|---|
| | ABNORMAL | NORMAL | RANGE |
| | | | |
| GLUCOSE | | MG/DL | |
| PROTEIN BOUND GLUCOSE | | MG/GM | |
| SODIUM | 136.0 | MMOL/L | 134-14. |
| POTASSIUM | 4.40 | MMOL/L | |
| CHLORIDE | 100.0 | MMOL/L | 96-4. |
| BUN | 8.00 | MG/DL | 3.00-25.0 |
| CREATININE | 1.50 | MG/DL | 0.80-1.40 |
| BUN/CREATININE RATIO | 5.00 | | |
| URIC ACID | 6.40 | MG/DL | 3.60-8.4 |
| PHOSPHATE | 4.30 | MG/DL | 2.30-4.3 |
| CALCIUM | 9.30 | MG/DL | 8.30-10.3 |
| MAGNESIUM | 1.77 | MEQ/L | 1.40-2.20 |
| CHOLESTEROL | 158.0 | MG/DL | 140-237 |
| CHOL. PERCENTILE | 61.0 | PERCENTILE | 1.00-70.0 |
| HDL CHOLESTEROL | 26.0 | MG/DL | 29.0-77.0 |
| CHOL/HDL RATIO | 6.70 | | |
| TRIGLYCERIDES | 441.0 | MG/DL | 50.0-300 |
| TOTAL PROTEIN | 7.70 | GM/DL | 6.40-8.10 |
| ALBUMIN | 4.00 | GM/DL | 3.50-4.80 |
| GLOBULIN | 3.70 | GM/DL | 2.30-3.50 |
| ALB/GLOB RATIO | 1.08 | | 1.20-2.20 |
| TOTAL BILIRUBIN | 0.45 | MG/DL | 0.30-1.40 |
| DIRECT BILIRUBIN | 0.04 | MG/DL | 0.00-0.30 |
| ALK. PHOSPHATASE | 70.0 | UNITS/L | 30.0-120 |
| G-GLUTAMYL TRANSFER. | 69.0 | UNITS/L | 1.00-94.0 |
| ALT (SGOT) | 70.0 | IU/L | 1.00-45.0 |
| ALT (SGPT) | 29.0 | IU/L | 1.00-60.0 |
| LDH | 233.0 | IU/L | 140-330 |
| IRON | 45.0 | MCG/DL | 35.0-175 |
| TIBC | 206.0 | MCG/DL | 250-350 |
| TRANSFERRIN SAT. | 21.8 | PERCENT | 10.0-70.0 |

THE RESULT OBTAINED FOR THE CHOLESTEROL/HDL CHOLESTEROL
RATIO FOR THIS PATIENT'S SAMPLE IS ASSOCIATED WITH A
HIGH CORONARY HEART DISEASE (CHD) RISK.

MetPath
a CORNING
Clinical Laboratc

Case 2:06-cv-00860-WKW-WC   Document 32-4   Filed 06/08/2006   Page 32 of 80

**MetPath**

1 Malcolm Avenue
Teterboro, New Jersey
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

| | | |
|---|---|---|
| Patient Name | Date Drawn 09/06/94 | Date Received 09/03/94 034 | Date of Report 09/07/94 |

Patient Name: PARROW, DEAN

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | | KILBY CORRECTIONAL FACILI    AJ | | 40600 |

Referring Physician: KALLA  111719

WARES FERRY ROAD
MT. MEIGS    AL    36057

CLIA 33-1021: TESTING    Specimen Number: 261392

CLIENT INFO:    BW

| | TEST NAME | RESULT ABNORMAL | NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| (01) | AMITRIPTYLINE | | 46.0 | MCG/L | |
| | NORTRIPTYLINE | | 138.0 | MCG/L | |
| | COMBINED RESULT | | 184.0 | MCG/L | |
| (02) | THIORIDAZINE, SERUM | 125.0 | | NG/ML | 600-1800 |
| | | | | | TOXIC RANGE: >1000 |
| | MESORIDAZINE, SERUM | | 329.0 | NG/ML | 150-1000 |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
        THERAPEUTIC RANGE:   120-250 MCG/L
        TOXIC RANGE:   >1000 MCG/L

(02) THIS TEST WAS REFERRED TO MED/TOX LABORATORIES INC.,
        402 WEST COUNTY ROAD D, ST. PAUL, MN 55112

MetPath
a CORNING
Clinical Laboratory



Teterboro Laboratory

One Malcolm Avenue
Teterboro, New Jersey        8-1070
201-393-5000
800-631-1390 Client Service

**Clinical
Laboratory
Report**

RAYMON...BINO, M.D.          PAUL A. KRIEGER, M.D.

JOSEPH E. O'BRIEN, M.D.      CHARLENE S. POLAN, M.D.

| Patient Name | | Date Drawn | Date Received | | Date of Report |
|---|---|---|---|---|---|
| FARROW, DEAN | E0503 | 08/05/94 | 08/06/94 | 0248 | 08/09/94 |

| Sex | Age | | Client Name / Address | | I.D. Number | Account Number | |
|---|---|---|---|---|---|---|---|
| M | | AJ | KILBY CORRECTIONAL FACILI    AJ | | | 40600 | 2 |

Referring Physician
KALLA
111719

WARES FERRY ROAD
MT. MEIGS     AL    36057

C.L.I.A. # 31D0696246

FASTING    Specimen Number  606050    Time Drawn  09:32

Patient I.D./Soc. Sec. Number

CLIENT INFO:        SW

| | TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|---|
| | | ABNORMAL | NORMAL | | RANGE |
| (01) | AMITRIPTYLINE | | 44.0 | MCG/L | |
| | NORTRIPTYLINE | | 91.0 | MCG/L | |
| | COMBINED RESULT | | 135.0 | MCG/L | |
| (02) | THIORIDAZINE, SERUM | 191.0 | | NG/ML | 250-1250 |
| | | | | | TOXIC RANGE: >1000 |
| | MESORIDAZINE, SERUM | | 209.0 | NG/ML | 150-1000 |

(01) COMBINED AMITRIPTYLINE/NORTRIPTYLINE CONCENTRATION:
     THERAPEUTIC RANGE:  120-250 MCG/L
     TOXIC RANGE:        >1000 MCG/L

(02) THIS TEST WAS REFERRED TO MED/TOX LABORATORIES INC.,
     402 WEST COUNTY ROAD D, ST. PAUL, MN  55112

**CAHABA IMAGING, P.C.**

SUITE 110, 3300 CAHABA ROAD
BIRMINGHAM, ALABAMA 35223
(205) 802-6100 • 1-800-535-2189
Fax (205) 870-1207



# RADIOLOGY REPORT

| NAME Dean, Farrow | AGE | DATE OF EXAM 10/3/95 | ADDRESS Hwy 82 East, Union Springs, Ala. |
| CLINIC NAME Bullock | REFERRING MD Guest | | PATIENT #/SS# 111719 |
| PROCEDURES: C X R | HISTORY R/o Positive PPD | | |

PA
Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: NORMAL CHEST.

d & t:  October 11, 1995           Howard P. Schiele, M.D.
alc



# Diagnostic Health Systems, Inc.

## 1-800-933-3347

**ROENTGEN REPORT**

DATE PERFORMED: ___4-07-95___

PATIENT: ___FARROW, DEAN #111719___

FACILITY: ___BCCF___ ROOM: _____

PART X-RAYED: _____

CLINICAL DIAGNOSIS: _____

REFERRING PHYSICIAN: ___Dr. Guest___

*****************************************************************************

**RADIOLOGICAL REPORT**

CHEST:
The heart size and pulmonary vascularity are normal.  The lungs
are clear and without acute pulmonary or pleural disease.  The
bony thorax and soft tissues are normal.

IMPRESSION:    NORMAL CHEST.

signed: DONALD H. DAHLENE, MD

DHD:kf
4-7-95

_____ Radiologist

*SW*

## X-RAY REQUISITION AND REPORT

| NAME OF HOSPITAL/INFIRMARY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| *KCF* | *7/14/94* | *Dr. Guest* | ☐ IP  ☑ OP |

**EXAMINATION REQUESTED**

*PA CXR*

**CLINICAL DIAGNOSIS**

*Chest Pain*

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | *7/15/94* | | |

### REPORT OF FINDINGS

PA Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: NORMAL CHEST.

*Howard P. Schiele, M.D.*

d & t: July 18, 1994              Howard P. Schiele, M.D.
lkp

_____ M.D.
SIGNATURE

*(Continued On Reverse Side)*

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| *Jarrow* | *Dean* | | | *A/m* | *111719* |

F-48

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DEAN E FARROW_    Date of Request: _8/28/95_

ID #: _111719_    Date of Birth: ▓▓▓▓▓    Housing Location: _20/2_

Nature of problem or request: _I Need teeth extracted_
_AS SooN AS possible._
_this is my thrind request._

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: _Sept 11 nt_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____    Title: _____    Date: _5/11/95_ Time: _____

CMS 7166  REV. 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DEAN E. FARROW_ Date of Request: _8/29/95_

ID #: _111719_ Date of Birth: ▮▮▮▮▮▮ Housing Location: _20/_

Nature of problem or request: _I need teeth extracted as soon as possible._

I consent to be treated by health staff for the condition described.

_Dean E. Farrow_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### HEALTH CARE DOCUMENTATION

Subjective:


Objective: BP _____ P _____ R _____ T _____


Assessment:

Plan:



Refer to: ____ PA/Physician ____ Mental Health ____ Dental


Signature:_____ Title: _____ Date: _____ Time: _____

CMS 7166 REV 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Dean E. Farrow_ Date of Request: _8/14/95_

ID #: _111719_ Date of Birth: ▮▮▮▮▮ Housing Location: _20/2_

Nature of problem or request: _I would like to see the Dentist._

_____

_____

I consent to be treated by health staff for the condition described.

_Dean Effurage Farrow_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: _N/S dental screening_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

_____ure: _____ _____ Title: _____ Date: _8_

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: _Dean E. Farrow_ ____ Date of Request: _8/30/95_

ID #: _111719_ ____ Date of Birth: ████████ ____ Housing Location: _20/2_

Nature of problem or request: _I want teeth extracted._

_____

_____

I consent to be treated by health staff for the condition described.

_Dean E. Farrow_

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

CMS 7166  REV. 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _William Cone_    Date of Request: _9/5/95_

ID #: _155168_    Date of Birth: _████_    Housing Location: _14-39_

Nature of problem or request: _I have two teeth that I need to have filled. Please! This is my Fifth try_

I consent to be treated by health staff for the condition described.

_William Cone_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:

Refer to: _____ PA/Physician  _____ Mental Health  _____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

CMS 7166 REV. 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DEAN E. FARROW_ ——— Date of Request: _9/5/95_

ID #: _111719_ ——— Date of Birth: ██████████ ——— Housing Location: _20/2_

Nature of problem or request: _I need teeth extracted._

I consent to be treated by health staff for the condition described.

_Dean E. Farrow_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature:_____ Title: _____ Date: _____ Time: __

CMS 7166  REV 3/93

NAME: Dean E. Farrow           DATE: September 8, 1995

AIS NUMBER: 111719            UNIT: Dorm #20 Bed #2

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

PART A — INMATE COMPLAINT

I've tried unsuccessfully to have teeth pulled as soon as possible, because they hurt. I've placed several medical request forms in the sick call request box, but each time I'd go to sick call I was told my medical records weren't pulled because the dentist has his own staff to handle such a request or requests.

I'm in pain, and I've been in this condition for nearly two months.

I've neglected my teeth and they are in bad shape, but medical attention can solve the problem. That is what I need right now.

I have an officer and other inmates to witness my efforts to acquire this type of medical attention.

Thank you.

PART B — MEDICAL STAFF RESPONSE

This pt had his tooth extracted on 9-11-95.

_____
STAFF SIGNATURE

_____
DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE "CMS MEDICAL GRIEVANCE FORM".

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Dean Efforage Farrow_    Date of Request: _August 21, 1995_

ID #: _11719_    Date of Birth: _____    Housing Location: _20/2_

Nature of problem or request: _I have teeth I would like to have pulled as soon as the Dentist can extract them. I am enduring pain. Please give the highest priority to this request. Thank you._

I consent to be treated by health staff for the condition described.

_Dean Efforage Farrow_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time

CMS 7166  REV. 3/93

# Alabama Department of Corrections

## DENTAL RECORD

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 1/23/95 | | | CCF/no show op appt. | MS. | |
| 3-21-95 | 8, 9 & 14 | roots | 2 carps. 2% xylo 1:100,000 Epi used in bucal & palatal infiltration; Simple forced Ext; oral pof given; Med. given; PTR for Ext | MARVIN WEST, D.D.S. | |
| 5-12-95 | 7 | cc. I got hit while playing baseball | 2 carps 2% xylo 1:100,000 Epi used in bucal & palatal infiltration; Simple forced Ext; oral pof given Already on Marvin; PTR for Tx | | |
| 6-23-95 | | | d/s | MARVIN WEST, D.D.S. | |
| 9-11-95 | 10 | cc. loose tooth | 2 carps. 2% xylo 1:100,000 Epi used in bucal & palatal infiltration; Simple forced Ext; Med. given; oral pof given; PTR for Tx. | | |
| 12-8-95 | 24 & 25 | cc. loose teeth | 2 carps. 2% xylo 1:100,000 Epi used in Mand n. blocks; simple forced Ext; oral pof given; Med. given; PTR for Tx | MARVIN WEST, D.D.S. | |

| Last Name | First | Middle | DOB | R/S | ID No. |
|-----------|-------|--------|-----|-----|--------|
| Farrow | Dean | | | | 111719 |

F-603B

Department Of Corrections

## INITIAL DENTAL EXAMINATION



REMARKS

PLACE OF EXAMINATION:    Kilby Correctional Facility

DATE  10/14/93

INITIAL CLASSIFICATION:

RADIOGRAPHS TAKEN:

ADDITIONAL FINDING OF FORENSIC USE:

TREATMENT INDICATED (RED)

RESTORATIONS AND TREATMENTS (BLACK)

(RECORD TREATMENT ON IDS FORM 603A )

ANDERSON
Dentist Name (Print)

Anderson DMD
Dentist Signature

| Patients Last Name | First | Middle | DOB | R/S | AIS No. |
|---|---|---|---|---|---|
| Farrow, | Dean | | | | 111 |

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*BCCF*

**INSTITUTION**

*Farrow Dean*

**NAME**          *111719*          *B/m*

          **NUMBER**      **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

**Instructions:** 1) *Forafalte Inhaler X30d KOP*

2) *ATC & Ls X30d KOP apply to feet*

*Failure to follow the directions above may result in a disciplinary.*

*8/17/95*          *A Hall LPN*

**Date Issued**          **Signature**

F-53

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: BCCF

NAME: Farrow Dean

NUMBER: 111719    R/S: G/M

Lay-in for __2__ days from 12-10-95 (date) due to 12-8-95 (date) R/Mac Jansr to ____

Instructions: Bed Rest x 2 blks.

Failure to follow the directions above may result in a disciplinary.

Date Issued: 12-8-95    Signature: ____

---

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: BCC F

NAME: Farrow Dean

NUMBER: 111719    R/S

Lay-in for ____ days from ____ (date) due to ____ (date) to ____

Instructions: Ingulate use as directed

Failure to follow the directions above may result in a disciplinary.

Date Issued: 12/14/95    Signature: ____

## PULMONARY CHRONIC CARE CLINIC

NAME: Farrow Dean | AIS: 111719 | INST: bccf | DOB: ▓ | AGE: 43 | R/S: B/m | YEAR: 1995

| DATE: | 9-12-95 | | | | | |
|---|---|---|---|---|---|---|

### SUBJECTIVE DATA: q mo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Cough | yes | Ø | | | | |
| 2. Sputum quality | white | cl | | | | |
| 3. Sputum quantity | mod to occ | sm | | | | |
| 4. Appetite | good | good | | | | |
| 5. Exercise tolerance | no limits | no limits | | | | |
| 6. Dyspnea | occ | occ | | | | |
| 7. Inhaler use / reason | yes | | | | | |
| Inhaler use still | | 3bp | | | | |
| 8. Smoking | ½ pk a day | ½ p q d | | | | |

### NURSING EXAM: q mo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. BP | 488 14/70 | 112/72 | | | | |
| 2. Pulse | 78 | 76 | | | | |
| 3. Respiratory rate | 20 | 20 | | | | |
| 4. Temperature | 988 | 970 | | | | |
| 5. Weight | 185 | 180 | | | | |
| 6. Dyspnea | occ | occ | | | | |
| 7. Lungs | | cl | | | | |
| 8. Prolonged expirations | 0 | 0 | | | | |
| 9. Accessory muscles | 0 | N | | | | |
| 10. Edema | 0 | N | | | | |

### MD EXAM: q 4 mo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Lung sounds | | | | | | |
| 2. Accessories | | | | | | |
| 3. Barrel chest | | | | | | |
| 5. Cardiac | | | | | | |
| 6. Edema | | | | | | |
| 7. ? Distress | | | | | | |

### TESTS: as ordered

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Peak flow q mo. | | | | | | |
| 2. Chest x-ray | | | | | | |
| 3. Oximetry q mo. | | | | | | |
| 4. EKG | | | | | | |
| 5. Theophyllin level (per MD) | | | | | | |
| 6. WBC / hct (per MD) | | | | | | |
| 7. PPD date / reading | | | | | | |

### MEDICATIONS:

Inhaler

| | | | | | | |
|---|---|---|---|---|---|---|
| Medication compliance % | | | | | | |
| Date medications ordered | | | | | | |
| Education and counseling | | | | | | |

## PULMONARY CHRONIC CARE CLINIC FLOW SHEET

NAME _Deon, Farrow_     ID#

GUIDELINES:     Vital signs, weight, and Wright Peak Flow recorded for all encounters.  Obtain baseline pulmonary functions tests, sputum culture and sensitivity, chemistry profile, EKG, PA and Lateral Chest X-ray, physical exam, and pulse oximetry. Reorder laboratory studies and diagnostic evaluations as medically indicated and determined by the physician.

_____

PHYSICIAN SIGNATURE DATE

| DATE 4-6-95 | BASE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B/P (Position/Site) Oarm | 148/80 | | | | | | | | | |
| TEMPERATURE | 98.4 | | | | | | | | | |
| PULSE | 80 | | | | | | | | | |
| RESPIRATIONS | 20 | | | | | | | | | |
| WEIGHT | 191 ½ | | | | | | | | | |
| HISTORY UPDATE (see progress notes) | | | | | | | | | | |
| REFERRED (See progress notes) | | | | | | | | | | |
| NURSE'S INITIALS | m.g. | | | | | | | | | |
| DATE MEDICATIONS REORDERED | 4-1-95 | | | | | | | | | |
| SPUTUM FOR AFB | | | | | | | | | | |
| SPUTUM FOR C & S | | | | | | | | | | |
| EKG | ordered 4-6-95 | | | | | | | | | |
| CHEST X-RAY | ordered 4-6 | | | | | | | | | |
| CHEMISTRY PROFILE | | | | | | | | | | |
| O$_2$ Sat | | | | | | | | | | |

Resps.

## CORRECTIONAL MEDICAL SYSTEMS

## PULMONARY CHRONIC CARE CLINIC INTAKE FORM

NAME _Deon, Farrow_ ID# _111719_ DATE _4-6-95_

DOB _[redacted]_ SEX _M_ LAST MENSTRUAL PERIOD _N/A_

T _98.4_ P _80_ R _20_ B/P _140/90_ WT _191½_ HT _5"11_ PEAK FLOW _____

ALLERGIES _NKA_ DISEASES/CONDITIONS _____

### HISTORY

Date of last PPD _____ Result _____ mm
Date last chest x-ray _2-94_ Result _OK_
Diagnosis of TB? _____
Source of TB Exposure _____
Date of last sputum _____ Result _____
Anemia _____
Previous Hospitalizations _NO_
Lack of appetite _NO_
Weight loss _NO_
Fatigue _NO_
Low grade fever _NO_
Irregular menses _N/A_
Night sweats _NO_
Chronic Cough _NO_
Mucopurulent sputum _NO_
Bloody sputum _NO_
Chest pain _NO_
Shortness of breath _no_
Productive Cough _no_
Disorientation _No_

### RISK FACTORS

Recurrent pulmonary infections _____
Recurrent sinus infections _____

### MEDICATION HX
1. _Telnaftate 17 Inhaler_
2. _____
3. _____
4. _____

Other Relevant Information _____
_____
_____
_____

_Martha Jackson_ _4-6-95_
NURSE SIGNATURE        DATE

### PHYSICAL EXAMINATIONS

Head, face, mouth, neck _____
Eyes, ears, nose _____
Breasts & axillae _____
Abdomen _____
Genitalia _____
Anus, rectum _____
Musculo-skeletal _____
HEART _____
THORAX _____
LUNGS _____
_____
_____

COMMENTS/OTHER NOTATIONS
_____
_____
_____
_____
_____
_____
_____
_____

DIAGNOSIS/FINDINGS
_____
_____
_____

ORDERS/INSTRUCTIONS
_____
_____
_____
_____
_____
_____
_____

PHYSICIAN SIGNATURE        DATE

PATIENT EDUCATION GUIDE FOR PULMONARY CHRONIC CARE CLINIC

NAME _Leon Harris_    NO.:

## PATIENT CAN DESCRIBE OR EXPLAIN

1. diagnosis or condition
2. the need to follow the medical regimen
3. therapeutic breathing exercises
4. appropriate technique for coughing
5. demonstrates appropriate inhaler technique
6. actions of medication and possible side effects
7. signs and symptoms of medication side effects
8. appropriate method to monitor peak flow
9. appropriate infection control measures
10. the importance of dietary intake
11. signs of symptoms to report to the nurse or doctor and appropriate timeliness
12. appropriate levels of activities of daily living



| Yes | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## TUBERCULIN PPD FOR INMATES

### INITIAL SKIN TEST

Date Given: _2/12/96_          Date Read: _2/14/96_

Site Given: _① forearm_        Size: _O_____ mm

Lot #: _2410-11_

Nurse: _Hicutt Jones_          Nurse: _Anollyn_

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Dean E. Farrow_                    _2/12/96_
Inmate Signature                     Date

_Hicutt Jones_                       _2/12/96_
Witness Signature                    Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Farrow, Dean | 111719A | B | BCCF |

## PERIODIC HEALTH A          T

**I.** **HISTORY**                    **YES**   **NO**              **OMMENTS**

| | YES | NO | |
|---|---|---|---|
| WEIGHT CHANGE (>15 LBS.) | __ | ✓ | _____ |
| PERSISTENT COUGH | __ | ✓ | _____ |
| CHEST PAIN | __ | ✓ | _____ |
| BLOOD IN URINE OR STOOL | __ | ✓ | _____ |
| DIFFICULT URINATION | __ | ✓ | _____ |
| ALLERGIES TO MEDS | ☒ | ✓ | _____ |
| SMOKING | ✓ | | _____ |
| OTHER ILLNESS  (DETAILS) | __ | __ | _____ |

**II.** **PHYSICAL**                                  **RESULTS**

HEART               *Normal*
LUNGS               *Clear on Palpation*
PELVIC AND PAP (q 1 yr.)   DATE *9-20-95*   RESULTS *N/A*
BREAST (q 2 yrs p 30)      DATE *9-20-95*   RESULTS *N/A*
WEIGHT *184½* RESP. *20*   B/P *130/80*   PULSE *82*   TEMP. *97.8*

RECTAL WITH HEMOCULT
     (yearly  p 45)                  *N/A*

**III.** **TESTING**                                  **RESULTS**

TUBERCULIN SKIN TEST (q yr.)   DATE GIVEN: *9-20-95*  READ: *9-22-95*
                               RESULTS_____ *0 mm*
RPR (q 3 yrs.)                 DATE:_____   RESULTS:_____
URINE DIP (yearly)
     (GLU., PRO., RBC, WBC)    *Negative  x 4*

MAMMOGRAM (40 and over q 2 yrs.)
                     DATE      *9-20-95     N/A*
EKG  (baseline at 35, over 45,  q 3 yrs)   *9-20-95*
CHOLESTEROL ( q 5 yrs.)        *9/22/95 — 160 mg/dl*
TETANUS / DIPTHERIA ( q 10 yrs.)  *10/14/96*

NURSE'S
SIGNATURE *Martha Jackson RN*   DATE *9-20-95*

FACILITY *BCCF*   PHYSICIAN'S SIGNATURE

EMERGENCY ADDRESSEE *Betty Bront*   TELEPHONE # *334 727-3693*

ADDRESS *P.O. Box 772 Tuskegee, Al. 36083*

DOB ▓▓▓  AGE *43*  RACE *B*  SEX *M*  SSN ▓▓▓▓▓

INMATE'S NAME *Farrow, Deon E*   AIS# *111719A*

# TUBERCULIN PPD FOR INMATES

## INITIAL SKIN TEST

Date Given: _9-20-95_          Date Read: _9-22-95_

Site Given: _left forearm_     Size: _0 mm_ _____ mm

Lot #: _2389-1P_

Nurse: _Martha Jackson (RN)_   Nurse: _K. Scott, RN_

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Deon E. Farrow_                          _9/20/95_
**Inmate Signature**                      **Date**

_Martha Jackson (RN)_                     _9-20-95_
**Witness Signature**                     **Date**

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| _Farrow, Deon E_ | _111719A_ | _B/m_ | _BCCF_ |

# REPORT OF HEALTH ASSESSMENT

D.O.B. _____ Age 41 (S) M W D    ALLERGIES __NKA__

Former Occupation _____ How Long _____

**Date of last Immunization**

If any BLOOD RELATIVE has suffered any of the following-relationship of person

- T.B. _____
- Stroke _____
- Migraine _____
- Mental Illness _____
- Epilepsy _____
- Diabetes _____
- ✓ Cancer — G-Father

- Gout _____
- Hypertension _____
- Heart Attack _____

Typhoid _____
Measles _____
Rubella _____
Diptheria _____
Pertussis _____
Polio _____
Tetanus __10/14/93__

PREVIOUS OPERATIONS (Year) __N/A__
Current Medications: __Psyc Meds__

MARK (c) for Current problems/check space and indicate age you had any of the following symptoms of disease

| | | | |
|---|---|---|---|
| Head injury | High Blood Pressure | Chronic Fatigue | ✓ Eczema |
| Decreased hearing | Heart Murmur | Weight Loss | ✓ Nervousness |
| Ringing in ear(s) | Pounding Heart | Lb/time | C Depression |
| Ear Infections (freq.) | Swollen Ankles | Anemia | Use of Alcohol |
| Dizzy spells | Leg Pain When Walking | Sickle Cell Anemia | ___ oz. EtOH/week |
| Fainting spells | Varicose veins / Phlebitis | Bruise Easily | C Smoke |
| C Double / blurred vision | Rheumatic Fever | Cancer | 2-3 Cig. per day |
| Eye pain | Urinary Tract Infect. | Tumor(s) | FEMALES: |
| Eye Infections (freq.) | Painful Urination | Diabetes | MENSTRUAL HISTORY |
| Nose bleeds (freq.) | Blood in Urine | Thyroid trouble | N/A Age of Onset |
| Sinus problems | Overnight Urination | Convulsions / | Regular / Irregular |
| Sore Throats (freq.) | More than 2x / night | Seizures | FLOW: |
| Hayfever / Allergies | Lost Control of Urination | Stroke | Light |
| Hoarseness-Prolonged | Decrease in force of | Tremor / Hands | Moderate |
| more than 1 month | Urination | Shaking | Heavy |
| Recent change in | Kidney Stones | Numbness of | Pain / Cramps with |
| Bowel Habits | Venereal Disease | Extremities | Menstrual Flow |
| Diarrhea | Gonorrhea | Tingling in Extremities | Length of Cycle |
| Constipation | Syphilis | Headache(s) | Number of Pregs. |
| Bleeding / Tarry Stools | Herpes | Frequent | Number Live Births |
| Hemarrhoids | Penis Discharge | Memory Loss | Number of Miscarriages |
| Gallbladder Trouble | Penis sores or growths | Rheumatism | Method of |
| Jaundice / Hepatitis | Tuberculosis | Joint Problems | Birth Control |
| Hernia | Pneumonia/Pleurisy | Back Pain | If pill, |
| Surgery for Hernia | Bronshitis | Back Pain persistent | name of pill |
| Loss of Appetite-recent | Cough-productive | Bone fracture(s) | Hot Flashes |
| Difficulty Swallowing | purulent (circle) | Gout | Menopause |
| Indigestion / Heartburn | C Asthma / Wheezing | C Foot Pain Bunions | Breast knots / masses |
| Persistent Nausea | Shortness of breath: | Arthritis | Pain in Breasts |
| Vomiting | On EXERTION | Rashes | Other Symptoms or Disease |
| Vomiting Blood | LYING FLAT | Psoriasis | Drug Abuse |
| Stomach Ulcers | Night Sweats | Cold / Numb | |
| Abdominal Pain | | Feet | |
| Chest Pain | | Hives | |

COMMENTS: _____

CLASSIFCATION: _____

NAME: Varrow, Sean E.    AISN __111719__   S/M

Ht _5'10"+4_ Wt _15_ P _N/A_ R _____ . _____    BP _130/80_

VISION: R _20/20_ L _20/20_    P.P.D. _0mm_

COMMENTS: _____    Hct. _39.2_

GENERAL APPEARANCE: _____    HIV _done_

## PHYSICAL EXAMINATION:    VDRL _RPR-NR_

| | NEG. | ABNOR. | | NEG. | ABNOR. |
|---|---|---|---|---|---|
| Head/Scalp | | | Neck | | |
| Lids/Sclera/Conj | | | Shoulders | | |
| Eye Muscles | | | Touch Hands on | | |
| (E.O.M.'S) | | | Head | | |
| Pupils | | | Elbows | | |
| Fundi | | | Wrists | | |
| Ears | | | Fingers | | |
| Hearing T.F. | | | Back | | |
| Nose | | | Hips | | |
| Teeth/Gums | | | Knees | | |
| Pharynx | | | Ankles/Feet | | |
| Thyroid | | | Paralysis | | |
| Neck Glands | | | Gait | | |
| Carotid Bruits | | | Muscle Atrophy | | |
| Chest/Lungs | | | Tremor(s) | | |
| Heart (P.M.I.) | | | Squats on Toes | | |

**HEART:**
- Rhythm
- Rate
- Murmur
- Breast Nipples
- Axillary Nodes
- Abd. Masses
- Abd. Tenderness
- Liver/Spleen
- Abd. Bruits
- Hernia Rings
- Inguinal Nodes

**TENDON REFLEXES:**
- Elbow
- Wrists
- Knees
- Achilles

**FEMALES:**
- Vulva/Vagina
- Adnexae
- Cervix
- Uterus
- Utero/Rectocoele
- Pap Smear done

**PULSES:**
- Femoral
- Dorsalis Pedis
- Varicose Veins
- Pedal Edema
- Skin Lesions

**MALES:**
- Penis
- Penile Discharge
- Penile lesions
- Herpes
- Testes
- Scrotal Sac
- Prostate

**NAIL BEDS:**
- Fingers
- Toes

- Hemoccult
- Anal/Rectal

COMMENTS: _____

EXAMINER _____

DATE _10/14/93_

**IN CASE OF EMERGENCY NOTIFY:**

Name _Betty Grant 777-3693_ Address _P.O. Box 772 Tusk, Ala 36081_

Name _Farrow Jean Effarge_    AISN _111719 B/M_

F-26B

## DEPARTMENT OF CORRECTIONS

## PATIENT CONSENT TO TREATMENT FORM

Farrow, Dean _____ 41 _____ 10/14/93 _____
_____Name of Patient_____ Age    Admission/date/time

_____ See - F-86 A _____
Name and Address of Spouse or Parent

1.  I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2.  Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3.  This in no way constitutes a warranty or guarantee that my present condition will be cured; the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4.  I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.

_____Shirley Turner_____      X_Dean E. Farrow_____
         Witness                              Patient Signature
                                              10/14/93
_____                  _____
         Witness                              Date

                    HHS BROCHURE RECEIVED
                         D.E.F.

F-83

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION _KCF_

NAME _Freeman, Dean   MH-4_   NUMBER _111719_   R/S _B/m_

Lay-in for _____ days from _____ (date) ____ due to _____ (date) ____ to

Instructions: _More to MH IIA._

Failure to follow the directions above may result in a disciplinary.

Date Issued _3/16/96_   Signature _Mike Moody, M.S_

F-53

---

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION _Kilby_

NAME _Farrow, Dean_   NUMBER _111719_   R/S _B/m_

Lay-in for _____ days from _____ (date) ____ due to _____ (date) ____ to

Instructions: _Daily passes to South Ward. 2-3 hours/day._

Failure to follow the directions above may result in a disciplinary.

Date Issued _2-16-94_   Signature _Kath A. Jone, Ph.D_

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION KCF

NAME Farrow, Dean  MHU-8   NUMBER 111719   R/S BM

Lay-in for _____ days from _____ due to _____
(date) (date) to

Instructions: Failed @ the Warden's Office
per Betty Can @ 2:00 pm for to attempt a visit

Failure to follow the directions above may result in a disciplinary.

Date Issued 1-21-94   Signature C. Worthy M.D.

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION KCF

NAME Farrow, Dean  MHU-8   NUMBER 111719   R/S BM

Lay-in for _____ days from _____ due to _____
(date) (date) to

Instructions: Assign to MHU-4 per MHS

Failure to follow the directions above may result in a disciplinary.

Date Issued 1-18-94   Signature C. Worthy M.D.

F-53

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME Farrow, Dean

INSTITUTION KCF

NUMBER 111719    R/S BM

Lay-in for _____ days from _____ due to _____ to _____

(date)        (date)

Instructions: _Admit to Mental Health._
_Transfer to MH-6_

Failure to follow the directions above may result in a disciplinary.

Date Issued 10/15/93 _____    Signature _____

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME Farrow, Dean

INSTITUTION KCF

NUMBER 111719    R/S BM

Lay-in for _____ days from _____ due to _____ to _____

(date)        (date)

Instructions: _Lay-in to MHU-16 Received_
_Previous order_

Failure to follow the directions above may result in a disciplinary.

Date Issued 10-29-93 _____    Signature C. Worthy, MA

*SW*

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

I, *Dean E. Farrow, 111719* _____ acknowledge receipt of the

                (Inmate's Name, AIS #)

following medical equipment/appliance.

      ( ✓ )    Eyeglasses

      ( )    Dentures

      ( )    Prosthesis       (please specify) _____

      ( )    Wheelchair

      ( )    Other           (please specify) _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

*Deon E. Farrow, 111719*       *June 17, 1994*

   (Inmate's Signature)                 (Date)

*C M Moore N/A*          *6/17/94*

   (Witness' Signature)                (Date)

Distribution:

    Original - Blue Medical Jacket

    Yellow - Kilby Medical Supply



**SAFETY SUPPLY & SERVICE, INC.**
**MEDICAL SOUTH**

P.O. BOX 170053 / BIRMINGHAM, ALABAMA 35217-0053 / (205) 324-3334

| Patients Name | | Date |
|---|---|---|
| FARROW        JEAN | | |

| Employee SS # | P.O. # |
|---|---|
| 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 | |

| Lens Material | Special Instruction |
|---|---|
| GLASS | |

| | Sphere | Cylinder | Axis | Prism | Base | |
|---|---|---|---|---|---|---|
| R | 1.25 | .00 | | .00 | | SAFETY |
| L | 1.25 | .00 | | .00 | | |

| | Add. | Seg Hgt | | Pd | |
|---|---|---|---|---|---|
| R | .00 | .0 | F | 64.00 | Scratch Resistant |
| L | .00 | .0 | N | .00 | |

| Lens Style |
|---|
| SAFSGLVIS   SAFETY SINGLE VISION |

| Tint | |
|---|---|
| | % |

| Frame Style | Frame | Color |
|---|---|---|
| TIT70F4645 GRAYSMOKE | | |
| TITMUS 70F | | |

| Eye Size | Bridge Size | Temple Length |
|---|---|---|
| 48 | | 145 |

| Side Shield |
|---|
| |

| Miscellaneous |
|---|
| |

| Date |
|---|
| |

| Bill To: |
|---|
| 299ED      QUESTCARE |
| Ship To: RIPLEY CORRECTIONAL FAC |
| ATTN: MEDICAL RIPLEY |
| WARD  PERRY ROAD |

| | Ticket # |
|---|---|
| B212654 | |

INFORMED CONSENT FOR NEUROLEPTIC MEDICATION

ersons who use neuroleptic medication such as THORAZINE, STELAZINE, HALDOL, OXITANE, PROLIXIN, MELLARIL, NAVANE, PERMITIL, QUIDE, TRILAFON, REPOISE, OMPAZINE, MOBAN, TINDAL, PROKETAZINE, VESPRIN, SERENTIL, SPARINE, TARACTAN, r other _ELAVIL_ (circle one that is used) should know about the enefits and risks of long term use (more than one year) of these medications.

t the present time, these medications are considered to be the most effective eans to control unacceptable and potentially dangerous psychotic behavior. hen used appropriately they help you interact well with other people during he day and rest during the night. Consequently, they help you to continue iving in the community with minimal inconvenience.

nfortunately, it is unknown what may happen when such medication is taken or long periods of time and you run the risk of developing irreversible ardive dyskinesia. This is a condition where you have shakiness of arms nd hands, your tongue moves and you cannot control it, you are restless and annot sit still in a chair, your movements are somewhat shaky and "jerky" nd you may hold your arms or hands in strange positions without being able o do anything about it. Many times these conditions can be recognized early nd stopped before they become serious but it is possible that they may not e noticed until they are firmly established and cannot be treated. Further, ong term use of such medication may have other effects which have not been iscovered yet.

ou or your guardian need to weigh the benefits of your medication with these isks. By your signature below, you indicate that you have been given a copy f this information, that it has been explained to you or your guardian; and aat you are freely making the decision to take this medication.

_3/24/94_
ate

_Deon E. Farron_
Signature of Client/Guardian (Circle one)

_FARRON Dean_
Print name of Client

_Phyllis Evans RN, BSN_
Signature of Medical Personnel        Title

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION
KCF

NAME
FARROW, DEAN

MH

NUMBER
111719

R/S

**Lay-in for** _____ **days from** _____ **due to** _____ **to** _____

(date)            (date)

**Instructions:**  ON 6/28/94.

MENTAL HEALTH CLINIC APPOINTMENT WITH DR. KALLA

*Failure to follow the directions above may result in a discip"*

Date Issued
6/27/94

Signature
P. EVANS RN,t.

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION
KCF

NAME
Farrow, Dean    MHU-15A

NUMBER
111719

R/S
B12

**Lay-in for** _____ **days from** _____ **due to** _____ **to** _____

(date)            (date)

**Instructions:**  Ultimate cell alone status c̄

inmate #175524 pending protective

per Lt. Shea

*Failure to follow the directions above may result in a disciplinary.*

Date Issued
7-8-94

Signature
C. Weatherly RN

F-53

Mental "Unit"

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

NAME Farrow Dean

INSTITUTION _Kilby_

NUMBER 111719    R/S B/M

Lay-in for _____ days from 8-17-94 (date) due to _____ (date) to _____

Instructions:
Would like to see Mental
Doctor, complain hearing
mental stating he is upset
which blocks his visions
and keep stun.

Failure to follow the directions above may result in a disciplinary.

Date Issued 8-17-94    Signature R Crenshaw LMHT

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

NAME Farrow Dean

INSTITUTION Kilby

NUMBER 111719    R/S B/M

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions:
Discontinue walk alone
status & Transfer # 103524.

Failure to follow the directions above may result in a disciplinary.

Date Issued 7/12/94    Signature Katz A. Groo. P.D.

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION Kilby

NAME Farrow Dean

NUMBER 11212    R/S BM

Lay-in for _____ days from _____ due to _____ to _____

(date)        (date)

Instructions: Transfer to C-16

Failure to follow the directions above may result in a disciplinary.

Date Issued 2/15/94    Signature _____

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION Kilby

NAME Farrow Dean

NUMBER 11212    R/S BM

Lay-in for _____ days from _____ due to _____ to _____

(date)        (date)

Instructions: Transfer to South Ward

Failure to follow the directions above may result in a disciplinary.

Date Issued 8-30-94    Signature _____

F-53

SW 8

C-16

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Farrow Dean

KCF

INSTITUTION

NAME _____

NUMBER _____ R/S

111719 BM

_____ (date)

Lay-In for _____ days from _____ due to _____ (date) _____ to

Instructions: Transfer to C-16.

Failure to follow the directions above may result in a disciplinary.

Date Issued  9-15-94

Signature

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Allen Farrow

KCF

INSTITUTION

NAME _____

NUMBER _____ R/S

111719 BM

_____ (date)

Lay-In for _____ days from _____ due to _____ (date) _____ to

Instructions: NPO after midnight. Has lab work on Friday. 9-16-94

Failure to follow the directions above may result in a disciplinary.

Date Issued  9-15-94

Signature

PATIENT INFORMATION SLIP

INSTITUTION KCF

| NAME | NUMBER | R/S |
|------|--------|-----|
| FARROW, DEAN | 111719 | SW |

Lay-in for _____ days from _____ due to _____ to
                              (date)              (date)

Instructions:    9   Report to the Mental Health Clinic
on  10/12/94   with Dr.   CRITTENDEN
at  0845    .

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  10/11/94                    Signature  P. EVANS RN, BSN

F-53

---

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION  Kilby

| NAME | NUMBER | R/S |
|------|--------|-----|
| Farrow Dean | 111719 | BM |

Lay-in for _____ days from _____ due to _____ to
                              (date)              (date)

Instructions:   Transfer to South Ward.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  9/23/94                    Signature

F-53

HEALTHCARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION ___KCF___

NAME ___Farrow, Dean___    NUMBER ___SW___    R/S ___

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to

Instructions: ___Needs Fillings Per Inmate Request___

_Failure to follow the directions above may result in a disciplinary._

Date Issued ___1-10-95___    Signature ___P. EVANS RN, BSN___

F-53

---

HEALTHCARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION ___KCF___

NAME ___FARROW, DEAN___    NUMBER ___111719___    R/S ___SW___

y-in for _____ days from _____ (date) _____ due to _____ (date) _____ to

structions: ___9 Report to the Mental Health Clinic
n 10/26/94 with Dr. CRITTENDEN
t 1045.___

_Failure to follow the directions above may result in a disciplinary._

late Issued ___10/25/94___    Signature ___P. EVANS RN, BSN___

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION ____KCF____

C²

NAME: Farrow, Dean

NUMBER: 111719   R/S: ____

Lay-in for ____ days from ____

(date) ____ due to ____ (date) ____ to ____

Instructions: Please Reschedule Dental Appt. Previous Appt. was on 1-23-95 when he was to Sub - He was moved to the Blocks before 1-23-95.

Failure to follow the directions above may result in a disciplinary.

Date Issued: 1-25-95

Signature: P. EVANS RN, BSN

F-53

---

**PATIENT INFORMATION SLIP**

INSTITUTION ____KCF____

NAME: FARROW, DEAN

NUMBER: 111719   R/S: B/M

Lay-in for ____ days from ____

(date) ____ due to ____ (date) ____ to ____

Instructions: Transfer to C-6 per Mental Health.

Failure to follow the directions above may result in a disciplinary.

Date Issued: 1/20/95

Signature: Mike Mosley, M.S.

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION ___KCF___

NAME  FARROW, DEAN          NUMBER  111719   R/S  B/M

Lay-in for _____ days from _____ due to _____ to _____

(date)          (date)

Instructions: Inmate is released from Mental Health. Reassign to population.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  11/30/05          Signature  Mike Mosley, M.S.

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION ___KCF___

NAME  FARROW, DEAN          NUMBER  111719   R/S  B/M

Lay-in for _____ days from _____ due to _____ to _____

(date)          (date)

Instructions: Inmate is released from Mental Health. Reassign to population.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  11/30/05          Signature  Mike Mosley, M.S.

F-53

F-53

## PATIENT INFORMATION SLIP

INSTITUTION _BCCF_

NAME _Farrow, Dean_

NUMBER _111719_    R/S _B/n_

Lay-In for _____ days from _____ to _____

(date) _____ due to _____ (date)

Instructions: _Please arrange for Dean to see this inmate._

**Failure to follow the directions above may result in a disciplinary.**

Date Issued _2-27-95_

Signature _Martha Gibson_

---

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _KCF_

NAME FARROW, DEAN

NUMBER 111719    R/S

Lay-In for _____ days from _____ to _____

(date) _____ due to _____ (date)

Instructions: _MENTAL HEALTH CLINIC APPOINTMENT WITH_
_DR. KALLA ON 2-7-95 @ 1100_

**Failure to follow the directions above may result in a disciplinary.**

Date Issued 2/6/95

Signature P. EVANS RN

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION  KCF

NAME  FARROW, DEAN

NUMBER  111719    R/S

Lay-in for _____ days from _____ due to _____ to _____
(date)                              (date)

**Instructions:** PLEASE, ARRANGE FOR BOTTOM BUNK FOR THIS INMATE. HE IS ON PSYCHOTROPICS & SOMETIMES LOSES HIS POSITION SENSE AT NIGHT.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  2/7/95

Signature  DR. KALLA / P. EVANS RN, D

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION  BCCF

NAME  Fallow Dean

NUMBER  111719    B/W

Lay-in for __2__ days from __3-26-95__ due to __3-2-9-95__ to __Extractions__
(date)                              (date)

**Instructions:** Bed rest x24 hrs. He may have salt from the kitchen for oral rinses twice daily x 10 days.

*Failure to follow the directions above may result in a disciplinary.*

Date Issued  3-2-9-95

Signature  _____

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION __BCCF__

NAME __Cannon Dean__     NUMBER __111719__     R/S __B/B__

Lay-in for _____ days from _____ to _____
(date)                (date)

Instructions: __May lie down PRN / whenever necessary X 2 days / 5/11/95 — 5/13/95__

Failure to follow the directions above may result in a disciplinary.

Date Issued __5/11/95__     Signature _____

---

E-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION __BCCF__

NAME __Fallow, Dean__     NUMBER __111719__     R/S __B/M__

Lay-in for __2__ days from __5-11-95__ to __5-12-95__
(date)            (date)

Instructions: __Bed Rest X 24 Hrs.__

Failure to follow the directions above may result in a disciplinary.

Date Issued __5-11-95__     Signature _____

PATIENT INFORMATION SLIP

INSTITUTION
BCCf

NAME  Farrow, Dean

NUMBER  114214 Bn

R/S

Lay-in for _____ days from _____ to _____
(date)                    due to                    (date)

Instructions:  LD Ventolin
Inhaler ii puffs Prn X 30 days
3/9/05 — 4/9/05

Failure to follow the directions above may result in a disciplinary.

Date Issued  3/9/05         Signature

F-53

---

PATIENT INFORMATION SLIP

INSTITUTION
BCCf

NAME  Farrow, Dean

NUMBER  11719 Bn

R/S

Lay-in for _____ days from _____ to _____
(date)                    due to                    (date)

Instructions:
(1) Lay in today
(2) No Sports x 60 days
(3) See Dental Hygienist Fri day

Failure to follow the directions above may result in a disciplinary.

Date Issued  5-9-15         Signature

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _Becf_

NAME _Fallon, Dean_

NUMBER _111719_    R/S _G/N_

Lay-in for _2_ days from _9-13-95_
(date)

due to _9-11-95_
(date)    Ad Estimoly Pd?

to ___

Instructions: _ftd Rx- X 2 WKs._

Failure to follow the directions above may result in a disciplinary.

Date Issued _9-11-95_

Signature _[signature]_

F-53

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _Becf_

NAME _Fallon, Dean_

NUMBER _111719_    R/S

Lay-in for ___ days from ___
(date)

due to ___
(date)

to ___

Instructions: 1) _Vormalate as needed_
2) _use as directed X30d_
   _Antiviral Cream_
3) _use as directed X30d_

Failure to follow the directions above may result in a disciplinary.

Date Issued _6/15/95_

Signature _[signature]_

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*BCCA*
INSTITUTION

*Farrow Dean*                    *111719*   *B/m*
NAME                              NUMBER      R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: *Toradate Inhaler X 90 d*

*KOP*

*Failure to follow the directions above may result in a disciplinary.*

*9/14/95*
Date Issued

Signature

F-53

*A157 111719* *DEAN* (handwritten)

TO:            KOP Inmates

FROM:       Correctional Medical Systems

RE:            Keep-On-Person Medication Program

## Keep-On-Person Agreement

You have been selected to participate in a Keep-On-Person medication program.  In this program you will receive a designated supply of selected medications for self-administration.  Since only selected medications can be kept-on-person, you may still have to go to the pill call window for some of your medication.

You will be responsible for taking the medications as directed on the prescription label. Attached is an information sheet about the prescription label.  You are responsible for keeping your medications secure by keeping them locked in your living area.

You will be suspended from the keep-on-person program for at lease a six month period if you sell or trade your medications or report medications lost or stolen.

CMS and the Department of Corrections may suspend any inmate from the keep-on-person program.  When suspended, you have to return to the pill call window for all of your medications.

When you complete the course of medication dispensed, you must bring your empty container to the medication line.  If you do not, you will be suspended from the Keep-on Person program.

TORNA LATE INHALER  and Anti fungal Cream (handwritten)

**I understand my responsibility as a Keep-On-Person participant.  I agree to adhere to the guidelines for keeping my medication on person.**

_Dean E Fattow_ (handwritten signature)

INMATE SIGNATURE

8/21/98 (handwritten)

DATE

_Lorlaine Rn_ (handwritten signature)

NURSE SIGNATURE

8/21/98 (handwritten)

DATE

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 5-14-99 | TIME 5⁵⁵ AM/PM | FACILITY BCCF □ SIR □ PDL □ ESCAPEE □_____ | □ EMERGENCY □ OTHER |
|---|---|---|---|

ALLERGIES *NKDA*

**CONDITION ON ADMISSION**
□ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

VITAL SIGNS: TEMP 98⁴  ORAL RECTAL  RESP. 20  PULSE 82  B/P 130/90  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - "I dont realize what mistake I made by trusting a woman to be my friend."

O - Ambulatory. Blood alert & oriented X 3. Escorted to infirmary by Officer Day. Old scars noted to nose & elbow & knee. Absent of any other bruises, lacerations etc...

A - Routine Body Chart

PHYSICAL EXAMINATION

*(body diagram annotations: C R L old scar R, old scar)*

**ORDERS, MEDICATION, etc.**

P - Routine Body Chart.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 5/14 | TIME 195 AM PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Brown | DATE 5-14-99 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 43 | DATE OF BIRTH ▓▓▓ | R/S B/m | AIS # 111719 |
|---|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT