# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _NON-SCH._ TREATMENT RECORD
(OTHER)

| DATE 5-8-95 | TIME 7:10 AM (PM) | FACILITY _BCCF_  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ EMERGENCY  ☐ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _98.2_  ORAL RECTAL  RESP. _20_  PULSE _80_  B/P _130/80_  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

S - "I started running for home plate, I tripped & I fell on my face"

**PHYSICAL EXAMINATION**

O - Superficial lacerations to bridge of nose, upper area ↑ upper lip, right wrist & left elbow. Right nose bleeding ↑ accident. No bleeding noted when seen in infirmary.

A - See above

**ORDERS, MEDICATION, etc.**

P - Wounds cleaned c̄ peroxide & rinsed c̄ H₂O, TAO & bandaids applied. Motrin 600 mg given. Instructed to sign up for sick call.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Fall

| RELEASE/TRANSFER DATE 5/8/95 | TIME 7:30 AM (PM) | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Sandra Anderson LPN | DATE 5/8/95 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrell, Dean | AGE 43 | DATE OF BIRTH | R/S B/M | AIS # 111719 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _5, 11, 95_ ORIGINATING INSTITUTION/WORK RELEASE CENTER _BCCF_

REASON FOR
PROFILE _Razor Bumps To face_

TREATMENT: _Clipper Shave X30 days (5/11/95 - 6/11/95)_

## SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _6/11/95_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
                 DATE
☒ Inmate ____/____/____
                 DATE

_C. Johnson_                          _Dr. Grant/C. Johnson_
NURSE'S SIGNATURE                     PHYSICIAN'S SIGNATURE
(Distributed By)                      (Authorization)

| FULL NAME (Last, First, Middle) | Date of Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Farrow, Delin_ | ▓▓▓▓▓▓ | | _B/m_ | _111219_ |

ORIGINAL - Blue Medical Jacket                    PINK - Warden
YELLOW - Inmate

F-13

x: N610
1/87

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

INMATES NAME: DEAN E. FARROW    DATE: 2/15/95    TIME: 12:49 Pm .

DOB: ▮▮▮▮▮▮    OFFICER: Brown    INSTITUTION:

| | BOOKING OFFICERS VISUAL OPINION | Yes | No |
|---|---|---|---|
| 1. | Is the Inmate Conscious ? | (Yes) | — |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? | — | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? | — | |
| 4. | Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? | — | |
| 5. | Is the skin in poor condition or show signs of vermin or rashes ? | — | |
| 6. | Does the inmate appear to be under the influence of Alcohol, or Drugs ? | — | |
| 7. | Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) | — | |
| 8. | Is the inmate making any verbal threats to staff or other inmates ? | — | |
| 9. | Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? | — | |
| 10. | Does the inmate have any obvious physical handicaps ? | — | |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

| | | | |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder? | — | — |
| 12. | Are you on any special diet prescribed by a physician ? (if yes - what type ? ) | — | |
| 13. | Do you have a history of veneral disease or abnormal discharge ? | — | |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? | — | |
| 15. | Have you ever attempted suicide ? (If yes - When ?_____ How ?_____.) | — | |
| 16. | Do you want to do any harm to yourself now ? | — | |

CORRECTIONAL MEDICAL SERVICES

SEGREGATION LOG

Name: Farron Dean     I.D. # 111719     D.O.B. _____     Unit _____     Year _____

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | NCD | N/C | N/C | N/C | N/C | | | N/C | N/C |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:   M=MEDICAL          N/C=NO COMPLAINTS
       D=DENTAL
       P=PSYCHIATRIC

NURSES PLEASE SIGN AND INITIAL _____

CMS 7179  6/94

# DE ARTMENT OF CORRECTION

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1/17/95 | TIME 250 AM (PM) | FACILITY _____  □ SIR  □ PDL  □ ESCAPEE □ _____ | □ EMERGENCY  □ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
□ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

**VITAL SIGNS:** TEMP 97.7  ORAL RECTAL  RESP. 12  PULSE 80  B/P 110/80  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- I am here for fighting I don't have any marks or bruises.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- no apparent open wounds no, bruises

**ORDERS, MEDICATION, etc.**

T/o meds or medications dispensed

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Go back to dorm try + stay out of Trouble

| RELEASE/TRANSFER DATE 1 / 16 / 95 | TIME 358 AM PM | RELEASE/TRANSFERRED TO □ DOC  □ AMBULANCE  □ | CONDITION ON DISCHARGE □ SATISFACTORY  □ POOR  □ FAIR  □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE K. Jchens LPN | DATE 1/16/95 | PHYSICIAN'S SIGNATURE | DATE 01/17/95 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 42 | DATE OF BIRTH | R/S B/M | AIS # 111719 |
|---|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

Mrs. Jones,

    I am requesting to be moved to a more legal environment.

    My vision is poor, because I lost my reading glasses in the process of moving to "C" Block, and if I had my glasses it would only help me to finished research I am somewhat force to complete. The noise is too loud for me to concentrate on a subject.

    I would like it here if I didn't have all of this legal work to do, but right now it is of no used to me.

    I will be returning to court soon, but until then I must continue the research, and be prepared to show justifications in my actions.

    Therefore, I am praying that you understand the problems I face in my efforts to continue in my cause.

    Thanks!

Deon E. Farrow
# 111719

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 8/26/94 | Dr. Guest | ☐ IP  ☑ OP | 8/26/94 |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG  Chest pain | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)

**PROGRESS NOTES:**

## RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Farrow | Dean | | 41 | B/m | 111719 |

## DEF RTMENT OF CORRECTION

### EMERGENCY/ _NON-Sch._ TREATMENT RECORD
(OTHER)

| DATE 8/1/95 | TIME 1145 AM/PM | FACILITY Bcc F ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _PDP._ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98°_ ☐ ORAL ☐ RECTAL   RESP. _18_   PULSE _76_   B/P _100/70_   RECHECK IF SYSTOLIC <100 > 50   N/A

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S-- el Cut My finger Accidently
Nip it on a razor Blade when
i pitok up a box

PHYSICAL EXAMINATION
O- Black Male, Alert/Oriented
x 3, Respreg even Color adeg
Skin warm & dry - Small ½ inch
Superivical Laceration & Small
Amt of bleeding from ® thumb.

ORDERS, MEDICATION, etc.
A- cut to ® thumb

P- Areas Cleanse ē Hbgos & JNO applied
Advised to Sign ↑ for Sick Call

DIAGNOSIS
Return PRN.

INSTRUCTIONS TO PATIENT
Return PRN.

| RELEASE/TRANSFER DATE 8 / 1 / 95 | TIME 13⁰⁵ AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE R Robbins Lpn | DATE 8/1 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | | AGE 43 | DATE OF BIRTH | R/S B M | AIS # 111719 |
|---|---|---|---|---|---|

AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize:                                            to release to
                        Montgomery Area MH Authority
                        P.O. Box 3223
                        101 Coliseum BLVD.
 Questcare, Inc.,        Montgomery, AL  36109    health record

formation pertinent to:

        Hospitalization, from _____ to _____
        _____Discharge Summary
        _____History and Physical
        _____Operative Report
        _____Pathology Report
        XXXX Other (Specify)         All psychiatric information
        Emergency Care, date _____
        Outpatient Care, date_____
ich may contain information concerning psychological,
ug and/or alcohol conditions, for the purpose of
ntinued quality health care.

ENTIFYING INFORMATION:

tient Name  Farrow, Dean                       AIS#    111719

cial Security # ████████████       Date-of-Birth████████

ace   Black          Sex    Male

    It is my understanding that this authorization will
tomatically expire sixty (60) days from the date of my
ignature and is not applicable to information formulated
ter the date of consent.

_____        _____
                                     Patient/Inmate Signature

    12/28/93                             12/28/93
_____        _____
ate                                  Date

    .If the materials disclosed contain data related to
lcohol and/or drug abuse, the information has been
isclosed from records whose confidentiality is
rotected by federal law.  Federal Regulations (42 CFR
art 2) prohibits making any further disclosure without
he specific consent of the person to whom the
information pertains, or as otherwise permitted by such
egulations.
------------------------------------------------------------
------------------------------------------------------------

PLEASE SUBMIT INFORMATION TO:

                        Questcare, Inc.
                        P. O. Box 11
                        Mt. Meigs, AL  36057-0011
                        Attn:  Medical Records



**MONTGOMERY**
**AUTHORITY**
**AREA**
**MENTAL HEALTH**

BARBARA W. KORNEGAY
President

**MONTGOMERY AREA MENTAL HEALTH AUTHORITY**
101 COLISEUM BOULEVARD, P.O. BOX 3223
MONTGOMERY, ALABAMA 36109

(205) 279-7830

SERVING MONTGOMERY, ELMORE,
AUTAUGA AND LOWNDES COUNTIES

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

HENRY K. STOUGH
Executive Director

Questcare, Inc.
Post Office Box 11
Mt. Meigs, AL 36057-0011

DATE: __January 12, 1994__

RE: ___Dean Farrow___

A/N: ███████████

Dear __Questcare, Inc.__:

Enclosed you will find a copy of the following most recently prepared items on the above-named person. If you need additional information, please feel free to call on us.

__XX__ INTAKE dated 5-6-91

__XX__ CASE FORMULATION and/or CASE STAFFING/TREATMENT PLAN dated 5-16-91 and 10-24-91

__XX__ TERMINATION OR TRANSFER SUMMARY dated 2-16-93

__XX__ PSYCHIATRIC NOTE/EVALUATION 10-22-91 and 12-21-91

_____ MEDICATION CHECK

_____ PHYSICIAN'S NOTE

_____ OTHER (SPECIFY): _____

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

Sincerely,

*Linda Pouncey*

Linda Pouncey, M.A., LPC
Elmore County Satellite Director

APPROVED BY: ___*Jo Ann Radcliff*___

Jo Ann Radcliff, M.Ed., LPC, Clinical Director

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

CASE / STAFFING / TREATMENT PLAN

NAME:  Dean E. Farrow                    CASE NUMBER:  15872        DATE:  5-16-91

## SERVICE NEEDS:

Mr. Farrow is a 39 year old black male, single, currently employed part-time, residing alone in Tallassee, AL.  Client is a recurrent case at Mental Health having been seen here as early as 1984 and as recently as last year, however, his history indicates that he does not follow through with treatment.  Client stated when he requested services he was hearing voices that were very disturbing.  He presently claims that the voices have abated, somewhat.  He continues to be very suspicious, feeling others have malicious intent towards him and is extremely cautious of giving information about himself, while at the same time presenting a picture of needing help.  Client seems rather vague as to why he wants to participate at this time and he is also unsure of whether he will follow through.  At the same time he is asking that we open his case.

## RECOMMENDED SERVICES:

Individual therapy on a bi-weekly, monthly basis for 12 months or 20 sessions, whichever comes first prior to restaffing, at such time client needs for continued services will be reviewed.

## TREATMENT GOALS:

A therapist choosen and rated treatment goal is that engaging client in therapy process and to assist him in building a level of trust.  This goal is not rated on the usual 1 to 9 scale.  It is felt some progress will be made if client participates in treatment and does not drop out as he has done in the past.

PROGRAM:  Adult Outpatient Services          ASSIGNED TO:  Laura B. Young, M.S.,LPC

SIGNED BY: _Laura B. Young_ _____

DIAGNOSIS:  A DSM III-R, AXIS II Diagnosis of Paranoid Personality Disorder, 301.00,
            A DSM III-R, AXIS II of Anti-Social Personality 301.70

APPROVED BY: _onecin, MD_          DATE: 5-16-91
             Donato Roman, M.D., Medical Director

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT



THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

NAME:  Dean E. Farrow _____ CASE NUMBER: 15872 ___ DATE:  10-24-9:

## SERVICE NEEDS:

See Case Staffing/Treatment Plan 5-16-91.  Client's situation remains pretty much the
same.  He claims to be working less hours than at the time of intake.  He states he
finds himself more restless and agitated and fears becoming violent and losing control
Client had been scheduled to see our staff psychiatrist at an earlier date but did not
follow through.  Client demanded another appointment stating it was an emergency.
Client saw the staff psychiatrist 10-22-91 and was started on medication.  He claims
that he is hearing voices and continues to have angry outbursts  He continues to be
very suspicious, feeling others have malicious intent towards him and is extremely
cautious of giving enough information about himself to really have a full picture of
what is going on.  At this time client is agreeing to participate in our Follow-Up
Services Program and individual therapy.

## RECOMMENDED SERVICES:

The patient will be seen for Chemotherapy until the medical doctor determines that
Chemotherapy is no longer needed to control the patient's symptoms.

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

*See TX plan dated 5-16-91.*

## TREATMENT GOALS:

A therapist chosen and rated goal is that of engaging client in the therapy
process to assist him in building a level of trust.  This goal is not on the usual
1 to 9 scale, however, it is felt that progress will be made if client participates
in treatment and does not drop out as he has done in the past.

To maintain level of functioning that is adequate to community living.  This goal will
have been met if patient remains in the community.  This goal has been established
and will be rated by staff also.

PROGRAM:  Follow-Up Services          ASSIGNED TO:  Laura B. Young, M.S.,LPC

SIGNED BY:  *Laura B. Young* _____
            Laura B. Young, M.S.,LPC, Director, Elmore County Satellite

DIAGNOSIS:  DSM III-R, AXIS I Diagnosis of Major Depression, Single Episode, 296.21 *mild*
            (added by Dr. Roman 10-22-91) A DSM III-R, AXIS I Diagnosis of Paranoid
            Personality Disorder, 301.00 and a DSM III-R, AXIS I Diagnosis of Anti-
            Social Personality Disorder 301.70.

APPROVED BY:  *(signature)* _____  DATE: 11-14-91
            Donato Roman, M.D.,Medical Director

The patient/legal guardian participated in the development/revision of this treatment

TRANSFER SUMMARY

NAME    Dean Farrow                                    CASE NUMBER    15872

TRANSFER FROM        ACTIVE            TRANSFER TO:            INACTIVE

DATE:    2-16-93      DIAGNOSIS    Major Depression, SIngle Episode, Mild, 296.21
                                   Paranoid Personality Disorder, 301.00
                                   Anti Social Personality, 301.70

REASON FOR TRANSFER:


Mr. Farrow had received no service from this center until coming in on 2-3-93. At
that time he requested hospitalization or a rehabilitation program to help him with
a drug problem. He was referred to Alternatives Inc., and will be receiving services
there. His file is being closed as referred to a non center service.

CONFIDENTIAL INFORMATION
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT


PRESENT GOAL RATING:    Client did not become engaged in therapy but has maintained
BEGINNING LEVEL         community living.

DESIRED LEVEL

PRESENT LEVEL



COMMENTS/PROBLEMS INTERFERRING WITH TREATMENT:

None

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT


APPROVED BY:    JO ANN RADCLIFF, M.ED.,L.P.C.        THERAPIST:    Linda Pouncey, M.A., LP

TITLE:  CLINICAL DIRECTOR                            TITLE:  SATELLITE DIRECTOR

2-16-93 la

THIS IS CONFIDENTIAL INFORMATION PROTECTED BY FEDERAL LAW AND CANNOT BE DUPLICATED OR SHARED WITHOUT THE WRITTEN CONSENT OF THE CLIENT

SERVICE RECORD

NAME _Dean Farrar_     CASE NO. _15872_

VISIT# _____ DATE _12-12-91_ TIME _25_

SERVICE TYPE:  INDIVIDUAL _____ FAMILY _____ GROUP _____

CRISIS INTERVENTION _____ M.D. VISIT (31) _X_

GOAL MEETINGS: _____ MENTAL HEALTH CONSULTATION

Stable
w new problems
Alert
Not dangerous
w side effects
works

To continue Doxepin HCl 25 mg — T-III
po 3 hrs before hs #70 still
has # refills left at fired as 10-22-91
To his fam drs

THIS IS CONFIDENTIAL INFORMATION PROTECTED BY FEDERAL LAW AND CANNOT BE DUPLICATED OR SHARED WITHOUT THE WRITTEN CONSENT OF THE CLIENT

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

SERVICE REPORT

NAME _Dean Farrow_                            CASE NO. _15872_

VISIT# _____       DATE _10-22-91_ TIME _25_

SERVICE TYPE:  INDIVIDUAL _____ FAMILY _____ GROUP _____

CHEMOTHERAPY (C7 & 77) _____   M.D. VISIT (31) _X_

CRISIS INTERVENTION: _____   MENTAL HEALTH
                                    CONSULTATION _____

GOAL RATINGS: _____

Losing wt, insomnia

wt ↓ h, d w d

Slut - oriented

Sad — blue but still hope-

ful working very hard but not

making enough money

K ——→ extra and new Dx Major Depression, single
episode

Rec: I. Case managing, have him apply

for medicaid and/or disability,

food stamps

II. Have pt complete a new

information and consent form

I think he should be an indigent

pt. so he can get his medicines

from us and derive any other

benefit from this status

III. to see counselor int month

IV. to see me on my next visit

(clinic) in Wetumpka

V. Doxepin 25 mg — Tr II

3hrs before hs #70 c 5 ref

## INTAKE

**NAME:**   Dean E. Farrow

**DATE:**   5-6-91

THIS IS CONFIDENTIAL INFORMATION PROTECTED BY FEDERAL LAW AND CANNOT BE DUPLICATED WITHOUT WRITTEN CONSENT OF THE CLIENT

**CASE NUMBER:**   15872

**PROGRAM:** SCREENING/INTAKE

**MODALITY:** OUTPATIE...

### DESCRIPTIVE INFORMATION:

Mr. Farrow is a 39 year old black male, single, currently employed part-time, residing in Tallassee, AL. He states he lives alone and was the sole source of information at the time of today's intake.

### PRESENTING COMPLAINT:

Mr. Farrow states that he has been experiencing symptoms such as depression and states at the time he called for an appointment he was hearing voices that were very upsetting to him. He stated the voices were critical and loud. He states that since he made the appointment the voices have abated somewhat. He continues to be very suspicious, believing that others have malicious intent towards him and is extremely cautious of giving information about himself while at the same time presents a picture of needing help. He claims to be eating and sleeping better now that he has a job and believes this has increased his self-esteem. He claims to live alone and to go to his grandmother's house on a regular basis in order to use the telephone and to take a bath. Prior attempts at resolving his problems indicate that client has been seen by a Mental Health therapist while in jail in 1984, with recommendations that he participate in a program as it relates to drug and alcohol problems. Client applied for services in 1985, but did not follow through. In January 1989, a jail evaluation indicated that client be furthered evaluated at Taylor Hardin and he apparently was hospitalized there from 2-1-89 through 2-22-89. In March of 1990, he applied for services, came for an intake and did not follow through. Mr. Farrow stated that he did not follow through due to the fact that he did not have the money to pay his fee. Mr. Farrow had been advised that we would see him if he needed services and would waive his fee. Mr. Farrow had a problem in that sometimes he would walk in the clinic late in the day and demand to be seen and would not set up an appointment.

### PERSONAL AND FAMILY HISTORY:

Client is the second oldest of six children of four females and two males. He stated his parents were divorced when he was quite young and his mother has always been a bossy intrusive person. He refused to elaborate on his relationship with his siblings, at this time, or with his mother. He admitted that his relationship with his grandmother was a positive one and she was very helpful. He continues to state that many of his family members are against him and tend to accuse him of being involved in drugs and alcohol and this is very upsetting to him. Earlier history reports that he graduated from high school and attended Alex City Junior College for one year. He reports that he liked the work that he did while he was in the service. He refused to elaborate on his service career. He also refused to elaborate on his present job stating that he did not want anyone interfering with his work and that he liked it. He claims to have no legal background and no difficulties pending with the law at this time. His suspiciousness is quite extreme and believes that his past difficulties with the law was due to the fact that people interfered and set him up.

### MENTAL STATUS:

Client was neatly dressed, casually groomed, appeared clean and appeared to be his stated age. His attitude was one of extreme evasiveness and suspiciousness. His conversation was not spontaneous and he stated since he no longer experiences auditory hallucinations he is not   committed to returning but decided to keep today's appointment. He denies any delusions or hallucinations at this time and there is no

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

#15872 FARROW, DEAN E.
5-6-91 INTAKE CONTINUED:

## MENTAL STATUS CONTINUED:

evidence of a speech disorder. He was oriented to time, place, person, and situation.
Memory for recent and remote events appeared intact. Intelligence is estimated to be
within the average range and judgment, both social and personal, seemed extremely
impaired. He exhibits no insight as the dynamics of his problems and denies homicidal
ideation or intent or suicidal ideation or intent, presently.

## MEDICAL HISTORY:

Client does not remember when he had his last complete physical but believes he is in
very good health. He states primarily his only problem at present is of dental nature
and he hopes that if he can continue on his job that he will be able to have some dental
work done. He denies any history of head injuries but brought up that he was attacked
while in jail in 1988, but did not have a concussion as a result of a head wound. He
claims to be allergic to usual kinds of things such as dust, seasonal pollen, etc. he
states he is sleeping a little better now but sometimes he experiences insomnia when he
starts obsessing about his life and what to do about it. He claims to have adequate
appetite at this time. He denied any family history of mental illness or suicide.

## DIAGNOSTIC IMPRESSION:

Based on client's history of feeling threatened and experiencing others are deliberately
demeaning or setting him up, a DSM III-R, AXIS II Diagnosis of Paranoid Personality
DIsorder, 301.00 is offered. Client has a history of experiencing others as setting
him up, holding grudges, being reluctant to confide in others, witnessed also in the
intake with him being more guarded this time than previous times. Client was extremely
secretive and demanding as to how he wanted his bill made so that others would not
interpret same. Client has a tendency to "makes mountains out of mole hills", and has
difficulty relaxing, appearing tense and perceiving questions as having hidden meanings.
Client presented some depressed symptoms, however, there did not appear to be enough
of these symptoms present at this time to meet a criteria of Dysthymia. Based on
previous history and client's on-going difficulties with the law, a DSM III-R, AXIS II
Diagnosis of Anti-Social Personality Disorder, 301.70 continues to be appropriate in
this client's case.

## TREATMENT GOALS:

A therapist choosen goal for this client is to engage him in therapy if and when he
returns and perhaps assist him in building some level of trust. This goal will not be
rated on the usual 1 to 9 scale and it's therapist choosen and rated. It is felt some
progress will be made if client participates in treatment and does not drop out as he
is wont to do.

## RECOMMENDATIONS:

It is recommended that client participate in individual therapy to address issues of
trust. A Chemotherapy evaluation is not recommended and this case will be presented to
the clinical staff for further discussion and disposition.

CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

#15872  FARROW, DEAN E.
5-6-91 INTAKE CONTINUED:

COMMENTS:

The center policies regarding internal access to records and clinical supervision were explained to the client.

APPROVED BY: _JoAnn Radcliff_     THERAPIST: _Laura B. Young_
     JoAnn Radcliff, M.Ed.      Laura B. Young, M.S., LPC
TITLE: _Clinical Director_     TITLE: Director, Elmore County Satellite

5-14-91 la

CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT



*SW*

**TAYLOR HARDIN SECURE MEDICAL FACILITY**
1301 River Road, N. E.
Tuscaloosa, Alabama    35404

## CONSENT FOR DISCLOSURE OF PATIENT INFORMATION

1. I, _____Dean Farrow AIS# 111719_____, consent to allow Taylor Hardin

    Secure Medical Facility, Tuscaloosa, Alabama    35404, to:

    ___REQUEST FROM _____

    the information named here: _____

    _____

    XXX RELEASE TO   Kilby Correctional Facility/Questcare, Inc. P.O. Box 11
    _____ Mt. Meigs, AL 36057
    the information named here:   Psychiatric information   Attn: Medical Record

    _____

2. I consent only to disclosure of information specifically named in item #1 above and only to the specific person or agency named therein.

3. The purpose or need for this disclosure is _____
    _____ To further treatment while at Kilby Correctional Facility

4. This consent is subject to revocation at any time except to the extent that action has been taken in reliance thereon.

5. If this consent is not expressly revoked, it will expire _____

6. In all cases, any consent given hereby shall have a duration no longer than that reasonably necessary to effectuate the purpose for which said consent is given.

    Date: ____12/28/93____

    Signature: X *Dean E. Farrow*
    Witnesses: 1) *Pamela El-Amin*
    *Mental Health SLC*

    *Sent 12-28-93*

    2) _____

If the material disclosed relates to alcohol or drug abuse, the information has been disclosed from records whose confidentiality is protected by Federal law. Federal regulations (42 CFR, Part 2), prohibit making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.



STATE OF ALABAMA

# DEPARTMENT OF MENTAL HEALTH
# AND MENTAL RETARDATION

### TAYLOR HARDIN SECURE MEDICAL FACILITY

1301 RIVER ROAD, NORTHEAST
TUSCALOOSA, ALABAMA 35404

PHONE (205) 556-7060

RICHARD E. HANAN
COMMISSIONER

JIM FOLSOM
GOVERNOR

January 3, 1994

Kilby Correctional Facility/Questcare, Inc.
P.O. Box 11
Mt. Meigs, Al.  36057

**CONFIDENTIAL**

RE:  **RESPONSE TO REQUEST FOR INFORMATION**
**PATIENT NAME:**     06-50-19-21   (Admitted 2/1/89--Discharged 2/22/89)
**M. R. NUMBER:**     FARROW, Dean E.

__X__   The following information is enclosed in response to your request:
        Face Sheet; Hospital Summary; Mental Status Exam; Medical History
        and Physical Examination; Social History--Relative Interview.

_____  We have no record of this individual having been hospitalized at this facility under the name given. If you can furnish additional information such as other names under which patient might have been admitted, dates of admission/discharge, date of birth, social security number, etc., we will check our records further.

_____  We are unable to furnish the information you requested for the following reason(s):

        _____  The above-named individual's authorization is not enclosed.
        _____  Authorization does not specifically name Taylor Hardin Secure Medical Facility and instruct this facility to furnish information regarding the above-named individual.
        _____  A special consent form is required because of federal regulations. We are enclosing this form for completion and signature.
        _____  The above-named individual was seen on an Outpatient basis only.
        _____  The consent form enclosed is not an original. Please provide us with an original consent form and signature.
        _____  The consent form has an invalid date (either dated previous to the individual's admission to this facility, or more than 90 days prior to our receipt of the request).
        _____  The individual's signature on the consent form does not sufficiently resemble signatures in our records.

_____  We are able to furnish the information you requested only upon receipt of a Court Order.

_____  Other: _____
        _____

__1/3/94__
DATE SIGNED

SIGNATURE
Health Information Management Department
Nina Whorton, Director, HIMD
White  -  Addressee
Yellow -  Master Record

THSMF-HIMD-105
Rev. 7/93



**TAYLOR HARDIN SECURE MEDICAL FACILITY**
1301 River Road, N. E.
Tuscaloosa, Alabama    35404

*FS*
*MS*
*N-P*
*Psdist.*
*OS*
*#06-50-19-21*
*Adm 2-1-89*
*D/C 2-22-89*

## CONSENT FOR DISCLOSURE OF PATIENT INFORMATION

1.  I, _____Dean Farrow AIS# 111719_____ , consent to allow Taylor Hardin

    Secure Medical Facility, Tuscaloosa, Alabama  35404, to:

    ___REQUEST FROM _____

    the information named here: _____CONFIDENTIAL_____

    _____

    XXXX**RELEASE TO**    Kilby Correctional Facility/Questcare, Inc. P.O. Box 11
                                                        Mt. Meigs, AL 3605
    the information named here:    Psychiatric information  Attn:Medical Reco

    _____

2.  I consent only to disclosure of information specifically named in item #1

    above and only to the specific person or agency named therein.

3.  The purpose or need for this disclosure is _____
    _____To further treatment while at Kilby Correctional Facili

4.  This consent is subject to revocation at any time except to the extent that

    action has been taken in reliance thereon.

5.  If this consent is not expressly revoked, it will expire _____  CONFIDENTIAL

6.  In all cases, any consent given hereby shall have a duration no longer than

    that reasonably necessary to effectuate the purpose for which said consent

    is given.

    Date: ___12/28/93_____        Signature: X _Dean E. Farrow_

                                    Witnesses: 1) _Angela El Amin_
                                                 _Mental Health Spc_

    _Sent 12-28 93_                           2) _____

---

If the material disclosed relates to alcohol or drug abuse, the information has
been disclosed from records whose confidentiality is protected by Federal law.
Federal regulations (42 CFR, Part 2), prohibit making any further disclosure of
it without the specific written consent of the person to whom it pertains, or as
otherwise permitted by such regulations. A general authorization for the release
of medical or other information is **NOT** sufficient for this purpose.

TAYLOR HARDIN
SECURE MEDICAL FACILITY

**Name:** Farrow,      ean      (Effarage)
Last,      First      Middle
**File No.:** 06 50 19 21   **County:** Tallapoosa (Dadeville Division) Elmore County and
**Admission Date:** 2/1/89      **Time:** 10:35 AM
**Social Security No.:** ▮▮▮▮

FACE SHEET

| Address of Patient: | Next-of-Kin: (Name, relationship, address, phone no.) |
|---|---|
| P. O. Box 772<br>Tuskegee, AL  36088<br>Phone:  727-3696 | Mrs. Betty Grant, Mother<br>P.O. Box 772<br>Tuskegee, AL  36088<br>Phone:  727-3696 |

| Date of Birth | Age | Birthplace | Citizenship | Sex | Race | Veteran |
|---|---|---|---|---|---|---|
| ▮▮▮ | 36 | Birmingham, AL | U.S.A. | Male | Black | Yes-Army |

| Education | Religion | Marital Status | Usual Occupation | Place of Employment |
|---|---|---|---|---|
| 12th | Baptist | Single | None | None |

Previous Hospitalizations: List all Admission, Transfer, and Discharge Dates (last six months release date) within Department of Mental Health System.  List name of appropriate facility.

| Type Admission: | Admission Status: (Specify) |
|---|---|
| ( X )  Admission<br>(   )  Readmission   Number of Admissions ( 1 )<br>(   )  Transfer-In   From:<br>(   )  Other:  (Specify) | Tallapoosa (Dadeville Div.) -CST/MSO/Other<br>Elmore - CST/Other |

| Name and Title of Committing Official: | Charge: Tallapoosa - Possession of a Forged |
|---|---|
| Hon. John B. Bush, Circuit Court - Elmore County<br>Hon. Dale Segrest, Circuit Court - Tallapoosa C. | Instrument, 2° (4 Counts) - Elmore County - Possession of a Forged Instrument, 2° (6 Counts) |

| Brought by - Official Position: | Person to Correspond with about Commitment: |
|---|---|
| Co. Transfer Agent Sheriff Sidney Thrash<br>Elmore County Sheriff's Office | Same as above |

| Date of Discharge: | Date of Death: | Time of Death: | Length of Stay: |
|---|---|---|---|
| 2-22-89 | | | E: 21 d.   T:      Total: 21 d. |

THSMF-HR-19<br>REV 5/87

**Received by:** Rhee Nichols, Admissions   /rn

Taylor Hardin Secure Medical Facility

Hospitalization Summary

```
***********************************
*  CONFIDENTIAL & PRIVILEGED   *
*                                  *
*  For Professional Use Only    *
*     Not for Publication       *
*    Not to be Used Against     *
*       Patient's Interest.     *
***********************************
```

Name: Farrow, Dean

File No.: 06 50 19 21

Sex: Male

DOB: ▉▉▉▉▉▉▉▉

Allergies: N/K/A

SS#: ▉▉▉▉▉▉▉▉

Number of Admissions: 1     Date of First Adm: 2-1-89

Current Admission Date: 2-1-89
Admission Status: CST/MSO Other, Tallapoosa County
                  CST/Other, Elmore County
Leave Date: 2-22-89     Leave Status: Discharged

Address where patient will reside: Tallapoosa County
Sheriff's Department, Stop #4, County Courthouse, Dadeville,
Alabama

Person in whose custody patient left: Jerry Whetstone
Relationship: Transfer Agent     Address: Same as above

Phone: 825-4264

Patient's Correspondent: Ms. Betty Grant
Relationship: Mother
Address: Post Office Box 772, Tuskegee, AL 36088

Phone: 727-3696
*************************************************************

Provisional Diagnosis (es):                Axis      Code
No Diagnosis                                 I       V71.09
Antisocial Personality                      II       301.70
None                                        III

Final Diagnosis (es):
No Diagnosis                                 I       V71.09
Antisocial Personality                      II       301.70
None                                        III
*************************************************************
Prognosis: Guarded.

Condition at Time of Leave: Competent to Stand Trial

Medications Patient was Taking at time of Leave: None

Taylor Hardin Secure                    Name: Farrow, Dean
Medical Facility                        File No.:  06 50 19 21

HOSPITALIZATION SUMMARY

Page 2

Recommendations and Post-Hospitalization Plans:

The patient was discharged into the custody of the Tallapoosa
County Sheriff's Department to await further legal
proceedings.

Additional Brief Pertinent Data:

Mr. Dean Farrow is a 36-year old, single, black male who was
admitted to Taylor Hardin Secure Medical Facility on
February 1, 1989 by orders of the Honorable Dale Segrest,
Circuit Court Judge of Tallapoosa County, Alabama. He was
committed to this facility for the purpose of a
comprehensive psychiatric evaluation regarding his
competency to stand trial and his mental state at the time
of the alleged offense. Mr. Farrow is reportedly charged
with Possession of a Forged Instrument, Second Degree (Four
Counts) in Tallapoosa County, and Possession of a Forged
Instrument, Second Degree (Six Counts) in Elmore County.

Mr. Farrow was seen by the staff psychiatrist upon admission
for the purpose of conducting a mental status examination.
During the examination, Mr. Farrow displayed a facial
expression suggesting concern and worry, with a minimal
amount of suspiciousness about the circumstances of his
referral to Secure Medical Facility. Speech and motor
activity were described as normal and the patient was
described as totally cooperative during the interview. The
defendant was slightly depressed, though the content of
thought revealed no suicidal or homicidal thoughts. Mr.
Farrow did not appear to be experiencing hallucinations
(e.g., seeing visions, hearing voices), and there was no
evidence of bizarre or delusional beliefs in the content of
the patient's speech. Based on the initial clinical
presentation and the historical information revealed during
the mental status examination, an admission diagnosis of
Antisocial Personality was indicated by the staff
psychiatrist.

Mr. Farrow was examined by the staff physician shortly after
admission to this facility. A review of systems was
basically normal, however, the patient did complain of
weight loss of approximately 40 pounds prior to his
admission, and occasional non-productive cough, and dental
problems. The patient also presented a history of asthma
which appeared to be stable at the time, requiring no
specific medical treatment. Routine lab work consisted of
Urinalysis, CBC, RPR, HIV Testing, and CPK Isoenzymes.

Taylor Hardin Secure                    Name: Farrow, Dean
Medical Facility                        File No.:  06 50 19 21

HOSPITALIZATION SUMMARY

Page 3

Urinalysis results were essentially negative except for a
positive trace of blood and protein. CBC results showed the
following positive values: HGB at a low of 13.9, MCZ at a
low of 75.5, MCH at a low of 24.9, MCHC at a low of 32.9,
SEGS at a low of 40, Lymphs at a high of 46, and Eosinophils
at a high of 6. HIV Testing and RPR were Non-Reactive. CPK
Isoenzymes was also negative. On February 3, 1989, the
patient underwent a CXR. The impression was that of a
negative chest. On February 17, 1989, the patient received
dental care at Bryce Hospital. He received an oral
examination with x-rays and at the time, had five teeth
extracted on the left side of his mouth. It was noted that
the patient had gum disease and poor oral hygiene. He was
scheduled to return for further dental care, however, his
discharge orders were written before his appointment could
be kept.

The patient, during his confinement at this facility, had
temporary problems consisting of being suicidal, auditory
hallucinations (command type), dental extractions,
complaints of musculoskeletal pain, cold symptoms, dental
pain, and constipation. The patient was observed and
treated as needed by nursing and medical staff for the
majority of these problems. While at this facility, Mr.
Farrow was maintained on a regular diet with snacks at
bedtime. He remained on routine observation during the
majority of his stay and retained full privileges. He did
not present any management problems to the staff while at
the facility.

On February 15th and 16th, 1989, the patient was interviewed
by a forensic examiner. He displayed a consistently worried
expression on his face and appeared mildly depressed. He
was, however, cooperative and responsive during the
interviews, providing relevant and coherent answers to all
questions posed by the examiner. During the interviews, the
patient revealed attitudes and behaviors to suggest features
of paranoid personality as well as antisocial personality.
The defendant did not display the kind of bizarre,
unrealistic delusional ideas that frequently characterize
the presentation of more acutely disturbed patients who
require acute psychiatric intervention. However, he did
express consistent and pervasive suspicions about the
attitudes of others in the community toward him indicating
that he had not been give a "fair shake" in numerous
personal interactions (particularly when seeking
employment), and he consistently explained the various
confrontations and conflicts he has experienced in a fashion

Taylor Hardin Secure                    Name: Farrow, Dean
Medical Facility                        File No.:  06 50 19 21

HOSPITALIZATION SUMMARY

Page 4

to suggest that he has been the victim, not the perpetrator.
When questioned by the examiner regarding the occurrence of
auditory hallucinations, the patient reported "hearing
voices" of both male and female speakers who would make
comments about him such as "that's showing them - if he
keeps going like that they will kill him." He stated that
he occasionally hears voices at the present time but they
are less frequent and at a substantially reduced volume.
Mr. Farrow's pre-admission information suggested that he was
experiencing auditory hallucinations while at the jail,
however, he was re-examined by the staff psychiatrist on
February 10, 1989 and it was the psychiatrist's judgment
that the patient's complaint of hearing voices was of
dubious validity. Documentation by the program staff
responsible for monitoring the patient's behavior on a
24-hour basis did not describe the defendant as behaving as
if hallucinating. While at this facility, the patient was
administered the Minnesota Multiphasic Personality
Inventory, (MMPI). The resulting profile revealed that Mr.
Farrow endorsed statements indicating psychological problems
in a number of areas. The profile obtained typically
suggests the differential diagnosis between Antisocial
Personality Disorder and Schizophrenia. The available
history and clinical presentation of Mr. Farrow seems to
favor a diagnostic impression of Personality Disorder with
Antisocial Features, though the test results would not be
inconsistent with a person experiencing auditory
hallucinations. The examiner found that there was recent
history information provided both by the defendant and
corroborated in part by his mother to suggest that he was
living in substantial poverty and under considerable
environmental stress prior to his incarceration. Thus, an
alternative diagnostic formulation that might accommodate his
report of auditory hallucinations, such as adjustment
disorder with depressed mood, was also suggested. The
examiner felt that Mr. Farrow did not appear to be
experiencing the more debilitating symptoms of major
psychiatric disorders such as confusion or gross thought
disorganization.

In order to assess the patient's competency, the patient was
administered the Competency Assessment Instrument (CAI). He
appeared relatively unimpaired as assessed using this
structured interviewing procedure. The examiner felt that
Mr. Farrow appeared relatively unimpaired in terms of his
current understanding of his legal situation, and in terms
of the behaviors that it is anticipated that he will need to
perform in resolving his case through further legal
proceedings.

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.:  06 50 19 21

HOSPITALIZATION SUMMARY

Page 5

The issue of Mr. Farrow's probable mental state at the time
of the alleged offenses was also considered during this
evaluation. There was some indication that prior to
admission to Secure Medical Facility that Mr. Farrow may
have been experiencing some symptoms of major psychological
disturbance. What was not entirely clear to the examiner
was the extent and duration of such symptoms. In
particular, the defendant reported that during 1987-88 he
was living under very austere circumstances, residing in a
house that had no running water or electricity. He
indicated that he was frequently harassed and vandalized by
numerous members of the community with the result that he
occasionally spent time "living out in the woods." Mr.
Farrow described himself as quite demoralized due to his
inability to obtain and maintain employment and he
described experiencing auditory hallucinations (hearing
voices) that were basically negative commentaries about
himself or his behavior. These reports were corroborated in
part by observations reported by the defendant's mother,
though the exact points in time at which her observations
and his experiences occurred is not entirely clear.
Observations by mental health center staff at the Elmore
County Jail in January, 1989, also suggest that the
defendant may have been experiencing auditory hallucinations
at that time as well as just plain secretive, suspicious
behavior. In summary, the examiner believes that there is
information to suggest that Mr. Farrow, possibly due to
poverty and austere living circumstances, may have
experienced some significant symptoms of psychiatric
disorder in response to stressful environmental
circumstances.

To the examiner it appeared as if Mr. Farrow had a
long-standing personality disorder with antisocial and
paranoid features characterized primarily by repeated
difficulties with authority figures in a community and by a
tendency to blame others for problems and situations to
which his poor judgment or impulsive behavior may have been
contributory. There was also information to suggest that
during 1987-88 he may have experienced an adjustment
disorder with depressed mood characterized by feelings of
demoralization about not obtaining and maintaining
employment and possibly some disturbance in his perception
of reality manifest by hearing imaginary voices.

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.:  06 50 19 21

HOSPITALIZATION SUMMARY

Page 6

Mr. Farrow was discharged from Taylor Hardin Secure Medical Facility on February 22, 1989 to the Tallapoosa County Sheriff's Department to await further legal proceedings.

_Sharon A. Cantrell_                    3/3/89
Sharon A. Cantrell, M.S.W.              Date
Staff Social Worker

_Bernard Bryant, M.D._                  3/3/69
Bernard E. Bryant, M.D.                 Date
Staff Psychiatrist

SAC/skd

dictated:   2-28-89
typed:      3-1-89
4130

Taylor Hardin Secure                          Name: Farrow, Dean
Medical Facility                              File No.: 06 50 19 21

**MENTAL STATUS EXAM**

Date of Exam: February 2, 1989

This is a 36 year old, single, black male from Tallapoosa - Elmore counties,
charged with possession of Forged Instruments (2 counts), who was admitted to
the Taylor Hardin Secure Medical Facility for a Competency and Criminal
Responsibility Evaluation.  The patient was seen in his room on the D&E unit,
and appeared to be in no acute respiratory distress, but was neatly dressed
in an institutional jumpsuit and appeared to have good personal hygiene.  The
facial expression of the patient during the time of this evaluation, was that
of one of concern and worry, along with a minimal amount of suspiciousness
about his being at the facility and about the evaluation.  This examiner
explained the purpose of the evaluation, and the subsequent procedures to
follow in the future.  The patient's speech and motor activity were both
normal, and he was totally cooperative during the interview.  There was no
anger or hostile intent perceived during the evaluation.  The flow of thought
was normal, and his affect was appropriate to mood, which was slightly
depressed.  Content of thought revealed no suicidal or homicidal thoughts or
ideations, neither did the patient express experiencing any auditory or
visual hallucinations, and this examiner could not appreciate the patient
hallucinating neither could this examiner appreciate any delusional material
in the content of the patient's conversation.  The patient did state that he
was born on April 26, 1952 in Birmingham, Alabama, and raised by his mother
and stated that he had a fair childhood.  It appears that the patient's
childhood and adolescent years were riddled with misdemeanor events.  The
patient had chicken pox as a child, and admits also to having one brother and
four sisters.  The patient's medical history is negative, as is his family
medical history.  The military history of patient reveals that he served in
the United States Army from 1971 through 1974, and received and Undesirable
Discharge.  His marital history reveals that he is single, and his
educational history reveals that he has one year of college.  The patient's
psychiatric history is basically negative, and his alcohol and drug history
is basically negative.  His legal history, according to patient, reveals that
he has had several charges of misdemeanor that he did not enumerate, but he
did admit to being arrested for Armed Robbery in 1975 and served 3 years in
the penitentiary for that particular charge.  Sensorium of the patient
revealed him to be oriented to time, place, person and situation.  His memory
appeared to be intact, and his intellect appeared to be normal.  It was also
felt by this examiner that the patient had normal insight.

DSM-III Diagnosis:

Axis I - No diagnosis, V71.09
Axis II - Antisocial Personality, 301.70

Bernard E. Bryant, M.D.                       2/16/89
_____                       _____
Bernard E. Bryant, M.D.                       Date

BEB/db
dictated: 2-2-89
typed: 2-14-89
3891

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.:  06 50 19 21
Date of Birth:
Date of Adm.:  2-1-89
Date of Exam.:  2-2-89

MEDICAL HISTORY AND
PHYSICAL EXAMINATION

**CHIEF COMPLAINT:** This is the initial facility admission for this thirty-six year old, black male who has no specific complaints.

**PAST HOSPITALIZATIONS:** Negative for chronic medical or psychiatric illnesses other than bronchiole asthma which has been basically under control over the past several years. He is not taking medication.

**CURRENT MEDICATION:** None.

**ALLERGIES:** NKA.

**REVIEW OF SYSTEMS:** This patient complains of weight-loss of approximately forty pounds, occasional non-productive cough and dental caries.

**FAMILY HISTORY:** Both parents are living as well as two siblings. All were reported to be in good health and free of any chronic medical or psychiatric illnesses.

**SOCIAL HISTORY:** This patient completed high school and attended several months of Junior College. He served in the United States Army for three years receiving an dishonorable discharge because of AWOL chronicity. He admits to cigarette smoking and the usage of marijuana in the past. He denied usage of other substances.

PHYSICAL EXAM

**VITAL SIGNS:**

Height: 5'11"
Weight: 149 lbs. vs. 145 lbs. (These recordings were taken in the Admission
        area as well as on the Program.)
Blood Pressure: 130/80
Temperature: 98.4
Pulse: 80
Respiration: 18

**General Appearance and Mental Status Exam:** In general, this patient was in no acute distress. He was alert, oriented, friendly and cooperative.

**HEENT:** There were numerous dental caries with no evidence of oral pharyngo pathology. The ears, naries and ocular cavities were all patent. There was no evidence of hearing impairment.

**NECK:** Supple with adenopathy, neck vein extension, thyroid bruits, thyroid enlargement or masses.

**CHEST:** Symmetrical.

**LUNGS:** Clear.

Taylor Hardin Secure           Name:  Farrow, Dean
Medical Facility               File No.:  06 50 19 21

MEDICAL HISTORY AND
PHYSICAL EXAMINATION

Page 2

HEART:  Regular sinus rate and rhythm without murmur.

ABDOMEN:  Negative for tenderness, masses or organomegaly.

GENITALIA:  No penile nor scrotal lesions or hernias.

RECTAL:  Negative externally.  On digit examination there were no specific
abnormalities.  The stool was of normal consistency and coloration.

EXTREMITIES: No edema, cyanosis, tenderness of varicosities.

PULSES:  All palpable bilaterally.

NEUROLOGICAL:  Grossly intact.

IMPRESSION:  This is basically a normal physical examination.  This patient
complained of weight loss, dental caries which were noted, and he has a
history of asthma which is stable, requiring no specific medical treatment.

PLANS:  Routine laboratory studies with medical intervention as needed.  He
will be offered increased snacks and he will be referred for a dental
evaluation.

_____        2 . 15 - 89
Bobby E. Hill, M.D.                     Date
Staff Physician

BEH/md

dictated:  2-2-89
typed:  2-14-89
3892

Taylor Hardin Secure              Name: Farrow, Dean
Medical Facility                  File No.: 06 50 19 21
                                  DOB: ████████
                                  Soc.Sec.: ████████████

SOCIAL HISTORY - RELATIVE INTERVIEW

DATE OF REPORT: 2-10-89

IDENTIFYING DATA

Mr. Dean Farrow is a 36-year old, single, black, male who was admitted to Taylor Hardin Secure Medical Facility on 2-1-89 by orders of the Honorable Dale Segrest, Circuit Court Judge of Tallapoosa County, Alabama. He was committed to this facility for the purpose of a comprehensive psychiatric evaluation regarding his competency to stand trial and his mental state at the time of the alleged offense. Mr. Farrow is reportedly charged with Possession of a Forged Instrument, Second Degree (four counts) in Tallapoosa County, and Possession of a Forged Instrument, Second Degree (six counts) in Elmore County.

On 2-9-89, a telephone interview was conducted with the defendant's mother, Ms. Betty Grant. Ms. Grant currently resides at Post Office Box 772, Tuskegee, AL 36088; Telephone No. 727-3693.

FAMILY SITUATION/DEVELOPMENTAL HISTORY

Ms. Betty Grant is currently 57 years of age. She no longer works but was once employed as a Secretary. She is in fairly good health but does have a hearing impairment. The patient is Cellus Farrow, age 59. He reportedly lives in Foster, Massachusetts. Mr. Farrow and Ms. Grant were married from 1950 to 1987, however, they only lived together until 1957. Ms. Grant stated that she had remarried in June of 1987 but her second husband has since passed away. The patient has one older brother, Cellus Farrow, Jr., age 37. He has four sisters; Cynthia, age 34, Sylvia, age 31, Sabrina, age 30, and Pamela, age 25. Ms. Grant stated that the patient's younger sister, Pamela, has Crohn's disease. She stated that the patient's sister, Cynthia, has Asthma. No other medical problems were noted within the immediate family. Ms. Grant denied any significant history of alcohol or drug usage or mental illness within the immediate family. She stated that her son, Cellus, had been in prison for approximately three years due to a charge of armed robbery. He was imprisoned, Holman, Mt. Meigs, and Draper prisons.

Ms. Grant reported that the patient has never been married. She stated that prior to his incarceration this time, he was living in an abandoned building in Tallassee. She stated that he had been living there approximately two years. Prior to that he had lived with his mother or one of his sisters. Ms. Grant reported that she had allowed her son to

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.: 06 50 19 21
DOB:
Soc.Sec.:

SOCIAL HISTORY - RELATIVE INTERVIEW

Page 2

live with her for several years but he had eventually been asked to move due to his behavior in the home. She explained that he would walk all night long, smoke, and drink coffee. She eventually had to be placed in the hospital due to exhaustion. She stated that she could not sleep for the fact that he might fall asleep and leave a cigarette smoking. She stated that the patient had lived with several of his sisters over a period of time and had been asked to move from their homes due to the same problems. The patient reportedly has one daughter, born in February of 1981. This child is illegitimate and lives with her natural mother. Mr. Farrow was born in Birmingham, Alabama. Ms. Grant denied any complications at the time of his birth. She stated that after she separated from the patient's father, she and the family moved to Tallassee. She was the primary care taker for the patient when he was growing up. She stated that he had a fairly "normal" childhood. She stated that he was always interested in music and motors. She stated that she worked while the patient was growing up and this never seemed to be a problem. She did admit that the patient has always been possessive of her. She stated that as a child, the patient was very out going and easy to make friends with. There is no history of his running away from home or getting into trouble for stealing as a young child. Ms. Grant denied any instances of physical or sexual abuse involving the patient.

EDUCATION/EMPLOYMENT HISTORY

According to Ms. Grant, her son completed high school and went directly into the Army. He repeated the 9th grade in school. He did attend regular classes, however, he was not very "studious" and repeatedly made bad grades. Ms. Grant does not know of any other education which he might have received.

Ms. Grant stated that the patient has worked off and on as a House Painter. She stated that when the patient returned from prison he found it extremely hard to find employment in Tallassee. He believed that there was a "conspiracy" in Tallassee to keep him from getting employment. Ms. Grant stated that she never knew what her son did with his money as he did not have any rent to pay, utilities to pay, or clothes to buy. She stated that he rarely bought any food. She denied any current source of income which the patient might have.

Taylor Hardin Secure           Name: Farrow, Dean
Medical Facility               File No.: 06 50 19 21
                               DOB:
                               Soc.Sec.:

## SOCIAL HISTORY - RELATIVE INTERVIEW

Page 3

### MILITARY HISTORY

According to Ms. Grant, the patient went into the Army in 1971 or 1972 and served approximately 2 years. He went overseas at one point in time and repeatedly went AWOL. He was discharged at that time and received "other than honorable discharge." Ms. Grant did state that her son had been charged with drug possession while he was overseas in Japan. She related that it had taken two Congressmen to get him released from the authorities in Japan. This was apparently the primary cause for his discharge.

### MEDICAL HISTORY

Ms. Grant stated that the patient has had Asthma since childhood but he rarely has any problem with this now. He also has had trouble with bunion growth on both feet, especially when the weather gets bad. He did suffer a broken toe while playing football in high school, but he received no surgery as a result of this injury. Ms. Grant denied any history of head injuries on the part of the patient. She stated that the only major hospitalization that he had was in 1969 when his maternal grandfather had died. He suffered a severe Asthma attack and was hospitalized for approximately three weeks in Tallassee. Mr. Grant stated that this episode had evidently been caused by the patient's grandfather's death. Ms. Grant knew of no current medical treatment which the patient had been receiving.

### ALCOHOL/DRUG USE

Ms. Grant stated that she has never actually seen her son use drugs, however, she believes that he began using Marijuana when he entered the Army. She believes that he then progressed to "harder stuff." She had no knowledge of which kind of drugs he might have used. She denied any knowledge of any history of DT's or drug withdrawal. She has never seen her son drink, and, as far as she knows, he does not have an alcohol problem. She denied any history of treatment received by the patient for alcohol or drug abuse.

### HISTORY OF PSYCHIATRIC ILLNESS/TREATMENT

According to Ms. Grant, her son has "never been the same since he came out of prison." She stated that he has not

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.: 06 50 19 21
DOB:
Soc.Sec.:

## SOCIAL HISTORY - RELATIVE INTERVIEW

### Page 4

been the same person since the Army, and she believes that his behavior is related to his drug usage. She reported that two of her daughters have degrees in psychology and they had both tried to talk with the patient concerning his lifestyle. They had also tried to enroll him in a program in Montgomery at one time, but he had returned home saying that the place was meant for crazy people. Ms. Grant was not aware of the name of the facility. She stated that they had also made one attempt to have the patient committed. This was apparently when he had gotten into a fight with another man and had "savagely beaten this man." He had also beaten the three policemen who had responded to the call. Ms. Grant explained that her son has a black belt in Karate. She went on to say that the family had talked with an attorney at that time about committing the patient. At the time of his arrest, he was taken to a hearing in Wetumpka which took place without any of the family being notified. The judge turned down the request for commitment at that time. Ms. Grant denied any history of suicide attempts on the part of the patient. She stated that he has talked about committing suicide often. She reported that he has said such things as "I am nothing but the black sheep of the family, and all I have done is cause trouble and I might as well be dead." Ms. Grant stated that the patient has never voiced any specific plans regarding suicide other than saying on one occasion that he was "planning to jump off the Tallassee Bridge." Ms. Grant does believe that her son has experienced some delusions and hallucinations. However, she could not give me any specific information concerning this. She did say that her son did think that the family was against him at one time. She stated that he thought she had taken out a lot of insurance against him, and she was going to kill him in order to get the money.

## ARREST RECORD

According to Ms. Grant, her son was involved in the armed robbery with his brother, Cellus. He also was in prison from 1975 until 1978. He was also imprisoned at Holman, Mt. Meigs, and Draper. As mentioned previously, he was arrested in Tallassee when he became involved in a fight with another man and then three policemen. He was in jail at that time for approximately three weeks.

## CURRENT CHARGES

Ms. Grant understand that the patient is currently charged with Forgery in two counties. She stated that he had

Taylor Hardin Secure
Medical Facility

Name: Farrow, Dean
File No.: 06 50 19 29
DOB:
Soc.Sec.:

SOCIAL HISTORY - RELATIVE INTERVIEW

Page 5

written some checks on another man's check book and had
cashed them in the Tallassee and Elmore County areas. He
was incarcerated in February or March of 1988, and Ms. Grant
has not seen him since that time. She stated that he did
not come around the home very much after she remarried in
June of 1987. Ms. Grant believes that the patient was
acting unusual around that time. She stated that he came to
the home wearing raggedy and dirty clothes which was unusual
for him. When she commented on his clothes, he stated "It's
all I got." She told him that she would wash the clothes
for him and he stated, "No, I don't want you to do anything
for me." Ms. Grant stated that her son has always had a lot
of respect for her and she believes that he would not talk
to her in such a manner unless something was wrong. She
remembered his talking to her that way because he had never
done so before. Ms. Grant stated that she could not
understand why he had cashed the checks because he had just
receive $700.00 for a paint job recently. Although the
$700.00 was given to him so that he could buy the painting
materials, he could have used it for emergency purposes.
Ms. Grant stated that he had no rent to pay nor any
utilities to pay for. She also stated that he bought no
clothes nor any food and, thus, she could not understand why
he needed the money unless it was for drugs.

ASSESSMENT OF PATIENT'S STATUS

At this point in time, no treatment recommendations have
been made. The evaluation process will continue as
scheduled for this patient.

_____                    2-21-89
Sharon A. Cantrell, M.S.W.                          Date
Staff Social Worker

SAC/skd

dictated: 2-10-89
typed:    2-17-89
3978

NAME _Farrow, Dean_  
DATE _10-29-99_  
SIG. _Albuterol Inhs ΤΤ puffs qid prn x_  
_90 dag Kop_  
Physician Signature: _UU Dr mewhorter (Pharm)_  

AIS# _111719_  
FACILITY _Eastering_  
DISCONTINUE  
CONTINUE  
INCREASE  
DECREASE  

---

NAME _Farrow Dean_  
DATE _7-18-99_  
SIG. _Amoxil 500mg po TID X 10d_  
_Tylenol 650mg po TID X 10d_  
_CTM Ṫ po BID X 5d_  
_Sudafed Ṫ po BID X 5d_  
Physician Signature: _t/o Dr Tube / P Christenson_  

AIS# _111719_  
FACILITY _Eastering_  
DISCONTINUE  
CONTINUE  
INCREASE  
DECREASE  

---

NAME _Farrow Dean_  
DATE _7/14/99_  
SIG. _N/C Rc'vr._  
Physician Signature:  

AIS# _111719_  
FACILITY _BCF_  
DISCONTINUE  
CONTINUE  
INCREASE  
DECREASE  

---

NAME _Farrow Dean_  
DATE _7/14/99_  
SIG.  
Physician Signature:  

AIS# _111719_  
FACILITY _Eastering_  
DISCONTINUE  
CONTINUE  
INCREASE  
DECREASE

RECEIVED
DEC 2 7 1999
By_____

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Dean E. Farrow_    Date of Request: _12/21/99_

ID #: _111719_    Date of Birth: ███████    Housing Location: _6A103_

Nature of problem or request: _Everything_
_I need to see Dr. Sanders or Mr. Croy_
_I need glasses_

I consent to be treated by health staff for the condition described.

_Dean E. Farrow_
### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## HEALTH CARE DOCUMENTATION

Subjective: "I have a bad sinus problem + I need glasses."

Objective: BP _130/74_ P _78_ R _18_ T _97.6_ WT _212#_
BIM amb to HCU c steady gait. A&O x 3: c/o stuffy nose, watery eyes, + coughing x several months. Throat slightly reddened + edematous. Eyes obs. Naris reddened. Lungs clear. Also c/o needing new glasses. Vision 20/? OD, OS, + OU. c/o difficulty seeing up close.

Assessment:
Alt in health maintenance

Plan: Refer to mental health
Refer to eye doctor
Sudafed # )
         ) po BID x 5 days  with M.E. when better
Tylenol ii po        Pt education given

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _B. Boller_    Title: _LPN_    Date: _12/21/99_    Time: _5:00 pm_

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _DeAN E. FARROW_    Date of Request: _7/16/99_

ID #: _11719_    Date of Birth: ███████    Housing Location: _6A-6_

Nature of problem or request: _Hay fever and diffi-culty breathing._

I consent to be treated by health staff for the condition described.

_Dean E. Farrow_
### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

7/16/99- 1730- Seen at
Pts called to HCU, resp.
regular + unlabored, no
distress. c/o stuffy nose &
hay fever. Denies SOB. P.Brown RN

**Subjective:** "Runny nose, sneezing, coughing, started
Fri (7-16-99)

**Objective:** BP $\frac{124}{80}$  P _70_  R _18_  T _98^4_    WT _229_
Pt amb. to HCU steady gaite A&OX3
c/o allergic to dust, ear canals red c̄ edema c/o ↑itching
nares red, no edema noted, clear drainage
throat ↑ red c̄ white drainage noted, lungs CTA Bilat
c/o pressure behind eyes/forehead, no SOB noted no
resp distress noted

**Assessment:** alt r̄ health maintance/comfort

**Plan:**
Amoxil 500mg po TID X 10d
Tylenol 650mg po TID X 10d
CTM # po BID X 5d
Sudafed # po BID X 5d    t/o Dr Yuke

Refer to: ____ PA/Physician  ____ Mental Health  ____ Dental

_P.Christian LPN_    7-18-99

RECEIVED
JUL 16 1999

## INTRASYSTEM TRANSFER FORM

### HEALTH STATUS

Transferring Facility: BCCF

Name: Larron Dean
Number: 111791          Race: (B) W H Other
Age: _____   Date of Birth: ████████  Sex: (M) F

Date: 7, 9, 99
Time: 11  AM (PM)
Allergies: _____ N/CA
Food Handler Approved: Y / N
Current Acute Conditions/Problems: Mental Health
Chronic Conditions/ Problems: ___ø

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: Ventolin Inhaler X 60 days

Chronic Long-term Medications: _____

Chronic Psychotropic Medications: Elavil 100 mg PO q HS X 90 days

Current Treatments: _____
Follow-up Care Needed: _____

Last PPD: 6-12-99  Results ___ø___ mms    Last Physical: 6/0/99
Chronic Clinics: ___ø___              Specialty Referrals: _____

Significant Medical History: Asthma & Mental Health

Physical Disabilities/Limitations: ___ø
Assistive Devices/Prosthetics: ___ø        Glasses: Yes   Contacts: ___ø
Mental Health History/Concerns:
Substance Abuse: Y / N    Alcohol: (Ø)/ N      Drugs: (Ø)/ N
___ø  Hx Suicide Attempt: Date: ___/___/___
✓   Hx Psychotropic Medication
✓   Previous Psychiatric Hospitalizations

Martha Jackson
Signature and Title          Date: 7, 8, 99

============================================================

### TRANSFER RECEPTION SCREENING

Date: 7/9/99   Time: 9-45 (AM) PM
S: Current Complaint: ___ø___

Receiving Facility: Easterling

Current Medications/Treatment: Ventolin
Inhaler prp  Elavil 100 x
q HS, Amoxil 500 mg tid x
Motrin 800 mg tid ()
O: Physical Appearance/Behavior: A0 X 3
Bm skin w/ Resp even
& unlabored, Cooperative.

Deformities: Acute/Chronic: ___ø___

T 97.6 P 72 R 20 B/P 120/80 #230
A: Knowledge deficit -

P: Disposition: (Instructions: Check or circle as appropriate)
✓   Routine, Sick Call
     Instructions Given
___  Emergency Referral
___  HIV/TB Instruction Given
___  Physician Referral:
     Urgent / Routine
___     Medication Evaluation
___     Work/Program Limitation
___     Special Housing
___     Specialty Referrals
✓      Chronic Clinics Pulmonary
✓      Mental Health
___     OTHER
     Infirmary Placement

Other: _____

L Ewing LPN
Signature and Title

CMS 7100

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: *Farrow Dean*    I.D. # 111791    Institution BCCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7-9-99 | | Transferred to Easterling VOI I— | Sm |

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Dean E. Farrow_ Date of Request: _6/28/99_

ID #: _111719_ Date of Birth: ▉ Housing Location: _3-13_

Nature of problem or request: _Dental_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Dean E. Farrow, #111719_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
*************************************************************

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: _Place on list for appointment_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _CB_ _____ Title: _____ Date: _____ Time: _8:15_

CMS 7166 REV. 10/94

RECEIVED JUN 2 9 1999

| NAME _____ | AIS# _____ |
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ Farrow Dean _____ | AIS# ___ 111719 ___ |
| DATE ___ 7-6-99 ___ | FACILITY ___ Bullock ___ |
| SIG. | DISCONTINUE |
| Ventolin Inhaler x 60 KOP | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME ___ Farrow Dean ___ | AIS# ___ 111719 ___ |
| DATE ___ 7-6-99 ___ | FACILITY ___ Bullock ___ |
| SIG. | DISCONTINUE |
| Amoxil 500mg po t.i.d x 7D | CONTINUE |
| Adm 500mg po t.i.d x 7D | INCREASE |
| Physician Signature: | DECREASE |

| NAME ___ FARROW, DEAN ___ | AIS# ___ 111719 ___ |
| DATE ___ 7/21/99 ___ | FACILITY ___ BCF ___ |
| SIG. | DISCONTINUE |
| Move out of T.U. ASAP | CONTINUE |
| Follow up 30d | INCREASE |
| Physician Signature: | DECREASE |

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: _Kilby_

Name: _Farrow, Dean_

Number: _11719_          Race: (B) W H Other

Age: _____  Date of Birth: ████████   Sex: (M) F

Date: __/__/__

Time: _____ AM PM

Allergies: _NKA_

Food Handler Approved: Y / N

Current Acute Conditions/Problems: _Mental Health_

Chronic Conditions/ Problems: _Ø_

Current Medications – Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Elavil 100mg PO @ HS x 90d_

Current Treatments: _Ø_

Follow-up Care Needed: _Ø_

Last PPD: _6-10-99_  Results _Ø_ mms    Last Physical: _6/10/99_

Chronic Clinics: _____    Specialty Referrals: _Ø_

Significant Medical History: _Asthma, Mental Health_

Physical Disabilities/Limitations: _Ø_

Assistive Devices/Prosthetics: _Ø_    Glasses: _Ø_  Contacts: _Ø_

Mental Health History/Concerns:

Substance Abuse: (Y) / N    Alcohol: (Y) / N    Drugs: (Y) / N

Hx Suicide Attempt: Date: __/__/__

Hx Psychotropic Medication

Previous Psychiatric Hospitalizations

Signature and Title _Owens RN_    Date: _6, 25, 99_

═══════════════════════════════════════

**TRANSFER RECEPTION SCREENING**

Date: __/__/__  Time: _____ AM PM

Receiving Facility:

**S:** Current Complaint: _____

Current Medications/Treatment: _____

**O:** Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T ____ P ____ R ____ B/P ____/____

**A:**

**P:** Disposition: (Instructions: Check or circle as appropriate)

____ Routine, Sick Call
____ Instructions Given
____ Emergency Referral
____ HIV/TB Instruction Given
____ Physician Referral:
Urgent / Routine
____ Medication Evaluation
____ Work/Program Limitation
____ Special Housing
____ Specialty Referrals
____ Chronic Clinics
____ Mental Health
____ OTHER
Infirmary Placement

Other: _____

Signature and Title

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| FU x 90 days | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _FARROW, Dean_ | AIS# _111719_ |
|---|---|
| DATE_6/10/85_ | FACILITY _KCF_ |
| SIG. | DISCONTINUE |
| Elavil 100mg HS x 90S | ~~CONTINUE~~ |
| C. Anderson | INCREASE |
| Physician Signature: RTC 9✓ | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME FARROW   Dean | AIS# 111719 |
|---|---|
| DATE    6-10-99 | FACILITY KCF |
| SIG. M H  EKG | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: VO Dr Diab/R Bryant LPN | DECREASE |

NAME _____  AIS# _____

DATE _____  FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                DECREASE

---

NAME _Farrow Dean_____  AIS# _11719_____

DATE _1/29/96_____  FACILITY _BCC7_____

SIG.

Toradol 3 puffs q d PRN X 90 d

Aminophylline 200 bd X 30 d

Physician Signature: 29-1996 _Gen_

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME _FARROW, Dean_____  AIS# _11719_____

DATE _12-8-95_____  FACILITY _Bullock_

SIG. Advil 200 Mg ℥ tid X 5 dAys

Physician Signature:

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME _FARROW Dean_____  AIS# _11719_____

DATE _11-13-95_____  FACILITY _Bullock_

SIG. Advil 200 Mg ℥ tid X 7 dAys

Physician Signature:            Matth Jackson 11-13-95

DISCONTINUE

CONTINUE

INCREASE

DECREASE

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Farrow, Sean    I.D. #: 11719    Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6-28-99 | | Rec'd @ BCCF Vol I — | Sr |
| 7/6/99 | | S) Pt C/o congestion and wheezing | |
| | | O) nasal congestion | |
| | | sore throat | |
| | | aus mild wheezing | |
| | | and up | |
| | | A) URI?/ Asthma | |
| | | P) Pt started on Amoxil & Advil | |
| | | | |

MEDICATION ADMINISTRATION

105ECO ALBUTEROL PER MDI&S
                     12/20/99
USE 2 PUFFS FOUR TIMES A DAY FOR
90 DAYS KEEP ON PERSON 'NOT
REFILLABLE IN LESS THAN 21 DAYS'
Stop: 03/19/00   Michaeti

NURSE'S INITIALS

01/31/00                    01/31/00

Michael

NKA

111719-EC

# MEDICATION ADMINISTRATION RECORD

587817 ALBUTEROL AER 90MCB
11/01/99
USE 2 PUFFS FOUR TIMES A DAY AS
NEEDED KEEP ON PERSON "NOT
REFILLABLE IN LESS THAN 21 DAYS"
Stop: 01/30/00   McWhorter /m

Albuterol Inh  π puffs k
qid × 90 days
12-18-99 → 3-18 2000 McWhorter/R

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

McWhorter /m

NKA

111719-EC

Complete Entries Checked:
By _____   Title: ____   Date: 1-30-__

# MEDICATION ADMINISTRATION RECORD

Tylenol ₸ i po BID x 5 days     4/4
4P

12/22 - 12/26/99  DrMechanta / AD
Sudafed - ₸ i po BID x 5 days     4/4
4P

12/22 - 12/26/99  DrMechanta /B
CTM ₸ i po BID x 5 days     4/4
4P

12/22 - 12/26/99  DrMechanta /B

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Dr Mechanta 99

NKA

Completed Entries Checked
By: _____

Title: _____   Date: 12/11

MEDICATION ADMINISTRATION RECORD

Albuterol Inh II
puffs qid prn x 90d          K
10/29 - 1/29/00 Multidialer          O
                                     P

NURSE'S ORDERS, MEDICATION NOTES. AND INSTRUCTIONS ON REVERSE SIDE

Mewhorter

NKDA

Complete Entries Checked

By:                              Title:            Date:

MEDICATION ADMINISTRATION RECORD

Albuterol Inh π
Rffs q id PRN x 90 days
1029-55 → 1-29-200 *illegible*

10- 28 97
M.-whate
1231.55

N 403

Complete Entries Checked

By. *illegible*

Title *illegible*    Date 1029

not here

Easterling

3X5120 ALBUTEROL AER 90MCG
                    07/07/99
USE AS DIRECTED FOR 60 DAYS KEEP
ON PERSON *NOT REFILLABLE IN
LESS THAN 21 DAYS*
Stop: 09/05/99

09/01/99                    09/31/99

NKA

111719-BD

MEDICATION ADMINISTRATION RECORD

Ventolin Inhaler X
60 days (SS)
7/6/99 - 9/6/99 Dr. Siddig

Amoxil 500mg
P.O. tid x 7 days (S)
7/6/99 - 7/12/99 Dr. Sddig

Advil 800mg PO
tid x 7 days (SS)
7/6/99 - 7/12/99 Dr. Sddig

Elavil 100 mg po qHS
x 90 days
6-10-99 — 9-10-99    Dr. Sondes

CTM ī TIDx 3d.

7/16/99 - 7/18/99

Amoxil 500mg po
TID X 10d
Luke 7-18/7-28    pc

Tylenol 650 mg po
TID X 10d
Luke 7-18/7-28    pc

CTM ī po BID
X 5d
Luke 7-18/7-23    pc

Sudafed ī po BID
X 5d
Luke 7-18/7-23 pc

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Siddig 7/1/99    7/30/99

NUKH

Complete Entries One Side
By  S. Scott    7/1/

Elavil 100mg p.o. q.h.s.
x 90 d    1800 ——————

06·10·99    -    09·10·99

06·10·99
Sanders
Williams

06·30·99

C. Anderson                    LPN        06·10·99

SR:17274

## MEDICATION ADMINISTRATION RECORD

**Facility:** 2  0441—  EASTERLING CORR. FAC.

**CC#:**

**MONTH** 12/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL ISONIAZID 300MG TAB (CARD) (INH) TAKE 3 TABS TWICE WEEKLY (TUES & FRI) FOR 120 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| #345395& START:08/10/2000 STOP: 12/08/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*(handwritten notes across several rows)*

Albuterol Inhaler ii puffs
q[i]q prn
11/28/01    Dankoorse

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NO KNOWN DRUG ALLERGY. | 111719 | 0441—  MAIN | FARROW, DEAN |

CORRECTIONAL MEDICAL SERVICES

SR:17341

## MEDICATION ADMINISTRATION RECORD

**Facility:** 2  0441.—  EASTERLING CORR. FAC.

**CC#:**

**MONTH** 11/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL ISONIAZID 300MG TAB (CARD) (INH) TAKE 3 TABS TWICE WEEKLY (TUES & FRI) FOR 120 DAYS #3453956 START:08/10/2000 STOP:12/08/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:**
NO KNOWN DRUG ALLERGY.

**DOB/INMATE #:**
111719

**LOCATION:**
0441.—  MAIN

**NAME:**
FARROW, DEAN

CORRECTIONAL MEDICAL SERVICES

SR#17265

## MEDICATION ADMINISTRATION RECORD

**Facility:** 2  0441-  EASTERLING CORR. FAC.

**CC#:**

**MONTH** 10/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL ISONIAZID 300MG TAB (CARD) (INH) TAKE 3 TABS TWICE WEEKLY (TUES & FRI) FOR 120 DAYS  #343956 START:08/10/2000 STOP: 12/08/2000 | JP | 12 | 12 | | 12 | | | 55 | | | | 55 | | | 55 | | | | 55 | 55 | | 55 | | | | | 55 | 55 | 55 | 55 | | | |

**ALLERGIES:**

NO KNOWN DRUG ALLERGY

**DOB/INMATE #:**

1.1.1719

**LOCATION:**

0441-  MAIN

**NAME:**

FARROW, DEAN

CORRECTIONAL MEDICAL SERVICES

CMS # 3150 REV 8/98

## MEDICATION ADMINISTRATION RECORD

SR#:17237

**Facility:** 2  0441—  EASTERLING CORR. FAC.

**CC#:**

**MONTH** 09/01/2000

**Facility:** 2  0441—  EASTERLING CORR. FAC.

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORAL ISONIAZID 300MG TAB (CARD) (INH)
TAKE 3 TABS TWICE WEEKLY (TUES & FRI) FOR 120 DAYS

#3453956 START:08/10/2000 STOP:12/08/2000

TOPIC MICONAZOLE 2% TOPICAL CREAM (30GM) (MONISTAT-DERM)
APPLY TWICE DAILY FOR 30 DAYS

#3453344 START:08/10/2000 STOP:09/09/2000

Motrin 200mg ii PO
BID X 7 d.
8/25-9/1  DARBOUZE/7

Sudafed 30mg ii PO
BID X 7 d.
8/25-9/1  DARBOUZE/7

ATM ii tabs PO BID
X 7 d.  DARBOUZE/7
8/25-9/1

Cough tabs ii PO BID
X 7 d.  DARBOUZE/7
8/25-9/1

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**DOB/INMATE #:** 111719

**LOCATION:** 0441—  MAIN

**NAME:** FARROW, DEAN

CORRECTIONAL MEDICAL SERVICES

SR:17170

# MEDICATION ADMINISTRATION RECORD

**Facility:** 2 0441- EASTERLING CORR. FAC. **CC#:** ______ **MONTH** 08/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | Days 1–31 (entries) |
|---|---|---|---|
| ORAL ISONIAZID 300MG TAB (CARD) (INH) TAKE 3 TABS EVERY TUESDAY & FRIDAY FOR 6 MONTHS #3297294 START:06/17/2000 STOP: 12/14/2000 | P | 1p | Initials in boxes on days 1, 4, 8, 11, 15, 18, 22, 25, 29 [illegible]; arrow at 30–31 |
| Albuterol Inhaler ii puffs QID PRN KOP x90d 6/29 – 9/28 Darbouze | P | KOP | [illegible] (day 23) |
| Advil 800mg po TID x10d 7/30 – 8/9 Darbouze/p | P | 9A, 1pm, 5p | A entries days 1–9 [illegible initials]; See new order 8/9/00 |
| AFC ē tube KOP 7/30 – 8/14 Darbouze/Paul | [illegible] | KOP | X marked days 15–16 |
| Miconazole CR BID x30D 8/9/00 – 9/9/00 Dr Darbouze | [illegible] | KOP | [illegible] 8/9/00 [illegible] |
| Motrin 800 mg i TID prn x14d 8/10 – 8/24/00 Darbouze | [illegible] | 9A, 1pm, 4P | Entries days 10–24 [illegible initials] |
| Motrin 200mg ii po BID x7d 8/25 – 9/1/00 Darbouze | [illegible] | 9A, 4p | Entries days 25–31 [illegible initials] |
| Sudafed 30mg ii po BID x7d 8/25 – 9/1/00 Darbouze | [illegible] | 9A, 4p | Entries days 25–31 [illegible initials] |
| CTM ii tabs po bid x7d 8/25 – 9/1/00 Darbouze | [illegible] | 9A, 4p | Entries days 25–31 [illegible initials] |

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NO KNOWN DRUG ALLERGY | 111719 | 0441- MAIN | FARROW, DEAN |

CORRECTIONAL MEDICAL SERVICES

## MEDICATION ADMINISTRATION RECORD

Facility: _Easterling_

MONTH _August_

CC#: _____

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cough tabo ī PO BID x7d RB25 - 9/1/00   Destroy | 13 | 4P |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

ALLERGIES: _PKA_

DOB/INMATE #: _11/1/90_

LOCATION: _____

NAME: _Farrow, Dean_

CORRECTIONAL MEDICAL SERVICES

SR:17071

## MEDICATION ADMINISTRATION RECORD

**Facility: 2  0441-  EASTERLING CORR. FAC.**

CC#:

MONTH 07/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ORAL ISONIAZID 300MG TAB (CARD) (INH)
TAKE 3 TABS EVERY TUESDAY & FRIDAY FOR 6 MONTHS

#3297294 START:06/17/2000 STOP: 12/14/2000

INH ALBUTEROL INHALER 90MCG (17GM) (PROVENTIL/VENTOLIN)
2 PUFFS FOUR TIMES DAILY AS NEEDED FOR 90 DAYS
>>> SHAKE WELL <<<

#3093612 START:04/04/2000 STOP: 07/03/2000

** BEGIN PRN MEDS SECTION **
******** PRN MEDS ********

| ALLERGIES: | DOB/INMATE #: | LOCATION | NAME: |
|---|---|---|---|
| NO KNOWN DRUG ALLERGY | 111719 | 0441-  MAIN | FARROW, DEAN |

CORRECTIONAL MEDICAL SERVICE

SR:16836

## MEDICATION ADMINISTRATION RECORD

**Facility:** 2  0441-  EASTERLING CORR. FAC.        **CC#:**        **MONTH** 06/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

** BEGIN PRN MEDS SECTION **
********** PRN MEDS **********

INH ALBUTEROL INHALER 90MCG (17GM) (PROVENTIL/VENTOLIN)
2 PUFFS FOUR TIMES DAILY AS NEEDED FOR 90 DAYS
>>> SHAKE WELL <<<
#3093612 START:04/04/2000 STOP: 07/03/2000

Tylenol iii po tid x 3 d.

06/02 - 06/04/00 Zo 0t-

Sudafed ii po bid x 3d.

06/06 - 06/06/00 Zo 0t-

Cough trm. ii po bid x 3d.

06/08 - 06/10/00 Zo DE-

Amoxil 500 po tid x 10d.

06/08 - 06/10/00 To De-

Micronazole CR b.i.d x30

4/27/00 - 7/07/00

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NO KNOWN DRUG ALLERGY | 111719 | 0441- MAIN | FARROW, DEAN |

CORRECTIONAL MEDICAL SERVICES

## MEDICATION ADMINISTRATION RECORD

Facility: Eastaling

MONTH June

CC#:

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300mg tip ρ o Bld. for 9 mm. DG 4/20/01 - 2/10/01 DW/Saulong | | IP | | | | | | | | | | | | | | | | | | | 5F | | | | | 5F | | 5F | | | | □ | |

ALLERGIES: DKA

DOB/INMATE #: 111719

LOCATION: Pop

NAME: Farron, Dean

CORRECTIONAL MEDICAL SERVICES

SR:16868

# MEDICATION ADMINISTRATION RECORD

**Facility: 2  0441-  EASTERLING CORR. FAC.**

CC#:

MONTH: 05/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

** BEGIN PRN MEDS SECTION **
********* PRN MEDS *********

INH ALBUTEROL INHALER 90MCG (17GM) (PROVENTIL/VENTOLIN)
2 PUFFS FOUR TIMES DAILY AS NEEDED FOR 90 DAYS
>>> SHAKE WELL <<<
#3093612 START:04/04/2000 STOP: 07/03/2000

ALLERGIES:

NO KNOWN DRUG ALLERGY.

DOB/INMATE #:
111719

LOCATION:
0441-  MAIN

NAME:
FARROW, DEAN

CMIS # 3150 REV 8/98

# MEDICATION ADMINISTRATION RECORD

Facility: Eastview

MONTH 4-1-3

CC#: _____

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-31-06 → 6-31-06 prn Albuteral Inh 2 puffs q4 prn | RS | | | | Discont / prn | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NKDA

DOB/INMATE #: 11/7/79

LOCATION: Pod

NAME: Faircloth, Tom

REV 8/98

SR:16625

## MEDICATION ADMINISTRATION RECORD

Facility:  2  0441 -  EASTERLING CORR. FAC.

CC#:

MONTH  03/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH ALBUTEROL INHALER 90MCG (17GM) (PROVENTIL/VENTOLIN) 2 PUFFS FOUR TIMES DAILY FOR 90 DAYS (1/21 DAYS) >>> SHAKE WELL <<< #2828948 START:01/17/2000 STOP: 03/18/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NONE | 111719 | 0441- MAIN | FARROW, DEAN |

CORRECTIONAL MEDICAL SERVICES

SR:16334

# MEDICATION ADMINISTRATION RECORD

**Facility: 2  0441-   EASTERLING CORR. FAC.**

CC#:

MONTH 02/01/2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH ALBUTEROL INHALER 90MCG (17GM) (PROVENTIL/VENTOLIN) 2 PUFFS FOUR TIMES DAILY FOR 90 DAYS (1/21 DAYS) >>> SHAKE WELL <<< #2873948 START:01/13/2000 STOP: 03/19/2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DOB/INMATE #: 111719 | LOCATION: 0441- | NAME: FARROW, DEAN |
|---|---|---|---|
| NONE | | MAIN | |

*Easterling*

# CONSULTATION
# PROVIDED
# BY
## CAHABA IMAGING, P.C.
Suite 110, Cahaba Rd., Birmingham, AL 35223
(205) 802-6100 * 1-800-535-2189 * Fax: (205) 870-1207

| NAME Farrow Dean | AGE | DATE OF EXAM 7-6-99 | PATIENT # 11719 |
|---|---|---|---|
| CLINIC NAME Bullock County | PROVIDER NAME Siddiq | | |
| PROCEDURES: Chest xray | HISTORY Positive PPD reading | | |

Chest: There is a questionable hilar adenopathy involving the right hilum. Additional
evaluation is recommended which should include PA, lateral and both obliques.
IMPRESSION: POSSIBLE RIGHT HILAR ADENOPATHY.

*Maurice H Rowell*

d & t: July 9, 1999                    Maurice H. Rowell, Jr., M.D.
alc

*Easterling*



# CONSULTATION
# PROVIDED
# BY
# CAHABA IMAGING, P.C.

Suite 110, Cahaba Rd., Birmingham, Al. 35223
(205) 802-6100 * 1-800-535-2189 * Fax: (205) 870-1207

| NAME Farrow Dean | AGE | DATE OF EXAM 7-6-99 | PATIENT # 111719 |
|---|---|---|---|
| CLINIC NAME Bullock County | PROVIDER NAME Siddig | | |
| PROCEDURES: Chest xray | HISTORY Positive PPD reading | | |

Chest: There is a questionable hilar adenopathy involving the right hilum. Additional evaluation is recommended which should include PA, lateral and both obliques.
IMPRESSION: POSSIBLE RIGHT HILAR ADENOPATHY.

*Maurice H Rowell*

d & t: July 9, 1999                    Maurice H. Rowell, Jr., M.D.
alc

LABORATORY CORPORATION OF AMERICA



| SPECIMEN 161-402-8277-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY 3- 6/10

DOB:

| CLINICAL INFORMATION |
|---|
| CD- 95114017679 |

| PATIENT NAME FARROW, DEAN | SEX M | AGE (YR./MOS.) 47/ 1 |
|---|---|---|

| PHYSICIAN ID. | PATIENT ID. 111719 |
|---|---|

PT. ADD.:

ACCOUNT: KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O. BOX 11
MT. MEIGS        AL 36057-0000
ACCOUNT NUMBER = 01302895

| DATE OF SPECIMEN 6/10/1999 | TIME 11:14 | DATE RECEIVED 6/11/1999 | DATE REPORTED 6/11/1999 | TIME 16:20 | 5417 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| PANEL 083824 | | | |
| HIV-1 ABS-EIA | | | MB |
| HIV-1 ABS, SEMI-QN | | | MB |
|     Result:  NEGATIVE by EIA screen. | | | |
|     No antibodies to HIV-1 detected. | | | |
| | | | |
| NOTE:  Submission of serum | | | MB |
| separator tube recommended | | | |
| for this test.  Thank you | | | |
| for your cooperation if you | | | |
| are already doing so. | | | |
| | | | |
| RPR, RFX QN RPR/CONFIRM TP-PA | | | MB |
|     RPR | Non-Reactive | Non-Reactive | MB |

LAB: MB LABCORP BIRMINGHAM                DIRECTOR: CONTACT    LABORATORY
1801 FIRST AVENUE SOUTH, BIRMINGHAM,   AL 35233-0000

LAST PAGE OF REPORT



Results are Flagged in Accordance with Age Dependent Reference Ranges

KILBY CORRECTIONAL FACILI
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

_farow Dean_

PRISON ID

_111'719_

DATE SUBMITTED

_6/10/99_

_NP4#3_

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | | NON-REACTIVE (NR) | |
| URINALYSIS | ✓ | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | neg | NEGATIVE (NEG) | |
| GLUCOSE | 2+ | NEGATIVE (NEG) | |
| KETONES | neg | NEGATIVE (NEG) | |
| BILIRUBIN | neg | NEGATIVE (NEG) | |
| BLOOD | neg | < 5 RBC/MCL | |
| NITRITE | neg | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | neg | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |



THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.    01D0706289

**EYE EXAMINATION SHEET**

| TO: (Service Physician) Pt Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) Easterling | Date of Request: 3/20/06 |
|---|---|---|
| Reason For Request: (Complaints and Finding) | | |

C/o difficulty reading due to blurry vision

Past History:

Old Rx

| Signature | | Type of Consult ☐ Emergency  ☐ Routine |
|---|---|---|

**CONSULTATION REPORT**

Subjective:  OD 20/20  OS 20/20

OPHTH: 10% c/d/wnl

New Rx:  OD  OS      Seg. Ht.      Ext: Date Dispensed & Initials:

Seg. Type:   + 200 / NWO
             200      67

IDP & Time:      52/18/145

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name Farrow | First John | Middle | Age 44 | R/S Blm | I D No. 111719 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

# CORRECTIONAL MEDICAL SYSTEMS

## RECEIPT FOR MEDICAL PRODUCT

Inmate Name: _Farrow, Dan 7854_      ID# _111719_

Institution: _Easterling Correctional Facility_

Medical Product: _1 pair of Eye Glasses_    Date Received: _8/14/00_

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Dean E. Farrow_
<div align="right">Inmate Signature</div>

Signature of Healthcare Staff Dispensing Product

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

7654

| PATIENT | Murray, Pearl | | DATE 3·30·00 | |
|---|---|---|---|---|
| NUMBER | 111719 | | INSTITUTION Easterling | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | +1200 | | | | |
| OS | | | | | |

| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
|---|---|---|---|---|---|
| OD | | | | | |
| OS | | | 67 | | |

LENS COLOR/COATINGS

| FRAME | STYLE 4 lick | | FRAME COLOR |
|---|---|---|---|
| EYE SIZE 50 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D 3/31 | | DROP BALL | FINAL INSPECTION |

LENSES: _____ 1.75

FRAME: _____ 3.75

OVERSIZE: _____

TINT/PGX: _____

CHEM. TEMP. GLASS: _____

DIOPTERS: _____

_____

_____

S/H: _____ .75

**TOTAL DUE ($):** _____ 14.25

**VISION SAFETY NOTICE:**
• Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21-CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
• If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

• The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
• If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

| | |
|---|---|
| 06 Mar 95 | Seen at BCEF. See my 05 Jan 95 and KcF D/c summary for details. Wants off of meds. Med D/c'd. F/u one mo — Brunthein MD |
| 4/5/95 | Continues OK w/o meds. Wants to go to work release. A/P no change. F/u ī mo — Brunthein MD |
| 5/19/95 | Continues to do well w/o meds. No longer drug-seeking. A/P no change. F/u 3 mo — Brunthein MD |
| 8/18/95 0825 | Pt. Dg. Very Well off the med — A) Stabят P) RTC p— |

**BULLOCK HEALTH CARE UNIT**

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| | | | B/ | |

CLINICAL ROUNDS FOR _JANUARY_ ___1995___
                           MONTH          YEAR

NAME:   FARROW, DEAN

AIS#:   111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

1

2

3

4 Moody 5W11- C/O continued hallucinations despite meds. change. Wants me to write an excuse for him from last week's group.

5 Woodley 5W11: no significant observations

7

8

9

0

11 Moody/Wilson - 5W11- Still c/o hallucinations but may be malingering. Outside w/ other inmates. No √ distress noted.

13 Woodley 5W11: negative for psychological decompensation.

14

15

16

17

18 Moody 5W11 - Outside smoking w/ another inmate. Denied problems.

19

20 Wilson/Woodley C6 - Moved from 5W. Stated that he wanted to be alone, complained that medication needs adjusting. States that he wants to keep away

CLINICAL ROUNDS FOR _____ 1994
                           MONTH        YE

NAME: _____

AIS#: _____                    SIGNIFICANT OBSERVATIO

                        CELL LOCATION

DATE        SEEN BY

24 _____ "Walls closing in on one" ® S.W.

25 Moody c2- c/o insomnia, +

26 _____

27 Woodley c2: no overt distres; (?) alternate placement

28 _____

29 _____

30 _____

31 _____

BU

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: FARROW, DEAN            AIS #: 111719 A            R/S: B/M

Date: 2 / 3 / 95     DOB: ▮▮▮▮▮▮▮▮     AGE: 42
                                                    Last School
Beta II  99    WAIS ____ / ____ / ____    WRAT-RL  3.3  Grade Completed  12
         34'187296/50:  L~F/K/        Megargee  NONE
MMPI Welsh _____  Type
     Code

General Appearance                  PSI = YES
_____ a. Neat and generally appropriate        ***  c. Flat or avoiding interaction

_____ b. Poorly groomed                        _____ d. Sad or worried

_____ e. Other _____

_____

I.  Interpersonal Functioning
    _____ a. Normal-good relationships likely    _____ d. Lacks skill or confidence

    _____ b. Withdrawn / apparent loner          _____ e. Probably difficult to get along with

    _____ c. Likely to ignore rights / needs     *Other (Specify) _____ 1. _____ 2.
                                    ***
    _____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____

_____

_____

II. Personality
    _____ a. Healthy                   _____ d. Explosive

    _____ b. Antisocial                _____ e. Dependent

    _____ c. Paranoid                  _____ f. Passive-Aggressive

    Other (Specify):_____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

    _____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive ___***__ 8. Atypical/mixed

    _____ 9. See Copy (Write in your wording) _____

_____

III. Substance Abuse
     _____ a. Alcohol addiction / abuse history _____

_____

     ***  b. Drug addiction / abuse history     PRIOR TO HIS ARREST  IN FEB. 93 , HE ADMITS TO
THE  HEAVY USE OF      CRACK COCAINE ( " ALL I COULD GET... ABOUT $100.00 OR
MORE  A DAY.") .. BECAUSE OF A   COMMITMENT HE SAYS  HE HAS MADE TO GOD ,  HE IS NOT
INTERESTED IN SAP IN THE ADOC.

_____

N-259