Psychological Interview / Data Entr( )rm
Page Two

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. *** 4. _____ 5. _____ 6. _____ 7. _____ 8.


IV.   Emotional Status

_____ a. No significant problems

*** b. Depressed _____ CMS STAFF ( PSYCHIATRIC ) HAS DIAGNOSED HIM AS BEING SCHIZO-
AFFECTIVE DISORDER,    DEPRESSIVE TYPE.

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms ___ " NONE NOW  BUT    I HAVE HAD THEM  IN THE PAST.

_____

_____

*** f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

_____

_____ h. Paranoid ideation _____

_____

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. *** 6. _____ 7. _____ 8.
*** _____ 9. (See Copy)  HAS BEEN AN INPATIENT  IN THE  R&CC HOSPITAL  SINCE  OCT. 93 ..
CURRENT DISCHARGE SUMMARY DIAGNOSE HIM AS BEING ALERT, COOPERATIVE AND BEHAVIORALLY
APPROPRIATE, ETC.... HE IS TO CONTINUE XXXXHZZXXX PSYCHOTROPIC MEDICATION..

V.    Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit

Remarks: _____

_____

_____

Psychological Interview / Data Entry Form
Page Three

VI.  Management Problems          Ideation _____ HE DENIED.

_____ a. Suicide potential    Plans _____

                                  History of attempts / gestures _____

_____

_____ b. Serious mental history (specify) _____

_____

**__ c. Impulsive / acting-out behaviors predicted _____

_____

***__ d. Authority conflict _____

_____

_____ e. Manipulative / untrustworthy _____

_____

_____ f. Easily victimized _____

_____

_____ g. Escape potential _____

_____

_____ h. Assaultiveness _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. *** 6. *** 7. _____ 8. *** 9.(See Copy)

HE DENIED DETAINERS.

VII.  Educational Needs

____a.  ABE          ____b.  Special Education       ____c.  Trade School      ____d.  Jr. College

VIII.  Mental Health Needs                          Date referred  Month _____ Year _____

____ A. Refer to psychiatric service    ____ C. Depression            ____ K. Personal Development

____ B. Substance abuse counseling    ____ E. Sexual adjustment      ____ L. Inst. Pre-Release

____ D. Stress management             ____ G. Anger induced acting out  ____ M. Residential Pre-Release

____ F. Reality therapy               ____ I. Self-concept enhancement

____ H. Values clarification          ____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: ___ CONSIDER FOR ASSIGNMENT TO THE   BULLOCK CO. CORRECTI

FACILITY   FOR PARTICIPATION IN THE      INTERMEDIATE       MENTAL HEALTH PROGRAM. MED.

CUSTODY  . ( FORMAL APPLICATION MADE). ALSO SEE DISCHARGE SUMMARY FROM CMS PSYCHIATRIC STAFF.

_____

_____

_____
                    Signature                                    Date

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

                 developed by

            Roger L. Greene, Ph.D.
          Robert C. Brown, Jr., Ph.D.
               and PAR Staff




              —— CLIENT INFORMATION ——


Client      : FARROW, DEAN        Age            : 42

Sex         : Male               Marital Status :

Education   :                    Date of Birth  :

File Name   : 111719

Prepared for: TREATMENT DIVISION on 02/07/95


              ———————————————————————
```

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
                 All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

PREPARED FOR: TREATMENT DIVISION

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

```
          L    F    K   Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
110 --  --   --   --  + --   --   --   --   --   --   --   --   -- -- 110
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
100 --                 +                                           -- 100
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
 90 --                 +                                           -- 90
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
 80 --                 +                                           -- 80
     -                 +                                            -
     -                 +                                            -
     -                 +         *                                  -
     -                 +              *                             -
 70 --                 +                                           -- 70
     -                 +                                            -
     -  --* --   --  + --   --   --   --   --   --   --   --   --   -
     -                 +                                            -
     -                 +                                            -
 60 --                 + *                                         -- 60
     -      *    *   + *      *                   *    *            -
     -                 +                                    *       -
     -                 +                     *                      -
     -                 +                                            -
 50 --  --   --   --  + --   --   --   --   --   --   --   --   -- -- 50
     -                 +                                            -
     -                 +              *                        *    -
     -                 +                                            -
     -                 +                                            -
 40 --                 +                                           -- 40
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
 30 --                 +                                           -- 30
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
     -                 +                                            -
 20 --  --   --   --  + --   --   --   --   --   --   --   --   -- -- 20
                      1    2    3    4    5    6    7    8    9    0
          L    F    K   Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score  65   58   58   59   57   74   72   46   53   57   58   56   46
```

Unanswered (?) Items = 0

Welsh Code:  34'187296/50: L-F/K/

— PROFILE MATCHES AND SCORES —

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | 3-4/4-3 | 3-4/4-3 |
| Coefficient of Fit: |  |  | .93 | .93 |
| Scores: | ? (raw) | 0 |  |  |
|  | L | 65 | 56 | 56 |
|  | F | 58 | 59 | 59 |
|  | K | 58 | 53 | 53 |
|  | Hs (1) | 59 | 66 | 66 |
|  | D  (2) | 57 | 65 | 65 |
|  | Hy (3) | 74 | 77 | 77 |
|  | Pd (4) | 72 | 79 | 79 |
|  | Mf (5) | 46 | 49 | 49 |
|  | Pa (6) | 53 | 59 | 59 |
|  | Pt (7) | 57 | 61 | 61 |
|  | Sc (8) | 58 | 61 | 61 |
|  | Ma (9) | 56 | 54 | 54 |
|  | Si (0) | 46 | 48 | 48 |
| Mean Clinical Elevation: |  | 60 | 65 | 65 |
| Ave age-males: |  |  | 36 | 36 |
| Ave age-females: |  |  | 37 | 37 |
| % of male codetypes: |  |  | 1.9% | 1.9% |
| % of female codetypes: |  |  | 2.5% | 2.5% |
| % of males within codetype: |  |  | 61.5% | 61.5% |
| % of females within codetype: |  |  | 38.5% | 38.5% |

---

   Configural clinical scale interpretation is provided in the report for the following codetype(s):

3-4/4-3

---

PREPARED FOR: TREATMENT DIVISION

— CONFIGURAL VALIDITY SCALE INTERPRETATION —

There is no information available for this configuration of scores for scales L, F, and K.  Interpretation for each of the individual validity scales is presented below.

— VALIDITY SCALES —

? (raw) = 0

Scores in this range reflect a relatively small number of unanswered items, which in and of itself should not have an impact on the validity of the profile.

L    T = 65

L scores in this range are suggestive of individuals who may be defensive, lack insight, and be slightly more conforming and moralistic than usual.  They may have a tendency to repress or deny problems and unfavorable traits.

F    T = 58

F scores in this range usually indicate that the individual responded to the test items as do most individuals who are relatively free of stress.

K    T = 58

Scores in this range are typically obtained by individuals who exhibit an appropriate balance between self-disclosure and self-protection.  These individuals usually are psychologically well adjusted and capable of dealing with problems in their daily lives.  Scores in this range are also indicative of good ego strength, sufficient personal resources to deal with problems, a positive self-image, adaptability, and a wide range of interests. Prognosis for psychological intervention is generally good.

— CONFIGURAL CLINICAL SCALE INTERPRETATION —

3-4/4-3 Codetype

Clinical Presentation:

These individuals tend to be defensive, guarded, and unwilling to acknowledge psychological problems even when they are readily apparent to others. They report little psychological distress and describe themselves as being less depressed and anxious than most psychiatric patients. Behavioral problems are more likely to occur in this codetype than any other codetype in which Scale 3 is also elevated.

A significant subset of these individuals are chronically and intensely angry. They entertain hostile and aggressive impulses, but are unable to express their feelings appropriately. In the 3-4 codetype, an indirect, passive-aggressive expression of anger is more likely. With the 4-3 codetype, the poorly controlled anger and hostility is often expressed in an episodic, cyclic fashion. These individuals sometimes have histories of violent crimes and behavior for which they are incarcerated. Both codetypes lack insight into, and understanding about, the sources and consequences of their own feelings and behavior. They tend to be extrapunitive and blame others for their problems and difficulties. Many of their difficulties are related to chronic, intense anger toward family members.

These individuals are sensitive to rejection and become hostile when criticized. Sexual maladjustment and/or promiscuity, suicidal ideation and attempts, and substance abuse are quite frequent.

These individuals often experience a dependency conflict. They tend to stay at the extremes of the dependence-independence continuum. They also exhibit a strong need for attention and approval from others. Conflicts often arise when feelings of rejection are aroused, since they are hypersensitive to rejection and criticism.

The self-concept of these individuals is somewhat mixed and variable. They may see themselves as quite capable, but are likely to attribute the responsibility for their present condition to external factors.

The interpersonal relationships of these individuals are usually turbulent, but may be more enduring when relationships are established with individuals who exhibit similar characteristics. Distancing maneuvers and "double-bind" messages are quite common. Most of their relationships are chronically unstable.

Treatment:

     The prognosis is very poor, since most problems are
characterologic and not readily amenable to change.


Possible Diagnoses:

     Axis I    — Rule Out Mood Disorders
                     Depressive Disorder Not Otherwise Specified
                Rule Out Adjustment Disorder
                Rule Out Dissociative Disorders
                Rule Out Psychoactive Substance Abuse Disorder

     Axis II   — Rule Out Passive Aggressive Personality Disorder
                Rule Out Borderline Personality Disorder
                Rule Out Histrionic Personality Disorder
                Rule Out Antisocial Personality Disorder


                    —— CLINICAL SCALES ——


Hs (1)  T = 59

     Scores in the lower end of this range (T scores = 58-61) are
typical for individuals with valid physical complaints or who are
physically handicapped.  Scores in the upper part of this range
(T > 60) indicate the possibility of exaggeration of physical
problems even with individuals who are physically ill.

D  (2)  T = 57

     Scores in this range are considered to be within normal
limits.

Hy (3)  T = 74

     Scores in this range are frequently obtained by individuals
who develop physical complaints in response to stress and may use
their complaints to avoid responsibility.  These individuals are
often naive, immature, self-centered, and deny any psychological
problems.  They lack insight concerning the causes of their
symptoms and their own motives and feelings.  They are frequently
very demanding of affection and support, and may use indirect and
manipulative means to get attention and affection.  Their social
relationships are often superficial and immature.  They are
resistant to psychological interpretations and treatment, and any
form of psychological intervention will be difficult.  These

individuals often look for simplistic, concrete solutions to their problems -- solutions that do not require self-examination. Individuals who obtain elevated scores on this scale are unlikely to be seen as psychotic.

Pd (4)  T = 72

    Scores in this range are typically obtained by individuals who are characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. These individuals are likely to be impulsive, unreliable, egocentric, and irresponsible. They often have little regard for social standards. They often show poor judgment and seem to have difficulty planning ahead and benefiting from their previous experiences. They make good first impressions but long term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within this range.

Mf (5)  T = 46

    Scores in this range are typical for males interested in traditional masculine interests and activities.

Pa (6)  T = 53

    Scores in this range are considered to be within normal limits.

Pt (7)  T = 57

    Scores in this range are considered to be within normal limits.

Sc (8)  T = 58

    Individuals who obtain scores in this range may think somewhat differently than others. This may reflect a creative or avant-garde attitude, or a schizoid-like process.

Ma (9)  T = 56

    Scores in this range are considered to be within normal limits. Normal adolescents and college students tend to score in the upper end of this range (T-scores of 54-57). Persons older than 60 who score in the upper end of this range are likely to be overly energetic and active.

Si (0)  T = 46

    Scores in this range are considered to be within normal
limits.


                    --- ADDITIONAL SCALES ---


    No additional scales were selected for interpretation by
the user.



                        END OF REPORT
                        *********

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

DATE

8/7/95 — Transf. out of TuH to N dor
2 wks ago — doing OK —
taking all his meds —
So fearful of falling out of
top bunk —
Wants to cont present
meds —
F/u ± 2 mo —                    [signature]

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/m | |

F-61

RELEASE SUMMARY

NAME: Farrow, Dean
ADMISSION DATE: 10/15/93

AIS# 111719
DISCHARGE DATE: 1/30/95

Circumstances of Admission:
    Inmate Farrow had been referred to Mental Health Services by security
due to inability to complete the DOC psychological assessment process. He
complained of impaired concentration and sleep disturbance. Affect/mood was
depressed. Psychomotor processes were retarded. Behaviorally, he was
appropriate and responsive. Thought processes were clear and, although no
lelusions or hallucinations were evinced, he did report a history of auditory
hallucinations. He denied self-harm ideation or intent.

Pertinent History:
    Inmate Farrow reports a history of chronic depression with auditory
hallucinations, primarily of voices criticizing him. He has shown a pro-
pensity for litigation and tends to intellectualize and manipulate, sometimes
dominating those around him. A history of cocaine abuse/dependency is also reported.

Treatment/Progress:
    Treatment has been largely uneventful. Depressive symptoms are inter-
mittent and social skills and interaction have improved, although he remained
manipulative and sometimes demanding. Initially, he preferred being alone
and often took an indifferent attitude toward treatment. Various
psychotropic medications were prescribed. He continued to try to control
his environment by requesting moves to different locations when he felt
uncomfortable.

Condition at Time of Discharge:
    At the time of discharge, Inmate Farrow was calm, alert, cooperative
and behaviorally appropriate. Depressive symptoms as well as manipulative
behavior are in remission. Eventually he responded to intervention in a
logical manner. He regularly attends both individual and group therapy
and is observed on Mental Health Services follow-up and routine supervision
during rounds as being calm and appropriate. There are no overt signs of
hostility or aggression, and he denies harmful intent as well as hallucinations.
He no longer expresses fear of being around other people, and desires transfer
to population.

IMPRESSION:
    Schizoaffective Disorder, Depressive Type, symptoms in remission.
    Cocaine abuse/dependency

DISPOSITION:
    1) Release from inpatient Mental Health status to await transfer to
       an appropriate facility.
    2) Continue to follow and treat per Mental Health Services while at
       Kilby Correctional Facility and upon subsequent placement.
    3) Continue psychotropic medication per physician's orders.
       Current medication: Prolixin 5 mg BID; Cogentin 0.5 mg BID

RELEASE SUMMARY                Farrow, Dean              Page 2      1/30/95
                               AIS# 111719


_Charles L. Woodley, Ph.D._
Charles L. Woodley, Ph.D.
CMS Psychologist

_Paul Kalla, M.D._
Paul Kalla, M.D.
Physician in Charge


_Mike Moody, M.S., MHS_
Mike Moody, M.S., MHS
Psychologist's Assistant

GROUP THERAPY

The following inmate, _Dean Farrow 111719_ attended Group Therapy on _1/19/95_ . The topic of the group session was _anger & quiet: communication._ .

|  | Satisfactory | Unsatisfactory * |
|---|---|---|
| Participation | | ✓ |
| Cooperation | | ✓ |
| Comprehension | ✓ | |

_Mike Moody, M.S._

\* Began reading newspaper initially, & after about 15 minutes, said he had a cold & asked to leave the group. He was allowed to do so.

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|---|---|
| 1/19/95 | 1:1 Inmate asked to see me after feigning cold symptoms & leaving group today. He says he is suffering from "side effects" of lowering his meds. cut back. He claims he can't handle being around people & needs a single cell. Will transfer to C block & work toward release from MHS. *Mike Moody, M.S.* |
| 1/27/95 | 1:1 Inmate presented as calm & polite but manipulative. Says he wants to watch Super Bowl game on Sunday (can't do it on block). Agreed to move to S.U. w/ understanding that it would be followed by release to population. C/O some sleep disturbance relative to environment. Denied hallucinations. Pleased w/ meds. *Mike Moody, M.S.* |
| 1/31/95 | 1:1 Inmate just released to population & doing well. However, he wanted to make sure his medication followed him & he ® to see Dr. Kalla. Will F.U. w/ Nurse Evans. *Mike Moody, M.S.* |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Dean | 111719 | | B/M |

F-61

1-17-95

## SOUTH WARD RULES

1. Inmates must be fully compliant with their medications and must participate in all prescribed psychotherapy, counseling, and group activities. Willful misuse of medication (e.g., throwing it away, "cheeking", hoarding, giving it away, etc.) will result in disciplinary action.

2. Inmates must maintain their personal hygiene and grooming in such a manner as to comply with Department of Corrections regulations and health care standards.

3. Inmates are to be properly attired (institutional pants and shirt or undershirt) during the hours of 6 a.m. to 6 p.m. unless engaged in hygiene or grooming activities, or are in bed covered by bedding. No bare chests, barefeet, or undershorts will be exposed during these hours.

4. Inmates are not to steal, fight, or gamble.

5. Inmates will not engage in homosexual activities; public masturbation; or, fondling of the genitals.

6. Inmates must maintain a distance of at least two feet from the bars of the unit except during pill call, when entering or exiting the unit, or when interacting with staff.

7. The television is provided for the use of everyone. Disputes over channel selection are to be taken to the officer on duty who will, in turn, conduct a vote.

8. Inmates will respect the rights and feelings of each other, as well as, those of staff (security, nursing, mental health). Name calling, teasing, verbal threats, and sexual innuendoes will not be tolerated.

9. During rounds, all inmates will be required to return to the inside of the unit. Those sleeping will be awakened.

10. The formation of cliques is discouraged. Inmates are not to engage in group discriminatory or intimidating practices.

11. Inmates may sign out board games and art supplies (when available) with the officer on duty. All games and art supplies are to be returned to the officer on duty at lights out.

12. There will be a ZERO tolerance for fighting. All individuals involved in a fight will be removed from the unit, per Mental Health Services.

Dean E. Farren

GROUP THERAPY

The following inmate, _Dean Farron_ _111719_ attended Group Therapy on _1/12/95_ . The topic of the group session was _setting goals_ .

|  | Satisfactory | Unsatisfactory |
|---|---|---|
| Participation | ✓ | |
| Cooperation | ✓ | |
| Comprehension | ✓ | |

_Mike Moody, M.S._

## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

DATE

1/17/95 — Maintains he's seeing objects move while they are stationary — mentions Zoloft medication (somewhat out of the blue!). Must still be doing a fair amt. of reading & getting info about drugs this way —

Suggested he give Prolixin alone a chance to work for him. ∴ we still d/c Elavil — F/u 3 am ___ [signature] Kallam

(LATE ENTRY)

1/16/95  1:1 Inmate Farrow c/o getting no results from current meds. This affect belies s̄ observed at times on the unit. He is often observed socializing & drinking coffee w/ others w/ no apparent ✓ distress evident. However, today he asked to be moved to MHU because he needed to be by himself. This may have been in response to a recent shouting match w/ a white inmate over a TV pgm. on Dr. Martin Luther King. No move is indicated as this is believed to be merely manipulation.

Mike Moody, M.S.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Jean | 111719 | | B/m | |

F-61

GROUP THERAPY

The following inmate, _Dean Farrow_ *11719* attended Group Therapy
on _1/5/95_ . The topic of the group session was
_assertiveness_ .

|  | Satisfactory | Unsatisfactory |
|---|---|---|
| Participation | ✓ | |
| Cooperation | ✓ | |
| Comprehension | ✓ | |

_Mike Moody, M.S._

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|---|---|
| 05-Jan-95 (cont'd) | DX  AXIS I   R/o sub. abuse |

AXIS II   Personality disorder, paranoid
"            ", antisocial.

Goal should be to get him off of all 4 meds.
Confrontation Rx by psychol staff will be difficult in
view of his rationalizations, intellectual defenses,
and paranoia, but should be tried in a low-key
way. Hold accountable for his behavior.

Bill Williams MD

1/5/95   1:1 Inmate Farrow still c/o hallucinations although
he couldn't be specific other than to say
the voices (men's + women's) were "critizing" him. He also
claims he is seeing bugs but when he
tries to step on them, they are not there.
No bizarre bx. has been reported to
substantiate his claims. He (R) reading mat'l
+ is particularly interested in psychology. He
is somewhat of a manipulator + likes to
use his "intellect" in describing his condition
as he understands it. He agreed to attend
group therapy today.

Mike Moody, M.S.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 42 | B/M | |

F-61

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

---

1/3/95 — Insists that visual hallucin-
ations are worsening; Mellaril
has had no noticeable effect —
Willing to try other
meds —
Placed on Prolixin 5 mg
bid. Also ↓ Elavil —
F/u 3 wk

05 JAN 95 Chart review at KCF, including (see Documents)
reports from Taylor Hardin and Mon Area M.H. Authority.
As early as 1989 his auditory hallux were noted to be of
"dubious validity." He reads a lot — was recently given
the DMS III-R description of schizoaffective, and ever since
has called schizoaffective. He also has been dictating
his medication program, and in the last 15 mo has been
on various combinations of imipramine, Elavil, Vistaril,
Mellaril, Navane, and Prolixin.
Green jacket shows arrest 1974 for armed robbery/assault.
Was well known to his police dept. Now doing 10 yr for forged checks —
violated parole in 2 ways: illegal drugs; homicide of man in
a "love triangle" — charged reduced to criminally neg. homicide.
Discussed w/ Dr Woodley. Pt. is probably afraid to do
time in gen pop.
— cont'd

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 42 | B/m | KCF |

F-61

EXHIBIT
A-3

## REFUSAL OF PSYCHOLOGICAL TREATMENT

NAME: *FARROW, DEAN*          LOCATION: *KILBY*
AIS#: *111719*               DATE: *12/29/94*

This letter is sent to inform you that, as an inpatient under the care of Mental Health Services, you are expected to regularly attend psychotherapy. Your record indicates that you have refused ~~psychotherapy~~ *GROUP* on ___*12/29/94*___. No change in your status is possible unless you cooperate with treatment. You will again be scheduled for ~~psychotherapy~~ *GROUP* on ___*1/5/95*___. You are encouraged to attend. Please sign below to indicate that you have received this letter, which will become a permanent part of your record.

*Dean E. Farrow*
_____
Signature of Inmate

*R. McClain, COI*
_____
Signature of Witness

From: *Mike Moody, M.S.*
_____

NOTE: *Inmate Farrow had asked to be excused from this group, citing depression as a reason for not wanting to participate. This request was granted w/ the understanding that he would attend group next week.*

*- M. M.*

CLINICAL ROUNDS FOR ___Dec___   ___1994___
                                MONTH        YEAR

NAME: FARROW, DEAN

AIS#: 111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Moody | SW11 - Somewhat aloof. c/o not being able to get books in mail. | |
| 8 | | Talked about parole possibility in 3/95. | |
| 9 | Moody | SW-11, loud. boasting about going home any day, narcissistic. | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | Moody | SW11 - Calm + quiet. Sitting on headtouch @ bunk. No complaints | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | Moody | SW11 - Ambulating, listening to radio. Calm + quiet. No complaints | |
| 22 | | | |

## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|------|---|
| 12/29/94 | 1:1 Inmate now c/o seeing "spiders + bugs" in addition to hearing voices. D/T see Dr. Kalla again on 1/3/95? Will discuss w/ Ms. Evans to confirm. He also c/o a burning in his throat + chest (reported previously) which started about 2 wks ago. Today affect was intense + restricted, but b/x was appropriate. Medication compliance was discussed. He reports no problems w/ compliance. There is a question of delusional thought as he believes his case might be reviewed + he'll be granted early release, yet this is not confirmed. |
| | Mike Moody, M.S. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |

F-61

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 12/19/94 | 1:1 Still c/o voices mainly at night + when he is idle. Even claimed to hear them during our session (men + women's voice criticizing him. Eating better but has to force himself to eat. Sleep disturbance also reported. He says Doxepin + Zoloft has worked well in the past. He says he hadn't reported the voices sooner because "I thought I could handle them". Will refer to Dr. Kalla for evaluation. *Mike Moody, M.S.* |
| 12/20/94 | Requested to re evaluate meds in light of the above — Will stop Navane & restart on Mellaril & f/u 2 wks — *Kalla* |
| 12/27/94 | 1:1 at cell: Inmate complained that he hadn't seen the doctor + was still having hallucinations. I informed him that Dr. Kalla had adjusted meds. w/out seeing him + that if he didn't see improvement + ↓ hallucinations by 12/29 that I would refer him back to Dr. Kalla. *Mike Moody, M.S.* |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Fairon, Dean | 111719 | | B/M |

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

I, _Dean E. Farrow, 111719_ acknowledge receipt of the
　　　　(Inmate's Name, AIS #)
following medical equipment/appliance.

(✓)    Eyeglasses

( )    Dentures

( )    Prosthesis      (please specify) _____

( )    Wheelchair

( )    Other      (please specify) _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Dean E. Farrow_      _10/28/94_
(Inmate's Signature)          (Date)

_C. Moore_      _10/28/94_
(Witness' Signature)          (Date)

Distribution:

　　Original - Blue Medical Jacket
　　Yellow - Kilby Medical Supply

# IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT Farrow, Dean I.D.# 11 719    PATIENT'S FACILITY KcF

REFERRING PERSON Evans RN DATE 12/20/94    REF. TAKEN BY Evans RN

REASON FOR REFERRAL Inmate c/o ↑ Auditory Hullucinatios

THERAPIST Dr. Kalla    DATE OF EVAL. 12/20/94 TREATMENT FACILITY KcF

IMPRESSIONS

DISPOSITION

F-22

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| | | | | |

## GROUP THERAPY

The following inmate, _Dean Farrow_ _111719_ attended Group Therapy on _12/8/94_ . The topic of the group session was _assertiveness_ .

|  | Satisfactory | Unsatisfactory |
|---|---|---|
| Participation | ✓ | |
| Cooperation | ✓ | |
| Comprehension | ✓ | |

_Mike Moody, M.S._

CLINICAL ROUNDS FOR _NOVEMBER_   _1994_
                        MONTH      YEAR

NAME: FARROW, DEAN

AIS#:   111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | Woodley, SW·11; overly concerned about another inmate's problems, questioning stability. |
| 6 | | | |
| 7 | Sack; SW 11 - Nonverbal. Involved in t v. |
| 8 | | | |
| 9 | | | |
| 0 | | | |
| 1 | | | |
| 12 | Woodley, SW·11; agitated, verbally disruptive re a dispute over television programming; |
| 13 | fixed idea of reference. On bed. |
| 14 | Sack; SW11; Would not talk w/me. Coldly walked past me. |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 12/5/94 | 1:1 Inmate presented as cooperative, although somewhat indifferent. Affect was blunted. Discussed tx. plan + problem areas. He denied problems per se so it was decided that social skills + depression would be addressed. Schizoaffective disorder was dx. given previously. *Mike Moody, M.S.* |
| 12/6/94 | 1:1 Inmate presented w/ concern over ↑ in auditory hallucinations which he says started last night. He described them as "criticizing" him. He reported that he had stopped eating except for breakfast about a week ago. He says the voices are also causing sleep disturbance. He seems to be a victim of influence by an inmate on S.W. whose agenda is spiritualism. This apparently is causing some confusion for inmate Farrow. I encouraged him to monitor his hallucinations, force himself to eat something at each meal + guard against being led or manipulated by other people. *Mike Moody, M.S.* |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Sean | 111719 | | B/M |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

11/18/94 1:1 Alert, coherent, oriented in all spheres. Advised him of my departure from Kilby. Case to be referred to Dr. Woodley for disposition.

*Kathe S. Jone, RN*

11/28/94 1:1 Inmate Farrow requested a time sheet & says he's supposed to be getting out of prison now. He doesn't appear delusional, just thinks his jail credit plus time served has not been figured correctly. He was very polite, lucid & controlled. Denied any other problems or difficulties. Says he's med. compliant w/ Navane, Cogentin & Elavil.

*Mike Moody, MS*

11/29/94 Doing well on present meds, wants to stay on same. No new developments re MH status or personal problems/disposition — not Dysphoric & rational/coherent. RTC 1 mo

| Patient's Name, (Last, First, Middle) | | AIS # | Age | R/S | |
|---|---|---|---|---|---|
| Farrow, Dion | | 111719 | | B/M | |

CLINICAL ROUNDS FOR __OCTOBER__   __1994__
                        MONTH        YEAR

NAME: __Farrow, Dean E.__

AIS #: __111719__

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | | | |
| 2 | | | |
| 3 | Sack; SW11: Observed flirting w/ a nurse. | | |
| 4 | | | |
| 5 | Moody SW11 - c/o security losing his prescription glasses. Somewhat "cocky". | | |
| 6 | | | |
| 7 | Woodley, SW-11: calm and appropriate; suspicious of staff re: his money. | | |
| 8 | | | |
| 9 | | | |
| 10 | Sack; SW11: Pleasant & polite but short & uninterested in talking. | | |
| 11 | | | |
| 12 | Moody SW11 - Preoccupied w/ getting definition of schizoaffective | | |
| 13 | disorder, which he says is his dx. | | |
| 14 | Woodley SW-11: c/o Ft. heartburn since his meds were changed; no overt dist. | | |
| 15 | | | |
| 16 | | | |
| 17 | Sack; SW11: Reminded me that he wasn't talking to me & was short & cold. Discussed ↑ his social skills w/ him. | | |
| 18 | | | |
| 19 | Moody SW11 - Listening to radio while talking to another | | |
| 20 | inmate. Not really interested in talking to me. | | |
| 21 | Woodley, SW11: no significant clinical observations. | | |
| 22 | | | |

## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|------|--|
| 10/8/94 | Inmate Farrow approached me w/ the question of what "schizoaffective disorder" is + indicated this to be his diagnosis. I referred him to his primary therapist for such discussion + told him I would be glad to discuss it w/ him but that he should first discuss it w/ Dr. Jones ~~first~~ + then only w/ her permission would I do so. |
| | Mike Moody, M.D. |
| 10/26/94 | Pt states "I feel better". Rests better, doesn't see anything... Volume of voices has declined... Mood appears down associated ē recent legal outcome and approach of Christmas: he's unable to get Bipo dghtr what he'd like to give her for Xmas... |
| | ↑Noted elevated Elavil level. Raymond F. Crittenden, M.D. |
| 11/1/94 | 1:1 Reported that murder charge was reduced. Discussed administrative details. Spoke of his premonitions. No other concerns voiced. |
| | Kath S. Jones, Ph.D. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT  FARROW, DEAN         I.D.# 111719        PATIENT'S FACILITY   KCF

REFERRING PERSON  KALLA        DATE  9/29/94        REF. TAKEN BY   EVANS RN,BSN

REASON FOR REFERRAL        REFER TO DR. JONES

THERAPIST              DATE OF EVAL.        TREATMENT FACILITY

IMPRESSIONS   _Seen_ 9/30/94. As an inpatient this inmate
is seen routinely.
                              Kath S. Jones, M.D.

DISPOSITION

'-22

| 10/13/94 | After conferring w/ inmate's primary therapist, Dr. Jones, I discussed schizoaffective disorder w/ him, which he says is his M.H. dx. I also made a copy of DSM III-R definition which he asked for to share w/ his relatives.  Mike Mosley, M.S. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Dean | 111719 |  | B/m |

CLINICAL ROUNDS FOR    September    1994
                       MONTH        YEAR

NAME:    Farrow, Dean E.

AIS#:    111719

DATE        SEEN BY        CELL LOCATION        SIGNIFICANT OBSERVATIONS

1

2 Woolley SW-8; c/o constipation for which he reportedly has been to sick

3 call; no overt S distress

4

5

6 Sack, SW8: Distant. (R) talk w/ Dr Jones.

7

8 Moody SW8· (R) Dr. Jones. Redness in eyes noted. Reported ℅ distress. (R) move back to MHU.

9 Woolley SW-8; claimed to had a vision of the recent bus his jetliner crash

10 prior to its occurrence. constipation has been relieved

11

12 Sack, SW8: Eye red. Angry about perceived lack of MD attention

13

14

15 Moody SW8· Got eye taken care of. Feels it was D/T constipation.) single cell  ® Dr. Jones to x-Ref. to cell

16 Woolley SW 8; → C-16; c/o lost eye glasses; adjusting adequately to C/Loc

17

18

19 Sack, C16: Resistant to engaging in conversation. Attempting to ignore. Lying down

20

21 Moody c16· Complains he's "going backwards" & wants off c block.

22 Refusing meds. (R) Dr. Jones.

MON. : SEPTEMBER, 1994

## MEDICAL LOG FOR SEGREGATION INMATES

INMATES NAME: Farrow, Dean          AIS#: 111719

ORIGINATING INSTITUTION: KCF

DATE ADMITTED TO SEG: 9-15-94

DATE DISCHARGED FROM SEG: 9-26-94

| CODE(S) | NURSE |
|---------|-------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. 1-3 | |

| CODE(S) | NURSE |
|---------|-------|
| 16. 1-3 | P. EVANS RN, BSN |
| 17. 1-3 | P. EVANS RN, BSN |
| 18. 1-3 | P. EVANS RN, BSN |
| 19. 1-3 | P. EVANS RN, BSN |
| 20. 1-3 | P. EVANS RN, BS |
| 21. 1-3 | P. EVANS RN, BSN |
| 22. 1-3 | P. EVANS RN, BSN |
| 23. 1-3 | P. EVANS RN, BSN |
| 24. 1-3 | P. EVANS RN, BSN |
| 25. 1-3 | P. EVANS RN, BSN |
| 26. ✓ 1-3 | Tran. to SW |
| 27. | |
| 28. | |
| 29. | |
| 30. | |
| 31. | |

## EVENT CODES

1. No medical complaint elicited.
2. No evidence of trauma.
3. No evidence of significant psychological distress.
4. See nursing note this date.
5. Refused to take medication.

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

9/23/94  1:1 Requested removal from C Block asap. Stated that the problems on Sixth Ward were minimal as compared with those on C-Block. Concerned about access to Law Library.
Kath ___ A Jones, Ph.D.

9/29/94  Says he stopped taking his meds for several days last week as a protest because no one would allow him to go on sick call to ask for a new pair of glasses (he lost his last time in transit for c block). Began to experience hallucinations once again early this week (visuals). Wants to resume all meds & talk c Dr Jones
RTC 2 wk ___ ___ Keller ___

9/30/94  1:1 Concerned about his eyeglasses, want his prescription refilled). No other concerns voiced. Considered for release from Mental Health.
Kath ___ A. Jones, Ph.D.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Dean | 111719 | | BM |

CLINICAL ROUNDS FOR ___AUGUST___ ___1994___
                                    MONTH          YEAR

NAME: __Farrow, Dean E._____

IS#: __111719_____

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

Sack MH14A, Subtly hostile & rejecting. Continued delusions of superiority.

Moody MH14A - Same as 8/1. ℞ to see Dr. Jones.

Woodley MH14A. c/o visual hallucinations; wants to be placed in a single
cell. Will recommend CC164 to therapist

Sack, MH14A. Subtly hostile & rejecting. Not talks w/ me.

Moody MH14A - Joking w/ cellmates. Confined to cell BIT cigarettes in cell.

Woodley, MH-14A; c/o visual hallucinations is a bit worse in am(?);
no significant change in mental status.

Sack MH14A: Much more social. ↓ superiority. Says he has a problem but will
talk w/ Dr Jones about it.

Woodley MH4-14A; c/o visual hallucinations but was not ↓ distressed

Sack MH14A: Very business like reviewing papers. Distant social interaction

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|---|---|
| 8/19/94 | 1:1 Voices desire for a single cell. Threat does not present as acutely disturbed. Speaks of premonitions. Somewhat subdued. *Kathe* A. Jones, Pt. D. |
| 9/13/94 | 1:1 Request move from Scott Ward to a single cell. No reason given. States that he wants to be by himself. Spoke of his premonition of plane crash in relation to two recent (this week) crashes this week. Eye is blood shot. *Kathe* A. Jones, Pt. D. |
| 12 Oct 94 | Pt states his condition started ~1984 when he went bankrupt. Woman friend was unfaithful. States he was arrested for resisting arrest etc... States he was ordered to MHC by court.... Later (~1991) was started on doxepin & Zoloft... He fared better on those meds. Has no psychotic features now. *Raymond Crittenden,* |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow Dean | 111719 | | B/M | |

CLINICAL ROUNDS FOR

| MONTH | YEAR |
|-------|------|
| JULY | 1994 |

NAME: FARROW, DEAN E.

AIS#: 111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | Woodley MH-14A: (P) Black history literature; calm; appropriate, no significant observations. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Woodley, MH-14A: appreciative of the book I loaned him; denied 9 distress, none evident | | |
| 9 | | | |
| 10 | | | |
| 11 | Sack, MH14A: strongly c/o unfairness that he is being punished for s/t he "didn't do | | |
| 12 | | | |
| 13 | | | |
| 14 | Moody MH14A - Calm, alert, appropriate. Asked to see Dr. Kalla to "talk to him". | | |
| 15 | Woodley, MH-14A: obsessing about being moved from the MHU; disquieted himself | | |
| 16 | as not being ready to move, and not ready to be around people; no overt psyche. | | |
| 17 | | | |
| 18 | Sack, MH-14A: Calm. Requests to see Dr Kalla re personal matter. Reports he wants to be by self because being around others upset him. Nonaggressive superior atti | | |
| 19 | | | |
| 20 | | | |
| 21 | Moody MH14A Watching TV. Indifferent "but not hostile. | | |

CLINICAL ROUNDS FOR        JULY        1994
                           MONTH              YEAR

AME: _____

IS#: _____

| ATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 22 | Woolley MH-14A: | doing okay; no significant observations |
| 25 | Sack MH14A: | continued distancing through an air of superiority. |
| 26 | | | |
| 27 | | | |
| 28 | Mosley MH14A | Observed using phone. No other observations. |
| 29 | Woolley, MH-14A; | (R) reading material; no overt psychological distress. |
| 30 | | | |
| 31 | | | |

CLINICAL ROUNDS FOR    JUNE    1994

                        MONTH    YEAR

NAME:  Farrow, Dean E.

AIS#:  111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | | | |
| 2 | Moody | MH14A | Playing ping pong. Denied difficulties. |
| 3 | Woodley | MH-14A; | no significant clinical observations. |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | Moody | MH14A- | Coming out of cell. Alert + responsive. |
|  | Woodley | MH-14A. | On the pm of sx isk per between 5pm - 8pm or later; calm and appropriate; no overt psychopathology noted. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | Moody | MH14A- | Doing "legal paperwork." Explained habeas corpus to me. |
| 7 | Woodley | MH-14A; | maintaining all treatment gains. |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

CLINICAL ROUNDS FOR ___JUNE___ 1994
                     MONTH        YEAR

NAME: _____

IS#: _____

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | Moody MH14A - Inquiring if I had contacted my legislator re: a Durlan Wallau holiday |
| 31 | | | |

**IN-PATIENT MEDICAL RECORD
PROGRESS NOTES**

| DATE | |
|------|--|

6/23/94  1:1 Continues to "see" things despite medication change — snakes, people. Complained of writing pens being collected at or about 5 P.M. Suggested move to A.W. because of fewer restrictions. However, he is resistant to that idea because of his hallucinations and fear of inflicting harm to others.

Kathe S. Jones, Ph.D.

6/28/94  Snake apparitions now gone — still sees shadows of people — usually when he awakens in early AM of things are quiet in the _____ unit —
Not paranoid or suicidal about the _____ hallucinations —
Feels Mellaril has helped some —
RTC 3 wk

_____ (signature)

7-5-94  Group
Speaks of restrictions on unit but remains resistant to relocation. Continues to "speak for" others.

Kathe S. Jones, Ph.D.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| | 111719 | | B/M |

SW

# IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

Dr. Kalla/Dr. Markush

MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT Farrow, Dean    I.D.# 111719    PATIENT'S FACILITY KCF

REFERRING PERSON K.S. Jones ph.D DATE 6/13/94    REF. TAKEN BY

REASON FOR REFERRAL Complains of visual hallucinations. Please evaluate.

THERAPIST                    DATE OF EVAL.        TREATMENT FACILITY

IMPRESSIONS Seen by Dr. Kalla  6/14/94

DISPOSITION

F-22

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Dean | 111719 | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|

6/9/94  1:1 Inmate seen this date, having been reported at staff meeting to be in conflict with Mrs. M Cannon, a Mental Health Technician. He stated that he does not like Mrs. Cannon because of what he perceives to be racial discrimination on her part. Advised that he limit contact with her.
                                  Kath S. Jones Ph D
Addendum — Complains of visual hallucinations
                                  KSJ

6/14/94  Says he's been seeing people and a large (white) snake outside his cell in the open area on MH — seeing these apparitions mostly in early AM's — not threatened or distressed by these visions — cannot recognize the people — does not hear voices —
        Will try on Mellaril &
✓ H.S. Elavil dose and add
        Cogentin
        F/U 2 wks

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow Dean | 111719 | | B/M | |

CLINICAL ROUNDS FOR _____ <u>May</u> _____ <u>1994</u>
                                       MONTH          YEAR

ME:  Farrow, Dean, E.

.S#:  111719

.TE        SEEN BY          CELL LOCATION        SIGNIFICANT OBSERVATIONS

Moody, MH11A - Getting dressed. Seems to be gaining weight. Talking
to her cellmate. Appropriately responsive.

Woodley MH-11A: no significant clinical observations.

Moody MH11A - Cordial. Much more approachable. Talked about
recurring nightmares.

Woodley MH-14A: no significant observations.

Moody MH-14A Alert, responsive. Bed strewn w/paperwork.

Woodley MH-7A: no significant observations. W. to see f. up on

CLINICAL ROUNDS FOR _____ May _____ 1994
                              MONTH              YEAR

E: _____

#: _____

E        SEEN BY         CELL LOCATION        SIGNIFICANT OBSERVATIONS

_____

_____

Moody MH 14A· Says he has look to return to Mo. Walker. Doing well.
Woodley MH-14A: no significant clinical observations. (?) making copies of legal
material).

_____

_____

_____

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|--|

5-13-94   1:1 Presents as subdued, depressed. Inmate attributes his presentation to cold symptoms. Says he continues to work on legal matters.
                                    Kathleen S. Jones, M.D.

5/24/94   Doing well, but wants to stop Vistaril because it has → water-trash erectations). Requests one daytime dose of Elavil instead — No problem c̄ Elavil — Lucid, coherent, fairly animated —
          RTC ī mo —
                                    [signature]

5/24/94   Social Skills Group: Bright affect today. Spoke today of this therapist's tenure at Kilby. Interacted well and showed good communication skills & focused on the emotional needs of a particularly ill group member.
                                    Kathleen S. Jones, M.D.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Dean | 111719 | | BM |

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|------|--|
| 5/2/94 | Social Skills Group: Sad affect which was exhibited by most group members. This inmate agreed to speak for the group when he stated concerns regarding operation of the unit and, feelings of frustration. Responded positively when the voiced understanding of the concerns and a determination to make appropriate enquiries. *Kathrine S. Jones, Ph. D.* |
| 5/17/94 | Social Skills Group: Group focused on interpersonal relations and conflict resolution. Also discussed coping with auditory hallucinations. Inmate Farrow, initially, presented as pre-occupied but, after sharing the nature of the preoccupation was able to focus on the group. *Kathrine S. Jones, Ph. D.* |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | | |

CLINICAL ROUNDS FOR    APRIL     1994
                       MONTH     YEAR

NAME:  Farrow, Dean

AIS#:  111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

1  Woodley MHU-11A; sensitive re: placement; wants to stay on the MHU.

2

3

4

5

6  Moody MH11A Very neat & clean cut. Presented w/ openness &
7     cordiably. Inquired about Nurse Brown.

8  Woodley, MH-11A; no significant Ψ observations.

9

0

1

2

3  Moody MH11A - Difficult to see or hear him. He did respond however.

4

5  Woodley, MH-11A; preoccupied ē legal work; negative for Ψ distress.

6

7

8

9

0  Moody MHAA - Engrossed in a chess game w/ another inmate. Flat
1  affect. Sociability lacking.

2  Woodley MH-11A; maintaining treatments given; Ψ history ???, provides

CLINICAL ROUNDS FOR     APRIL     1994

                                    MONTH         YEAR

AME:    Farrow, Dean

IS#:    111719

| ATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|-----|---------|---------------|--------------------------|
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Moody | MH11A - Discussing politics & war w/ 3 other inmates. | |
| 8 | | | |
| 9 | | | |
| 0 | | | |
| 1 | | | |

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

DATE

4/21/94 — Doing well, lucid, coherent & as usual, anxious but not upset. Does not mention his "classification" status today — says he's tolerating med well & has no problem d them. Wondering about being placed back on Zoloft which he + told from MHC when in free world last year. Will observe protemp & maintain all present meds — RTC T md

_A. Kallan_

4/26/94 Social Skills Group

Unusually quiet in group, initially. Discussion centered upon substance abuse. Offered good insights when prompted.

_Father S. Jones, Ph.D._

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/m | |

CLINICAL ROUNDS FOF

| MARCH | 1994 |
|-------|------|
| MONTH | YEAR |

NAME: FARROW, DEAN

AIS#: 111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

1

2 Moody MH 4 Out of cell, doing "legal" paperwork. Or a secretary!

3

4 Woodley MH-4, working on puzzle; no overt of distress

5

6

7

8

9 Moody MH 4 - Asking about "classification papers". Alert & appropriate

10

11 Woodley, MH-4. c/o blurred vision; wants enew a vision examination.

12

13

14

15

16 Moody MH 4 Ambulating outside w/ other inmates. Good social presentation

17

18 Woodley, MH-4, absorbed in thought; no evidence of of distress

19

20

21

22

23 Moody MH 11A Ⓡ not be required to attend substance abuse group. Denied

CLINICAL ROUNDS F ____MARCH____ __1994__

MONTH        YEAR

NAME: __FARROW, DEAN__

AIS#: __111719__

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 24 | | | |
| 25 | Woodley | MH-11A. | no significant clinical observations. |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | Moody | MH11A - | Somewhat indifferent. Getting along well w/ |
| 30 | | | cell-mate. |
| 31 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|---|
| 3/24/94 | Doing well — eating ex sleeping OK — no new or problematic behavior events. Wants 1 in Vistaril to calm his anxiousness — RTC 1 mo — _[signature]_ |
| 4/5/94 | 1:1 Somewhat subdued though he continues to _[illegible]_ be preoccupied with his legal circumstances. Voiced concern about n welfare. Reports good relations with cell mate though he prefers be _[illegible]_ alone. _[signature]_ S. Jones, M.D. |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | | |

MEMORANDUM

TO: Lt. Majors

FROM: Dr. Jones *KSJ*

DATE: March 22, 1994

SUBJECT: Farrow, Dean
AIS# 111719

I am attaching a copy of a letter I received from Inmate Farrow. In it he voices great concern regarding a document he reportedly, signed in your presence. I would appreciate whatever assistance you can provide in responding to his concerns.

KSJ/ael

---

3/22/94

Spoke with Lt. Majors who advised that the document referred to is a routine Classification document stating that Inmate Farrow is to remain in Mental Health. He went on to say that the inmate should be receiving a copy of the document any time now.

Kathy A. Jones, Ph.D.

March 9, 1994

Dr. Jones,

If you will recall, I am <u>very</u> concern about the classification computer print-out I signed, and though I was told by several officers and Mr. Woodley that I would recieve a copy of the information in the mail, I maintain that my signature was obtained unfairly by Lieutenant Major (pen adventure) the contents is of any matter(s) I disagree with and said type of matter(s) is in violation of my constitutional right(s), too).

As a result of trying to correct the manner by which my signature was obtained I feel as if I am making enemies, and that is aside opposite of my goal; moreover, the enemy in my minnow is too many, but my goal in this matter is <u>true</u>.

Therefore, please accept the herein explanations as a request of you to contact my classification officer (?), and inform

her/him of my desire) to read the said computer print-out. Also, in reference to this matter, I reserve the right to give or not to give my consent, because my signature was obtained in lieu of a threat (prejudicially so).

Thanks for whatever assistance you can (or are allowed to...) give in this matter, and have a nice day.

AIS # 111719
Dean Effanage Farrow

## MEMORANDUM

TO:  Lt. Majors

FROM:  Dr. Jones

DATE:  March 22, 1994

SUBJECT:  Farrow, Dean
AIS# 111719

I am attaching a copy of a letter I received from Inmate Farrow. In it he voices great concern regarding a document he reportedly, signed in your presence.  I would appreciate whatever assistance you can provide in responding to his concerns.

KSJ/ael

March 9, 1994

Dr. Jones,

If you will recall, I am _very_ concern about the classification computer print-out I signed, and though I was told by several officers and Mr. Woodley that I would recieve a copy of the information in the mail, I maintain that my signature was obtained unfairly by Lieutenant Majors (per adventure the contents is of any matter(s) I disagree with and said type of matter(s) is in violation of my constitutional right(s), too).

As a result of trying to connect the manner by which my signature was obtained I feel as if I am making enemies, and that is aside opposite of my goal; moreover, the enemy in my minnow is too many, but my goal in this matter is _true_.

Therefore, please accept the herein explanations as a request of you to contact my classification officer (?), and inform

her/him of my desire) to read the said com-
puter print-out. Also, in reference to this
matter, I reserve the right to give or not to
give my consent, because my signature was
obtained in lieu of a threat (prejudicially so).

Thanks for whatever assistance you can
(or are allowed to...) give in this matter,
and have a nice day.

AIS # 111719
Dean Effanage Farrow)

## GROUP THERAPY

The following inmate, _Dean Farrow_ attended Group Therapy on _3/18/94_ . The topic of the group session was _Introduction to Alcoholism conducted by Council on Substance Abuse_ .

|  | Satisfactory | Unsatisfactory |
|---|---|---|
| Participation | ✓ | |
| Cooperation | ✓ | |
| Comprehension | ✓ | |

_Mike Moody, M.S._

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 3-8-94 | Social Skills Group: Attempted to assist another inmate with practical advice and logic. Difficult, however, relating emotionally. *Kathe S. Jones, PL.D.* |
| 3/15/94 | Social Skills Group: Spite of fears of move to population. Thinks acts out aggressively. Feels safe on MHU. *Kath S. Jones, Ph.D.* |
| 3/22/94 | Social Skills Group: Confronted inmate with his intellectualism but little insight was achieved. Appears incapable of identifying an emotion, much less expressing one appropriately. *Katherine S. Jones, PL.D.* |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111,719 | | BM | |

CLINICAL ROUNDS FOR FEBRUARY    1994

Month    and    Year

NAME   Farrow, Dean

AIS#   111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

1

2 Moody MH4 "Doing okay". Alert, responsive. No change in mental status

3

4 Woodley, MHU-4: reading aloud in cell. lucid; no significant of distress noted

5

6

7

8

9 Moody MH4 - Appropriately responsive but reserved in demeanor as usual

10

11 Woodley MH-4: pacing in cell, c/o nightmares; IPI M Jones

12

13

14

15

16 Moody MH4 "I'm alright". Ambulating on exercise yard.

17

18 Woodley, MH-4: negative for psychological distress; reading/writing in cell

19

20

21

22

23

24

25 Woodley, MH-4: appeared distant and withdrawn today; denied acute distress

CLINICAL ROUNDS FOR ___ FEBRUARY    1994

Month  and  Year

NAME ___ Farrow, Dean ___

IS# ___ 111719 ___

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 6 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 2/11/94 | 1:1 Attempted to redirect inmate's attention away from his legal and "intellectual" pursuits. W/D rely more on group interaction to break through defenses. |
| | *Katherine A. Jones, Ph. D.* |
| 2/15/94 | Social skills group: Evinced some difficulty focusing on some of the emotionally charged issues addressed by other group members. However, was more attentive and less dominating than usual. |
| | *Kathe— A. Jones, Ph. D.* |
| 2/22/94 | Out of his cell on recreation break — says he's doing well & that the medications are working nicely — wants to stay on all present meds. No new developments or complaints. Lucid, coherent, animated — |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | BM | |

CLINICAL ROUNDS FOR ___January___ 1994

Mc  h  and  Year

ᴀME ___Farrow, Dean___

:S# ___111719___

| ᴀTE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|---|---|---|---|
| 5 | Moody MH4 | | Responsive but disinterested. Says he was working on a lawsuit. |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 0 | | | |
| 1 | | | |

CLINICAL ROUNDS FOR    January       1994

onth    and    Year

NAME  Farrow, Dean

AIS# 111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|

1

2

3

4.

5  *Moody- See progress notes.*

6

7

8

9

10

11

12  *Moody - See progress notes.*

13

14

15

16

17

18

19

20

21  Woodley MW-Y; poor appetite; claimed it was w/ the flu; tending to

22  self; good hygiene; no overt psychosis

23

24

25

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 1/19/94 | Rounds: Studying quietly in his cell. Responsive, as usual but not very talkative. |
| | Mike Moody, M.S. |
| 1/28/94 | Social skills group: Monopolizing of group. Other inmates appear to be very comfortable with his doing so. |
| | Katherine S. Jones, Ph. D. |
| 2/4/94 | 1:1 Appeared lethargic. States that his medication has been increased due to insomnia. Says he likes the change though side effects have increased as well. Discussed possibility of release from Mental Health. |
| | Katherine S. Jones, Ph. D. |
| 2-8-94 | Group: Social Skills. Continues to dominate group with pseudo-intellectual verbiage. Interpreted his doing so as a way of escaping emotions. |
| | Katherine S. Jones, Ph. D. |
| 2-10-94 | Treatment plan completed. |
| | Katherine S. Jones, Ph. D. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 1/18/94 | Social Skills Group: Less active in group. Complains of flu J like symptoms. _Ruth A. Jones, Ph.D._ |
| 1/20/94 | Lucid, coherent, animated & sociable — Says he likes how he's doing & wants to stay on present meds — RTC — _(signature)_ |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | BM | |

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|------|---|
| 1/6/94 | Rounds: Inmate was reading the Bible aloud as I approached cell. He stopped but responded only to my prompting. He indicated meds. had been increased + he was pleased. |
| | M. R. Moody, M.S. |
| 1/8/94 | *[illegible handwritten notes]* |
| 1-10-94 | Rounds: No significant change in affect or mood since his return from court. Currently satisfied with treatment. Adjustment to the unit remains good. |
| | C. Woodley, N.A. |
| 1/11/94 | Social Skills Group: Active participant in discussion of *[illegible]*. No significant observations. |
| | Kathryn A. Jones, Ph.D. |
| 1/12/94 | Rounds: Pleased w/ meds. Euthymic mood. Denied difficulties. |
| | Mike Moody, M.S. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

12/30/93 — Has a booklet about MHE medication used therein. Inquiring about several of the ψ topics — says he's not sleeping well enough on present Elavil dose — ↑ to 150 @ H.S.
RTC 3 wk

—————— B. Kellar

1/3/94 — C/o Depression & Insomnia
℞ Elavil 300 mg PO QD
× 12 wk
Vistaril 50 mg PO BID
℞ b qq Ap
℞ 1/2 Elavil 75 mg PO BID

—————— (signature)

**KILBY**

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | | |

## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

DATE

Dr. Kalla / Dr. Muhammad

### MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT Farrow, Dean   I.D.# 111719   PATIENT'S FACILITY Kilby

REFERRING PERSON Dr. Jones   DATE 12/29/93   REF. TAKEN BY

REASON FOR REFERRAL Inmate has medication concerns. Says he needs an increase. Please evaluate. Previous hospital records have been requested.

THERAPIST                DATE OF EVAL.        TREATMENT FACILITY

IMPRESSIONS

DISPOSITION   Seen by Dr. Kalla  12/30/93
                        P. Evans RN, BSN

'-22

# KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow Dean | 111719 | | | |

F-61

CLINICAL ROUNDS FOR ___DECEMBER___ ___1993___
                                    Month   and   Year

NAME ___Farrow, Dean___

AIS# ___111719___

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | Moody MH18 c/o not seeing the Doctor. D/t Elavil. Doesn't know who his counselor is. | | |
| 30 | | | |
| 31 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 12/21/93 | Group/Social Skills: Speaks of not being ready for release. Many medical concerns, while he tried to engage the group in a discussion of. Will request old records of previous treatment. *Kathe S. Jones, Ph. D.* |
| 12/28/93 | Rounds/Social Skills Group: Group topic was one of goals. Inmate was somewhat less lofty today. Interacted rather than pontificated. Continues to voice medical concerns. *Kathe S. Jones, Ph. D.* |
| 12/29/93 | Rounds: c/o not seeing the doctor about his medication. As usual, he is asking for an "increase" in Elavil. Says he needs 300 mg! Says he doesn't know who his counselor is. *Mike Moody, M.S.* |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Farrow, Dean | 111719 | | BM |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|--|
| 12/14/93 | Rounds/Social Skills Group: Spoke of religion in an attempt to impart knowledge, arouse insight in fellow group member. Difficulty in exploring his own issues. Some difficulties. |
| | _Kathy S. Jones, R.N._ |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | BM | |

## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 12/7/93 | Group/Social Skills: Inmate Farrow raised a "constitutional issue" regarding visitation. Was confronted by another inmate regarding the lack of relevance. Tolerated the confrontation but insight is questionable. |

*Kathern S. Green, Ph.D.*

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 117 719 | | BM | |

F-61

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

12/1/93 — Rounds: Poor eye contact. Didn't seem to want to talk but did complain that his medication (he says called it an anti-depressant) + said it wasn't strong enough. Been taking it since incarceration + it is not doing any good.

Mike Moody, M.S.

D/C Imipramine "not helping"

Trial Elavil 25 mg P.O. BID → 50 mg P.O.

QHS × 4 wk STOP

12/8/93 — Rounds: Suitable mood. Reading Bible. Anti-social.

Mike Moody, M.S.

12/15/93 — Rounds: Inmate complained of insomnia + requested an increase in his medication. Mood is still somewhat irritable.

Mike Moody, M.S.

12/17/93 — 1:1 Continues to use intellectualization as primary defense. Responds more personally when redirected. Polite + listens.

Kate A. Gugen, Ph.D

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |

CLINICAL ROUNDS FOR <u>November</u>    <u>1993</u>
                    Month    and    Year

NAME    Farrow, Dean
AIS#    111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | Woolley, MHU- see chart entry. | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | See progress notes | | |
| 10 | Mosley See progress notes. | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | See progress notes | | |
| 16 | | | |
| 17 | See progress notes. | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| | See progress notes. | | |