## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 11/29/93 | Rounds: Worked on legal matters. Some complaints r.e. medication. Will refer to physician. *Kathleen S. Jones, Ph. D.* |
| 11/30/93 | Group/Social Skills. Active participant. Voiced good insights. *Kathleen S. Jones, Ph. D.* |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | BM | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|---|
| 11/24/93 | Rounds: Resting on bunk. Minimally responsive.<br>Mike Moody, M.S. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111 719 | | B/M | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|--|
| 11/17/93 | Rounds: Roused from sleep. Nothing to talk about. Non-communicative. |
| | Mike Moody, M.S. |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/M | |



## STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### KILBY CORRECTIONS FACILITY

P.O. Box 125
Mt. Meigs. Alabama 36057

Telephone: (205) 271-2300

11/16/93
_____
DATE

FROM : Mental Health Services

TO   : Classification

RE   : Mental Health Admission

Farrow, Dean                    111719
_____    _____
NAME OF INMATE                      AIS#

The above named inmate has been placed on inpatient Mental Health Status and will be initially housed in P-1 (), C Block (), or WWI (), South Ward().

You will receive a Mental Health Release Summary when the inmate is ready for transfer.

CLINICAL ROUNDS FOR  OCTOBER    1993
                                      Month   and   Year

NAME   Farrow, Dean

AIS#   111719

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 26 | | | |
| 27 | Moody – out to court | | |
| 28 | | | |
| 29 | Woodley: Returned from court; upset i the proceedings; assigned to MHU. | | |
| 30 | | | |
| 31 | | | |

CLINICAL ROUNDS FOR ___OCTOBER___ ___1993___
                        Month    and    Year

NAME    Farrow, Dean _____

AIS#    111719 _____

| DATE | SEEN BY | CELL LOCATION | SIGNIFICANT OBSERVATIONS |
|------|---------|---------------|--------------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | *See progress notes — Jones* | | |
| 20 | *Moody- See progress notes* | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 10-29-93 | 1:1 |
| | Inmate Farrow returned from court today. Negative for psychotic symptomatology. Angry because he feels he didn't get a fair trial, however he appeared to be in control of himself. Agreed restricted Inmate Farrow needed to ventilate. Assigned to a single cell. |
| | C. Woodley M.A. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | | |

**ɪɴ-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

DATE

Dr. Muhammad

MH-6

MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT Dean Farrow     I.D.# 111719     PATIENT'S FACILITY KCF

REFERRING PERSON Dr. Jones     DATE 10/15/93     REF. TAKEN BY

REASON FOR REFERRAL History of chronic depression. Currently complains of ↓ sleep and impaired concentration. Retarded psychomotor processes. Barely audible. Denies suicidal ideation but would like meds.

THERAPIST     DATE OF EVAL.     TREATMENT FACILITY

IMPRESSIONS

See note of 10/18/93

DISPOSITION

F-22

# KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow Dean | 111719 | | | |

# IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

DATE

---

MENTAL HEALTH SERVICE REFERRAL FORM

PATIENT Farrow, Dean    I.D.# 111719    PATIENT'S FACILITY KCF

REFERRING PERSON Guest    DATE 10/14/93    REF. TAKEN BY Shirley Turner

REASON FOR REFERRAL Psych Meds

---

THERAPIST             DATE OF EVAL.        TREATMENT FACILITY

IMPRESSIONS Hx Depression — Adult

Rx Insyla mine 25 mg BIY

50 mg

DISPOSITION

F-22

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow Dean | 111719 | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 10/19/93 | Rounds/Social Skills Group: Reports increased comfort level with move to MHU. Active group participation. Seems, however, to be a loner. |
| | Katherine S. Jones, Ph.D. |
| 11/1/93 10⁰⁰ | To Depression — improved |
| | Requested Prozac. ↑ Impression |
| | 50 mg PO BID — 100 mg PO QAM |
| | × 4 wk f/u or PRN needs. |
| | [signature] |
| 11/2/93 | Group: Social Skills - Depressed affect and mood. Participated in discussion on communication yet, appeared to be rather distant. |
| | Katherine S. Jones, Ph.D. |
| 11/3/93 | Rounds: Watching T.V. Responded appropriately but didn't want to talk. |
| | Mike Moody, N.S. |
| 11-5-93 | Rounds: Resting quietly in his room. No overt signs of distress. No specific complaints. |
| | C. Woodley, M.A. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | BM | |

## PSYCHOLOGICAL INTERVIEW

Name: Dean Farrow          DOB: ~~—————~~          Age: 41    S/R: RM

Date: 10/15/93      Facility: KCF          Initial: (Y) N

Location: North Dorm - 3      AIS#: 111719      Sentence: _____

OS: _____    Offence: Probation violation - Murder charge pending

Appearance/Behavior: Depressed affect. Retarded psychomotor processes. Appropriate and responsive.

Reason for Referral: Referred by CPT Garrett for evaluation due to inability to complete psychological assessment process. Inmate complains of impaired concentration and loss of sleep.

Oriented: (Person) Place (Time (day date month yr.) (Condition)
Affect:  Appropriate   Shallow   Blunted   Elated   Hostile   Guarded   (Depressed)

Thought Processes: _____ Clear _____
Form:  Reality oriented (Y) N)  Concrete  Dereistic  Autistic  Abstract

Progress:  (Normal)  Tangential  Circumstantial  Blocked  Flight of ideas

Content:  (Normal)  Paranoid  Obsessive  Religiosity  Grandiose  Phobias

Delusions: (Y (N))  Hallucinations (Y (N))  Preoccupations (Y (N))
Auditory hallucinations by history

Substance Abuse:  Blackouts  Shakes  Prior Tx  DUI's  IV Drug
Crack - Last use reportedly nine months ago

Suicidal Ideation:  Past  Present  (plans     preparations )
Denies past and present ideation.

Destructive Intent:  Yes  (No)
Medications:  Compliant          Noncompliant      Episodic
None prescribed at this facility. Reports compliance with antidepressants prior to transfer to Kilby.

Impression: Depression

Disposition: Admit to MHU. Psychiatry evaluation for resumption of medications.

Note: _____

_Kathe J. Ames Ph.D._
Clinical Psychologist/Counselor

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|---|
| [3/18/7] | *[handwritten clinical notes — largely illegible]* Dx Depression |
| | *[illegible]* |
| | Oriented, Alert and Cooperative |
| | *[illegible]* Zoloft *[illegible]* |
| | *[illegible]* |
| | *[illegible]* |
| | *[illegible]* |
| | *[illegible]* |
| 10/20/93 | Rounds: Sleeping soundly on MHU, single cell. No response to prompting. |
| | Mike Moody, R.S. |

KILBY

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| *[illegible]* | *[illegible]* | | | |

TREATMENT PLAN

NAME _FARROW, DEAN_____ AIS_____ DATE_____

DIAGNOSIS_____

_____

PRIMARY THERAPIST_____

TREATMENT MODALITIES

    Individual psychotherapy_____ Group psychotherapy_____

    Other_____

PROBLEM LIST (psychological, emotional, behavioral)

1._____

2._____

3._____

4._____

5._____

| | | Initial | Review | Review | Review | Review |
|---|---|---|---|---|---|---|
| PROBLEM NO. 1 | Date | 1/5/95 | 1/16/95 | | | |
| Unchanged | | ✓ | ✓ | | | |
| Worsened | | | | | | |
| Moderate Improvement | | | | | | |
| Significant Improvement | | | | | | |
| Resolved | | | | | | |
| PROBLEM NO. 2 | | | | | | |
| Unchanged | | ✓ | ✓ | | | |
| Worsened | | | | | | |
| Moderate Improvement | | | | | | |
| Significant Improvement | | | | | | |
| Resolved | | | | | | |
| PROBLEM NO. 3 | | | | | | |
| Unchanged | | ✓ | ✓ | | | |
| Worsened | | | | | | |
| Moderate Improvement | | | | | | |
| Significant Improvement | | | | | | |
| Resolved | | | | | | |

TREATMENT PLAN

NAME _FARROW, DEAN_____ AIS _111719___ DATE _12/5/94_

DIAGNOSIS _SCHIZOAFFECTIVE DISORDER_____

_____

PRIMARY THERAPIST _Mike Moody, M.S._____

TREATMENT MODALITIES

    Individual psychotherapy___✓___ Group psychotherapy ___✓___

    Other _____

PROBLEM LIST (psychological, emotional, behavioral)

1. _Transient depression_____

2. _Social skills_____

3. _Voices_____

4. _____

5. _____

| PROBLEM NO. _1_    Date | Initial 12/5/94 | Review 12/5/94 | Review 12/19/94 | Review 12/27/94 | Review 12/29/94 |
|---|---|---|---|---|---|
| Unchanged | | | ✓ | ✓ | ✓ |
| Worsened | | | | | |
| Moderate Improvement | | ✓ | | | |
| Significant Improvement | ✕ | | | | |
| Resolved | | | | | |

| PROBLEM NO. _2_ | | | | | |
|---|---|---|---|---|---|
| Unchanged | | ✓ | ✓ | ✓ | ✓ |
| Worsened | | | | | |
| Moderate Improvement | ✕ | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |

| PROBLEM NO. _3_ | | | | | |
|---|---|---|---|---|---|
| Unchanged | | | ✓ | | |
| Worsened | | ✓ | | ✓ | ✓ |
| Moderate Improvement | | ✕ | | | |
| Significant Improvement | | ✕ | | | |
| Resolved | | | | | |

Treatment plan pg. 2                    Name _FARROW, DEAN_

| PROBLEM NO. _____    Date | Initial | Review | Review | Review | Review |
|---|---|---|---|---|---|
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |
| PROBLEM NO. _____ | | | | | |
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |

MEDICAL PROBLEMS

Asthma - taking meds. for this (bronchial spray)
heartburn (attributed to psychotropic meds.)

RECOMMENDATIONS FOR MENTAL HEALTH TECHNICIANS:

problems getting laundry (socks, underwear)

RECOMMENDATIONS FOR CORRECTIONAL OFFICERS:

Be aware that this inmate can be temperamental
+ unpredictable.

_Mike Moody, M.S._
Primary therapist

_C Woodby, PhD_
Supervising Psychologist
Clinician

TREATMENT PLAN

NAME *Farrow, Dean*                 AIS *11179*   DATE *2-10-94*
DIAGNOSIS *Schizoaffective disorder*

PRIMARY THERAPIST *Katherine S. Jones, Ph.D*

TREATMENT MODALITIES

    Individual psychotherapy ___ ✓ ___   Group psychotherapy ___ ✓ ___

    Other _____

PROBLEM LIST (psychological, emotional, behavioral)

1. *Intellectualization used as primary defense.*
2. *Tends to dominate others.*
3. *Resistant to losing MHU*
4. _____
5. _____

| PROBLEM NO. *1*  Date | Initial *2-10-94* | Review *3-8-94* | Review *4-15-94* | Review *7-5-94* | Review |
|---|---|---|---|---|---|
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | ✗ | | | ✓ | |
| Resolved | | | | | |

| PROBLEM NO. *2* | Initial | Review | Review | Review | Review |
|---|---|---|---|---|---|
| Unchanged | | | | | |
| Worsened | | | | ✓ | |
| Moderate Improvement | ✗ | ✓ | ✓ | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |

| PROBLEM NO. *3* | Initial | Review | Review | Review | Review *7-26-94* |
|---|---|---|---|---|---|
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | ✗ |

Treatment plan pg. 2

Name _Farrow, Dean_

| PROBLEM NO._____ Date _____ | Initial | Review | Review | Review | Review |
|---|---|---|---|---|---|
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |
| PROBLEM NO._____ | | | | | |
| Unchanged | | | | | |
| Worsened | | | | | |
| Moderate Improvement | | | | | |
| Significant Improvement | | | | | |
| Resolved | | | | | |

**MEDICAL PROBLEMS**

_____

_____

_____

**RECOMMENDATIONS FOR MENTAL HEALTH TECHNICIANS:**

Discourage domination of others,
Use "feeling" words in interactions.

**RECOMMENDATIONS FOR CORRECTIONAL OFFICERS:**

_Kathee A. Jones, Ph.D._
Primary therapist

_Charles L Wardly PhD_
Supervising psychologist

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

E 2

_____
INSTITUTION

| INMATE NAME: Farrow, Dean | ID# 11119 | RACE: B | D.O.B: |
|---|---|---|---|

## INMATE QUESTIONNAIRE (circle one)

| | | |
|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **(No)** |
| 2. Have you fainted or had a head injury within past six months? | Yes | **(No)** |
| 3. Have you been seen by a doctor in the past six months? | Yes | **(No)** |
| 4. Do you wear glasses or contact lenses? | **(Yes)** | No |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | **(No)** |
| 6. Do you drink wine, beer or whiskey How often? _Daily_ How much? _8 oz_ Last time? _2 yrs_ | **(Yes)** | No |
| 7. Have you had seizures or blackouts when you stop drinking? | Yes | **(No)** |
| 8. Do you use drugs? Type _Cocaine_ How often _Daily_ Last time _2 yrs_ | **(Yes)** | No |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | **(No)** |
| 10. Are you currently detoxing? If yes, from what substance? | Yes | **(No)** |
| 11. Do you have any medical problems we should know about? | **(Yes)** | No |
| 12. Have you been in this facility before? _1992_ | **(Yes)** | No |

## MENTAL HEALTH

| | | |
|---|---|---|
| 13. Have you ever been hospitalized or treated for psychiatric problem? | **(Yes)** | No |
| 14. Have you ever considered or attempted suicide? | Yes | **(No)** |
| 15. Are you feeling depressed or extremely sad? | **(Yes)** | No |
| 16. Do you want to hurt yourself or someone else? | Yes | **(No)** |
| 17. Are you hearing voices?____ If yes, what are they saying? | Yes | **(No)** |

## FEMALE INMATES ONLY

| | | |
|---|---|---|
| 18. Are you pregnant? ___ LMP ___ | Yes | No |
| 19. Do you use birth control? Type___ | Yes | No |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No |

## COMMENTS: (Explain "Yes" Responses)

## VITAL SIGNS

HT _5'11_ WT _232_ BP _110/84_

Pulse ___ Resp ___ Temp ___

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

NA

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| Uses Tobacco | Dental Problems |

## MEDICAL HISTORY (circle terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. |
| **(Asthma)** OTC meds | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistant Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

## TB HISTORY

Ever treated with TB Drugs?     Yes     **(No)**
Previous PPD test? **(Yes)**/No   Previous Positive Reaction?  Yes  **(No)**
When _9/98_
Where _Bulldex(?)_

| | |
|---|---|
| Chronic Cough/Blood | Fever |
| Recent Weight Loss | Night Sweats |
| Recent Appetite Loss | Fatique |

## MEDICATIONS

Current Medications:

Elavil

## ALLERGIES

Medication Allergies:     Yes     **(No)**
Type:_____
Other Allergies:     Yes     No
Type:_____

## DISPOSITION

| Referrals _____ None | Placement |
|---|---|
| ____Emergency Room (Pre-booking injury) | ____Infirmary |
| ____Emergency Room (Acute Condition) | ____Detoxification Setting |
| ____Physician | ____Gen/Population |
| ____Sick Call | ____Other |

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: _Dean E. Farrow_

Screened by: _____ Date: _6/10/99_ Time: _____

Reviewed by: _____ Date: _____ Time: _____

Revised 4/28/97 (CMS 7107)

# PHYSICAL ASSESSMENT

Institution: _KCF_

| INMATE NAME: Farrow, Deeor | VITAL SIGNS |
|---|---|
| TYPE OF ASSESSMENT:  INITIAL____  OTHER____ | HT____ WT____ BP____  PULSE____ RESP____ TEMP____ |

**FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)**

| FAMILY HISTORY | VISION (SNELLEN CHART) |
|---|---|
| TB____ HEPATITIS____ HIV+____ HYPERTENSION____  CANCER____ ASTHMA____ EPILEPSY____ ANEMIA____  KIDNEY DISEASE____ SICKLE CELL____ SEIZURES____  MENTAL ILLNESS____ DIABETES____ HEART DISEASE____  OTHER | Rt: 20/20 with glasses____  Lt: 20/25 with glasses____ |

## PHYSICAL ASSESSMENT

| | Normal/Not Present  Please ✓ | Abnormal/Comment | |
|---|---|---|---|
| SKIN: | Color  Condition  Turgor  Recent Injury  Tatoos  Scars | ✓ | |
| | | ✓ GSW 74 Lt arm | |
| HEAD: | Hair  Scalp (pediculi) | | |
| EARS: | Appearance  Canals | | |
| MOUTH: | Throat  Tongue  Tonsils | | |
| NOSE: | Obstruction  Drainage | | |
| NECK: | Veins  Mobility  Thyroid  Carotids  Lymph nodes | | |
| CHEST (BREASTS): | Configuration  Auscultation  Respirations  Cough/Sputum | ✓ Asthma | |
| HEART: | Auscultation  Radial pulse  Apical pulse  Rythm | RRR | |
| ABDOMEN: | Shape  Bowel Sounds  Palpation  Hernia | | |
| SPINE | | | |
| NEUROLOGICAL:  Reflexes | | | |
| GENITAL/URINARY:  Lesions  Discharge | | | |
| RECTAL EXAM:  (For 40 yrs. old and older)  Hemorrhoids  Anal Warts  Stool for Occult  Blood  + - | | | |
| EXTREMITIES:  Pulses  Edema  Joints | | | |

**FEMALES ONLY**

PELVIC EXAM:
- Pap Smear
- Gonorrhea Culture
- (Admission PE only)

**IMMUNIZATION STATUS**

Date last Tetanus: 6/10/99

Other____

**TB SCREENING**

Current PPD:
Date Given: 6/10/99
Results and Date: 6/12/99
PLEASE CIRCLE
Follow-up scheduled:   Not Indicated
Yes   0 pm

**ORAL SCREENING**

Pain/Discomfort: 30
Condition of teeth:   poor   fair   (good)
Condition of gums:   poor   healthy
False teeth:   partial   plate   upper / lower
Oral Hygiene instructions given:   ✓

**REMARKS**

**REFERRAL**

MH
EKG

Assessed by: Ron Johnson RN
Date: 6/10/99   Time: PM
Physician Review: ____
Date: 6/11/99   Time: ____

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC
## MEDICAL DOCTOR INITIAL EVALUATION / UPDATE

NAME: _Farrow Dean_     AIS# _111719_     DOB: _____

Diagnosis: _Asthma_

Diet: _____

Exercise: _Daily program of walking around camp._

Allergies: _____

Medications: _____

Laboratory / Diagnostic Testing: _Peak Flow  Q 3months, CXR,  Oximetry Q 3months,  EKG, PPD date/reading.   Theophyllin level (per M.D.) WBC/HCT. (per M.D.)_

Short-Term Goal(s): _Patient education and exercise program._

Long-Term Goal(s): _Respiratory function adequate to meet individual need. Complication prevention Disease process/prognosis and therapeutic regiment understood._

Routine Follow-up Frequency: _Chronic Care nursing exam Q 3months, Medical exam per M.D. Q 6months. Monitor medication compliance._

Planning by: _____     Date: _____

Physician Review: _____     Date: _12/9/99_

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC
NURSING INITIAL EVALUATION / UPDATE

Name: Farrow Dean          AIS# 1 1 1 7 19          DOB: ▓▓▓▓▓

1. Problems by   1. **Potential for impaired gas exchange R/T altered oxygen supply (obstruction of airway by secretion,**
Diagnosis or
Symptoms        **bronchospasm air) (rapping).**

2. Differential diagnosis for symptoms by # **None**

3. Data supporting diagnosis by # **1) History of dyspnea, inability to move secretion.  1.  Reduced to tolerance for activity**

**1. History of asthma as a child.  1. 20 yr. smoking history.  1.  Decrease peak flow level.**

4. Treatments: (by each the. py write the # of the problem it addresses) **1. Monitor medication compliance.**

**1. Monitor Chronic Care Clinic every month**

5. Alternative treatments for problems by # **1.  Educate on stop smoking.  1.  Teach breathing exercise.**

**1. Diet-raise calorie needs and fluids.**

6. Diagnostic tests for problems: **1. Obtain baseline CXR, EKG, and lab work as ordered by Physician.**

**1. Monitor peak flow every month with exacerbation symptom.    1.  Monitor lab levels as ordered by M.D.**

**1. Yearly T.B. skin test.**

7. Treatments to be avoided in this patient: **1. Avoid excessive heat and dust.**

8. Complications to be anticipated: **1. Acute respiration distress    1.  Potential for infection   1. Decrease in activity level.**

9. General description of long-term goals for this patient: **1. Ventilation / oxygenation adequate to meet self care need.**

**1. Nutritional intake meeting calorie need.  1. Free of infection   1.  Disease process / prognosis and therapeutic regimen**

**understood.**

10. Follow-up plans and needs: **1. Monitor Chronic Care Clinic every month   1.  continue patient education**

**1. Stop smoking do breathing exercises.**

| Physician Signature | Institution | Date |
|---|---|---|
| | Eastwli | 12/9/99 |

CHRONIC CARE INTAKE FORM FOR ASTHMA PATIENTS

Name: _Farrow, Dead_   Doc#: _____   Age: _49_   AIS#: _11719_

Institution Name: _Eastaclin_   Age at on set of asthma: _9 yrs._

Any history of overnight hospitalization for asthma: (Y) N

When? _age 16 0, 17_

Where? (town and hospital) _Elmore County Hospital_ -

Name/location of last treating physician: _Ft. Braggs - Unknown m.o_

Description of the patient's asthma attacks (Symptoms the patient is experiencing, level of activity the patient can tolerate, frequency of inhaler use, time of day attacks normally occur) _Short breath Cough, expose productive._
_Feel hot" Chest pain. Don't need inhaler summer,_
_maybe ~ mo._

Timing/frequency/dates when the patient has had have special treatment in the healthcare unit due to asthma: _7-99_

Audible wheezing or difficulty breathing apparent on exam Y (N) date: _____, Y, N date: _____

Y, N date: _____, Y, N date: _____, Y, N date: _____, Y, N date: _____

Peak Flow Meter results (specify dates): _10/00 460, 2-9-01 450, 6/10/01_
_475, 7/99 450, 10/7/99 450, 3-11-00 420  7/5/00 460_

PPD results (dates): _6-00 Potial 2cmm_

Chest x-ray results if indicated by MD order (dates): _12/00  WNL CXR_

EKG results if indicated by MD order (dates): _6-99_

Medications: _Proventa l Inhaler 4/4 puffs QID PRN._

How long does the patient inhaler last? _4-5 mo_

Nurse: _J. Ewry LR_   Provider review orders: _____

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _Non-Sched._ TREATMENT RECORD
### (OTHER)

| DATE 7/6/99 | TIME 0726 AM/PM | FACILITY _BCCF_  □ SIR  □ PDL  □ ESCAPEE □ _____ | | ☐ EMERGENCY  ☒ OTHER |
|---|---|---|---|---|

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☒ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA |
|---|---|

VITAL SIGNS: TEMP _97.8_ ORAL / RECTAL   RESP. _20_   PULSE _84_   B/P _124/90_   RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S— "I'm burning up and I got asthma, I can't hardly breath

O— 47 y/o blk male ambulatory to HCU c̄ above complaint. Inmate c/o "feeling bad" headache feeling hot, shortness of breath.

PHYSICAL EXAMINATION
States he has past Hx c̄ Asthma but has not taken anything for a year now. lungs clear some wheezing (mild) noted upon entering HCU. Some sniffles also noted. Skin feel warm & dry to touch. Inmate appears to be in no acute distress @ this time

ORDERS, MEDICATION, etc.
A— Alteration In Comfort

P— Inmate To Be Evaluated By MD this AM.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/6/99 | TIME 0748 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC  □ AMBULANCE  □ _____ | CONDITION ON DISCHARGE □ SATISFACTORY  □ POOR  □ FAIR  □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Daniel RN | DATE 7/6/99 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S Blk | AIS # 111710 |
|---|---|---|---|---|

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

Inmate's Name: _FARROW, DONW B/111719_    Date: _6-28-99_    Time: _835_

DOB: _____    Officer: _B. Brown_    Institution: _BCCF_

### Booking Officer's Visual Opinion

|  |  | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ |  |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  |  |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  |  |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? |  |  |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? |  |  |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? |  |  |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  |  |
| 8. | Is the inmate making any verbal threats to staff or other inmates? |  |  |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  |  |
| 10. | Does the inmate have any obvious physical handicaps? |  |  |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? |  |  |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) |  |  |
| 13. | Do you have a history of venereal disease or abnormal discharge? |  |  |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? |  |  |
| 15. | Have you ever attempted suicide? |  |  |
|  | (If YES, When? _____ How? _____ |  |  |
| 16. | Do you want to do any harm to yourself now? |  |  |

## CORRECTIONAL MEDICAL SERVICES
## RELEASE OF INFORMATION AUTHORIZATION

Farrow, Dean

**Name of Inmate**

Hillside Mental Health Center

**Facility Releasing Information**

SSN# ████████2

111719

**Inmate ID Number / Date of Birth**

June 9, 1999

**Date**

---

I hereby give my consent to Correctional Medical Services and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of ____All Psychiatric Records_____

from __1986__ to __1999__.

(x) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

(x) Admission Reports    (x) Discharge Reports    ( ) Operative Summary Reports

( ) X-Ray Reports    ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History    (x) Mental Health Records    (x) Psychiatric Summary Report

(x) Drug Treatment History and Counseling

( ) Other Records _____

_____

---

ATTN: Ms. S. Turner, Mental Health Secretary
Correctional Medical Services-P.O. Box 11, Mt. Meigs, Ala.  36057

**Facility/Provider to Receive Information**

This information has been disclosed to you from records whose confidentiality is protected by State law.  State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of __90__ __Days__ from today's date unless withdrawn in writing by me.

I sign this willingly and I release Correctional Medical Services and the facility from any liability which may result from such release of information.

X _Dean E. Farrow_

**Inmate Signature**

_Kirby Turner_

**Witness**

June 9, 1999

**Date**

_____

**Witness**

CMS 7171 REV. 10/94

# CORRECTIONAL MEDICAL SERVICES
## RELEASE OF INFORMATION AUTHORIZATION

Farrow, Dean

**Name of Inmate**

SSN#
111719

**Inmate ID Number / Date of Birth**

Kirkland, King & Renfro

**Facility Releasing Information**

June 9, 1999

**Date**

I hereby give my consent to Correctional Medical Services and the above named facility to release the following information from my medical record to the facility/provider listed below:

(x) Records related to treatment of ___All Psychiatric Records___
     from ___1995___ to ___1999___ .

(x) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

(x) Admission Reports     (X) Discharge Reports     ( ) Operative Summary Reports

( ) X-Ray Reports     ( ) Special Studies Reports   ( ) Laboratory Reports

( ) Immunization History   (x) Mental Health Records   (x) Psychiatric Summary Report

(x) Drug Treatment History and Counseling

( ) Other Records _____

    _____

ATTN: Ms. S. Turner, Mental Health Secretary
Correctional Medical Services - P.O. Box 11, Mt. Meigs, Ala.  36057

**Facility/Provider to Receive Information**

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of ___90___
___Days___ from today's date unless withdrawn in writing by me.

I sign this willingly and I release Correctional Medical Services and the facility from any liability which may result from such release of information.

_Dean E. Farrow_

**Inmate Signature**

_Shirley Turner_

**Witness**

June 9, 1999

**Date**

_____

**Witness**

CMS 7171 REV. 10/94

# RECEIVING SCREENING FORM

INMATE'S NAME: _FARROW, DEAN_    DATE: _6/9/99_ TIME: _7:50am_

DOB: _[redacted]_    OFFICER: _A. Gibson_    INSTITUTION: _KILBY_

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ | |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____ a.  Released for normal processing

_____ b.  Referred to health care unit

_____ c.  Immediately sent to the health care unit.

_Anthony G. Gibson_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

Farrow, Dean
**Name of Inmate**

6/10/99
**Date**

111719
**Inmate ID Number / Date of Birth**

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

Dean E. Farrow
**Inmate Signature**

6/10/99
**Date**

**Witness**

**Witness**

cms/01

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body.  Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms.  People with tetanus usually have to stay in the hospital for along time.  In the United States, tetanus kills 3 out of every 10 people who get the disease.  Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems.  They may cause mild fever or soreness, swelling, and redness where the shot was given.  These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

*Dean E. Farrows, #11171?*
Inmate Signature/AIS#

Date _____ 6|10|95
Witness _____ Connaebd
Manufacturer _____ CKS3030
Lot# _____
Administered By _____ Rita M Bryant LPN

CMS02

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

KILBY                                        E-02

**INSTITUTION**

Farrow, Dean                          111719

**NAME**                              **NUMBER**     **R/S**

**Lay-in for** _____ **days from** _____ **to**

(date)

due to _____

(date)

**Instructions:**  APPT. WITH DR. SANDERS, THURSDAY 6/10/99

AT 8:00AM.

*Failure to follow the directions above may result in a disciplinary.*

6/9/99                        S. Turner, Mental Health Secretary

**Date Issued**               **Signature**

F-53

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

NAME: Farrow Dean

INSTITUTION: BCCF

NUMBER: 111719   R/S: B/M

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: Lay In For Remaind ec Of Day. To Be Seen By M.D. This AM 7/6/99 @ 9:30 am

Failure to follow the directions above may result in a disciplinary.

Date Issued: 7/6/99

Signature: C. Faniel on

F-53

---

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

NAME: Farrow Dean

INSTITUTION: Easterling

NUMBER: 1117A   R/S: B/M

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: Too SU Dr. Will 7-21-99 Med at 8AM CCC

Failure to follow the directions above may result in a disciplinary.

Date Issued: 7-13-99

Signature: A. Ewin MD   Dean E. Farrow

F-53

## CORRECTIONAL MEDICAL SERVICES
## RELEASE OF INFORMATION AUTHORIZATION

Farrow, Dean

SSN# ▮▮▮▮▮▮
111719

Name of Inmate

Inmate ID Number / Date of Birth

Kirkland, King & Renfro

June 9, 1999

Facility Releasing Information

Date

---

I hereby give my consent to Correctional Medical Services and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of ___All Psychiatric Records___
    from ___1995___ to ___1999___.

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

(X) Admission Reports     (X) Discharge Reports     ( ) Operative Summary Reports

( ) X-Ray Reports     ( ) Special Studies Reports     ( ) Laboratory Reports

( ) Immunization History     (X) Mental Health Records     (X) Psychiatric Summary Report

(X) Drug Treatment History and Counseling

( ) Other Records _____
    _____

---

ATTN:  Ms. S. Turner, Mental Health Secretary
Correctional Medical Services - P.O. Box 11, Mt. Meigs, Ala.  36057

Facility/Provider to Receive Information

This information has been disclosed to you from records whose confidentiality is protected by State law.  State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of ___90___
___Days___ from today's date unless withdrawn in writing by me.

I sign this willingly and I release Correctional Medical Services and the facility from any liability which may result from such release of information.

_Dean E. Farrow_

June 9, 1999

Inmate Signature

Date

_Shirley Turner_

Witness

Witness

CMS 7171 REV. 10/94

## Kirkland, King & Renfro
Clinical Psychologists, P.C.

1520 Mulberry Street
Montgomery, Alabama 36106-1520
(334) 269-1106
Fax (334) 832-9557

<u>Licensed Psychologists</u>
Karl Kirkland, Ph.D.
Glen D. King, Ph.D., ABPP
Guy J. Renfro, Ph.D.

**Name:  Dean Farrow**
**Case No.:  97-376**
**Date of Birth:** ▮▮▮▮▮▮
**Date of Order:  12/04/97**
**Date of Eval.:  08/27/98**

## OUTPATIENT FORENSIC EVALUATION REPORT

### DATE OF REPORT: 08/28/98

### REFERRAL INFORMATION

Mr. Dean Farrow, a 46 year old single black male, was referred for forensic evaluation by the Honorable John Bush, Circuit Court Judge of Elmore County Alabama. The reason for referral was to evaluate the defendant's current capacity to function in the role of defendant and to further evaluate related criminal responsibility issues surrounding pending legal charges. Mr. Farrow is represented by Elmore County defense attorney Jeff Courtney. Mr. Courtney introduced a motion for evaluation based no his knowledge of the defendant's history of mental instability. Based on the finding of there being sufficient evidence to warrant inquiry, in the interest of justice, into the mental state of the defendant, Judge Bush ordered the current evaluation on December 4, 1997. Mr. Farrow is charged with Unlawful Distribution of a Controlled Substance.

### NOTIFICATION

Prior to beginning the examination, the defendant was informed of the purpose and limited confidentiality of the information to be obtained. He was told that the results would be submitted to the court in the form of a written report, with copies made available to his attorney and the District Attorney. He was also informed that these results might be used in court proceedings, in the form of either the written report or testimony by the examiner. He was further told that this information might be used to help reach decisions concerning his competency to stand trial and his mental state at the time of the alleged offense, but that none of the information would be used as evidence against him concerning the charge itself. The defendant indicated he understood the

Name: Dean Farrow                                                                                    2
Case No.: 97-376

## OUTPATIENT FORENSIC EVALUATION REPORT

purpose and limited confidentiality of the evaluation, agreed to proceed, and signed the
notification form.

## SUMMARY OF ALLEGED OFFENSE

According to records from the Elmore County Sheriff's Department and the Central
Alabama Drug Task Force, on March 10, 1997 the defendant was arrested at 8935 U.S.
Highway 231, Wetumpka, Alabama by agents of the Drug Task Force. The defendant
was allegedly in possession of crack cocaine at the time of his arrest. Records from audio
and video recordings were made of a transaction between Randall Foshee of the Central
Alabama Task Force and this defendant. The above agent met with and purchased crack
cocaine from this defendant for $20.00.

## DATA SOURCES

Data sources for this report include a review of the Elmore County Detention Facility
medical records, a review of the District Attorney file, and a comprehensive evaluation of
the defendant himself.

## CLINICAL ASSESSMENT

Dean Farrow is known to this examiner from a previous evaluation. This examiner
completed an evaluation of Dean Farrow in September of 1993. This defendant has also
been examined by Dr. Guy Renfro of this office. Dr. Renfro completed an evaluation of
Dean Farrow in March of 1993.

This examiner met with Mr. Farrow in the Elmore County Detention Facility on August
27, 1998. At that time Mr. Farrow indicated that he had been confined in the Elmore
County Detention Facility since July of 1997. He was alert, cooperative, coherent, and
well oriented in all spheres at the time of the evaluation. He was able to relate that he is
actually doing better emotionally during incarceration because he is regularly taking his
medication. He is currently taking the following medications: Lithium 300 mg. t.i.d.,
Zoloft 50 mg. each morning, and Elavil 100 mg. b.i.d.. Mr. Farrow has a past diagnosis
of bipolar disorder and these are drugs used to treat affective disorders such as manic
depressive illness and depression.

Mr. Farrow was cooperative with this examiner. He remembered the examiner from a
previous evaluation. Mr. Farrow was dressed and groomed neatly. He currently is
weighing 232 lbs. and is 5'11" tall. He is right handed. He was able to give a complete
history. He wears a mustache and is a muscular right handed black male. He has a bullet
hole scar in his left arm.

Dean Farrow was seen at Taylor Hardin Secure Medical Facility in 1989. At that time he
was diagnosed as having an antisocial personality disorder. At that time he had been

Name: Dean Farrow                                                                    3
Case No.: 97-376

## OUTPATIENT FORENSIC EVALUATION REPORT

charged with four counts of Possession of a Forged Instrument. Dean Farrow reports that
he was born in 1952 to Cellus Farrow & Betty Durden. His father is deceased and his
mother remarried after their divorce. His parents had separated in 1856 and eventually
legally divorced in 1962. Dean Farrow reports that his mother has been a long time
director of the Red Cross in Montgomery County. He has four sisters and one brother.
He graduated high school at Tuskegee High School in 1971. He was in the U.S. Army
for three years. He reports that he was court marshaled and discharged from the U.S.
Army after multiple conflicts with supervisors including flunking multiple room
inspections and repeated AWOLs. He also apparently was charged with Possession of
Marijuana. His marijuana use dates back to his late teenage years. He spent time in the
stockade for his dishonorable discharge from the military.

Mr. Farrow has a daughter Alice Katrina Jenkins. He also has a granddaughter. His
daughter had a baby when she was only 14. Mr. Farrow reports that he has a goal for the
first time in his adult life of being responsible and wanting to take care of his daughter
and granddaughter.

Dean Farrow currently appears well controlled on his medication. He was alert,
cooperative, coherent, and well oriented. He did not evidence concentration or attention
problems. His thought process was coherent and goal directed. He evidences a fairly
well developed fund of general information and he can use abstract reasoning skills. He
did not evidence a thought disorder. He has a lengthy criminal history. This examiner
has records of at least four prior forensic evaluations. Those records can be made
available to the court if indicated.

Mr. Farrow appears to be best conceptualized as having a history of poly substance
abuse, history of depression, bipolar disorder, and a history of the diagnosis of antisocial
personality disorder. He is currently being adequately treated and cared for at the Elmore
County Detention Facility.

## FORENSIC ASSESSMENT

## COMPETENCY TO STAND TRIAL

Mr. Farrow has a fairly well developed knowledge of the legal system. He is able
to correctly identify all geographic markers on the courtroom diagram and discuss the
pending charges against him. He understands the nature of related penalties. He has a
good relationship with his attorney. He can accurately discuss the roles and functions of
various court officials. He is able to accurately define not guilty by reason of insanity
and plea bargain. He is able to discuss various trial strategies. Mr. Farrow appears
capable of understanding charges and assisting his attorney in defending against said
charges. Therefore it is suggested that this case should proceed toward trial.

Name: Dean Farrow                                                                                  4
Case No.: 97-376

## OUTPATIENT FORENSIC EVALUATION REPORT

### MENTAL STATE AT TIME OF OFFENSE

Dean Farrow has a complete memory of his behavior at the time of the alleged offense. He simply alleges that he was not taking his medication at the time and therefore had slipped into a manic episode. However, he is unable to describe the way in which symptoms would have causally effected his behavior at the time of the alleged offense. Instead, he reports that his alleged behavior was the product of misunderstanding. He says he simply thought he was doing a favor for a Caucasian male because he knew that the Caucasian male couldn't go in this particular establishment and procure a sale of crack cocaine. As a result he indicates that he does not feel that he should be held responsible because he was simply caring out a favor for someone who was being treated prejudicially because of racial factors. Mr. Farrow does not therefore allege or evidence any causal factors between symptoms of bipolar disorder and his alleged behavior at the time of this instant offense.

### SUMMARY AND RECOMMENDATIONS

In summary, forensic psychological evaluation of Dean Farrow reveals the presence of a mental condition. Mr. Farrow has a history of substance abuse, bipolar affective disorder, and antisocial personality disorder diagnoses. He appears currently capable of proceeding toward trial utilizing Dusky standards. There are not symptoms present currently and there does not appear to be a history of symptom picture that would be associated with him being unable to appreciate criminality at the time of the alleged offense.

As a forensic psychologist, I recognize that the determination of competency and criminal responsibility are ultimately matters for the court to decide. Therefore the opinions rendered above are advisory only.

Respectfully Submitted,

*Karl Kirkland, PhD*

Karl Kirkland, Ph.D.
Licensed Psychologist
Certified Forensic Examiner

KK/jlm

Cc: Hon. John Bush
    Circuit Court Clerk
    District Attorney
    Defense Attorney

# RELEASE FROM LIABILITY

DATE _11-4-99_

TIME _4²⁰_ am/~~pm~~

This is to certify that I, _Dean Farrow Dean_

AIS# _11179_, of the _Easterling_

Facility _see MD appt as ordered by_

_Dentist for 7 wt loss_

against the advice of the attending physician and the administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_____
**Witness**

_____
**Title**

_____
**Second Witness**

_____
**Signature of Inmate**

_11/4/99_
**Date**

# CORRECTIONAL MEDICAL SERVICES
# RECEIPT FOR KEEP ON PERSON MEDICATION

Inmate Name _Dean Farrow_  AIS# _111719_

Institution _Easterly_

Medication _Albakol Tab_  Date Received: _10-29-99_

I verfy that I have received the medication named above. I have been educated in the use of this medicine and understand what I was taught.

_Dean E. Farrow_
Inmate Signature

_[signature]_
Signature of Staff Dispensing Medicine

# PERMISSION TO ADMINISTER
# INFLUENZA VACCINE

I _Dean E. Farrow_ have given permission for Correctional Medicl Services to administer the Influenza Virus Vaccine (Fluvirin) to me.  I have been given a Vaccine Information Statement about the vaccine administered.  I understand the risk(s) involved and hereby release and agree to hold harmless Correctional Medical Systems and their agents of all responsibility and ill effect that may result.


_Dean E. Farrow_
Signature

_October 26, 1999_
Date


_L. Ewing (RN)_
Signature of Nurse

_4998283 Influenza_
Lot No & Type


_(R) arm_
Site

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Easterling*

**INSTITUTION**

*Farrow, Dean*     11719

**NAME**       **NUMBER**    **R/S**

Lay-in for _____ days from _____ to _____

                     **(date)**

due to _____

     **(date)**

Report to HCU on Wed.
Sept. 1, 1999 at 2:35 pm
to see Dr. Gilbert.

Instructions: _____

*Dean E. Farrow*

**Failure to follow the directions above may result in a disciplinary.**

1/1/99           *M. Bass*

**Issued**              **Signature**

GA-67



## RELEASE FROM LIABILITY

DATE __7/21/99__

TIME __1700__ am/(pm)

This is to certify that I, _Farrow Dean_

AIS# _111719_ , of the _Easterling Correctional_

Facility, _Refuses / failed to show for_
_GMD appt on 7/21/99_

against the advice of the attending physician and the administra-
tion.  I acknowledge that I have been informed of and understand
the risk involved and hereby release the attending physician,
Correctional Medical Systems, officers and employees and agents
from any liability or responsibility for any injury or damage
which I may suffer because of this decision.

_(signature)_
Witness

_(signature)_
Title

_R. Pennington_
Second Witness

_Dean E. Farrow_
Signature of Inmate

_7/21/99_
Date

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/15/99 | TIME 10⁵⁵ AM (PM) | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 978 (ORAL) RECTAL RESP. 20 PULSE 84 B/P 122/80 RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S: "I'm allergic to something in the dorm."

PHYSICAL EXAMINATION

O: BM to HCU c steady gait. c runny nose, watery eyes, et sneezing. Resp even & unlabored. Denies shortness of breath & acute distress. Noted.

ORDERS, MEDICATION, etc.

A: pot. for alt. in comfort -

P: Encouraged to purchase CTM from store. Sign up for sick if symptoms do not improve or worsen. Inmate Education Sheet given. Inmate voiced understanding. CTM ī po tID x 3days.

DIAGNOSIS

INSTRUCTIONS TO PATIENT
See above

| RELEASE/TRANSFER DATE 7/15/99 | TIME 11⁰⁵ AM (PM) | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE  Stensland LPN | DATE 7/15/99 | PHYSICIAN'S SIGNATURE | DATE 7/16/99 | CONSULTATION |
| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow Dean | | AGE 47 | DATE OF BIRTH ████████ | R/S BM | AIS # 111719 |

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT



## MONTGOMERY AREA MENTAL HEALTH AUTHORITY
### 101 COLISEUM BOULEVARD, P.O. BOX 3223
### MONTGOMERY, ALABAMA 36109

**(205) 279-7830**

**SERVING MONTGOMERY, ELMORE,
AUTAUGA AND LOWNDES COUNTIES**

*B CF* HENRY K. STOUGH
Executive Director

**BARBARA W. KORNEGAY**
President

*Correctional Medical Services
P. O. Box 11
Mt Meigs, AL 36057*

DATE: *6-28-99*

RE: *Dean E. Farrow*

A/N: ████████████

Dear *Ms Shirley Turner* :

Enclosed you will find a copy of the following most recently prepared items on the above-named person. If you need additional information, please feel free to call on us.

☒ INTAKE

☒ CASE FORMULATION and/or CASE STAFFING/TREATMENT PLAN

☒ TERMINATION OR TRANSFER SUMMARY

☒ PSYCHIATRIC NOTE/EVALUATION

☒ MEDICATION CHECK

☒ PHYSICIAN'S NOTE

_____ OTHER (SPECIFY): _____

THIS IS CONFIDENTIAL INFORMATION PROTECTED BY FEDERAL LAW AND CANNOT BE DUPLICATED OR SHARED WITHOUT THE WRITTEN CONSENT OF THE CLIENT

APPROVED BY: _____

CASE STAFFING/TREATMENT PLAN

CASE NUMBER: 15872          DATE: 10-24-91

NAME: Dean E. Farrow

SERVICE NEEDS:

See Case Staffing/Treatment Plan 5-16-91. Client's situation remains pretty much the same. He claims to be working less hours than at the time of intake. He states he finds himself more restless and agitated and fears becoming violent and losing control. Client had been scheduled to see our staff psychiatrist at an earlier date but did not follow through. Client demanded another appointment stating it was an emergency. Client saw the staff psychiatrist 10-22-91 and was started on medication. He claims that he is hearing voices and continues to have angry outbursts. He continues to be very suspicious, feeling others have malicious intent towards him and is extremely cautious of giving enough information about himself to really have a full picture of what is going on. At this time client is agreeing to participate in our Follow-Up Services Program and individual therapy.

RECOMMENDED SERVICES:

The patient will be seen for Chemotherapy until the medical doctor determines that Chemotherapy is no longer needed to control the patient's symptoms.

*See TX plan dated 5-16-91.*

TREATMENT GOALS:

A therapist chosen and rated goal is that of engaging client in the therapy process to assist him in building a level of trust. This goal is not on the usual 1 to 9 scale, however, it is felt that progress will be made if client participates in treatment and does not drop out as he has done in the past.

To maintain level of functioning that is adequate to community living. This goal will have been met if patient remains in the community. This goal has been established and will be rated by staff also.

ASSIGNED TO: Laura B. Young, M.S., LPC

PROGRAM: Follow-Up Services

SIGNED BY: *Laura B. Young*  Laura B. Young, M.S., Counselor, Elmore County Satellite

THIS IS CONFIDENTIAL INFORMATION PRO-
TECTED BY FEDERAL LAW AND CANNOT BE
DUPLICATED OR SHARED WITHOUT THE
WRITTEN CONSENT OF THE CLIENT

DIAGNOSIS: DSM III-R, AXIS I Diagnosis of Major Depression, Single Episode, 296.21 *mild* (added by Dr. Roman 10-22-91) A DSM III-R, AXIS I Diagnosis of Paranoid Personality Disorder, 301.00 and a DSM III-R, AXIS I Diagnosis of Anti-Social Personality Disorder 301.70.

DATE: 11-14-91

APPROVED BY: *Donato Roman*  Donato Roman, M.D., Medical Director

The patient/legal guardian participated in the development/revision of this treatment plan. YES ✓    NO

CASE STAFFING/TREATMENT PLAN

NAME: Dean E. Farrow _____ CASE NUMBER: 15872 . DATE: 5-16-91

## SERVICE NEEDS:

Mr. Farrow is a 39 year old black male, single, currently employed part-time, residing alone in Tallassee, AL.  Client is a recurrent case at Mental Health having been seen here as early as 1984 and as recently as last year, however, his history indicates that he does not follow through with treatment.  Client stated when he requested services he was hearing voices that were very disturbing.  He presently claims that the voices have abated, somewhat.  He continues to be very suspicious, feeling others have malicious intent towards him and is extremely cautious of giving information about himself, while at the same time presenting a picture of needing help.  Client seems rather vague as to why he wants to participate at this time and he is also unsure of whether he will follow through.  At the same time he is asking that we open his case.

## RECOMMENDED SERVICES:

Individual therapy on a bi-weekly, monthly basis for 12 months or 20 sessions, whichever comes first prior to restaffing, at such time client needs for continued services will be reviewed.

## TREATMENT GOALS:

A therapist choosen and rated treatment goal is that engaging client in therapy process and to assist him in building a level of trust.  This goal is not rated on the usual 1 to 9 scale.  It is felt some progress will be made if client participates in treatment and does not drop out as he has done in the past.

PROGRAM:  Adult Outpatient Services          ASSIGNED TO:  Laura B. Young, M.S.,LPC

SIGNED BY: _Laura B. Young_____

DIAGNOSIS:  A DSM III-R, AXIS II Diagnosis of Paranoid Personality Disorder, 301.00,
            A DSM III-R, AXIS II of Anti-Social Personality 301.70

APPROVED BY: _Donato Roman_____     DATE: 5-16-91
            Donato Roman, M.D., Medical Director

THIRD PARTY PAYMENT:    MEDICAID ____    PPO ____    COMPLE ____    HEALTH ____    OTHER ____

Telephone: _334-283-85-89_    Stand By: ____    Date: _Feb 7, 1997_

Person: _Dean E/Farrow_ Reminder: ____    Time: ____

Name of Contact: ____    Rel. To Client: _Self_

Address of Contact: ____    County: ____    Home Ph: ____

Name of Client: _Dean E. Farrow_    Work Ph: _N/A_

Address: _P.O. Box 346  Tallassee, Al. 36078_ Phone Ph: _334-283-8589_

Referred By: _Self & Elmore County Court_

Former Client: _yes_    Discussed Fee" _Yes_    Prior Bal.: ____    Work Status: ____

DOB: ▓▓▓▓    Sex: _Male_    Marital Status: _Singl_ Children: _1_

PROBLEM:

_I don't know yet._

EXHIBIT
A-4

Prior Treatment: _Mental Health_

Medication: _No_

Substance Abuse: _No_

Route To: _L. Ramsey_    Appt. Date: _2/24/97_ Next Appt.: _0_

Appointment Time: _1:00_    Per Request: ____

Other Information: ____

Completed By: _L. Armstrong & client_

Title: _Secretary_

SERVICE REPORT

NAME _____ Iarrow _____ CASE NO. 15-871

VISIT# ____4____    DATE _1-15-92_ TIME __.50__

SERVICE TYPE: INDIVIDUAL __✗__    FAMILY _____ GROUP _____

CRISIS INTERVENTION _____ M.D. VISIT (31) _____

GOAL RATINGS: #1 _notrated_  #2 _adequate_ MENTAL HEALTH
CONSULTATION _____

Client arrived for his appt
and stated that he does
not feel as violent any
more. He's addressing being
less depressed. Client is
taking medication but
wonders if it is helping.
Says his coordination is not
as good as it was especially
to climb a ladder. Not able
to work at all now he states.
Next appt 2-26 at 1:30.

_Ferguson_

INITAL CONTACT INFORMATION

Telephone _____ ✓ _____    Stand by _____    Date: 6-12-85

Person _____    Reminder: _____    Time: 10:40 — UA Medics
227-0550
Name of Contact: Betty Durden    Rel. to Client: mother / 667

Address of Contact: _____    Home Phone: 283-2021

Name of Client: Dean E. Farrow    Work Phone: _____

Address of Client: 501 3rd Ave. Tallasser AL
Referred By: _____

Former Client: _____    Discussed Fee: _____    Prior Bal.: _____    Work Status: Unemployed

D.O.B.: ███████    Sex: M    Marital Status: Single    Children: 1

Problem: Drug abuse — Sometime has need to see someone —
"out of touch w/ reality —"        (pointer to head)
"No insight into problem —"
" Does not act normal for a person of his age & intelligence — Mother places him on the range of 2 or 3 G.O."

Prior Treatment: ~~No~~ — Dr. Wright did jail evaluation but commitment not recommended.

Medications:    None

Substance Aubse: Mother thinks he abuses drugs, Drinks alcohol (when he does this he becomes violent —

Route To: Tami Jenkins    Appt. Date: 6-24    Next Appt. ✓

Appointment Time: 10:00    Per Request: _____

Other Information: This person is Howard Balocks nephew, Mrs. Durden being Howard's sister told me she had a brother that worked w/ State Department of MH & she would let him try to get something set up for her son sooner. I told her I was sorry we couldn't see him sooner but if, as I had already explained, we had a cancellation I would call her.

Completed By: Bonnie Bonner
Title: Secretary, El CO.

CONTACT NOTE:
Dean Farrow #15872
9-17-84
This date, Mr. Dean Farrow made an appointment to come in and see me. At first I thought he wanted services in order to help him with some of his problems. It turned out, however, that what he really wanted was to get a copy of the tape that the judge made during his hearing. I told him that I cannot help him with that but he would have to go to the Judge in order to get either the tape or a transcript of the tape. He denied all other problems, therefore, this case is not to be opened.

Merle L. Wright, Ed.D.
Director, Elmore County Satellite

9-17-84 bb

### INITIAL CONTACT INFORMATION

Telephone: _____ ✓ _____     Stand By: _____     Date: 9-5-84

Person: _____     Reminder: _____     Time: 4:10

Name of Contact: _____     Rel. to Client: _____

Address of Contact: _____     Home Phone: 283-4291

Name of Client: _Dean Farron_     Work Phone: _____

Address of Client: _Tallassee_

Referred By: _____

Former Client: _____  Discussed Fee: _____  Prior Bal.: _____   Work Status: _____
D.O.B.: _____  Sex: _____  Marital Status: _____  Children: _____

Problem:

_Wanted an appointment to see a Dr. Would not tell me his problem except to say that it is "mental anguish". Denied being depressed or having hallucinations - Refused to discuss his problem "over the phone". Said he had been given an appointment with Dr. Wright in Wetumpka for 9-17-8. Since we have no earlier appointments here and_

Prior Treatment:

Medications:

Substance Abuse:

Route To: ____:_____     Appt. Date: _____     Next Appt. _(over)_

Appointment Time: _____     Per Request: _____

Other Information: _____

Completed By: _Radcliff_

INITIAL CONTACT INFORMATION

Telephone: _____ ✓_____          Stand By: _____     Date: 9-4-84

Person: _____          Reminder: _____     Time: _____

Name of Contact: Dean Farrow                    Rel. to Client: _____

Address of Contact: _____                  Home Phone: 283-2021
                                                            283-4291

Name of Client: Dean Farrow                     Work Phone: _____

Address of Client: P.O. Box 344, Tallassee AL   36078

Referred By: Mother

Former Client: No   Discussed Fee: No   Prior Bal.: 0   Work Status: Unemployed

D.O.B.: ▓▓▓▓▓▓   Sex: M   Marital Status: S   Children: 1

Problem: Counseling  Would not say why he wanted
to se Dr Wright

Prior Treatment: No —

Medications: No —

Substance Abuse: — "Use to smoke marijuana but my past has
nothing to do with my problem today

Route To: Dr. Wright     Appt. Date: 9-17-84   Next Appt. ✓
Appointment Time: 10:00                         Per Request: _____
Other Information: Very hostile and evasive — Did not want to talk
about his problem w/me —

Completed By: Bonnie Bowen

TELEPHONE COLLATERAL CONTACT NOTES:
Dean Farrow #15872
5-1-84
This date I received a telephone call first from Mr. Howard Blalock, Department
of Mental Health regarding this patient. He merely wanted to find out what
the procedure was for an individual to be committed and/or voluntary admitted
to the State Department of Mental Health when Alcohol and/or Drugs are involved.
After I informed him he said that he would have his sister, Betty Durdan, call
regarding the possible application for voluntary admission to the Alcohol and
Substance Abuse Program at Bryce Hospital. When Mrs. Durdan called (she is the
mother of Dean Farrow) she indicated that Dean Farrow is not in fact a veteran
and is not eligible for VA benefits. He was in the military but was sent out
supposedly because he was involved with drugs. He, therefore, supposedly received
a bad discharge. I indicated the procedure that is necessary for an individual
to go through in order to get into such a treatment facility at Bryce. She said
that she would work with him to see whether or not he would be willing to do this.

Merle L. Wright, Ed.D.
Director, Elmore County Satellite

5-1-84 bb

*DEAN V FARROW*
*DOB 4/14/12*

*JAIL 4/13/84*

# BRIEF PSYCHIATRIC RATING SCALE

## OVERALL AND GORHAM

**SOMATIC CONCERN:** Degree of concern over present bodily health.  Rate the degree to which physical health is preceived as a problem by the patient, whether complaints have realistic basis or not.
(Not present)   Very mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe
*Except for some orchief bottom pains,*

**ANXIETY:** Worry, fear, or over concern for present or future rate solely on the basis of verbal report of patient's own subjective experiences.  Do not infer anxiety from physical signs or from neurotic defense mechanisms.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe
*He does worry about his forms*

**EMOTIONAL WITHDRAWAL:** Deficiency in relating to the interviewer and the interview situation.  Rate only degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation.
Not Present   Very Mild   (Mild)   Moderate   Mod Severe   Severe   Extremely Severe

**CONCEPTUAL DISORGANIZATION:** Degree to which the thought processes are confused, disconnected, or disorganized.  Rate on the basis of integration of the verbal products of the patient.  Do not rate on the basis of the patient's subjective impression of his own level of functioning.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe

**GUILT FEELINGS:**   Over-concern or remorse for past behavior.   Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect.  Do not infer guilt feelings from depression, anxiety, or neurotic defense.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe

**TENSION:** Physical and motor manifestations of tension, "nervousness", and heightened activation level tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient.
Not Present   (Very Mild)   Mild   Moderate   Mod Severe   Severe   Extremely Severe

**MANNERISMS AND POSTURING:** Unusual and unnatural motor behavior.  The type of motor behavior which causes certain mental patients to stand out in a crowd of normal people.  Rate only abnormality of movements.  Do not rate simple heightened motor activity here.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe

**GRANDIOSITY:** Exaggerated self-opinion, conviction of unusual ability or powers.  Rate only on the basis of patient's statements about himself or self-in-relation-to-others.  Not on basis of his demeanor in the interview situation.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe

**DEPRESSIVE MOOD:** Despondency in mood, sadness.   Rate only degree of despondency.  Do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints.
(Not Present)   Very Mild   Mild   Moderate   Mod Severe   Severe   Extremely Severe

*Charges: Menacing. He has about 8 or 9 warrants on him.*

HOSTILITY:    Anomosity, contempt, belligerence, disdain for other people outside the interview situation.  Rate solely on the basis of the verbal report of feeling and actions of the patient toward others.  Do not infer hostility from neurotic defenses, anxiety, nor somatic complaints.  (Rate attitude toward interviewer under "Uncooperativeness:)

Not Present    Very Mild    Mild    Moderate    Mod Severe    Severe    Extremely Severe

SUSPICIOUSNESS:  Belief (Delusional or otherwise)  that others have now or have had in the past malicious or discriminatory intent toward the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances.

Not Present    Very Mild    Mild    Moderate    Mod Severe    Severe    Extremely Severe

HALLUCINATORY BEHAVIOR:   Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people.

Not present    Very Mild    Mild    Moderate    Mod Severe    Severe    Extremely Severe

*I could determine no hallucinatory behavior*

MOTOR RETARDATION:   Reduction in energy level evidenced in slowed movements and speech, reduced bodytone, decreased number of movements.  Rate on the basis of observed behavior of the patient only.  Do not rate on basis of patient's subjective impression of own energy level.

Not Present    Very Mild    Mild    Moderate    Mod Severe    Severe    Extremely Severe

UNCOOPERATIVENESS:  Evidences of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer.  Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation.  Do not rate on basis of reported resentment or uncooperativeness outside the interview situation.

Not Present    Very Mild    Mild    Moderate    Mod Severe    Severe    Extremely Severe

SERVICE REPORT

NAME _Dean Farrin_____ CASE NO. _1.5872_

VISIT# _____ DATE _12-12-91_ TIME _25_

SERVICE TYPE: INDIVIDUAL_____ FAMILY_____ GROUP_____

CRISIS INTERVENTION_____ M.P. VISIT (31) _X_

GOAL RATINGS: _____ MENTAL HEALTH CONSULTATION

_[handwritten clinical notes:]_

stable
no new problems
Alert
not dangerous
no side effects
works

rel to continue Doxepin HCl 25 mg — I-II
po 3 hrs before hs #70 still
has 2 refills left will given on 10-22-91
to his Fam dr.

_[signature]_

SERVICE REPORT

NAME _Dean Farrow_____    CASE NO. _15872_

VISIT#_____    DATE _10-22-91_ TIME _2 5_

SERVICE TYPE: INDIVIDUAL_____    FAMILY_____ GROUP_____

CHEMOTHERAPY (C7 & 77)_____    M.D. VISIT (31) _X_

CRISIS INTERVENTION:_____    MENTAL HEALTH
                                      CONSULTATION_____

GOAL RATINGS: _____

Losing wt, insomnic
wt ↓ hi, dwd
Slut - oriented
Sad — blue but still hope —
ful   working very hard but not
making enough money
⟶ extra and new Dx Major Depression, single
                                          episode
rec: I. Case managing, have him apply
for medicaid and/or disability,
food stamps
II. Have pt complete a new
Information and consent form
I think he should be an indigent
pt. so he can get his medication(s)
from us and derive any other
benefit from this status
III. to see counselor 1x month
IV. to see me on my next visit
(clinic) in wetumpka
V. Doxepin 25mg p x II
3hrs before hs #70 c 5 ref

SERVICE REPORT

NAME _____ Farrow _____ CASE NO. 15872

VISIT# 3 _____ DATE 8-19-91 _____ TIME 1:00

SERVICE TYPE: INDIVIDUAL ___✓___ FAMILY _____ GROUP _____

CRISIS INTERVENTION _____ M.D. VISIT (31) _____

GOAL RATINGS: little progress _____ MENTAL HEALTH CONSULTATION _____

Mr. Farrow did not make it in to see Mr. Whitehead for a VRS appt. Mr. Farrow feels pressure within himself. Feeling restless and agitated. sleeping only 3 hrs or so a night. Still on probation 2½ yrs to go. He continues to be quite paranoid. He does not want to surrender to the thoughts that he has, fearful of talking about thoughts and opening up. He fears he'll become violent, losing the controls that he needs to have in place. Is requesting that he see the staff psychiatrist and get on medication. Maybe hallucinating. Will call Thursday. Will stop for FDSP consideration on 8-22-91.
                                        M Young

SERVICE REPORT

NAME _____ Farrow _____ CASE NO. 15872

VISIT# _____ 2 _____ DATE 8-1-91 _____ TIME 100

SERVICE TYPE: INDIVIDUAL ✓ FAMILY _____ GROUP _____

CRISIS INTERVENTION _____ M.D. VISIT (31) _____

GOAL RATINGS: bible propers _____ MENTAL HEALTH CONSULTATION _____

Mr Farrow expressed an interest and
a readiness to participate in a
Vocational Rehabilitation Program.
He lost his job since I saw
him last and he is quite
depressed. Called VRS and
checked on Mr Whiteheads
schedule and passed
along that info to client.
Paranoia quite evident, grandiose
thoughts and speech noted
During session. Hypervigilance
continuous. Will call after he is
seen by VRS counselor. Externalizes
blame for problems on others —
Forguson

SERVICE REPORT

NAME _____ Farrow _____ CASE NO. 15872

VISIT# _____ 1 _____ DATE 6-3-91 TIME 100

SERVICE TYPE: INDIVIDUAL _____ X _____ FAMILY _____ GROUP _____

CRISIS INTERVENTION _____ M.D. VISIT (31) _____

GOAL RATINGS: _____ Not rated _____ MENTAL HEALTH CONSULTATION _____

Client arrived on time for his scheduled appt. He was more open today especially as it relates to close relationships. He said some of his family relationships are ok. He admits to closing them off - however. He said at the end of the session that he felt a little more comfortable. Next 7-1 at 10³⁰.

#15872  FARROW, DEAN E.
5-6-91 INTAKE CONTINUED:

COMMENTS:

The center policies regarding internal access to records and clinical supervision
were explained to the client.


APPROVED BY: _JoAnn Radcliff_____     THERAPIST: _Laura B. Young_____
             JoAnn Radcliff, M.Ed.                 Laura B. Young, M.S., LPC
TITLE: _____Clinical Director_____     TITLE: Director, Elmore County Satellite


5-14-91 la

#15872 FARROW, DEAN E.
5-6-91 INTAKE CONTINUED:

MENTAL STATUS CONTINUED:

evidence of a speech disorder. He was oriented to time, place, person, and situation.
Memory for recent and remote events appeared intact. Intelligence is estimated to be
within the average range and judgment, both social and personal, seemed extremely
impaired. He exhibits no insight as to the dynamics of his problems and denies homicidal
ideation or intent or suicidal ideation or intent, presently.

MEDICAL HISTORY:

Client does not remember when he had his last complete physical but believes he is in
very good health. He states primarily his only problem at present is of dental nature
and he hopes that if he can continue on his job that he will be able to have some dental
work done. He denies any history of head injuries but brought up that he was attacked
while in jail in 1988, but did not have a concussion as a result of a head wound. He
claims to be allergic to usual kinds of things such as dust, seasonal pollen, etc. He
states he is sleeping a little better now but sometimes he experiences insomnia when he
starts obsessing about his life and what to do about it. He claims to have adequate
appetite at this time. He denied any family history of mental illness or suicide.

DIAGNOSTIC IMPRESSION:

Based on client's history of feeling threatened and experiencing others are deliberately
demeaning or setting him up, a DSM III-R, AXIS II Diagnosis of Paranoid Personality
DIsorder, 301.00 is offered. Client has a history of experiencing others as setting
him up, holding grudges, being reluctant to confide in others, witnessed also in the
intake with him being more guarded this time than previous times. Client was extremely
secretive and demanding as to how he wanted his bill made so that others would not
interpret same. Client has a tendency to "makes mountains out of mole hills", and has
difficulty relaxing, appearing tense and perceiving questions as having hidden meanings.
Client presented some depressed symptoms, however, there did not appear to be enough
of these symptoms present at this time to meet a criteria of Dysthymia. Based on
previous history and client's on-going difficulties with the law, a DSM III-R, AXIS II
Diagnosis of Anti-Social Personality Disorder, 301.70 continues to be appropriate in
this client's case.

TREATMENT GOALS:

A therapist choosen goal for this client is to engage him in therapy if and when he
returns and perhaps assist him in building some level of trust. This goal will not be
rated on the usual 1 to 9 scale and it's therapist choosen and rated. It is felt some
progress will be made if client participates in treatment and does not drop out as he
is wont to do.

RECOMMENDATIONS:

It is recommended that client participate in individual therapy to address issues of
trust. A Chemotherapy evaluation is not recommended and this case will be presented to
the clinical staff for further discussion and disposition.

INTAKE

NAME: Dean E. Farrow                                    CASE NUMBER:  15872

DATE:  5-6-91                PROGRAM: SCREENING/INTAKE    MODALITY: OUTPATIENT

## DESCRIPTIVE INFORMATION:

Mr. Farrow is a 39 year old black male, single, currently employed part-time, residing in Tallassee, AL. He states he lives alone and was the sole source of information at the time of today's intake.

## PRESENTING COMPLAINT:

Mr. Farrow states that he has been experiencing symptoms such as depression and states at the time he called for an appointment he was hearing voices that were very upsetting to him. He stated the voices were critical and loud.                    He states that since he made the appointment the voices have abated somewhat. He continues to be very suspicious, *believing* that others have malicious intent towards him and is extremely cautious of giving information about himself while at the same time presents a picture of needing help. He claims to be eating and sleeping better now that he has a job and believes this has increased his self-esteem. He claims to live alone and to go to his grandmother's house on a regular basis in order to use the telephone and to take a bath. Prior attempts at resolving his problems indicate that client has been seen by a Mental Health therapist while in jail in 1984, with recommendations that he participate in a program as it relates to drug and alcohol problems. Client applied for services in 1985, but did not follow through. In January 1989, a jail evaluation indicated that client be furthered evaluated at Taylor Hardin and he apparently was hospitalized there from 2-1-89 through 2-22-89. In March of 1990, he applied for services, came for an intake and did not follow through. Mr. Farrow stated that he did not follow through due to the fact that he did not have the money to pay his fee. Mr. Farrow had been advised that we would see him if he needed services and would waive his fee. Mr. Farrow had a problem in that sometimes he would walk in the clinic late in the day and demand to be seen and would not set up an appointment.

## PERSONAL AND FAMILY HISTORY:

Client is the second oldest of six children of four females and two males. He stated his parents were divorced when he was quite young and his mother has always been a bossy intrusive person. He refused to elaborate on his relationship with his siblings, at this time, or with his mother. He admitted that his relationship with his grandmother was a positive one and she was very helpful. He continues to stated that many of his family members are against him and tend to accuse him of being involved in drugs and alcohol and this is very upsetting to him. Earlier history reports that he graduated from high school and attended Alex City Junior College for one year. He reports that he liked the work ' that he did while he was in the service. He refused to elaborate on his service career. He also refused to elaborate on his present job stating that he did not want anyone interfering with his work and that he liked it. He claims to have no legal background and no difficulties pending with the law at this time. His suspiciousness is quite extreme and believes that his past difficulties with the law was due to the fact that people interfered and set him up.

## MENTAL STATUS:

Client was neatly dressed, casually groomed, appeared clean and appeared to be his stated age. His attitude was one of extremely evasiveness and suspiciousness. His conversation was not spontaneous and he stated since he no longer experiences auditory hallucinations he is not ' committed to returning but decided to keep today's appointment. He denies any delusions or hallucinations at this time and there is no

4

INITIAL CONTACT INFORMATION

TELEPHONE _✓_____ STAND BY: _____ DATE: _4-29-91_

PERSON_____ REMINDER: _____ TIME __2:45___

NAME OF CONTACT: _Howard Balock_____ REL. TO CLIENT: _Cousin_

ADDRESS OF CONTACT: __—_____ PHONE: _____

NAME OF CLIENT: __Dan Hansen_____ HOME PHONE _____

ADDRESS OF CLIENT: _____ WORK: _____

REFERED BY: _____

FORMER CLIENT: _Yes_ DISCUSSED FEE: _____ PRIOR BAL. _____ WORK STATU

DOB: _____ SEX: _Male____ MARITAL STATUS: _____ CHILDREN:

PROBLEM: _ _Previous Symptoms._

PRIOR TREATMENT:

MEDICATION:

SUBSTANCE ABUSE:

ROUTE TO: _Laura Young_____ APPT. DATE: _May 6, 91_ NEXT APPT:

APPOINTMENT TIME _____9AM_____ PER REQUEST: _____

OTHER INFORMATION: _____

Completed by: _Josephine Lawn_

Title: __Secretary__

TRANSFER SUMMARY

NAME: Dean E. Farr                           SE#: 15872

TRANSFER FROM Adult Outpatient         TO: Inactive

DATE: 7-3-90             DIAGNOSIS: Dysthymia 300.40, Anti-Social Personality
                                   Disorder, 301.70

### REASON FOR TRANSFER:

Mr. Farrow was seen in March for an intake and failed a subsequent appointment. He
did not respond to a letter sent to him to contact us regarding his program, neither
was there any phone contact noted in the chart. This case is inactivated as further
care needed.

### PRESENT GOAL RATINGS:

N/A  None were established

### COMMENTS:

Client did not follow through.

Approved by: _JoAnn Radcliff_        Therapist: _Laura B. Young_
         JoAnn Radcliff, M.Ed.               Laura B. Young, M.S.
Title: _Clinical Director_       Title: Director, Elmore County Satellite

7-9-90 la

#15872 FARROW, DEAN E.
3-29-90 STAFFING NOTE:

This case was presented to Henry Stough, Director of Mental Health, on the above
date.  Mr. Farrow is a 37 year old black male who was referred to this center for
services by his probation officer.  Client is experiencing symptoms of depression
which includes appetite and sleep disturbances, a sense of hopelessness and helpless-
ness about changing his situation particularly as it relates to unemployment.  He
remarks on memory impairment and spending time awake at night obsessing about his
condition.  The depressed symptoms seem to have been with him for a long time based
on earlier history.  It is of note client presented paranoid features and has an
earlier diagnosis of Anti-Social Personality Disorder.  The staff recommended a
diagnosis of Dysthymia, 300.40 in addition to Anti-Social Personality Disorder
301.70 based on long history of both depression and repeated difficulties with
authority figures.  A Chemotherapy evaluation is not recommended.  This case will
be opened into the Adult Outpatient Program for individual therapy with a recommended
referral to Vocational Rehabilitation Services.  Laura B. Young will be case
responsible therapist and will assist client with appropriate goal settings and
information regarding his appointments.

Approved by: _____    Therapist: _____
      JoAnn Radcliff, M.Ed.                      Laura B. Young, M.S.
Title: _____    Title:  Director, Elmore County Satellite
       Clinical Director

4-4-90 la

#15872 FARROW, DEAN E.
3-27-90 INTAKE CONTINUED:

COMMENTS:

The center policies regarding internal access to records and clinical supervision were
explained to the client.


Approved by: _JoAnn Radcliff_____    Therapist: _Laura B. Young_____
            JoAnn Radcliff, M.Ed.                          Laura B. Young, M.S.
Title:_____Clinical Director_____    Title:__Director, Elmore County Satellite

4-2-90 la

#15872 FARROW, DEAN E.
3-27-90 INTAKE CONTINUED:

PERSONAL AND FAMILY HISTORY CONTINUED:

Client states he has never been married but has a child who is now 8 or 9 years old. He refused to comment on his legal background and problems and any present involvement.

MENTAL STATUS:

Client was casually groomed and neat and clean in appearance. He made a point of telling me that he went to his grandmother's this morning to clean up in order to come here. His attitude was depressed with sense of hopelessness intermixed with anger about finding himself in this predicament. His conversation revolved around his need for employment and stated that if he could find employment he feels certain that the other symptoms would subside. He denies delusions or hallucinations and there is no evidence of a speech disorder. The client was oriented to time, place, person and situation. Memory for recent and remote events are presently poor so he states. Intelligence is estimated to be within the average range and judgment to both social and personal situation seems extremely impaired. Client exhibits extremely poor insight into the dynamics of his problems and continuously projected blame into the environment. He denies any suicidal or homicidal ideations or intent.

MEDICAL HISTORY:

Client received a complete physical while in Taylor Hardin and apparently is in fairly good health. He states that he has asthma but has not suffered from same recently and is not on any prescribed medications for same. Through report surgery in 1974 as it relates to an injury but would not elaborate. He denies any history of head injury except when he was attacked by another person while in jail in 1988. He states he did not have a concussion, however, he had a head wound that was repaired by the medical doctor. Through reports that he is allergic to normal kinds of things such as dust, hay, etc. He states he has difficulty sleeping while he's upset and worried and sometime lately he spends a lot sleepless nights obsessing about what is going to happen to him. During this time he also indicated he has poor appetite. He states that he has severe dental problems and needs help with getting some dental work done. He denied family history or mental illness or suicide.

DIAGNOSTIC IMPRESSION:

It is recommended that a diagnosis of Dysthymia, 300.40 be based on client's long term history of low grade chronic depression. The intensity of the symptoms are insufficient to meet the criteria of a Major Disorder, however, they are of long durations and lasting beyond the point of Adjustment Disorder with Depressed Mood. It is of note that client exhibited some paranoia during the interview and history indicates an earlier diagnosis of Anti-Social Personality Disorder.

RECOMMENDATIONS:

It is recommended that this case be opened into the Adult Outpatient Program with recommended participation in individual therapy and consideration be given to a referral to Vocational Rehabilitation Services for this client. A Chemotherapy evaluation is not recommended. This case will be presented to the clinical staff for further discussion an disposition.

INTAKE

NAME: Dean E. Farrow                                    CASE NUMBER: 15872

DATE: 3-27-90        PROGRAM: SCREENING/INTAKE    MODALITY: OUTPATIENT

## DESCRIPTIVE INFORMATION:

Mr. Farrow is a 37 year old, black male who is single and currently unemployed. He resides in Tallassee, AL, and client was the sole source of information at the time of today's intake.

## PRESENTING COMPLAINT:

Mr. Farrow states that he has been experiencing symptoms of depression primarily as it relates to his being unable to find employment and the subsequent problems that lack financial resources cause him. He is quite blaming of the law enforcement and all the public officials for his inabililty to find work. He states that he has a history where people put him in a certain mode of behavior and his history tends to unfairly follow him around and keep him in        financial distress, and unemployed. He states that he is on probation for four years and his probation officer insist that he come here, however, he is not going to sign a release for any information to be exchange between probation officer and Mental Health. Client claims at this time he is living in an abandoned warehouse, that his family have turned against him because of suspected drug and alcohol use and abuse and states that this accusation is unfounded. He goes to his grandmother's periodically, he states to get a bath and is unable to stay with her due to the fact that she lives in   government subsidized housing and is not allowed to have additional people in her home.  Presently he states his appetite is poor, he worries constantly about finding a job, feels that people are against him and that he will never find appropriate employment. He claims to have a sense of hopelessness about the future and that this sense of hopelessness and low self-esteem contribute to his sleeping poorly He states that he goes to bed different hours, does not sleep well, but usually gets up early anyway. Prior attempts at resolving his problems indicate the client has been seen for a jail evaluation and by a Mental Health therapist in 1984 with recommendations that he participate in a program as it relates to drug and alcohol problems. The client applied for services in 1985, however, he did not follow through with recommended services. On January 31, 1989, a jail evaluation indicated that client was recommended for further evaluation at Taylor Hardin. Client was hospitalized at Taylor Hardin Medical Facility from 2-1-89 through 2-22-89.

## PERSONAL AND FAMILY HISTORY:

Client has one older brother and four younger sisters and stated his parents divorced when he was four years old and his mother was "the one who had all the say" in his up-bringing. He stated that his relationship with his sibilings was normal as he grew up and his relationship with his parents was good. He denies that there was alcoholism in the family of origin although earlier report indicated that it was prevelent in two uncles and his father. He stated at this point none of his family members has anything to do with him, with exception of his grandmother. He feels that the family has gotten tired of trying to rescue him and also they have a belief that he is involved in drugs, so it suits him to stay away, because it's up setting to him that they have this belief about him. It is of note that Mr. Farrow refuses to discuss his drug or alcohol history through out the session although there is a documented history of such use and abuse. After graduation from high school he states he attended Alex City Junior College for one year and enjoyed the learning process. While in the service he ran a supply of storage place, states he can read blue prints, that he can build, paint and repair. Presently he can not get a full-time job and is not using any of these skills except sometimes he does minor repairs and is quite resentful that he is not paid a going wage. He is sure that other people take advantage of him because they know he is not able to be employed full time and they have him work for less than what is due him. Apparently client obtained college credits while in prison, however, he indicated otherwise in the

FARROW, DEAN #15872

1-31-89 SCREENING NOTE:

I evaluated Dean E. Farrow a 36 year old, black, single, unemployed male at the Elmore County Jail upon court order from Judge Bush, circuit court judge to determine the emergency need for a bed at Taylor Hardin. The client was a very thin male who reported that he had lost significant weight since being in jail. He complained of "delirium, mood swings," which he characterized as feelings of anger. The client reported that he had been experiencing auditory hallucinations of a command nature and stated that the voices told him that he was "worthless and to kill myself". The client stated he had experienced visual hallucinations at one time but was not doing so currently. The client's affect was flat and he was very secretive and guarded and stated that he felt someone was after him but he refused to elaborate on this. There was no evidence of a speech disorder, loosening of association or flight of ideas and the client's speech was logical and coherent. He was oriented in spheres and memory for recent and remote events was intact. The client exhibited no insight into the dynamics of his problems and his judgement appears to be impaired. It is estimated he is in the average range of intelligence. The client reports that he is experiencing suicidal ideations and was vague as to intent. There was no evidence of homicidal ideations and/or intent.

I contacted Beverly Strong at Taylor Hardin, who stated that Mr. Farrow would be given a priority status for a bed in that facility and she would notify Sheriff Thrash on the following day as to when that bed would be available.

Tami Jenkins Arnoscht, M.S.S.W.
Director Elmore County Satellite

Approved by"_____
Jo Ann Radcliff, Clinical Director

1-31-89

INITIAL CONTACT INFORMATION

TELEPHONE _✓___ STAND BY:_____ DATE: _1-31-89_

PERSON_____ REMINDER:_____ TIME _11:90_

NAME OF CONTACT: _William Jackson_ REL. TO CLIENT:____

ADDRESS OF CONTACT: _Elmore County Jail_ PHONE: __—__

NAME OF CLIENT: _William Jackson_ HOME PHONE __—__

ADDRESS OF CLIENT: _Sheriffs Office_ WORK:_____

REFERRED BY: _Betty Thrash_

FORMER CLIENT:____ DISCUSSED FEE:____ PRIOR BAL.____ WORK STATUS:____

DOB:_____ SEX:_____ MARITAL STATUS:_____ CHILDREN:_____

PROBLEM:_

needs evaluation has been on the list for
Taylor Hardin Since Nov. Judge
Bush ordered an evaluation for the
purposes of determining placement on
the waiting list
Is mumbling to himself & crawling under the

PRIOR TREATMENT: _bunk_

M D M H A

MEDICATION:

None

SUBSTANCE ABUSE: _In the past._

ROUTE TO:_____ APPT. DATE:_____ NEXT APPT:____

APPOINTMENT TIME:_____ PER REQUEST:_____

OTHER INFORMATION:_____

_____

_____

_____

Completed by:___ Connie Terrell

Title:___ Secretary

**FARROW, DEAN #15872**
**6-27-85 STAFFING NOTE:**
Tami Jenkins presented this case to the clinical director on this date.  Mr.
Farrow is a 33 year old black male who was referred to the Center for services
by his mother because she suspected an underlying drug and alcohol problem.
The staff recommended that the diagnosis be deferred, DSM III 799.90, due to
the fact that the client denies any existing problems.  He also does not wish
to participate in treatment.   The staff further recommended that Mrs. Betty
Durden, Mr. Farrow's mother and the referral source, be advised of a referral
to Alternatives, Inc. for his suspected drug and alcohol problems.  Tami Jenkins
is responsible for contacting Mrs. Durden as to the staffing recommendations.
Case responsibility rests with Tami Jenkins.   A medication evaluation is not
recommended.   This case is opened to the Adult Outpatient Service.

Tami Jenkins, M.S.S.W.
Director, Elmore County Satellite

Approved: JoAnn Radcliff
          JoAnn Radcliff, M.Ed., Clinical Director

7-1-85 bb

**6-28-85 TELEPHONE CONTACT NOTE:**
I contacted Mrs. Betty Durden, Dean Farrow's mother, the referral source for
services, to inform her of the staffing recommendations made on the previous
date.  Specifically those recommendations were that the client be referred
to Alternatives, Inc. for Drug and Alcohol abuse and Mrs. Durden was given
the number to the Alternatives Program, as well as the *telephone* number. She stated she
would follow up on this referral and it was also suggested to Mrs. Durden that
she encourage her son to follow up on Vocational Rehabilitations Services
referral which was made from this office, to which she was agreeable.

Tami Jenkins, M.S.S.W.
Director, Elmore County Satellite

7-1-85 bb

FARROW, DEAN #15872
INTAKE – Page 2

Mental Status: The client received his last physical examination while employed
at the VA Medical Center in 1972.  He states he has been diagnosed as having
bronchial asthma and states he is in need of having an operation on both of his
feet.   Client states he has had surgery to close a bullet hole, which occured
in the alledged attempted robbery in 1974.  He denies any history of head injury
or seizures and that he is taking any medication.  He reports that he is allergic
to hay, dust, ect.  Client states he has difficulty sleeping when he is upset or
worried and sometimes stays up for nights on end.  At these times he also states
his appetite decreases but denies any other physical complaints.  He denies any
family history of mental illness or suicide or any prior psychiatric care.

Diagnostic Impression: It is recommended that the diagnosis be deferred 799.90,
at this time pending further evaluation as the  client did not divulge sufficient
information to make a psychiatric diagnosis at this time, although it is evidenced
there is an underlying personality disorder in operation.

Recommendations:  It is recommended that his case be opened into the Adult Outpatient
Program and a medication evaluation is not recommended.  In the client is denying
any problems and states he does not feel the need to return, he did not wish to make
any further appointments.  This case will be presented to the Clinical staff for
further discussion and disposition.

Comments:  Center policies regarding internal access to records and clinical
supervision were explained to the client.


Approved By: Joann Radcliff, M.D.         Therapist: Tami Jenkins, M.S.S.W.

Title:  Clinical Director              Title:  Director, Elmore County Satellite


6-24-85 cbm

INTAKE

NAME: FARROW, DEAN _____    CASE NUMBER: 15872 _____

DATE: 6-24-85 ____    PROGRAM Intake/Screening    MODALITY: Outpatient _____

Descriptive Information: Mr. Farrow is a 33 year old, black male, who is single and currently unemployed. He resides in Tallassee with his mother and younger sister. Client was referred to the Center for services by his mother who suspected alcohol abuse. Client was the sole source of information today.

Presenting Complaint: Mr. Farrow complained of his lack of employment and the subsequent lack of financial resources. He blames law enforcement and other public officials for his inability to find employment. He said hismother had referred him to the Center because he has a tendency to not eat, walk the streets, drink a lot of coffee when upset and his mother thought this was indicative of a drug problem. Mr. Farrow denies any problems at this time, other than the victimization he feels related to past legal charges placed against him and also through racial discrimination. There have been no prior attempt at resolution to this problem.

Personal and Family History: Clinet has one older brother and 4 younger sisters. When asked as to his childhood, he said his "Mother was the hed of the household" and his parents divorced when he was four. He states that he has resolved any questions he once had about his childhood and offered no other information. He described his relationship with his siblings as "normal." He did describe two alcoholic uncles and reports that his father had had a drinking problem at one time. Mr. Farrow graduated from Tuskegee Institute High School and completed 2 quarters of college while in prision. He has a 4 year old daughter, but has never been married to the child's mother. Vocational history includes 2 years at Tuskegee VA which he describes as temporary employment and other than that he works as a painter when he is able to obtain work. The client acknowledges that he uses alcohol but denies any related abuse or problems and denies any drug abuse but states he is an occasional marijuana smoker. His legal background is quite extensive: 1978 he was charged with armed robbery and assault with attempt to commit murder and served a prison term for this charge. He has also been arrested for public intoxication, mennacing, possession of marijuana, driving with a revoked license, assaulting a police officer and resisting arrest.

Mental Status: Client was somewhat unkept in his appearance, but appeared to be clean. His attitude was one of evasiveness and the main theme of his spontaneous converstion revolved around his need for employement and the fact that he had no other problems. At one point, he did ask if he could paint the building. He denies any delusions or hallucinations and there is no obvious evidence of a speech disorder. The client was oriented to time, place, and person, but poorly oriented to his situation. Memory for both recent and remote events was intact. Intelligence is estimated to be within the average range and judgement to both social and personal is impaired. The client exhibits poor insight to the dynamics of his problems and denies any suicidal or homicidal ideations or intent.

## X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Eastwlin | 12-14-00 | Varbova | |

**XAMINATION REQUESTED**

CXR

**LINICAL DIAGNOSIS**

INH completed

| -RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST |  |
|---|---|---|---|
| | | 20 mm | |
| | | 12-17-00 | |

**REPORT OF FINDINGS**

FARROW, DEAN
CHEST:  Chest:  The heart is not enlarged.  The lungs are clear.
IMPRESSION:  NORMAL CHEST.
D&T:    12/26/00          Maurice H. Rowell, Jr., M.D./tw
                          Board Certified Radiologist (signature on file)

_____
**SIGNATURE**

| TIENT'S LAST NAME | FIRST | MIDDLE | DATE OF BIRTH | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Farrow | Dean | TB 54 | ▓▓▓▓ | B/m | 111719 |

no show
8/10/00
8/15

**X-RAY REQUISITION AND REPORT**

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Easterling | 8/9/00 | Dabage | |

**EXAMINATION REQUESTED**

Luths chest x-ray

**CLINICAL DIAGNOSIS**

Patient complains of pain at anterior portion of Left ribs near axillory region.

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 8/17/00 | | |

**REPORT OF FINDINGS**

Left ribs:  Views of the mid and upper portions of the left rib cage
The  examination  shows  no  evidence  of  recent  fracture  or  other
significant bony abnormality.
IMPRESSION:  NEGATIVE STUDY.

d & t:  August 28, 2000
abs

Howard P. Schiele, M.D.
Board Certified Radiologist

SIGNATURE

| PATIENT'S LAST NAME | FIRST | MIDDLE | DATE OF BIRTH | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Famus, Dean | | 1654 | ~~████~~ | B/m | 111719 |

# X-RAY REQUISITION AND REPO

| E OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| *Eastling* | 6/15/00 | *Dr Dauborg* | |

**NATION REQUESTED**

*Chest xray*

**CAL DIAGNOSIS**

| NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 6/20/00 | 6/15/00  20mm | |

## REPORT OF FINDINGS

CHEST:  The heart is not enlarged.   The lungs are clear.
IMPRESSION:  NORMAL CHEST.

*Thomas J. Payne III, MD*

D & T   June 21, 2000   Thomas J. Payne, III, M.D./pb
              Board Certified Radiologist

**SIGNATURE**

| T'S LAS: | FIRST | MIDDLE | | DATE OF BIRTH | R/S | ID NUMBER |
|---|---|---|---|---|---|---|
| Farrow | Dean | | 7654 | ▓▓▓▓ | D/m | 11171 |

**CAHABA IMAGING, P.C.**

SUITE 110, 3300 CAHABA ROAD
BIRMINGHAM, ALABAMA 35223
(205) 802-6100 • 1-800-535-2189
Fax (205) 870-1207

# RADIOLOGY REPORT

| NAME Farrow Dean | AGE 43 | DATE OF EXAM | ADDRESS Hwy 82 E Union Spring |
|---|---|---|---|
| CLINIC NAME BCCF | REFERRING MD (Dean) | | PATIENT #/SS# 0/11/71/9 |
| PROCEDURES: CXR | HISTORY Pop PPD | | |

PA Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: NORMAL CHEST.

Howard P. Schiele, M.D.

d & t:  February 16, 1996

Howard P. Schiele, M.D

lkp

02-21-1996

| Specimen # | Type | Format | Report Status | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7-684-0214-0 | S | YX | FINAL | PG 1 | 08   1 | | 12/24/03   07:13 ET | |

Additional Information

CO- 516085i1110        DOB:

Physician ID: DARBOUZE       Patient ID: 111719

| Name | Sex | Age (Yr/Mos) |
|---|---|---|
| RROW, DEAN | M | 051/07 |

Account
EASTERLING CORR. FACILITY       01408855
PRISON HEALTH SERVICES                01
200 WALLACE DR.                            01
CLIO                    , AL  36017-0010
(334-397-4471          ALN

| me Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 1/02/04 | 12/23/03 | 12/24/03 | 0177 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| moglobin A1c | 9.2 | H % | | 4.5 - 5.7 | YX |
| 1c | | | | | YX |

Current guidelines recommend a treatment goal of <7% for
diabetic patients.  A1c may be overestimated in diabetic
patients exhibiting poor control and who are also hetero-
zygous or homozygous for HgbS or HgbC.  Total glyco-
hemoglobin is a better indicator of diabetic control in
patients with these hemoglobin variants.

DIRECTOR: Robert Adams, MD
LAB: YX Labcorp Montgomery Hull
     543 Hull St Montgomery, AL 36104-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 334-263-5745
LAST PAGE OF REPORT

©2003 Laboratory Corporation of America Holdings
All Rights Reserved

PRINTED DATE: 12/03/2003

| | | | 12/12/03   07:15 ET |
|---|---|---|---|
| Physician | | Patient ID | |
| | DARBOUZE | 111719 | |

ARROW, DEAN

EASTERLING CORR. FACILITY          01488855
PRISON HEALTH SERVICES                     01
1240 WALLACE DR.                                  01
CLIO                        , AL  36017-0010
334-397-4471              ALN

| TESTS | | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|
| moglobin A1c | | | | | | |
| 1c | | 8.1 | H % | | 4.5 — 5.7 | YY YX |

Current guidelines recommend a treatment goal of <7% for
diabetic patients.  A1c may be overestimated in diabetic
patients exhibiting poor control and who are also hetero-
zygous or homozygous for HgbS or HgbC.  Total glyco-
hemoglobin is a better indicator of diabetic control in
patients with these hemoglobin variants.

LAB: YX Labcorp Montgomery Hull          DIRECTOR: Robert Adams, MD
      543 Hull St Montgomery, AL 36104-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 334-263-5745
                              LAST PAGE OF REPORT

©2003 Laboratory Corporation of America® Holding
All Rights Res *


Diagnostics

| | PHYSICIAN | LYRENE, GEORGE A |
|---|---|---|
| ROOM NO. | AGE 51 | SEX M |

PATIENT NAME FARROW, DEAN    PATIENT ID 111719

COLLECTION DATE & TIME 09182003 3:30    LOG-IN-DATE DM 09192003    REPORT DATE 09192003 & TIME 4:36AM

REQUISITION NO. 1    ACCESSION NO. 3438395    AT7635088    LAB REF. #

REMARKS

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of birth: 04/20/1952
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE
950 22ND ST N STE 645
BIRMINGHAM, AL 35203-0500

LIPID PANEL
TRIGLYCERIDES ... 161 ... 307 H ... MG/DL ... <150
CHOLESTEROL, TOTAL ... ... 37 L ... MG/DL ... <200
HDL CHOLESTEROL ... 63 ... ... MG/DL ... > OR = 40
LDL-CHOLESTEROL ... 4.4 ... ... MG/DL (CALC) ... <130
CHOL/HDLC RATIO ... ... ... (CALC) ... <5.0

COMPREHENSIVE METABOLIC
PANEL ... ... 143 H ... MG/DL ... 65-109 FASTING REFERENCE INTERVAL
GLUCOSE ... ... ... MG/DL ... 7-25
UREA NITROGEN (BUN) ... 13 ... ... MG/DL ... 0.5-1.4
CREATININE ... 1.4 ... ... (CALC) ... 6-25
BUN/CREATININE RATIO ... 9 ... ... MMOL/L ... 135-146
SODIUM ... 139 ... ... MMOL/L ... 3.5-5.3
POTASSIUM ... 4.4 ... ... MMOL/L ... 98-110
CHLORIDE ... 105 ... ... MMOL/L ... 21-33
CARBON DIOXIDE ... 21 ... ... MG/DL ... 8.5-10.4
CALCIUM ... 9.8 ... ... G/DL ... 6.0-8.0
PROTEIN, TOTAL ... 8.2 ... ... G/DL ... 3.5-4.9
ALBUMIN ... 4.3 ... ... G/DL (CALC) ... 2.2-4.2
GLOBULIN ... 3.9 ... ... (CALC) ... 0.8-2.0
ALBUMIN/GLOBULIN RATIO ... 1.1 ... ... ... 0.2-1.5
BILIRUBIN, TOTAL ... 0.3 ... ... MG/DL ... 20-125
ALKALINE PHOSPHATASE ... 65 ... ... U/L ... 2-50
AST ... 33 ... ... U/L ... 2-50
ALT ... 35 ... ... U/L ...

HEMOGLOBIN A1C ... ... 7.5 H ... % TOTAL HGB ... NON-DIABETIC: <6.0



END OF REPORT    FARROW, DEAN    AT7635088 <<

INDICATES TESTING SITE SEE REVERSE SIDE