```
7103921  AREA/ROUTE/STOP: 008001
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DR
CLIO, AL 36017-2613
```


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FARROW, DEAN | | | 51 | M | LYRENE, GEORGE A |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0221121 | AT285880N | 111719 | 06062003 9:50 AM | 06062003 | 06072003 | 4:43A |

REMARKS

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth:
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

CBC (INCLUDES DIFF/PLT)

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 6.6 | | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 5.26 | | MILL/MCL | 4.20-5.80 |
| HEMOGLOBIN | | 12.3 L | G/DL | 13.2-17.1 |
| HEMATOCRIT | 39.0 | | % | 38.5-50.0 |
| MCV | | 74.1 L | FL | 80.0-100.0 |
| MCH | | 23.5 L | PG | 27.0-33.0 |
| MCHC | | 31.6 L | G/DL | 32.0-36.0 |
| RDW | | 15.9 H | % | 11.0-15.0 |
| PLATELET COUNT | 260 | | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 2851 | | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 2449 | | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | 752 | | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 495 | | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 53 | | CELLS/MCL | 0-200 |
| NEUTROPHILS | 43.2 | | % | |
| LYMPHOCYTES | 37.1 | | % | |
| MONOCYTES | 11.4 | | % | |
| EOSINOPHILS | 7.5 | | % | |
| BASOPHILS | 0.8 | | % | |

>> END OF REPORT - FARROW, DEAN AT285880N <<

```
111719             05/26/2005  09:13:56 AM  Farrow
Rx:                51 years                 Race: b           215 lbs         BP: 120/80    Dept
Dx:                                                                                         Room
                                                                                            Oper:

Rate   64     . Sinus rhythm, rate 64.........................Normal P axis, rate
PR    221     . First degree AV block........................PR>210mS age 16-60 V-rate 51- 90
QRSD   79     . Consider left atrial enlargement.............. P V1 -.10 mV or more negative
QT    349
QTc   360

--AXIS--
P      60                           - ABNORMAL ECG -
QRS     9
T      40                                                              PRELIMINARY MD REVIEW
```

Requested by: Darbouze



**LABORATORY REPORT**

```
7106921   AREA/ROUTE/  JP: 005G000
EASTERLING CORRECTIONAL FACILI
200 WALLACE DR
CLIO, AL 36017-2613
```



Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | 50 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE & TIME |
|---|---|---|---|---|---|---|
| 1 | 1129470 | AT188566F | | 05/20/2002 | 05/20/2002 | 05/21/2002 7:47AM |

REMARKS                                                                    EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: ▓▓▓▓▓
HEMOGLOBIN A1c                                8.7 H        % TOTAL HGB                       AT

    REFERENCE RANGE
        NON-DIABETIC: < 6.0%


        >> END OF REPORT - FARROW, DEAN AT188566F <<



INDICATES TESTING SITE SEE REVERSE SIDE

P. O. BOX 2               PATIENT NAME
MT. MEIGS, AL 36057       *Tarrow, Dean*

PRISON ID
*111-719*

DATE SUBMITTED
*6/5/02*

East #39

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY (1+2) | ✓ NR | NEGATIVE (NEG) | |
| RPR | ✓ NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5 - pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"   These results are unreliable due to the age of the specimen.
"H"   These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289                WAYNE D. MERCER, PHD
                                        LABORATORY DIRECTOR

**LABORATORY REPORT**

```
7186921   AREA/ROUTE/S.JP: QCSG000
EASTERLING CORRECTIONAL FACILI
200 WALLACE DR
CLIO, AL 36017-2613
```


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | NG | | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0367223 | AT579570B | | 01162002 | 01172002 | 01172002 | 8:21AM |

REMARKS                                                                 EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: NG
HEMOGLOBIN A1c                              7.3 H      % TOTAL HGB                    AT

    REFERENCE RANGE
        NON-DIABETIC: < 6.0%


        >> END OF REPORT - FARROW, DEAN AT579570B <<



1                                                            !INDICATES TESTING SITE SEE REVERSE SIDE

# UA DIPSTICK REPORT

NAME Farrow Dean   AIS# 114919

D.O.B. [redacted]   R/S B/m

DATE 8-11-01   TIME 1050

APPEARANCE yellow   CLARITY cl.

SPECIFIC GRAVITY 1.020

LEUKOCYTES 0

NITRATE 0

PH 5

PROTEIN trace

GLUCOSE 0

KETONE 0

UROBILINOGEN 0

BILIRUBIN 0

BLOOD 0   HEMOGLOBIN

NURSE [signature]   MD [signature]

LABORATORY REPORT




7186921  AREA/ROUTE/S.OP: QCSG000
EASTERLING CORRECTIONAL FACILI
200 WALLACE DR
CLIO, AL 36017-2613

**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | 49 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 6652685 | AT717127W | | 07202001 1145A | 07202001 | 07212001 | 8:17AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| | Date of Birth: ███ | | | | | |
| | BASIC METABOLIC PANEL | | | | | AT |
| | GLUCOSE, FASTING | | 291 H | MG/DL | 65-109 | |
| |     IMPAIRED: | 110-125 | | | | |
| |     DIABETES: | >125 | | | | |
| | UREA NITROGEN (BUN) | 10 | | MG/DL | 7-25 | |
| | CREATININE | 1.3 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 | |
| | SODIUM | | 131 L | MMOL/L | 135-146 | |
| | POTASSIUM | 4.5 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | | 97 L | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 22 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.7 | | MG/DL | 8.5-10.4 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | AT |
| | WHITE BLOOD CELL COUNT | 6.4 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 5.55 | | MILL/MCL | 4.40-5.80 | |
| | HEMOGLOBIN | | 13.2 L | G/DL | 13.8-17.2 | |
| | HEMATOCRIT | | 40.1 L | % | 41.0-50.0 | |
| | MCV | | 72.2 L | FL | 80.0-100.0 | |
| | MCH | | 23.7 L | PG | 27.0-33.0 | |
| | MCHC | 32.8 | | G/DL | 32.0-36.0 | |
| | RDW | 13.6 | | % | 9.0-15.0 | |
| | PLATELET COUNT | 259 | | THOUS/MCL | 130-400 | |
| | ABSOLUTE NEUTROPHILS | 3142 | | CELLS/MCL | 1500-7800 | |
| | NEUTROPHILS | 49.1 | | % | | |
| | ABSOLUTE LYMPHOCYTES | 2182 | | CELLS/MCL | 850-4100 | |
| | LYMPHOCYTES | 34.1 | | % | | |
| | ABSOLUTE MONOCYTES | 589 | | CELLS/MCL | 200-1100 | |
| | MONOCYTES | 9.2 | | % | | |
| | ABSOLUTE EOSINOPHILS | 461 | | CELLS/MCL | 50-550 | |
| | EOSINOPHILS | 7.2 | | % | | |
| | ABSOLUTE BASOPHILS | 26 | | CELLS/MCL | 0-200 | |
| | BASOPHILS | 0.4 | | % | | |
| | HEMOGLOBIN A1c | | >18.0 H | % TOTAL HGB | < 6.5 | AT |
| | | VERIFIED BY REPEAT ANALYSIS | | | | |

>> REPORT CONTINUED ON NEXT PAGE - FARROW,DEAN AT717127W <<

**LABORATORY REPORT**

```
7186921  AREA/ROUTE/S.OP: QCSG000
EASTERLING CORRECTIONAL FACILI
200 WALLACE DR
CLIO, AL 36017-2613
```



Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 |  | 49 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 7818054 | AT445287X |  | 08212001 | 08222001 | 08232001 | 4:56AM |

REMARKS                                                                 EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | Date of Birth: ▉▉▉▉ |  |  |  |  |  |
|  | HEMOGLOBIN A1c |  | 16.0 H | % TOTAL HGB | < 6.5 | AT |

THE AMERICAN DIABETES ASSOCIATION RECOMMENDS
THAT THE GOAL OF THERAPY SHOULD BE A HEMOGLOBIN
A1C OF < 7% AND THAT PHYSICIANS SHOULD REEVALUATE
THE TREATMENT REGIMEN IN PATIENTS WITH HEMOGLOBIN
A1C VALUES CONSISTENTLY > 8%.

```
            >> END OF REPORT - FARROW,DEAN AT445287X <<
```

*High A₁c > 18   7/26/01*

1                                                       INDICATES TESTING SITE SEE REVERSE S

```
                    ALABAMA DEPARTMENT OF PUBLIC HEALTH
                         BUREAU OF CLINICAL LABORATORIES
                              8140 UNIVERSITY DRIVE
                         MONTGOMERY, ALABAMA  36124-4019
                              PHONE: (334) 260-3400


PATIENT: FARROW DEAN                        LAB NO: 2517
UMP NO.: 05X111719                          DATE COLLECTED: 10/30/00
DOB: 04/26/59  SEX: M  RACE: BLACK          DATE RECEIVED:  110600
CLINIC: CORR                                DATE REPORTED:  11/06/00
PHYSICIAN:
PROVIDER: EASTERLING
===================================================================
TEST NAME           RESULT   FLAG    NORMAL RANGE    UNITS    GRAPH
===================================================================
AST/SGOT              31              0 - 38          U/L      *
===================================================================
COMMENTS:                                   ORIGINAL REPORT DATE:
                                                  11/06/00




REVIEWED BY: RGL                            Page 1 of 1
```

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL LABORATORIES
8140 UNIVERSITY DRIVE
MONTGOMERY, ALABAMA 36124-4018
PHONE: (334) 260-3400

PATIENT: FARROW DEAN
UMR NO.: 03X111719
DOB: ███     SEX: M   RACE: BLACK
CLINIC: CORR
PHYSICIAN:
PROVIDER: EASTERLING

LAB NO: 24447
DATE COLLECTED: 09/11/00
DATE RECEIVED: 091400
DATE REPORTED: 09/14/00

| TEST NAME | RESULT | FLAG | NORMAL RANGE | UNITS | GRAPH |
|---|---|---|---|---|---|
| AST/SGOT | 37 | | 0 - 37 | U/L | [ * ] |

COMMENTS:

ORIGINAL REPORT DATE: 09/14/00

REVIEWED BY: RGG

Page 1 of 1

**LabCorp**

| | | |
|---|---|---|
| 165-397-0385-0 | FINAL | 06/14/00  09:10 |

Additional Information
DOB:
CD- 51274870208

| Patient Name | Sex | Age (Yr./Mos.) |
|---|---|---|
| FARROW, DEAN | M | 048/01 |

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 06/13/00 | 06/13/00 | 06/14/00 | 4990 |

Physician I.D.: DARBOUZE
Patient ID: 111719
Account: EASTERLING CORRECT. FACILITY   01303155
CORRECTIONAL MEDICAL SERVICES   02
200 WALLACE DRIVE   02
CLIO, AL  36017-0000
334-397-4471   ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP12+8AC | | | | | |
| CHEMISTRIES | | | | | MB |
| Glucose, Serum | 78 | | mg/dL | 65 - 109 | MB |
| Uric Acid, Serum | 6.4 | | mg/dL | 2.2 - 8.7 | MB |
| BUN | 13 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.4 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 9 | | | | |
| Sodium, Serum | 138 | | mEq/L | 135 - 148 | MB |
| Potassium, Serum | 4.5 | | mEq/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | | mEq/L | 96 - 109 | MB |
| Calcium, Serum | 9.5 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.6 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.2 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 4.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | LO | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 66 | | IU/L | 25 - 150 | MB |
| LDH | 157 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 33 | | IU/L | 0 - 45 | MB |
| ALT (SGPT) | 35 | | IU/L | 0 - 50 | MB |
| GGT | 64 | | IU/L | 0 - 85 | MB |
| Iron, Serum | 75 | | mcg/dL | 40 - 180 | MB |
| LIPIDS | | | | | MB |
| Cholesterol, Total | 172 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 141 | | mg/dL | 0 - 199 | MB |

LAB: MB LABCORP BIRMINGHAM           DIRECTOR: CONTACT   LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 334-792-0902  LAB: 205-581-3500
                      LAST PAGE OF REPORT

©1997 Laboratory Corporation of America™ H
All Rights

REPORT

# UA DIPSTICK REPORT

NAME **Farrow, Dean**    AIS# **1111719**

D.O.B. ~~[redacted]~~    R/S **B/m**

DATE **6/13/00**    TIME **0745**

APPEARANCE **Yellow**    CLARITY **Clear**

SPECIFIC GRAVITY **1.015**

LEUKOCYTES **0**

NITRATE **0**

PH **5**

PROTEIN **0**

GLUCOSE **0**

KETONE **0**

UROBILINOGEN **0**

BILIRUBIN **0**

BLOOD **0**    HEMOGLOBIN _____

NURSE **D Baker (?)**    MD **[signature]**

# Receipt for Medical Product

Inmate Name: Farrow, Dean     7B64          ID No.: 111719

Institution: Easterling Correctional Facility

Medical Product: Eye Glasses

Date Received: 8/22/01

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Dean E. Farrow_
Inmate Signature

_[signature]_
Signature of Healthcare Staff Dispensing Product

Receipt for Medical Product

NC023

# INSTITUTIONAL EYE CARE
P.O. Box 390
Lewisburg, PA 17837
(570) 523-3493
FAX (570) 524-2817

| PATIENT | FARROW, DEAN | | | DATE | 8/13/01 | |
|---|---|---|---|---|---|---|
| NUMBER | 111719 | | | INSTITUTION | EASTERLING CORR FAC | |

| | SPHERE | CYLINDER | AXIS | PRISM | | BASE |
|---|---|---|---|---|---|---|
| OD | 3.00 | 0.00 | 0 | 0 | | |
| OS | 2.75 | 0.00 | 0 | 0 | | |
| | ADD | HEIGHT | DIST PD | NEAR PD | | |
| OD | 2.25 | 24 | 67 | 64 | | |
| OS | 0.00 | 0 | 0 | 0 | | |

LENS COLOR/COATINGS    Clear

| FRAME | NICK | STYLE | EST | FRAME COLOR | GREY |
|---|---|---|---|---|---|
| EYE SIZE | 52 | DROP BALL | | FINAL INSPECTION | |

LENSES:         $19.75
FRAME:          $3.75
OVERSIZE:       $0.00
TINT/PGX:
POLYCARB:       $0.00
DIOPTERS:       $0.00
PRISM:
CASE:           $0.00
OTHER:

S/H:            $1.35
TOTAL DUE ($):  $24.85

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, [illegible] the lenses or spectacle frame to contact the

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request: 8/3/01 |
|---|---|---|
| Bradford | Darbouze | 7/00/ |

**Reason For Request:** (Complaints and Finding)

Per MD

**Past History**

Old Rx  Yes
Signature

Type of Consult  ☐ Emergency  ☐ Routine

## CONSULTATION REPORT

Subjective: OD 20/70
OS 20/40

OPHTH: 20% c/d / no BDR noted

New Rx: OD
OS
Seg. Ht. 24

Ext:
Date Dispensed & Initials:

Seg. Type: +300
+275 / +225 add 67/64

IDP & Time:

Frame:
Size:
Color:

52/18/145

_____ MS 8/3/01
OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Farrow | Dean | | 49 | B/M | 111719 |

F-65 Rev. (1-95)

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request |
|---|---|---|
| Dr. Kinnard | Motrieny | 7/18/03 |

**Reason For Request: (Complaints and Finding)**  119 - PD65
OD +1.25 -0.25 18
OS +0.50 -0.25 30

DM

**Past History**

**Old Rx**

**Signature**

**Type of Consult**  ☐ Emergency  ☐ Routine

## CONSULTATION REPORT

**Subjective:**  OD 70/7   OS 70/70  c glaucoma

**OPHTH:** 10/9d / WNL / ∅ BDR

**New Rx:** OD
OS   Seg. Ht. (25)

**Ext:**
**Date Dispensed & Initials:**

**Seg. Type:** +1.25
+0.75 / +2.50 add 65/62

**IDP & Time:**

**Frame:**
**Size:**
**Color:**

52/18/145

7/18/03

**OPTOMETRIST'S SIGNATURE**

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Jarrow  Oran | | | 31 | Blm | 111717 |

F-65 Rev. (1-95)

# ADMINISTRATION RECORD — NaphCare

## MEDICATIONS

730888 GLYBURIDE 5MG          07/30/01
TAKE 2 TABLETS BY MOUTH TWICE A
DAY FOR 90 DAYS KEEP ON PERSON
Stop: 10/18/01

YA
YP

KOP #118 92701

CHARTING FOR: 10/01/01
THROUGH: 10/31/01

Physician: Darbouze
Allergies: NKA

*** END OF MAR ***

Patient: BARROW, DEAN
Patient Code: 111719
Inmate No.: 111719-EC

Complete Entries Checked By: [signature] Scott    Title: LPN    Date: [illegible]

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| 730888 GLYBURIDE 5MG  07/20/01<br>TAKE 2 TABLETS BY MOUTH TWICE A<br>DAY FOR 90 DAYS KEEP ON PERSON<br>Stop: 10/18/01 | | KOP4/4p  #60 82501  CBm/LH  9/27/01 H 11 8give Dens Jan |
| 733665 GLUCOPHAGE 500MG TABLET  07/27/01<br>TAKE 1 TABLET BY MOUTH TWICE A<br>DAY FOR 90 DAYS KEEP ON PERSON<br>Stop: 10/25/01 | | see new order |
| Glucophage 500mg ÷<br>QD x 90 days<br>82001-112001 | 4A | ) DC'd 8/30/01 |

CHARTING FOR 09/01/01 THROUGH 09/30/01

Physician: Darbouze
Alt. Physician:
Allergies: NKA

Inmate No. 11171

By: [signature]  Title: LPN  Date: 8%

# MEDICATION ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | Days 1–31 |
|---|---|---|
| Diabeta 10mg BID x 90 days 7/19/01–10/19/01 Darbouze | 4A / 4P | Written 8/25/01 #60 given |
| metformin 500mg po bid x 90d 07/26–10/26/01 | 4A / 4P | Order D/C 8/20/01 #57 given |
| ↑ Metformin to qd x 90 days 500mg 8/20/01 – 11/20/01 | 4A | DC'd 8/30/01 |

Charting for: Aug 01
Physician: Darbouze
Allergies: NKA
Title: LPN   Date: 7/24/01
Patient: Farrow Dean
Patient Code: 111719
Facility: ECF

# MEDICATION ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| ulcolox ī QHS Darbouze x 2 day 7/001 - 7/H/01 | 4P | |
| Diabeta 10mg ī BID Darbouze x 90D 7/19/01 - 10/19/01 | 4A / 4P | |
| Metformin 500mg ī po BID x 90 days 7/26 - 10/26 | 4A / 4P | Dean E Farrow #97 kop 7-31-01 |

CHARTING FOR: July 01
Physician: Darbouze
Allergies: NKA

Complete Entries Checked By: J Scott   Title: LPN   Date: 7/10/01

PATIENT: Farrow Dean
PATIENT CODE: 111719
FACILITY COD: ECF