# MEDICATION ADMINISTRATION RECORD


NaphCare

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| D/C Albuterol MDI 6/20/01 | | |
| Zinactin CR to feet Bid x 7d. 6/20/01 | KOP | (marks around 21-22, 26-27) |
| Immodium 2mg po Bid x 2d. PRN 6/20 - 6/22/01 | 4A 4P | (marks around 21-22) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR June 2001   THROUGH

Physician: Dr. Bourre

Allergies: NKDA

PATIENT: Farron Dean
PATIENT CODE: 111719
ROOM NO: POP
FACILITY COD: East

# MEDICATION ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol inhaler "ii" puffs qid x 90d. 02/10 - 05/11/01 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 04-01-01  THROUGH 04-30-01

Physician:
Alt. Physician:
Allergies: NKDA

Medicaid Number:  Medicare Number:  Complete Entries Checked By:  Title:  Date:

PATIENT: Farrow, Dean
PATIENT CODE: 111719
ROOM NO:
BED:
FACILITY CODE: EsLL

# MEDICATION ADMINISTRATION RECORD

SR:17429

**Facility:** 2 0441- EASTERLING CORR. FAC.  **CC#:** _____  **MONTH** 03/01/2001

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** BEGIN PRN MEDS SECTION ** <br> ****** PRN MEDS ****** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INH ALBUTEROL INHALER 90MCG (17GM) <br> 2 PUFFS FOUR TIMES DAILY AS NEEDED FOR 90 DAYS <br> >>> SHAKE WELL <<< <br> #A002879 Dr. DARBUZE, JEAN MD <br> START 02/10/01  STOP 05/11/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**DOB/INMATE #:** / /  111719

**LOCATION:** 0441- MAIN

**NAME:** FARROW, DEAN

CMS # 3150 REV 8/98

# MEDICATION ADMINISTRATION RECORD

**Facility:** Easterling  **CC#:** _____  **MONTH** Feb 2006

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | ... | 31 |
|---|---|---|---|---|---|---|---|

Albuterol Inhaler 1 puff QID PRN x90 D
1/25 - 2/25 Discharge
Proventil Inhaler 1 puff QID PRN x90 D
2/9 - 5/10 D/C

See new MAR

**ALLERGIES:** NKA  **DOB/INMATE #:** 111719  **LOCATION:** Pop  **NAME:** [signature]

# MEDICATION ADMINISTRATION RECORD

**Facility:** Easterling    **CC#:** _____    **MONTH** Jan 2001

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL INHALER 4 puffs QID PRN × 30 days 1/29/00 – 2/28/01 Dark | | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** NKA

**DOB/INMATE #:** 1/17/19

**LOCATION:** PCG

**NAME:** Farrow, Dew

CMS # 3150 REV 8/98    CORRECTIONAL MEDICAL SERVICES

# MEDICATION ADMINISTRATION RECORD

EXHIBIT A-5

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | | |
|---|---|---|---|
| ENTERIC COATED ASPIRIN 325MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY AND NOT<br>CRUSH* *KEEP ON PERSON*<br>RX: 4790183 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 11/12/2003  STOP - 12/27/2003 | | See New Order | |
| GLYBURIDE (DIABETA) 5MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 4790188 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 11/12/2003  STOP - 04/06/2004 | ✓ | 12/27 # 120  Dean E. Janney, 111719<br># 120  11-17-03 | |
| ASA EC 325 mg ÷ p.o.<br>QD x 180 days top<br>11/27/03 – 5/27/04  Darbouze | ✓ | 12/27 #3 Dean E. Janney, 111719<br># 30  11-17-03 | |
| Tymathin CK bid x 14<br>days<br>12/5/03 – 12/19/03  Darbouze/E | | X Dean E. Janney, 111719 | |
| TAO Bid x 14d.<br>12/15 – 12/29 | KOP | → <br>1 tube 12-17-03 Dean E. Janney, 111719 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2003  THROUGH 12/31/2003
Physician: DARBOUZE M.D. (MED D, JEAN ALFRED
Alt Physician:
Allergies: NO KNOWN DRUG ALLERGY

Complete Entries Checked By: L. Ewing   Title: LPN   Date: 11/27

# MEDICATION ADMINISTRATION RECORD





**22130 ASPIRIN EC 325MG TB 325 MG TAB**
Start: 07/01/03   Stop: 12/27/03
TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON

**276836 GLYBURIDE 5 MG TAB**
Start: 10/10/03   Stop: 04/06/04
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS KEEP ON PERSON

CHARTING FOR 11/01/03 THROUGH 11/01/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician: Barbour
Allergies: NKA

FARROW, DEAN
Inmate No. 111719-AL0
Patient Code: 111719
Date: 11-2-03

# MEDICATION ADMINISTRATION RECORD 

| MEDICATIONS | | |
|---|---|---|
| .22130 ASPIRIN EC 325MG TB 325 MG TAB<br>Start: 07/01/03  Stop: 12/27/03<br>TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON | 4A<br>KOP | #30 8-20-03 |
| 232882 GLYBURIDE 5 MG TAB<br>Start: 07/23/03  Stop: 10/20/03<br>TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON | | See new order |
| Glyburide 10mg PO<br>BID x 150 days<br>Daibuze 9/28 - 3/28/04 | 4A<br>4P<br>KOP | #120 9-2-03   Dr. ... 10/16/...  #120 10/16/... |

CHARTING FOR **10/01/03**  THROUGH **10/01/03**

Physician: Daibuze
Alt. Physician:
Allergies: NKA

Inmate No. 111719-AL0

Complete Entries Checked By: C. Hathaway  Title: LPN  Date: 9/28

FARROW, DEAN
111719

# MEDICATION ADMINISTRATION RECORD




- 22130 ASPRIN EC 325MG TB 325 MG TAB
  Start: 07/01/03  Stop: 12/27/03
  TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 180 DAYS KEEP ON PERSON

- 232882 GLYBURIDE 5 MG TAB
  Start: 07/23/03  Stop: 10/20/03
  TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON

HC Cream Bid x14d.

9/17 - 9/30

CHARTING FOR: 09/01/03
THROUGH: 09/01/03
Physician: Dr. Darbouc
Allergies: NKA

FARROW, DEAN

Inmate No. 111719-AL0
111719

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | |
|---|---|
| EC ASA 325mg 1 qd x180d | #34 7/15/03  #30 8/28/03 |
| 6/29/03 → 12/29/03 | |
| Diabeta 10mg b.i.d x90dp kp | #180 7/29/03 |
| 7/25/03 → 10/24/03 Darboze | |
| Bactrim DS — p.o. b.i.d x7 days | |
| 8/4/03 — 8/11/03 Darboze/ee | |
| Rifampin 300mg — p.o. b.i.d x7 day | |
| 8/4/03 — 8/11/03 Darboze/ee | |
| Tylenol 325mg #1 p.o. t.i.d prn x7days | |
| 8/4/03 — 8/11/03 Darboze/ee | |

STARTING FOR: 8/1/03
THROUGH: 8/31/03
Physician: Dr. Darboze
Allergies: NKA

Inmate No. 11119

Farrow, Doan

Complete Entries Checked By: McKinnon  Title: LE

# MEDICATION ADMINISTRATION RECORD


NaphCare

90704 GLYBURIDE 5 MG TAB
Start: 05/01/03   Stop: 07/29/03
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON

EC ASA 325mg ½ po
qd x 180d.
6/29 – 12/29

Diabeta 10mg b.i.d x
90dy kop
7/29/03 → 10/29/03 Darbouze

KOP #120 6/25/03 See New Ord

KOP #30 7/8/03

#120 6/25
7/29/03 #120 Dead E. Farrow, P 111719

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/03   THROUGH 07/01/03
Physician: Darbouze
Allergies: NKA

Inmate No. 11171

Complete Entries Checked By: SBush   Title: LPN

111719

# MEDICATION ADMINISTRATION RECORD



**90704 GLYBURIDE 5 MG TAB**
Start: 05/01/03   Stop: 07/29/03
TAKE **TWO TABLET(S)** TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON

KOP

#120 5/14/03      #120 6/25/03

EC ASA 325mg - PO qd
X 180 days
5/30/03 → 11/31/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **06/01/03**   THROUGH **06/01/03**

Physician: Danbouze
Alt. Physician:
Allergies: **NKA**

Inmate No. **111719-AL**

FARROW, DEAN

Complete Entries Checked By: B Bracewell   Title: LPN   Date: 5/2?

111719

# MEDICATION ADMINISTRATION RECORD 

**159696 GLYBURIDE 5 MG TAB**
Start: 02/27/03  Stop: 05/27/03
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON

*See New order*

Bactrim DS 1 po BID x 10 day
4-29-03 → 5-9-03

Rifampin 300mg po BID x 10 days
4-29-03 → 5-9-03

Tinactin cream topically BID x 10 day
4-29-03 → 5-9-03

Diabeta 10mg b.i.d. x 90 days po
4/14/03 → 7/13/03  Darborn

EC ASA 325mg ½ po qd x 180 days
5/30/03 – 11/30/03

CHARTING FOR 05/01/03    THROUGH 05/01/03

Allergies: NKA

Inmate No. 111719-AI

PATIENT: FARROW, DEAN    111719

# MEDICATION
# ADMINISTRATION RECORD



**142805 AMITRIPTYLINE 50 MG TAB**
Start: 02/01/03  Stop: 04/01/03
TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 60 DAYS

**159696 GLYBURIDE 5 MG TAB**
Start: 02/27/03  Stop: 05/27/03
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON

Bactrim D/S T po BID x 10 days
4-29-03 → 5-9-03

Rifampin 300mg po BID x 10 days
4-29-03 → 5-9-03

Tinactin cr. topically BID x 10 days
4-29-03 → 5-9-03

CHARTING FOR 04/01/03  THROUGH 04/01/03
Physician: Dr. Darbouze
Alt. Physician:
Allergies: NKA

FARROW, DEAN

Inmate No. 111719-AL

111719



# MEDICATION ADMINISTRATION RECORD



**114534 GLYBURIDE 5 MG TAB**
Start: 11/26/02   Stop: 02/19/03
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON RX902049

Diabeta 10mg b.i.d x 90 days
1/28/03 → 4/28/03 Dr. Barbour

Elavil 50mg PO qhs x 60 days
Sanders 1/30 - 3/30

Neosporin Opth. Soln.
2 gtts. OU QID x 7 days
2/8/03 - 2/15/03 Barbour

Charting: 02/01/03    Through: 02/01/03
Physician: Dr. Barbour
Allergies: NKA

Patient: FARROW, DEAN
Inmate No. 111719

# MEDICATION ADMINISTRATION RECORD



2047 GLYBURIDE TAB 5MG
11/21/02
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 90 DAYS KEEP ON PERSON
Stop: 02/19/03
DC Darbour

Elavil 50mg po qh
x 6wk
Tren a
12/19/02 – 1/30/03 Dr. Vandarba

Tinactin Cream to ft
BID x 7d KOP

Darvozye 1-6/1-13
EES 500mg po TID
x 10d

Darvozye 1-6/1-16
Elavil 50mg po qhs
x 60d.
1/30 – 3/30 Sanders/SB

CHARTING FOR 01/01/03 THROUGH 01/21/03
Physician: Dr Darbou
Allergies: NKA
Inmate No. 111712-E

# MEDICATION ADMINISTRATION RECORD

 NaphCare

394711 GLYBURIDE TAB 5MG  10/28/02
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 90 DAYS KEEP ON PERSON
Stop: 01/26/03

K / O / P   #120  12/12/02  Deon Eftanga Tamara
#120 11/8/02

TCN 500mg t.i.d x 7 days
11/25/02 → 12/2/02  Dr. Darbouze
4A / 9A / 4P

Tinactin cream b.i.d x 14 days
11/25/02 → 12/8/02
K / O / P   Give 11/25/02

Visturil 50mg b.i.d prn x 5 days
12/2/02 → 12/7/02  Dr. Darbouze
4A P / 4P

Elavil 50mg PO hs x 6 wks (then D/C)
12-19-02 – 1-30-03  Sanders
4P

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/02   THROUGH 12/31/02
Physician: Dr. Darbouy
Allergies: NKA
Inmate No: 111719

Complete Entries Checked
By: N. McKinnon   Title: L   Date: 11/29

111719   Pop

# MEDICATION ADMINISTRATION RECORD



2309 GLYBURIDE TAB 5MG
08/23/02
TAKE 2 TABLETS TWICE A DAY FOR
90 DAYS KEEP ON PERSON
Stop: 11/21/02

See New order

Diabeta 10mg b.i.d
x 90 days Kop
10/27/02 → 1/27/03 Dr. Darbouze

# 120 tabs  See New Order
# 60 10/27/02   11/8/02

Diabeta 5mg # b.i.d
x 90 days
11-20-02 → 2-20-03 Dr Darbouze

TCN 500mg PO TID
x 7 days
11/25 - 12/2

Tylenol 325mg iii PO
BID PRN x 3 day
11/26/02 → 11/29/02

Tinactin cream BID
x 14 days
11/25 - 12/8

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING OF 11/01/02 THROUGH 11/30/02
Physician: Dr. Darbouze
Allergies: NKA   NKA
Inmate No. 111715-EC

Complete Entries Checked
By: S McKinnon   Title: LP   Date: 10/27/

TARPON, DEAN   111715   pop Ew

**MEDICATION ADMINISTRATION RECORD** 

EXHIBIT A-6

872309 GLYBURIDE TAB 5MG
08/23/02
TAKE 2 TABLETS TWICE A DAY FOR 90 DAYS KEEP ON PERSON
Stop: 11/21/02

KOP
#120  083002

CHARTING 10/01/02  THROUGH 10/31/02

Allergies: NKA

Inmate No: 111719

FARROW, DEAN  111719