# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabeta 10mg po BID X 90d KOP 8/22/02 to 11/22/02 Daibouz | KOP 4A 4P | #120 (8-30-02) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-01-02 THROUGH 9-30-02

Physician Daibouz

Alt. Physician

Telephone Number

Alt. Telephone

Inmate No.

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: B. Luke Title: RN Date: 8/31/02

PATIENT

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

807780 GLYBURIDE TAB 5MG
02/18/02 4A 4P
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON
Stop: 08/17/02
KOP #56 7/8/02 See New Order

Diabeta 5mg ii po Bid
07/31/02-10/31/02 Darbouze
KOP 4A 4pm
#56 7/8/02 #58 8-6-02 See New Order
Dean E. Farrow 111719

Diabeta 10mg b.i.d x 90 days Kop
8/22/02 → 11/22/02 Dr. Darbouze
K O P #58 8/6 #120 8/30/02

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/02 THROUGH 08/31/02

Physician Dr. Darbouze

Alt. Physician

Telephone No.

Inmate No. 11171

Allergies NKA NKA

Alt. Telephone

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: J. Dravin Title: LPN Date: 7/29/

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO.

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807780 GLYBURIDE TAB 5MG 02/18/02 TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON Stop: 08/17/02 | KOP 4A 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tinadin Brown 062102-070502 | KOP 4A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/02 THROUGH 07/31/02

Physician

Alt. Physician

Allergies NKA NKA

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Inmate No. 11171

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: RN Date 06/24

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO.

BED

FACILI

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807780 GLYBURIDE TAB 5MG 02/18/02 TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON Stop: 08/17/02 | 4A 4p | #59 5-4-02 / #57 dose 6-5-02 / Dean E Farrow / LE | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Tinactin BID ? feet x 2wks 6-21-02 | KOP | | | | | | | | | | | | | | | | | | | | | | DO given | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/02 THROUGH 06/30/02

Physician Darbouze

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Inmate No. 11171

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: LPN Date: 5-31

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO.

BED

FACILITY EA

*** END OF MAR ***

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807780 GLYBURIDE TAB 5MG 02/18/02 TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON Stop: 08/17/02 | KOP 4A | A | A | A | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

5/14/02 4A KOP AA # 59 doses Dean Edwards 111719 - 59

# 60 doses 03/29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/02 THROUGH 05/31/02

Physician: Dr. Darbouze

Alt. Physician

Allergies: NKA

Telephone No.

Alt. Telephone

Inmate No. 11171

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: LPN Date: 4/2

PATIENT: FARROW, DEAN

PATIENT CODE 111719

ROOM NO. DOM

BED

FACILI EA

# MEDICATION ADMINISTRATION RECORD

MEDICATIONS | HOUR | 1–28

807780 GLYBURIDE TAB 5MG
02/18/02
TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON
Stop: 08/17/02

KOP
4A
4P

#60 doses 03-29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/02 THROUGH 04/30/02

Physician Dr Darbey

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Inmate No. 11171

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: LPN Date: 3/25

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO.

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807780 GLYBURIDE TAB 5MG<br>02/18/02<br>TAKE (2) TABLETS BY MOUTH TWICE A DAY FOR 180 DAYS KEEP ON PERSON<br>Stop: 08/17/02 | KOP<br>4A<br>4p | Dean E. Farrow<br>#60 doses 3-29-02<br>#60 2/20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/02 THROUGH 03/31/02

Physician Darbouze

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Inmate No. 11171[illegible]

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: Stacy Starlis Title: Lpn Date: 2/28/[illegible]

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO.

BED

FACILITY Eas[illegible]

# IEDICATION
# DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Diabeta 5mg ÷ PO Bid x 90 013002-043002 | 4A<br>4P | DC / See Below |
| Diabeta 10mg po bid x 180d. 2/16-08/16/02 | KOP 4A<br>4P | → (days 1–16) # 60 doses ... 2/20/02 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR Feb 1-28 THROUGH 2002

hysician Danbruze

lt. Physician

llergies NKA

Telephone Number

Alt. Telephone

Inmate No.

Rehabilitative Potential

iagnosis

edicaid Number | Medicare Number | Complete Entries Checked By: [signature] | Title: | Date: 013002

ATIENT [illegible] | PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

MEDICATIONS | HOUR

769857 GLYBURIDE TAB 5MG
11/01/01
TAKE (2 TABLETS) BY MOUTH TWICE A DAY FOR 90 DAYS KEEP ON PERSON
Stop: 01/30/02

4A
4P
P

#120 given 120701

#59 doses given kop 1/15/02 Dean E Farrow

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/02 THROUGH 01/31/02

Physician

Alt. Physician

Allergies NKA

Inmate No. 111719

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked

By:

Title:

Date:

PATIENT FARROW, DEAN

111719

# MEDICATION ADMINISTRATION RECORD

MEDICATIONS | HOUR | 1–28

769857 GLYBURIDE TAB 5MG

11/01/01 4A 4P

TAKE (2 TABLETS) BY MOUTH TWICE A DAY FOR 90 DAYS KEEP ON PERSON

Stop: 01/30/02

DB # 60 given Dean E. Farrow #111719

#59 11501

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/01 THROUGH 02/28/80

Physician

Telephone No.

Inmate No. 11171

Alt. Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked

By: Title: Date:

PATIENT FARROW, DEAN

PATIENT CODE 111719

ROOM NO. BED FACILI

# ...DICATION ...MINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabeta 10mg BID x 90 days ...3101-1-31-01 | 4A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Handwritten across the first row of the grid: K 4A Apep[illegible] 4P [illegible] # 59 doses given [illegible] kop 11/5/01 [illegible]

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: [illegible] THROUGH

Physician: Darbouze

Alt. Physician

Allergies: NKA

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: J Scott

Title: LPN

Date: 10...

PATIENT CODE: 111719

ROOM NO.

BED

FACI...

PATIENT: [illegible] Dean

NAME Farrow, Deen
AIS# 111719
DATE 05/06/00
FACILITY Easterly
SIG. T.B. Skin test.
DISCONTINUE
CONTINUE
INCREASE
Physician Signature: VO Dr. Darbone
DECREASE

NAME Farrow, Dean
AIS# 111719
DATE 4-1-00
FACILITY Easterling
SIG. Albuterol Inh. II puffs qid Prn. X 90 days Kop
DISCONTINUE
CONTINUE
INCREASE
Physician Signature: V Dr. Darbone / Flennon
DECREASE

NAME Farrow, Dean
AIS# 111719
DATE 12-18-99
FACILITY Easterling
SIG. Albuterol Inh. II puffs qid X 90 days Kop
DISCONTINUE
CONTINUE
INCREASE
Physician Signature V Dr. McWhorter / Flennon
DECREASE

NAME Farrow, Dean
AIS# 111719
DATE 111755
FACILITY Easterling
SIG. Rp to Card
DISCONTINUE
CONTINUE
INCREASE
Physician Signature:
DECREASE

noted 11/17/99 10:20am

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12/2/02 | | Wt. ~~172~~ 221 B/p - 130/80 P-80 R16 | |
| | | F/U CBG 99 | |
| | | Pt. is 53 y/o seen 1 week ago with scalp | |
| | | abscess and Tinea pedis. Is here today for | |
| | | f/u. Doing well - c/o [illegible] itching | |
| | | [illegible] [illegible] and [illegible] | |
| | | [illegible], [illegible] | |
| | | Lungs: CTA. Heart: [illegible] | |
| | | Skin: - healed abscess on [illegible] [illegible] | |
| | | - abrasion, on R leg | |
| | | No papules on [illegible] | |
| | | A/ Scalp abscess healed. | |
| | | Tinea [illegible] | |
| | | P/ [illegible] [illegible] [illegible] x 3 days | [illegible] |
| 12/26/02 | | Refused MD appt. | S. Bush [illegible] |



**PHYSICIAN PROGRESS NOTES**

Patient Name Farrow, Dean I.D. # 111719 Institution Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/3/01 | 5:20AM | Results of QOD Accucheck X 2 days: | |
| | | 8/31/01 3:30 AM = 84 3:30 PM ___ | |
| | | 9/2/01 3:30 AM = 98 3:30 PM 77 | |
| 9/4/01 | | Wt- 209 lbs T- 98.4 P- 88 R- 14 B/P 130/92 CBG 170 | E [illegible] |
| | | F/U | |
| 9/4/01 | 12:40 P | P- Refused too see M.D. See waiver. | [illegible] |
| 6/21/02 | | S- CCC- Dx DM Type 2 | |
| | | O- Skin: mild maceration of skin bet. toes | |
| | | (+) Scabbing of spots on toes Ø drainage | |
| | | (+) pruritis | |
| | | > See CCC sheet for assessment notes < | |
| | | > Extensive diet teaching done < | |
| | | A/P - (1) DM - Improving | |
| | | - HgbA1c pending | |
| | | - cont current POC | |
| | | (2) T. Pedis | |
| | | - Tinactin BID to feet | |
| | | X 2 wks (KOP) | |
| | | [signature] | |

CMSAL-001

NaphCare

# PHYSICIAN PROGRESS NOTES

Patient Name: Farrow, Dean I.D. # 111719 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/20/01 | 10:05 | wt 204 lbs T-96.4 P-66 R-16 B/p 114/78 CBG 145 | E Moore RN |
| | | S- "I had to stop taking the Glucophage twice a day, I dropped my blood sugar too low" (Stopped 4/18/01) | |
| | | O- Episode → hypoglycemic BS ↓ ? # checked only p̄ ate candy/cookies then ↑ to 97 mg/dl (Pt. checked on own — No body chart done) c̄ with this hypoglycemic reaction — trembling, ↑ hunger, diaphoretic. | |
| | | Pt. A/Ox3, P/m m.m. ⊖ carotid bruits. Heart RRR ⊖ m/R/G. Lungs CTA Ⓑ ⊖ w/R/R. ⊖ use of accessory muscles. ∅ barrel chest. Abd soft ND/NT, ∅ peripheral edema 2+ p. pulses | |
| | | A/P - ① ↓ Glucophage to daily dosing | |
| | | ② ✓ BS QOD x 3 days | |
| | | ③ Hgb A1c | |
| | | ④ See me in 2 wks @ 9/4/01 | |
| | | Ellen CRNP | |
| 8/29/01 | 5p | BS Results QOD x 3: 8/21/01 3:30 A 77, 3:30 P 113 | |
| | | 8/23/01 ↓ 81, ↓ 118 | |
| | | 8/25/01 ↓ 62, ↓ 82 | |
| | | L Ewing LPN | |

CMSAL-001



**PHYSICIAN PROGRESS NOTES**

Patient Name: Farrow Dean I.D. # 111719 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/26/01 | | Wt. 191 B/P 110/70 P80 R16 T97 | |
| | | for F/U CBG 335 | |
| | | Pt. here for F/U – | |
| | | Labs done 7/20/01 | |
| | | BMP WNL x Glucose ↑ 291 | |
| | | CBC WNL x slighty ↓ H+H 13.2/40.1 | |
| | | HgbA1c >18.0 | |
| | | BS check – 288/310 On Diabeta | |
| | | 308/259 ~~and Glucophage~~ | |
| | | 335/ | |
| | | O – Pt A/Ox3. P/m m.m. ⊖ Carotid bruits. | |
| | | Heart RRR ⊖ m/G/R. Lungs CTA (B) Ø W/R/R | |
| | | Ø edema 2+ p.p. | |
| | | A/P – (1) Eye Clinic Referral | |
| | | (2) Add Metformin 500mg i po BID x 90 days | |
| | | (3) √ BS BID x 5 days | |
| | | (4) Diet teaching / CCC – DM | |
| | | (5) F/U c̄ me in 1 wk | |
| | | | [signature] |
| 7/31/01 | 11AM | Results of Blood Sugar b.i.d x 5 days | |
| | | 7-27-01 3³⁰AM 176 3PM 265 7/28/01 3³⁰AM 180 3³⁰PM 104 | |
| | | 7/29/01 3³⁰AM 159 3³⁰PM 143 7/30/01 3³⁰ 108 3³⁰P 104 | |
| | | 7/31/01 3³⁰ 117 3PM ___ | |

CMSAL-001



# PHYSICIAN PROGRESS NOTES

Patient Name Farrow, Dean I.D. # 111719 Institution Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/31/01 | 11:40Am | Wt 194# BP 124/70 P 80 R-18 T-96.8 | |
| | | HY CBG 117 (3:30 Am) | |
| | | BS range: 104 — 265 mg/dl | |
| | | (7/27 — 7/31) | |
| | | A/P — Continue current POC | |
| | | [signature] | |

CMSAL-001



PHYSICIAN PROGRESS NOTES

Patient Name Tanner, Dean I.D. # 111719 Institution Easterling

| DATE | TIME | NOTES | SIGNATURE |
| --- | --- | --- | --- |
| 7/19/01 | 10:00 | Wt - 198# B/p - 110/80 T - 97.8 P - 78 R - 18 | |
| | | S/C — | |
| | | 43 [illegible] c/o constipation - 3 days ago | |
| | | Also c/o Polyuria and 15 lbs weight loss | |
| | | [illegible] Heart: [illegible] Missing teeth | |
| | | Lungs: CTA - Heart: reg [illegible] | |
| | | Abd: [illegible] Ext: N. [illegible] | |
| | | BG: 567. UA: [illegible] | |
| | A/P | DM II | |
| | | Rx - Diabeta 10 mg po BID. | |
| | | - Accucheck 3 wk | |
| | | - CBC, Chem, HgbA1c | |
| | | - f/u 7/23/01 | [signature] |

NAPHCARE

PHYSICIAN'S PROGRESS NC

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 6-20-01 | 0930 | Wt - 195# BP 130/80 P 80 R 18 T-98.4 |
| | | 49 y/o [illegible] Asthma - asymptomatic |
| | | (No SOB/wheezing). |
| | | c/o Athlete's feet and Diarrhea - No |
| | | abd pain No Melena/Hematochezia. |
| | | |
| | | [illegible] |
| | | Heart: [illegible] Lungs: CTA. |
| | | Heart, reg |
| | | Abd - [illegible] Ext: No [illegible] |
| | | Skin: [illegible] scaly rash between toes |
| | 4/ [illegible] | Tinea Pedis / Diarrhea |
| | | Plan - [illegible] |
| | | - Imodium [illegible] |
| | | [signature] |

NAME- LAST: Farrow FIRST: Dean MIDDLE: AIS #:

NC007

PHYSICIAN'S PROGRESS NOTES

CORRECTIONAL MEDICAL SERVICES

INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Farrow, Dean  I.D. # 111719  Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/28/95 | | [illegible] | |
| 11/4/99 | 1500 | P- Weight 207 lbs - L Neal LPN | |
| 11/4/99 | 1500 | P- Refer to medical Dr. VO Dr West / L Neal LPN | |
| | | noted L Neal | [illegible] |
| 11/17/95 | | [illegible] | |
| 6-26-00 | | 210# 84 140/80 - 96.8 Rash | |
| | | O- scaly - brown [illegible] rash between toes and [illegible] plantar [illegible] both feet | |
| | | A/ Tinea Pedis. | |
| | | Pl: [illegible] [illegible] [illegible] | |
| 8/9/00 | 9:35 | Wt. 216 120/80 P 218 T 98.2 CC | L Ewing |
| | | S - Injury to L chest - + Pain [illegible] cough. | |
| | | VSS - WNL. [illegible] | |
| | | Lungs: CTA Chest: + tenderness L lower [illegible] | |
| | | [illegible]: [illegible] | |
| | | feet: + scaly erythematous rash L foot | |
| | | A/ Chest wall pain / Tinea pedis | |
| | | Pl: chest x-ray / [illegible] | |

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|---|---|---|
| 12-6-01 | | P Refuses CC. See Release of liability form. No c/o voiced — [illegible] |
| 12-15-01 | 8:30Am | P- Refused CC. Release of Responsibility form sig'd — [illegible] |
| 1/12/02 | 7³⁰ Am | P- DM CCC completed. See flow sheet. TO see MD for wall Appt made — S Bushnell |
| 2/7/02 | 8Am | P- Refused Diabetic CC. Releasing Responsibility form sig'd — [illegible] |
| 3-13-02 | 8Am | P- Refuses CC. See Release of liability form. — [illegible] |
| 5/2/02 | 9AM | P- Kop medication Written Counseling completed. Instructed Inmate to take Kop medication as ordered. Written Counseling form not sig'd. Urged Kop medication compliance — [illegible] |
| 5/18/02 | 8⁵⁰ A | P- Refused CCC- See waiver — [illegible] |
| 6/15/02 | — | P- CCC completed. See flow sheet. TO see MD for [illegible] S Bushnell |
| 9-13-02 | | P Refused CC. See Refuses Release of liability form. No c/o voiced — [illegible] |
| 10-16-02 | 7³⁰ | P. Ref [illegible] DM CCC waiver signed P Shaw LPN |
| 11/4/02 | 9³⁰ | P. Diabetic CCC & Pulmonary CCC done — [illegible] |
| 12/1/02 | 7¹⁵ pm | DM CCC done — [illegible] |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Farrow | Dean | | 111719 |

**CORRECTIONAL MEDICAL SERVICES**

**INTERDISCIPLINARY PROGRESS NOTES**

Patient Name: Farrow, Dean I.D. #: 116719 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/13/00 | 0800 | O: B/m to HCU c̄ steady gait for APY. A&Ox3. No c/o voiced. No distress noted. | |
| | | A: Health maintenance | |
| | | P: APY completed — | D Baker CMA |
| 6/15/00 | 2:45 pm | O: B/m to HCU c̄ steady gait for PPD reading. A&Ox3. ⊕ 20mm noted. | |
| | | A: Health maintenance | |
| | | P: SGOT drawn, chest x-ray ordered, INH 300mg ii twice a week ordered. Pt education on TB given, voices understanding. | D Baker |
| 6/20/00 | | CXR done | [illegible] RPR |
| 7-15-00 | | P — cc done. Pt uses SGOT — blood work — see Release of liability form | [illegible] |
| 9/19/00 | 0910 | S: "ok" | |
| | | O: B/m to HCU c̄ steady gait for CC. A&Ox3. No c/o voiced. No distress noted. | |
| | | A: Health maintenance | |
| | | P: CCC completed. SGOT drawn, see flow sheet. Pt. education reviewed | D Baker |
| 6-20-00 | 0900 | P cc done. See Flow Sheet | [illegible] |
| 2/9/01 | 0750 | S- "I'm OK." | |
| | | O- B/M. A+Ox3. Amb. to HCU for CCC. Skin w/D NAD noted. Resp. c̄ ease. | |
| | | A- Health Maintenance | |
| | | P- CCC completed — See flow sheet. | [illegible] |

**CORRECTIONAL MEDICAL SERVICES**

**INTERDISCIPLINARY PROGRESS NOTES**

Patient Name: Farrow Dean I.D. #: 111719 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/9/99 | 9:45 AM | P- Rec'd at Easterling. Verbal & written access to Health Care given, voiced understanding. L. Ewing | |
| 7/13/99 | 0800 | S "I am on an inhaler for asthma". O- AOx3 BM skin w/o Resp even & unlabored lungs clear ↑↓ lobes b.l. PF 450 O2 sat 93% [illegible] chart reviewed. A- Pot. knowledge deficit P- To see Dr. [illegible] 7-21-99 L. Ewing | |
| 7/14/99 | | P [illegible] | |
| 10/7/99 | 0850 | S "I don't want to see the doctor for chronic care." O- AOx3 BM skin w/o Resp even/unlabored. Lungs clear ↑↓ lobes b.l. A- Pot. Alt. Health maintenance P- Cont. to mon. for. Pro. L. Ewing | |
| 2-2-00 | | P) Refuses chronic care. Release of liability form signed. - A. Cantu | |
| 3-11-00 | | S- I have Asthma O- Over for [illegible] no distress noted - see Flow Sheet A Health maintenance P- [illegible] To see MD 3-27-00 [illegible] | |

NaphCare

# Health Services Request Form

Inmate Name Dean Effanage Farrow Date of Request 11/20/02

Ais No. 111719 Date of Birth [redacted] Housing Loc. 7B/54

Nature of problem or request I have infected sores on my head in legs, foot fungus, and blurred vision. I get dizzy sometimes too.

Dean E. Farrow

Sign here for consent to be treated by health staff for the condition described above.

Place this slip in Medial Box or designated area

DO NOT WRITE BELOW THIS LINE

Health Care Documentation

Subjective "I have an infected sore on my head" c/o ↓ vision.

Objective BP 120/90 P 80 R 18 T 96.8 WT-232#

Blm amb. to hcu ā steady gait. Resp. even and unlabored, skin warm and dry to touch. C/o ~~sores to~~ sore to back of head x 3 wks.

Assessment 1cm nodule noted to back of head. ∅ drainage noted. c/o blurred vision. Vision per snellen chart OD 20/40 OS 20/50

Alt in skin integrity

Plan Refer to MD/NP

E- Instructed to watch weekly letter for MP appt.

Refer to: PA/ Physician ✓ [initials] 11/22/02 Mental Health Dental

Signature [signature] McKinnon Title LPN Date 11/22/02

Health Services Request Form



# Health Services Request Form

Print Name Dean E. FARROW Date of Request 7/10/01

ID No. 111719 Date of Birth [redacted] Housing Location 7B/54

Nature of problem or request need a laxative; also need to see the dentist and so need my eyes examined. Thank you.

Sign here for consent to be treated by health staff for the condition described above.

**Place this slip in Medical Box or designated area**
**DO NOT WRITE BELOW THIS LINE**

---

## Health Care Documentation

Subjective "See above"

Objective BP 120/78 P 76 R 18 T 96.8 Wt
B/m A&O x3. Skin warm et dry to touch. c/o constipation. Last BM x 3 days. Abd soft et non distended. Bowel sounds x 4. Abd non tender to touch. States needs dentures fixed. Bottom denture

Assessment broke and cuts gum. States needs to See eye doctor. Has Rx at present

Plan Alt in healthmaintance

Dulcolax ii QHS x 2 days c̄ full glass of water ✓ Noted [illegible] 7/11/01
Eye chart done 20/70-20/40
Refer to MD, opth, dentist

RECEIVED JUL 1 [illegible] 2001

Refer to ⊗ PA/Physician ○ Mental Health ○ Dental

Signature Scott Title LPN Date 7/10/01

Health Services Request Form

# HEALTH SERVICES REQUEST

Print Name: Dean E. Sannow Date of Request: March 1, 2001

Housing Location: 7B/54

ID #: 111719 Date of Birth: [redacted]

Nature of problem or request: I need to see the dentist. I broke my partial dentures by accident. my scalp iches so much, and I don't know why. Thank you.

I consent to be treated by health staff for the condition described.

Dean E. Sannow
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

## HEALTH CARE DOCUMENTATION

Subjective: My head icthes I dont know why.

Objective: BP 120/78 P 80 R 16 T 97.8 WT 223

Assessment: Dandruff noted to scalp. No sores, excoriations or pustules or lacerations noted. Ø drainage noted Ø distress.

Plan: Instructed inmate to use dandruff shampoo for dandruff noted to scalp. Advised to purchase from the store. Placed on Dental list.

RECEIVED MAR - 1 2001

Refer to: ____ PA/Physician X Mental Health ____ Dental

Signature: [signature] LPN Title: LPN Date: 3/1/01 Time: 8:00

CMS 7166 REV 3/93

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: Dean E. Farrow Date of Request: 11/22/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 7B/54

Nature of problem or request: I have sinus trouble, athlete feet, and would like to see the dentist again. Thank you.

I consent to be treated by health staff for the condition described.

Dean E. Farrow
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: "I got a cold, I also have athletes ft"

Objective: BP 110/70 P 76 R 18 T 98 WT 216
I/M amb to HCU steady gait, A&O x3 V/S WNL ear canal CTE Bilat nares red slightly edemous clear drainage, throat red c white drainage no edema or pustules noted lungs CTA Bilat

Assessment: ft clear s blisters or peeling skin noted
~~alt~~ error health maintence

Plan: Place on dental list inmate education on common cold given advised to purchase cold med off store per N/P

Refer to: ____ PA/Physician __X__ Mental Health ____ Dental

Signature: [signature] Title: LPN Date: 11-22-00 Time: 7:35 pm

CMS 7160 REV 3/93

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: DEAN E. FARROW Date of Request: 10/17/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 2B/52

Nature of problem or request: I am absolutely in need of denture and this system of treatment is inadequate and in viola-tion of the Alabama Constitution of 1901 and the 14th Amend-ment and 8th Amendment of the United States Constitution.

I consent to be treated by health staff for the condition described. Also, I have athlete feet on foot fungus. Please refrain from your personal feelings in my case... treat or don't treat me!

[signature]
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

## HEALTH CARE DOCUMENTATION

Subjective: refused see wain

Objective: BP ____ P ____ R ____ T ____ WT ____

Assessment:

Plan:

# CORRECTIONAL MEDICAL STEMS
# HEALTH SERVICES REQUES FORM

Print Name: Dean E. Farrow Date of Request: 10/15/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 7B/54

Nature of problem or request: need to see the dentist & I need medicine for athlete foot.

I consent to be treated by health staff for the condition described.

[signature]
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

**********************************************************

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP ______ P ______ R ______ T ______ WT ______

Assessment: Refused Sick-call Screening Waiver Sign

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: ____________ Title: ________ Date: ______ Time: ______

CMS 7166 REV 3/93

**CORRECTIONAL MEDICAL STEMS**
**HEALTH SERVICES REQUES FORM**

Print Name: Dean E. Jarrow Date of Request: 6/6/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 5Y-7B

Nature of problem or request: Ear infection & Athlete feet.

I consent to be treated by health staff for the condition described.

[signature]
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

****************************************************************

**HEALTH CARE DOCUMENTATION**

**Subjective:** "(R) ear itches & sore, been bothering me 2-3 days, been ~~blowing yellow stuff out my nose for about a week.~~"

**Objective:** BP 104/60 P 76 R 20 T 96.5 WT 212 lbs.

NKA. 48 YOBM A&Ox3, skin w/d, resp. reg & unlabored, no distress. Pt. voices no cold/URI symptoms x 1 week c onset (R) earache & pressure behind eardrum x 2-3 days. Erythematous, edematous nasal mucosa c thick yellow

**Assessment:** drainage noted, no lymphadenopathy. Full ROM of neck; Pharynx red c thick white drainage, no pustules. Bulging red eardrum of (R) ear noted, (L) TM WNL.

**Plan:** A Alteration in health maintenance.
P - Inmate education given per protocol on cold, voiced understanding. T.O. Dr. Darbouze! Tylenol 325mg iii po tid x 3 days PRN, Sudafed ii po bid x 3 days, Cough tabs ii po bid x 3 days, Amox. 500mg po tid x 10 days, T.O. Dr. Darbouze

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

[signatures] 06/07/00 2330

Signature: [signature] Title: RN Date: 6/07/00 Time: 2230

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUE FORM

Print Name: Dean E. Farrow Date of Request: 8/23/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 7B-54

Nature of problem or request: Chest cold & painful cough & sinus on allergy.

I consent to be treated by health staff for the condition described.

Dean E. Farrow
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: "I have a cold & sinus trouble real bad"

NKDA

Objective: BP 130/74 P 84 R 20 T 96.3 WT 216 lbs.
nasal congestion noted. Tenderness upon palpation of front & maxillary sinuses.

Assessment: Alt. in comfort

Plan: (1) Actifed 60mg ii po bid x 7d. (continue)
(2) Sudafed 30mg ii po bid x 7d.
(3) CTM ii tabs po bid x 7d.
(4) Cough tabs ii po bid x 7d.

[margin note, illegible signature] 8/24/00 2330

Refer to: ✓ PA/Physician ____ Mental Health ____ Dental

Signature: [signature] Title: RN Date: 8/24/00 Time: 2100

CMS 7160 REV 3/93

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: Dean E. Thrasher Date of Request: 7/28/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 7B-54

Nature of problem or request: fell and hurt my ribs. Hurting for a week now. I can't sleep because of the pain.

I consent to be treated by health staff for the condition described.

Dean E. [signature]

SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: "My ribs still hurt ~~p a week~~ I need to talk c ~~the~~ DR. My athlete foot won't heal completely up."

Objective: BP 124/78 P 78 R 16 T 97.8 WT 214 lbs

Inmate has dry scaly area noted to the bottom of both feet. States will not go completely away. Inmate also continues to have c/o (L) side rib cage injury a week ago.

Assessment:

alt in comfort

Plan: Advil 800mg tid x 10d
1 tube AFC given to Kop

) VO Dr. Darbouze / [signature]

Noted V. [signature] 7/30/00

RECEIVED JUL 29 2000

Refer to: ____ PA/Physician X Mental Health ____ Dental

Signature: [signature] Title: LPN Date: 7/30 Time: 8:00 pm

EXHIBIT A-7

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Dean E. Farrow Date of Request: 7/25/00

ID #: 111719 Date of Birth: [redacted] Housing Location: 7B/54

Nature of problem or request: Injured Ribs

I consent to be treated by health staff for the condition described.

[signature]
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

************************************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP ______ P ______ R ______ T ______ WT ______

Ref sick call

Assessment:

Plan:

Referral: ____ PA/Physician ____ Mental Health ____ Dental

Signature: ______________________ Title: __________ Date: ________ Time: ________

CMS [illegible] 3/93

11/13/02 BS result $3^{30}$ am 80 $3^{30}$ pm 163 — [signature]

11/15/02 BS result 157 P-105 R-17 B/P 130/88 T-97°

CCC

S – "Sometimes I feel tired"

O – Here for CCC – DM

> See CCC sheet for assessment notes

A/P – DM –

– FS, BS controlled, but HgbA1c 7/01 >18%

– ✓ HgbA1c

[signature]

SIGNATURE | NOTES | TIME | DATE

11/20/02 S-CCC - DM

O- 10/02 8.0% HgbA1c

> See CCC sheet for assessment notes <

SIGNATURE | NOTES | TIME | DATE

NaphCare

PHYSICIAN PROGRESS NOTES

Patient Name: Farrow, Dean I.D. # 111719 Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11-25-02 | 8:30 am | BS-119, wt.-221, 130/82, 80, 20, 98.4. S/O | |
| | | S/o DM. h/o DM II, c/o pain bump over head x 2-3 weeks, athlete's feet. | |
| | | NAD ... | 11/02 HgbA1c: 8 |
| | | Skin: - 2 cm nodule over parietal area + bloody purulent drainage. | |
| | | - mild scaly macerated skin between toes R/L feet. | |
| | A/P | Scalp Abscess / Tinea Pedis. | |
| | | Rx. - Tetracycline 500 mg p.o. QID x 7 days | |
| | | - Tinactin cr. BID x 1 mo. | |
| | | - f/u 1 week. | [signature] |

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|---|---|---|
| 9-16-01 | 7<sup></sup>45 pm | Inmate approached pill call window requesting a new inhaler. Albuterol inhaler was discontinued 6-20-01 per Dr. Darbouze. Instructed inmate of order. Inmate reported to shift office c/o wheezing. Inmate assessed for wheezing. Lungs clear bilaterally & no shortness of breath was observed at present. Instructed inmate he had to see MD to get inhaler renewed. Must go through sick call to see MD. Instructed inmate to return to HCU if shortness of breath or wheezing occurred. Inmate refused to see Dr. Darbouze on 9-4-01. Inmate also refused CCC on 7-11-01. —— [illegible] Hathaway LPN |
| 9-17-01 | 12:20 AM | Inmate came to HCU c/o asthma and requesting inhaler. Ø acute distress noted. See Body Chart. Inmate was argumentative regarding procedures & instruction. Was instructed to sign up for sick call to get M.D. appt. —— [illegible] LPN |
| 10-12-01 | 900 | [illegible] CC - See Release of Liability form. —— [illegible] |
| 10-23-01 | | [illegible] Ch. See Release of Liability form —— [illegible] |
| 11-21-01 | | P. [illegible] CC. See Waiver —— [illegible] |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Farrow | Dean | | 111719 |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: |
|---|---|
| 12/5/03 1035 | wt. 171 CBG 224 122/80 84 18 T 96.8 |
| S | [illegible] |
| O | [illegible] |
| | foot: + [illegible] no acute inflammation |
| | mild scaly [illegible] between toes. |
| A/P | [illegible] |
| | - use sport shoes with [illegible] |
| | - Hydrate |

60111 (5/85)

Complete Both Sides Before Using Anot' Sheet

Name: Last Farrow, First Dean, Middle Initial
AIS # 111719
Date 11/27/03 Allergies NKA
Facility Easterling
SIG.
EC ASA 325 mg ⅰ p.o. q day 180 day KOP
Discontinue / Continue / Increase / Decrease — noted L. Ewing 11/27/03 8 A.
Physician Signature: [signature] 12/1/03 V/O Dr. Darbouze/L. Ewing

NC002

Name: Last Farrow, First Dean, Middle Initial
AIS # 111719
Date 9/28/03 Allergies NKA
Facility Easterling
SIG.
Glyburide 10mg b.i.d x 180 days KOP
Discontinue / Continue / Increase / Decrease — Noted [illegible] 9/28/03
Physician Signature: [signature] 10/1/03 V/O Dr. Darbouze/[illegible]

NC002

Name: Last Farrow, First Dean, Middle Initial
AIS # 111719
Date 9/17/03 Allergies NKA
Facility ECF
SIG.
HgbA1c, CMP, ~~cholesterol~~ Lipid panel.
Discontinue / Continue / Increase / Decrease — noted [illegible] 9/17/03
Physician Signature: C Cooley CRNP

NC002

Name: Last Farrow, First Dean, Middle Initial
AIS # 111719
Date 9/17/03 Allergies NKA
Facility ECF
SIG.
HC cream BID x 14 days
Discontinue
Continue
Increase
Decrease
Physician Signature: [illegible]

Name Last Farrow, First Dean Middle Initial

Date 8/4/03 Allergies NKA

AIS # 111719

Facility Easterling

SIG.

Soft diet x 2 days

Discontinue

Continue Noted

Increase

Decrease

Physician Signature: V.O. Dr. Darbouze / [illegible]

NC002

Name Last Farrow First Dean Middle Initial

Date 8/4/03 Allergies NKA

AIS # 111719

Facility Easterling

SIG.

- Bactrim DS 1 po BID x 7 days
- Rifampin 300 1 po BID x 7 days
- Tylenol 325 ii po TID x 7 days

Discontinue

Continue

Increase

Decrease

Physician Signature: 8/6/03

noted [illegible] 8/4/03

NC002

Name Last Farrow, First Dean Middle Initial

Date 8/4/03 Allergies NKA

AIS # 111719

Facility Easterling

SIG.

EKG Now

F/U c MD 8/4/03 today

Discontinue

Continue Noted

Increase

Decrease

Physician Signature: V.O. Dr. Darbouze / [illegible]

NC002

Name Last Farrow, First Dean Middle Initial

Date 7/21/03 Allergies NKA

AIS # 111719

Facility Easterling

SIG.

Diabeta 10mg bid x 90 days KOP

Discontinue

Continue Noted

Increase

Decrease

Signature: V.O. Dr. Darbouze / [illegible]