---

| Last **Farrow** First **Dean** | Middle Initial | AIS # 111719 |
|---|---|---|
| 6/29/03    Allergies  NKDA | | Facility  Easterling x |
| EC ASA 325mg ÷ po qd  x 180d. | | Discontinue |
| KDP | | Continue  Noted SBUSH LPN 6/29/03 |
| | | Increase |
| ⫽o⫽⫻ √o Dr. Darbouze /SBush LPN — | | Decrease  LPN |
| Physician Signature: | | NC002 |

---

| Last  Farrow  First  Dean | Middle Initial | AIS # |
|---|---|---|
| Name | | Facility |
| Date  ?/??/?? | Allergies  NKDA | |
| SIG. — EC ASA 325 — ÷ p. ço x 180 — KDP | | Discontinue |
| — fasting _____ _____, BMP, CBC | | Continue  not done    Unoted |
| | | Increase |
| | | Decrease |
| Physician Signature: | | NC002 |

---

| Last  Farrow, Dean  First | Middle Initial | AIS # 111719 |
|---|---|---|
| Name | | Facility  Easte— |
| Date  4/30/03 | Allergies  NKA | |
| SIG.  Diabeta 1 mg b.i.d x 90 Dphays | | Discontinue |
| | | Continue  Noted SMClau 4/3/05 |
| | | Increase |
| ⫽/⫽/04  V.OP Dr. Darbou /SMcKinno— | | Decrease  4/may |
| Physician Signature: | | NC002 |

---

| Last  Farrow  First  Dean | Middle Initial | AIS # 111719 |
|---|---|---|
| Name | | Facility  ECF |
| Date  11/20/02 | Allergies  NKA | |
| SIG.  Bactrim DS — po BID x 10d | | Discontinue |
| Rifampin 300mg ÷ po BID x 10days. | | Continue |
| Thiamin — inject _____ x 10days | | Increase |
| | | Decrease |

Last: Warren    First: Dean    Middle Initial:
4/14/03    Allergies: NKA    AIS #: 111719
Facility: E. Starting

Wound checks ad ft x 382

Discontinue    noted SBushur H/16/03
Continue
Increase
Decrease

Physician Signature: vo Dr. Darbour / SBushur

NC002

---

Name — Last: Farrall    First: Dean    Middle Initial:
Date: 4/3/03    Allergies: NKA    AIS #: 111719
SIG.    Facility: Eastern

Wound ✓ q d x 30/0

Discontinue
Continue    noted
Increase    Dr. McGuire 4/3/03
Decrease

Physician Signature: vo dr Darbay / McGuire

NC002

---

Name — Last: Farrow, Dean    First:    Middle Initial:
Date: 3/20/03    Allergies:    AIS #: 111719
SIG.    Facility: SCP

D/C Elavil

Discontinue: 3/20/03 RN noted Anthony
Continue
Increase
Decrease

Physician Signature:

NC002

---

Name — Last: Warren    First: Dean    Middle Initial:
Date: 3/18/03    Allergies: NKA    AIS #: 111719
SIG.    Facility: E.C.F

Elavil 50mg @ H.S. x 90 Days

Discontinue
Continue: 3/18/03 noted
Increase    Newry RN
Decrease

Physician Signature: vo Dr Vandenall / Hammond

| Name | Last | First | Middle Initial | AIS # |
|---|---|---|---|---|
| Date | | Allergies NKA | | Facility |

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

| Name | Last Farrow, Dean | First | Middle Initial | AIS # 111719 |
|---|---|---|---|---|
| Date 1/30/03 | | Allergies | | Facility |

SIG.

Glucamin 50 gtts x 60

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

| Name | Last Farrow, Dean | First | Middle Initial | AIS # 111719 |
|---|---|---|---|---|
| Date 1/28/03 | | Allergies NKA | | Facility |

SIG.

Diabeta 10mg b.i.d x q day Keep

Discontinue

Continue   Noted.

Increase   2nd opinion

Decrease   1/28/03

Physician Signature: 1/29/03 2:05p

NC002

---

| Name | Last Farrow | First Dean | Middle Initial | AIS # 111719 |
|---|---|---|---|---|
| Date 1/6/03 | | Allergies NKA | | Facility |

SIG.

- Finactin ua to Feet BID
- Erythromycin 500mg x 10

Discontinue

Continue

Increase

Decrease

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 8/4/03 | 7:40AM | WT-220# BP 120/70 P-88 R-18 T-98⁸ |

S/c

S) *[illegible handwriting]*

O) NAD, *[illegible]*

Lungs: *[illegible]*

*[illegible]*

Skin: *[illegible]*

Oral: Normal Gingiva

A) *[illegible]*

Plan: *[illegible]*

*[illegible]*

8/6/03

| E-LAST | FIRST | MIDDLE | AIS # |
|--------|-------|--------|-------|
| Farrow | Dean | | 111919 |

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 9/19/03 | 11/7 | BS✓ on 9/16/03 |
|  |  | 3a 86  3p 122 —— Blackwell |
|  |  | A 9/19/03 |

NAME- LAST  Farrow,  FIRST  Dean  MIDDLE

AIS # 111719

NC007                   PHYSICIAN'S PROGRESS NOTES

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 8/6/03 | 10AM | WT-221  BP 110/80  P 80  R 18 T 96.7 |
|  |  | FLU  BP-103 |
|  | > | t/p abscess lower lip.  c/o I/t. |
|  |  | Daisy better. |
|  | O | - VSS NAD |
|  |  | skin & erythema / pythema at lower |
|  |  | lip. |
|  |  | 0.3cm ulcer with minimal drainage. |
|  |  | (bloody purulent). |
|  | A/P | Abscess lower lip healing well. |
|  |  | R: - continue Bactrim inf. |
|  |  | - keep skin dry/clean |
|  |  | - W-need care. |
| 9-17-03 | 9 AM | WT 219  120/80  72  18  T 96.8 |
|  |  | CCC  122 BS |
|  | S | 51yo BM for CCC - DM - states he has |
|  |  | been doing well. |
|  | O | VSS NAD |
|  |  | See CCC sheet for assessment notes. |
|  |  | Labs - (no recent labs done) |
|  |  | HgbA1c - 8.6 (2/03) |
|  | A | DM- Stable |
|  | P | CMP, HgbA1c, & lipid panel. |
|  | E | Diet/Exercise visit given |

| NAME, LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Farrow, | Dean | | 111719 |

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 4/29/03 | | Wt. 221    B/p 118/70 P 76  R16  T 972 |
| | | S/C   CBG - 282 |
| | S | 51 y/o Bm here c/o "cyst on arms, back, and head. Also c/o fungus on feet. |
| | O | Feet - mild excoriation b/t toes ē scaling present. ⊕ pruritis. |
| | | Back - Quarter sized nodule in center of back - ⊕ edema + erythema. ⊕ drainage - purulent/bloody in color. Several other nodules present of arms + legs. |
| | A | Abcesses |
| | | Tinea Pedis |
| | P | Tinactin CR BID x 10d |
| | | Bactrim DS ī po BID x 10d |
| | | Rifampin 300mg ī po BID x 10d. |
| | E | Med inst. given ———————  Cooley CRNP. |
| 5/30/03 | | Wt. 215    B/p 118/70  P-80  R16 |
| | | CBG - 188            51 bm |
| | | V/h Day II  -  Asymptomatic.         2/11/07 |
| | | NAD, ×5.        Neuro: wnl         HgbA₁c : 8.6 |
| | | H-j: CTA        Heart: RRR. |
| | | Ext./hyp       Opt : ∅ r/l. |
| | | 4/8 Day II |
| | | - Diabetic Diet, daily exercise, ↓ weight |
| | | continue Diabetic 10mg BID. |
| | | - RTC ASA 325 mg Re QD |
| NAME- LAST | FIRST | MIDDLE | AIS # |
| Farrow Dean | Kirtley | Wird Myth | 111719 |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean E. Jannow_          Date of Request: _12.1.03_
ID # _111719_          Date of Birth: _____  Location: _93/80_
Nature of problem or request: _I need diabetic shoes and I need to_
_see the dentist._
_Thank you_

_Dean Effanage Jannow_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12/2/03_
Time: _7:00_ (AM) PM
Allergies: _NKA_

```
RECEIVED
Date: 12-1-03
Time: 210P
Receiving Nurse Initials MM
```

_WT-222 BP 120/80 P-100 18 96.4_
**(S)ubjective:** " I need to see the Dentist and I need some Diabetic Shoes."

**(O)bjective** BM amb to hcu c steady gait. A,O×3. Resp. even and unlabored, skin warm dry to touch. Requests to see Dentist to have Dentures adjusted. Requests Diabetic Shoes.

**(A)ssessment:** Reports feet mainly blister to feet. Skin not to feet. Skin intact to feet.

**(P)lan:** Refer to Dental
Refer to MD

Refer to: ✓ MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

_J. McKinnon LPN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# PhCare, Inc

## Health Services Request Form

Inmate Name _Dean Efferage Jarrow_    Date of Request _8/3/03_

AIS No. _111719_    Date of Birth _▇▇▇▇▇▇_    Housing Loc. _7B/5▇_

Nature of problem or request _I would like to see the Doctor about chest pain, and other medical problems I'm experiencing. Also, I need to see the dentist regarding broken and ill-fitting dentures. Thank you._

Sign here for consent to be treated by health staff for the condition described above. _____

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

---

### Health Care Documentation

**Subjective:** "I've been having Chest Pain off + on x 4wks"

**Objective:** BP _120/70_    P _88_    R _18_    T _98.8_    WT _220#_

Blm amb. to room c̄ steady gait. A, Ox3. Resp. e-c-ure, skin warm + dry to touch. C/W chest pain off + on x 4wks. Reports chest pain when laying in bed. C/W swelling to (R) lip x 2 days. C/W stinging to lip on friday. Edema no (R) lip. c̄ difficulty breathg not c̄

**Assessment:** alt in comfort. Requests to see Dentist about dentures not c̄

**Plan:** See or Dr Street
ECG NW

**Refer to:** PA/Physician    Mental Health    Dental
**Education:** Inform ͡j MD Appt, vd understand͡g

Protocol used: (specify) _____
Signature _Mckinron_    Title _LPN_    Time _____    Date _8/4/03_

# aphCare, Inc.

## Health Services Request Form

Inmate Name *Dean E. Farrow*  Date of Request *4.15.03*

AIS No. *111719*  Date of Birth ▓▓▓▓  Housing Loc. *7A/54*

Nature of problem or request *Sores breaking-out on me.*

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above *Dean Farrow*

### Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

APR 15 2003

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Health Care Documentation

Subjective: - "I've got a sore on my back"


Objective:  BP *120/78*  P *80*  R *16*  T *98*  WT *215*

Blm c̄ approx quarter size area noted to center of lower back - hard to touch - yellowish drainage noted.

Assessment: - Alt. in skin integrity

Plan: - See MD order sheet

Refer to:  PA/ Physician  *4/18/03*  Mental Health  Dental

Education: Clean area + apply warm compresses
Report for wound checks as ordered
Pink slip given

Protocol used: (specify) N/A

Signature *S Bushun*  Title *LPN*  Time *830 am*  Date *4/16/03*

| Last | First | Middle Initial |
|------|-------|----------------|
| *Farrow Dean* | | |

AIS # *111719*

Date *12/15/02*  Allergies *NKDA*

Facility *East*

*Tmax 5 yrs + 1 wk d/c @ 10am*

*330 PO*

Discontinue *Noted*

Continue *12/16/02 ℞ 11:40a*

Increase *M. Todd*

Decrease

Physician Signature:

NC002

---

| | Last | First | Middle Initial |
|---|------|-------|----------------|
| Name | *Farrow Dean* | | |

AIS # *111719*

Date *12/2/02*  Allergies

Facility *Easterling*

SIG. *- Voltaren 50 mg PO BID PRN 5 days*

Discontinue

Continue *Noted*

Increase *Shannon 12/2/02*

Decrease *12:15p*

Physician Signature:

NC002

---

| | Last | First | Middle Initial |
|---|------|-------|----------------|
| Name | *Farrow Dean* | | |

AIS # *111719*

Date *11/23/02*  Allergies *NKDA*

Facility *East*

SIG.
*- Tetracycline 500 mg PO TID x 7 days*
*- Tylenol 325 mg ii PO BID PRN x 3 days*
*- Tinactin cm x feet BID x 1 wk*
*- f/u 1 week -*

Discontinue

Continue *11 6a*

Increase *1000*

Decrease

Physician Signature:

NC002

---

| | Last | First | Middle Initial |
|---|------|-------|----------------|
| Name | *Farrow Dean* | | |

AIS # *111719*

Date *11/21/02*  Allergies *DM*

Facility *East*

SIG.

Discontinue *NKDA*

Continue *Shannon*

Increase *11/2/02*

Decrease

Physician Signature:

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|------|------|--|
| 040403 5pm | | S - "They have been putting the peroxide on this spider bite" |
| | | O - BM here for dsg change. Wound closed. Inst. to wash c AB soap/water, leave open to air. |
| | | A - Alt. in skin |
| | | P - Cont. to monitor wound ✓ |
| | | G - Cont. c Wound check — recheck |
| 5/26/03 | 9A | P - APY care.  L. Ewin |
| 5/26/03 | 9A | S - c/o "Cath in chest that goes away." |
| | | O - AOx3 BM skin w/o rgs even & unlabored. Lt lateral side chest. No radiation of pain. No N/V. ⊖ sweating noted. No SOB noted. Instructed to do EKG at time of any C.P. Rescheduled Flu m.d. appt. 5/30/03 |
| | | A - Pot. alt. Health maintenance. |
| | | P - Continue to monitor PRN. — L. Ewin |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Farrow, Dean | | | 111719 |



PHYSICIAN PROGRESS NOTES

| Patient Name | Jarrow Dean | I.D. # 111719 | Institution Easterling |

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/6/03 | | Wt. 224  B/P 112/80  P 86  R 18  T 97.8 | |
| | | CBG-90    S/C | |
| | S | % bumps over scalp and athletic feet | |
| | O | few nodule/papules over scalp with mild prominent drainage. | |
| | | No lymphadenopathy | |
| | | feet = scaly whitish rash between toes both feet | |
| | A/P | Acute folliculitis / tinea pedis | |
| | | PL, rMassengar 500 g #10 x10d. | |
| | | Tincton cm | |
| 2/8/03 | | CCC  Wt. 220  CBG 75  120/90  84  20 | |
| | | 96.8 | |
| | S | | |
| | | O — > See CCC Sheet for assessment note | |
| | | Eyes: Bil. Sclera red streaking — | |
| | | ↑ pruritis / tearing x 2 wks | |
| | | Snellen: | |
| | | OD 20/25 | |
| | | OS 20/30 | |
| | | OU 20/25 | |

# aphCare, Inc.

## Health Services Request Form

Inmate Name _Dean E. Yarrow_          Date of Request _January 2, 23_

AIS No. _111719_          Date of Birth _[redacted]_          Housing Loc. _28/5L_

Nature of problem or request _I have small infections in my scalp and on my arms from bumps which turn into sores, and they are mutiplying as if something is biting me... especially the ones in my scalp. I need to see an optom (eye doctor), too._

Sign here for consent to be treated by health staff for the condition described above. _Dean E. Yarrow_

### Place this slip in Medical Box or designated area   JAN - 2 2003

### DO NOT WRITE BELOW THIS LINE

-----------------------------------------------------------

### Health Care Documentation

Subjective: — "I got sores on my head + arms & I need to see the eye doctor"

Objective: BP _130/90_    P _78_    R _16_    T _975_    WT _223_

NKDA — Blm c̄ Multi bumps noted to scalp — hard to touch — Ødrainage or discoloration  NAD noted —

Assessment: — Alt. in Skin integrity

Plan: — Refer to MD for eval.
Refer to eye doctor.

Refer to: (PA/Physician)    Mental Health    Dental

Education: Stu c̄ MD as directed — Verbalizes understanding —

Protocol used: (specify) N/A

Signature _Buskin_    Title _LPN_    Time _1/3/03 750 AM_    Date _1/3/03_

---

Name (Last): Farrow, Dean    First:    Middle Initial:
Date: 10/27/02    Allergies: NKA
AIS #: 111719
Facility: Easterling

SIG.

Diabeta 10mg b.i.d X 90days Kop

Physician Signature: V.o. per Dr. Barbour /Dmckinnon LV

Discontinue
Continue    Noted
Increase    Dmckinnon
Decrease    10/27/02
            @ 12:45 pm

NC002

---

Name (Last): Farrow    First: Dean    Middle Initial:
Date: 10/17/02    Allergies: NKA
AIS #: 111919
Facility: Easterling

SIG.

Hgb A1C

Physician Signature: V.o. Mrs. Outlaw /Dr. Barbour /Kop

Discontinue
Continue    Noted
Increase    10-17-02
Decrease    K.Wilson, RN
            @ 10:30 am

NC002

---

Name (Last): Farrow, Dean    First:    Middle Initial:
Date: 8/22/02    Allergies: NKA
AIS #: 111719
Facility: Easterling

SIG.

Diabeta 10mg b.i.d X 90days Kop

V.o. Dr. Barbour /Dmckinnon LV
Physician Signature:

Discontinue
Continue    Noted
Increase    8/22/02
Decrease    08 am
            Dmckinnon

NC002

---

Name (Last): Farrow, Dean    First:    Middle Initial:
Date: 7-11-02    Allergies: NKA
AIS #: 11
Facility:

SIG.

Plese discontinue Asthma re/Noted

Physician Signature:

**Name** Last: Farrow First: Dean Middle Initial:
**AIS #** 111719
**Date** 6/17/02 **Allergies** NKA
**Facility** East

**SIG.**
Tinactin B1D to feet
X 2 wks (KOP)

**Physician Signature:** [signature]

Discontinue
Continue [check]
Increase
Decrease 6-21-02

NC002

---

**Name** Last: Farrow, Dean First: Middle Initial:
**AIS #** 111719
**Date** 6/18/02 **Allergies** NKA
**Facility** Easterling

**SIG.**
✓ HgbA1c

**Physician Signature:** [signature]

Discontinue
Continue noted 6-18-02
Increase @ 10:3A
Decrease [signature]

NC002

---

**Name** Last: Farrow First: Dean Middle Initial: NKA
**AIS #** 111719
**Date** /02 **Allergies**
**Facility** East

**SIG.**
[illegible]

**Physician Signature:** [signature] KOP

Discontinue
Continue [check]
Increase
Decrease 5-24-02

NC002

---

**Name** Last: Farrow First: Dean Middle Initial:
**AIS #** 111719
**Date** 2/16/02 **Allergies** NKA
**Facility** Easterling

**SIG.**
Diabeta 10mg bid x180d. KOP

**Physician Signature:** [signature]

Discontinue
Continue noted
Increase

[Remainder cut off]

| | First: *Dean* | Middle Initial | AIS #: *111719* |
|---|---|---|---|
| 02 | Allergies: *NKDA* | | Facility: *Ashbacus* |

*HgbAc*

Discontinue

Continue

Increase

Decrease

Physician Signature: *(signature)*

NC002

---

| Last: *Farrow, Dean* | First | Middle Initial | AIS #: *111719* |
|---|---|---|---|
| Name | | | |
| Date: *11/01/01* | Allergies: *NKA* | | Facility: *Easterling* |

SIG.
*Diabeta 10mg po bid × 90 days. KOP*

Discontinue *11/01/01*

Continue *(initials)*

Increase

Decrease

Physician Signature: *vo. Dr. Barbara Wyatt*

NC002

---

| Last: *Farrow, Dean* | First | Middle Initial | AIS #: *111719* |
|---|---|---|---|
| Name | | | |
| Date: *8/20/01* | Allergies | | Facility: *Easterling* |

SIG.
- *D/C Glucophage*
- *Accuchek QOD × 2*

Discontinue

Continue

Increase

Decrease

Physician Signature: *(signature)*

NC002

---

| Last: *Farrow* | First: *Dean* | Middle Initial | AIS #: *111719* |
|---|---|---|---|
| Name | | | |
| Date: *8/20/01* | Allergies: *NKDA* | | Facility: *Easterling* |

SIG.
(1) *↓ Glucophage once a day dosing × 90 days*
(2) *✓ BS QOD × 3* (3) *HgbAc*

Discontinue *(signature) 8/20/01*

Continue

Increase

Decrease

| Last | First | Middle Initial | AIS # _____ |
|---|---|---|---|
| | | | Facility _____ |

Allergies _____

Physician Signature:

Discontinue

Continue

Increase

Decrease

NC002

---

| Name | Last Farrow | First Dean | Middle Initial | AIS # 111719 |
|---|---|---|---|---|
| Date 7/26/01 | Allergies | | | Facility ECF |

SIG.
① Eye Clinic Referral
② Metformin 500mg Tpo BID
   X 90 days
③ ✓ BS BID X 5 days
④ F/u ẽ nur in 1 week
Clinic Appt   ⑤ Diet (DM) teaching ⑥ CCC - DM

Discontinue

Continue

Increase

Decrease

noted SBusher 7/26/01 1455

Physician Signature:

NC002

---

| Name | Last Farrow | First Dean | Middle Initial | AIS # 11719 |
|---|---|---|---|---|
| Date 7/19/01 | Allergies NKDA | | | Facility Easterling |

SIG.
- DiaBeta 10mg ẽ P̄ BID X 90D
  KOP
- Accucheck QOD X 3
- CBC, CMP, Hgb A1c
- ✓ f/u ẽ 1 week

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

| Name | Last Farrow | First Dean | Middle Initial | AIS # 111719 |
|---|---|---|---|---|
| Date 6/20/01 | Allergies NKDA | | | Facility Easterling |

DC Albuterol MDI
Tinactin cr to feet BID X 7d
Imodium 4mg Tb B1 X 2 days

Discontinue

Continue

Increase   Prn Diarrhea

Decrease

noted SBusher 6/21/01 1200

Physician Signature:

**RRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Farraw, Dean _____ D.O.B. ▓▓▓▓▓▓

cation __Easterling__ ID# _111719_ Allergies _NKA_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: V. Paugh LP  Date: 2/9/01  Time: 2/30 | Pranstal Inhala ii puffs QID PRN X 90 d. KOP  V/O Dr. Darbauze / V. Paugh LP  M.D. Signature _____ Date/Time 8/12/01 |
| Check box as order is noted: Noted by:  Date:  Time: | (Date & Time)  M.D. Signature _____ Date/Time |
| Check box as order is noted: Noted by:  Date:  Time: | (Date & Time)  M.D. Signature _____ Date/Time |
| Check box as order is noted: Noted by:  Date:  Time: | (Date & Time)  M.D. Signature _____ Date/Time |

7193 2/96

NAME Farrow Dean

DATE 12-19-00

SIG. CXR - INH Completed

Physician Signature:

AIS# 111719

FACILITY Eastwln

DISCONTINUE

CONTINUE    12-19-00
            13:30
INCREASE    noted
            L. Ewing
DECREASE

---

NAME Farrow Dean

DATE 12-8-00

SIG. SGoT

Physician Signature: VO Dr. Dabose/Pmdn

AIS# 111719

FACILITY Eastvlg

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Farrow Dean

DATE 11-28-00

SIG. Albutrol Inh. Kap ꜛꜛ puffs qid
Prn X 90 days

Physician Signature: VO Dr. Dabose/ Pmdn

AIS# 111719

FACILITY Eastvlg

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Farrow Dean

DATE 10-20-00

SIG. SGoT

Physician Signature: VO Dr. Dabose/

AIS# 111719

FACILITY Eastvlg

DISCONTINUE

CONTINUE

INCREASE

DECREASE

NAME _Farrow, Dean_    AIS# _111719_

DATE _08/26/00_    FACILITY _Easily_

SIG. Albutrol breathing tx. x 7 now.

DISCONTINUE

CONTINUE   Noted
Dustin
08/26/00
0543

INCREASE

Physician Signature: _V ODR Dustin (Dustin) wn_

DECREASE

---

NAME _Farrow, Dean_    AIS# _111719_

DATE _8/9/00_    FACILITY _Easily_

SIG. - L ribs series, chest X-ray
- Renew Motrin 800 mg TID prn x 14 d.
- Miconazole cr Bid x 30 d prop.

DISCONTINUE

CONTINUE   Noted Bleckman
8/60
1800
8/9/00

INCREASE

Physician Signature:

DECREASE

---

NAME _Farrow, Dean_    AIS# _111719_

DATE _06/27/00_    FACILITY _Easily_

SIG. - Miconazole cr to right hand x 30 d

DISCONTINUE   Noted
1800
L Curr
C petu

CONTINUE

INCREASE

Physician Signature:

DECREASE

---

NAME _Farrow, Dean_    AIS# _111719_

DATE _10/15/00_    FACILITY _Easily_

SIG. INH 300 mg iii PO q tues + fri x 90 days

SGOT

DISCONTINUE   Noted Bedrick
6/10/00
4:45PM

CONTINUE

INCREASE

Physician Signature: _VODr Dustin / Baker_

DECREASE

# TechCare

**NaphCare**

## Annual Health & TB Screening Appointment

5/26/2003

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ▉▉▉ |

| | |
|---|---|
| Appointment Date | **5/26/2003** |

### TB Screening Data

| | |
|---|---|
| Date Given | |
| Site Given | |
| Lot # | |
| Nurse Administering | |
| Date Read | |
| Size in MM | 0MM |
| Nurse Reading | |
| Previous Positive | Yes |

### Medical Data

| | |
|---|---|
| Current Weight | 215# |
| Previous Weight | 232# |
| Height | |
| Blood Pressure | 120/80 |
| Recent Chest Pain | Yes |
| Kitchen Clearance | No |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | Yes |
| Diabetic Condition | NIDDM |
| Prosthetic | No |

### Emergency Contact Data

| | |
|---|---|
| Name | BETTY GRANT |
| Phone | 334-727-3693 |
| Address | PO BX 772 LEONARD DR. |
| | TUSKEGEE    AL |

Reviewer Signature: _Ccooley cene 5/21/03_

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _EAStnlin_

Date Given: _____          Date Read _____

Site Given: _____          Size in M.M. _____

Lot# _____

Nurse _____          Nurse _____

Post. Positive ①

**Note:** **Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _215_     Previous Weight _232_     B/P _120/80_

circle

|  |  |  |
|---|---|---|
| Recent chest pain | Yes or No | F U c̄ m.D 5/30/03 |
| Kitchen clearance assess. done and attached | Yes or **No** | |
| Productive cough | Yes or **No** | |
| Any bleeding | Yes or **No** | |

Emergency contact _Betty Grant_     Phone# _334- 727- 3693_

Address _P. O. Bx. 772 Leonard Dr. Tuskegee, Al._

Inmate signature _Dean E. Farrow #111719_ Date _5/26/03_

Witness signature _d. Ewing_     Date _5/26/03_

DOB ▓▓▓ AGE _51_     Race _B_     SEX _M_     SSN ▓▓▓▓▓▓

**Inmate Name** _Dean E. Farrow_     AIS# _111719_

NC-069

# NAPHCARE

### Assessment of Tuberculin Status
### For PPD Reactors

| In the past year have you experienced: | YES | NO |
|---|---|---|
| Productive cough which has lasted at least 3 weeks? | | ✓ |
| Persistent weight loss without dieting? | | ✓ |
| Persistent low-grade fever? | | ✓ |
| Night sweats? | | ✓ |
| Swollen glands usually in the neck? | | ✓ |
| Coughing up blood? | | ✓ |
| Shortness of breath? | | ✓ |
| Chest pain? | ✓ | |
| Have you been around anyone who has been diagnoses with TB? | | |

Signature of person completing form _R. Ewi_

Date ___5 | 26 | 03___

Any positive responses to above questions requires follow up by designated physician or public health department

| Inmate Name | AIS | R/S | Location |
|---|---|---|---|
| Farrow, Dean | 111719 | B/n | Eastulin |

NC 087    Assessment of Tuberculin Status

**DIET CARD**

NO. _____

**I.    HISTORY ·                                      NTS**

Weight (                NAME *Dean Farrow*        WARD *Easterly*    least 6 mos.
(Compar               DIET *Diabetic Diet (No Snack)*
Persister
Chest Pa              DIAGNOSIS REQUIRING DIET *Diabetic*                    _____
Blood in              START DATE *5/8/02*    STOP DATE *8/8/02*              _____
Difficult             PHYSICIAN / BY *Vo Dr Dirhagh K Shelah*              _____
Other Ill                                                                   _____
Smoke, I                                                                     tes
ALLERC

F-54 Rev 1-94                              Original-Dietary, Ivory-Inate

Weight *c, pos*    Temp ___    Pulse ___    Resp. ___    B.F. *Dean E. Farrow*  *20/90*

**II.    TESTING – (Nurse)**

Tuberculin Skin Test (q yr.)
(chest x-ray if clinical symptoms)
RPR (q3yrs)
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs.)
Tetanus/Diptheria (q10 years)
If Done Today:
Optometry exam (age 50 if not already seen)

**RESULTS**
*Past ⊕ PPD*
Date given _____ Site _____
Read on _____ Results _____ mm
Date *5/24/02* Results _____
*5-17-99*
*6/13/00*
Last given *6/10/99* Due *2009*
Site given _____ Dose _____ Lot # _____

**III.    PHYSICAL    RESULTS**

Heart
Lungs
✓ Breast (q2 yrs. p 30)
✓ Rectal (yearly p50)
With Hemoccult
Pelvic and PAP (q 1 yr)

*RRR*
*Clear*
Date _____ Results _____
Results _____
Results _____
Date *N/A* Results _____

Emergency Addressee *Betty Grant (mother)*
Address *P.O. Box 772 Leonard Dr. Tuskegee, Al.*          Phone# *334-720-3*
Facility *Easterly*   Nurse Signature *McKinnon*      Date *5/24/02*
Physician Signature *O*                               Date *3/31/02*
DOB _____ AGE *50* RACE *B* SEX *m* SSN _____
Inmate Name *Farrow, Dean*                            AIS # *111719*

NC070

✓

# NAPHCARE

### Assessment of Tuberculin Status
### For PPD Reactors

| In the past year have you experienced: | YES | NO |
|---|---|---|
| Productive cough which has lasted at least 3 weeks? | | ✓ |
| Persistent weight loss without dieting? | | ✓ |
| Persistent low-grade fever? | | ✓ |
| Night sweats? | | ✓ |
| Swollen glands usually in the neck? | | ✓ |
| Coughing up blood? | | ✓ |
| Shortness of breath? | ✓ | |
| Chest pain? | | ✓ |
| Have you been around anyone who has been diagnoses with TB? | | ✓ |

Signature of person completing form ___McKinnon u___

Date ___5-24-02___

Any positive responses to above questions requires follow up by designated physician or public health department

| Inmate Name | AIS | R/S | Location |
|---|---|---|---|
| Farrow, Dean | 11719 | B/m | Easterly |

DIET CARD

NO. 111719

CORRECTIONAL HEALTH CARE

Date Give    NAME _Farrow Dean_____ WARD_____

Site Giver    DIET _diabetic_____

Lot#_____    START DATE _1/18/02_ STOP DATE _1/18/03_

Nurse___    PHYSICIAN / BY _Darbouze/ W. Hathaway__

_Dean E. Farrow_

Note: Past    F-54    Original-Dietary, Ivory-Inmate    ...um status for PPD
reactors for __    ... bottom of this form.

I have received a fact sheet on TB and have had the opportunity to have my questions
answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after
being administered. I have never had a positive reaction to a TB skin test, nor have I ever
been treated with TB drugs. I have also been instructed to check with my regular
physician or the public health department if I am released prior to the TB test being read.

Current Weight _223#_    Previous Weight _210/G kg_ BP _145/78_

_circle_

Recent chest pain    Yes or (No)
Kitchen clearance assess. done and attached    Yes or (No)
Productive cough    (Yes) or No
Any bleeding    Yes or (No)

Emergency contact _Betty Grant (mother)_ Phone# _334 727-3613_
Address _P·0 box 772 Tusk. Inst AL_

Inmate signature _Dean E. Farrow_    Date _6/2/01_
Witness signature _Rmdy van R_    Date _6-2-01_
DOB ▮▮▮▮ AGE _49_ Race _B_ SEX _m_ SSN ▮▮▮▮▮
Inmate Name _Farrow Dean_ AIS# _111719_

NC-069

# NAPHCARE

### Assessment of Tuberculin Status
### For PPD Reactors

| In the past year have you experienced: | YES | NO |
|---|---|---|
| Productive cough which has lasted at least 3 weeks? | | ✓ |
| Persistent weight loss without dieting? | | ✓ |
| Persistent low-grade fever? | | ✓ |
| Night sweats? | | ✓ |
| Swollen glands usually in the neck? | | ✓ |
| Coughing up blood? | | ✓ |
| Shortness of breath? | | ✓ |
| Chest pain? | | ✓ |
| Have you been around anyone who has been diagnoses with TB? | | ✓ |

Signature of person completing form _____

Date 6-2-01

Any positive responses to above questions requires follow up by designated physician or public health department

| Inmate Name | AIS | R/S | Location |
|---|---|---|---|
| Farrow, Dem | 111719 | B/m | Eastvlg |

NC 087    Assessment of Tuberculin Status

# PERIODIC HEALTH ASSESSMENT

## I.  HISTORY - (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | ✓ | | Last Weight at least 6 mo.'s. ago: 252  4/10/99 |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | | |

Weight 267  Temp. 98°  Pulse 66  Resp. 18  B.P. 130/86

Eye Exam:  Without Glasses    OD 20/20  OS 20/20  OU 20/20
With Glasses    OD ____  OS ____  OU ____

## II.  TESTING - (Nurse)                     RESULTS

Tuberculin Skin Test (q yr.)      Date Given 6/13/00  Site ⊘ forearm
(chest x-ray if clinical symptoms)   Read On 6/15/00  Results 20 mm
RPR (q 3 yrs.)                    Date 6/11/99  Results NR
Urine Dip (yearly)                Results 6/13/00
(Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.)  6/99
Cholesterol (at 35 then q 5 yrs.)   10/13/00
Tetanus/Diphtheria (q 10 yrs.)    Last Given 6/10/99  Due ____
If Done Today:  Site Given ____  Dose ____  Lot # ____
Mammogram – (Annually - Females > 49)  Date Done ____  Results ____

## III.  PHYSICAL                     RESULTS      M.D appt for rectal on 6/26/00

Heart                             RRR
Lungs                             Clear
Breast (q 2 yrs. p 30)            Date ____  Results ____
Rectal (yearly p 45)              Results ____  Hemocult ____
Pelvic and PAP (q 1 yr.)          Date ____  Results ____

Inmate Name Farrow, Dean     AIS # 111719
DOB ████  Age 48  Race B  Sex M  SSN ████  Phone # ____
Emergency Addressee No one
Address ____
Facility Easterling     Nurse Signature Baker (RN)     Date 6/13/00
Physician Signature ____     Date ____

8/1/98

TUBERCULIN PPD FOR INMATES

## INITIAL SKIN TEST

| | |
|---|---|
| Date Given: 6/13/00 | Date Read: 6/16/00 |
| Site Given: (R) forearm | Size: 30 mm |
| Lot #: 2545 6260 | |
| Nurse: D Baker LPN | Nurse: D Baker LPN |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Dean E. Farrow
_____        6/13/00
Inmate Signature                                    Date

D Baker LPN
_____        6/13/00
Witness Signature                                   Date

| Inmate     | ID#:   | RACE: | LOCATION: |
|------------|--------|-------|-----------|
| Farrow, Dean | 111719 | B/m | Easterling |

**DIET CARD**

NU. _____

NAME _Dean Farrow_____ WARD _____

DIET _Diabetic_____

DIAGNOSIS REQUIRING DIET _Type II Diabetes___

START DATE _7/20/03____ STOP DATE _1/20/04___

PHYSICIAN / BY _Dr. Darlene Achle____

F-54 Rev 1-94                          Original-Dietary, Ivory-Inmate

DEPARTMENT OF CORRECTIONS



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIAN'S
## CHRONIC CARE CLINIC
### DIABETIC

| DATE | TIME | DIABETICS | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| | | S: 90 DAY CHRONIC CARE CLINIC | | | ALLERGIES *nka* |
| 12/15/05 | | O: VS:  T- 97⁴ P-86 R- 16 | | | |
| BS 157↑ | | Bp 130/80 Wt-229# | | | |
| | | REVIEW OF NURSES CCC RECORDS   (Y) N | | | P: LABS REVIEWED: |
| | | NOTES: | 12/03 | | HgbA1c - 8.1 |
| | | SPECIALTY CONSULTANTS | | | |
| | | REPORT REVIEW  (Y) N | | | |
| | | | | | ORDERS: |
| | | DIALYSIS   Y (N) | | | Cont Current tx |
| | | EXAM: | | | |
| | | heart - dm/6gllrr | | | |
| | | +2pp, Ø edeme | | | |
| | | Lup- CTA | | | |
| | | ⊖ JVD , Ø Bruits | | | |
| | | | | | MEDICATION: |
| | | | | | glyburide 5mg īī po BID. |
| | | | | | |
| | | | | | |
| | | | | | F/U CCC WITH IN 30 DAYS BY THE NURSE/DOCTOR |
| | | EDUCATION DONE  (Y) N | | | |
| | | Diet / exercise | | | SIGNATURE |
| | | A: DIABETIC | | | Cooley Cline |

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | RACE/SEX | ID# |
|---|---|---|---|---|
| Farrow, Dean | ▬▬▬ | 51 | B/m | 111719 |

PHS-MD-70071



**DEPARTMENT OF CORRECTIONS**

# NURSE'S
# CHRONIC CARE CLINIC
## DIABETIC

| DATE | TIME | Diabetic | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 12/09/03 | 1130 | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES: NKA |
| | | O: VS:   T- 90'6  P- 60  R- 18 | | | p. INSULIN DEPENDENT  NA |
| | | Bp- 120/80  Wt- 222 | | | HbA'C BASELINE |
| | | CIRCLE ONE: | | | |
| | | HYPO/HYPER GLYCEMIA | | | |
| | | SINCE LAST VISIT HAVE YOU: | | | |
| | | HAD ANY REACTIONS          Y  (N) | | | FASTING CHEM PROFILE BASELINE YEARLY  09/03 |
| | | SKIN OR FOOT PROBLEMS     (Y)  N | | | (foot - Tinea Pedis |
| | | HAD THIRST, VOMITING OR ABDOMINAL PAIN     Y  (N) | | | |
| | | ROTATING OF THE INJECTION SITE     Y  N | | | |
| | | IF APPLICABLE:  NA | | | YEARLY VISUAL ACUITY, FOR RETINOPATHY, GLAUCOMA |
| | | REVIEW CANTEEN LIST     (Y)  N | | | 09/03 |
| | | NEUROPATHY TREMORS     Y  (N) | | | ORDERS: |
| | | ERECTILE PROBLEMS     Y  (N) | | | 073103 |
| | | CHANGE IN EYES     Y  (N) | | | Glasses 081303 |
| | | NOTE: | | | |
| | | MEDICATION COMPLIANCY     (Y)  N | | | |
| | | DIET COMPLIANCY     (Y)  N | | | MEDICATION: |
| | | NOTE: | | | |
| | | WAS PATIENT IN THE INFIRMARY OR HOSPITAL SINCE LAST CCC     Y  (N) | | | |
| | | ADMIT DATE | | | |
| | | EDUCATION DONE HANDOUT, TALK     (Y)  (N) | | | F/U CCC WITHIN 30 DAYS WITH NURSE |
| | | REVIEW: FLU SHOT DATE  waiver for flu shot | | | F/U CCC WITHIN 90 DAYS WITH THE DOCTOR |
| | | PNEUMO VAX DATE | | | 121603 |
| | | A: DIABETIC | | | |

| INMATE NAME (LAST, FIRST, MIDDLE)  Fanow, Dean | DATE OF BIRTH | AGE  51 | RACE/SEX  BM | ID#  11179 |
|---|---|---|---|---|

PHS-MD-70070

# TechCare

◀ **NaphCare** ▶

## Diabetic Chronic Care Appointment

9/17/2003

| Name | **FARROW,DEAN** |
|------|------|
| DOC # | **111719** |
| Birth Date: | |

| Appointment Date | **9/16/2003** |
|------|------|

### Subjective Data

Dry Mouth                           REFUSED
Other Mouth Problems
Headaches
Visual Problems
Dizziness
Syncope
Chest Pains
Dyspnea
Urinary Frequency
Frequency Of Nocturia
Skin Sores Or Rash
Foot Or Leg Pain
Smoking (Packs Per Day)
Dietary Compliance
Fatigue

### Nursing Exam

Blood Pressure
Pulse
Respiratory Rate
Weight
Mouth Exam
Foot Ulcers
Foot Pulses
Edema
Vision

### Lab Test Results

Hgb A1C
    (Abn q3 mo/normal q6 mo)
K+
BUN
Cholesterol
PBS BS #1 (FBS)
        BS #2 (1 h pp)
        BS #3 (1 h ac)
        BS #4 (1 h ac)
        BS #5 (3 h pc)
UA & Microalbuminuria

### Medications

AM Insulin NPH/REG
PM Insulin NPH/REG
Oral Medications
Medication Compliance
Education & Counseling

### Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema

**TechCare**

*NaphCare*

## Diabetic Chronic Care Appointment

6/22/2003

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ▮▮▮▮▮ |

| Appointment Date | **6/19/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | NO |
| Visual Problems | BLURRY |
| Dizziness | NO |
| Syncope | NO |
| Chest Pains | OCC. |
| Dyspnea | NO |
| Urinary Frequency | YES |
| Frequency Of Nocturia | X3 |
| Skin Sores Or Rash | YES |
| Foot Or Leg Pain | NO |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | YES |
| Fatigue | NO |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 100/70 |
| Pulse | 68 |
| Respiratory Rate | 16 |
| Weight | |
| Mouth Exam | WNL |
| Foot Ulcers | NO |
| Foot Pulses | ++ |
| Edema | NO |
| Vision | |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 2-03  8.6 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | |
| BUN | |
| Cholesterol | |
| PBS BS #1 (FBS) | |
| BS #2 (1 h pp) | |
| BS #3 (1 h ac) | |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | |
| Medication Compliance | KOP |
| Education & Counseling | K.C. |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | |
| Carotids | |
| Heart | |
| Pedal Pulses Pop/DP/P+ | |
| Edema | |

**TechCare**

## Diabetic Chronic Care Appointment

5/20/2003

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ████ |

| Appointment Date | **5/20/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | NO |
| Visual Problems | YES |
| Dizziness | NO |
| Syncope | NO |
| Chest Pains | NO |
| Dyspnea | NO |
| Urinary Frequency | NO |
| Frequency Of Nocturia | X2-3 |
| Skin Sores Or Rash | NO |
| Foot Or Leg Pain | NO |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | NO |
| Fatigue | NO |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 112/68 |
| Pulse | 62 |
| Respiratory Rate | 18 |
| Weight | 224 |
| Mouth Exam | CTE |
| Foot Ulcers | NO |
| Foot Pulses | ++ BIL |
| Edema | NO |
| Vision | GLASSES |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | ORDERED |
| (Abn q3 mo/normal q6 mo) | |
| K+ | ORDERED |
| BUN | ORDERED |
| Cholesterol | ORDERED |
| PBS BS #1 (FBS) | |
| BS #2 (1 h pp) | |
| BS #3 (1 h ac) | |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | YES |
| Medication Compliance | KOP |
| Education & Counseling | PS |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | |
| Carotids | |
| Heart | |
| Pedal Pulses Pop/DP/P+ | |
| Edema | |

*[handwritten notes and signature]*

**TechCare**

## Diabetic Chronic Care Appointment

5/20/2003

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | |

| Appointment Date | **4/20/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Dry Mouth | REFUSED |
| Other Mouth Problems | |
| Headaches | |
| Visual Problems | |
| Dizziness | |
| Syncope | |
| Chest Pains | |
| Dyspnea | |
| Urinary Frequency | |
| Frequency Of Nocturia | |
| Skin Sores Or Rash | |
| Foot Or Leg Pain | |
| Smoking (Packs Per Day) | |
| Dietary Compliance | |
| Fatigue | |

### Nursing Exam

Blood Pressure
Pulse
Respiratory Rate
Weight
Mouth Exam
Foot Ulcers
Foot Pulses
Edema
Vision

### Lab Test Results

Hgb A1C
   (Abn q3 mo/normal q6 mo)
K+
BUN
Cholesterol
PBS BS #1 (FBS)
      BS #2 (1 h pp)
      BS #3 (1 h ac)
      BS #4 (1 h ac)
      BS #5 (3 h pc)
UA & Microalbuminuria

### Medications

AM Insulin NPH/REG
PM Insulin NPH/REG
Oral Medications
Medication Compliance
Education & Counseling

### Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema

# TechCare

*NaphCare*

## Diabetic Chronic Care Appointment

| Name | FARROW,DEAN | | 3/19/2003 |
|------|-------------|---|-----------|
| DOC # | 111719 | | |
| Birth Date | ▮▮▮▮▮▮ | | |

| Appointment Date | 3/19/2003 |
|------------------|-----------|

### Subjective Data

| | |
|---|---|
| Dry Mouth | n |
| Other Mouth Problems | n |
| Headaches | n |
| Visual Problems | glasses |
| Dizziness | n |
| Syncope | n |
| Chest Pains | n |
| Dyspnea | n |
| Urinary Frequency | n |
| Frequency Of Nocturia | x2 |
| Skin Sores Or Rash | sores,head |
| Foot Or Leg Pain | n |
| Smoking (Packs Per Day) | n |
| Dietary Compliance | y |
| Fatigue | n |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 150/90 |
| Pulse | 64 |
| Respiratory Rate | 20 |
| Weight | 224 |
| Mouth Exam | wnl |
| Foot Ulcers | n |
| Foot Pulses | ++ |
| Edema | n |
| Vision | glasses |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 2/03-8.6 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | 7/01 |
| BUN | 7/01 |
| Cholesterol | |
| PBS BS #1 (FBS) | 3/21  $3^{30}_a$ - 244 |
| BS #2 (1 h pp) | $3^{p}$ - 276 |
| BS #3 (1 h ac) | |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | see mar |
| Medication Compliance | kop |
| Education & Counseling | vh |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | |
| Carotids | |
| Heart | |
| Pedal Pulses Pop/DP/P+ | |
| Edema | |

## PATIENT EDUCATION FOR GENERAL MEDICAL / SPECIAL NEEDS

NAME: _Farrow Dean E_ AIS#: _111719_    INSTITUTION: _East._

### PATIENT CAN DESCRIBE OR EXPLAIN:

| DATE: | 3-19-03 | 4-17-03 | 5-20-03 | 6-21-03 | 9-14-03 |
|---|---|---|---|---|---|
| 1. His or her special needs | UH | | | KC | |
| 2. Cause of special needs | | | | | |
| 3. What, if any, treatments are available | | | | | |
| 4. The potential complications of his or her condition | | | | | |
| 5. Importance of keeping follow-up appointments | | | | | |
| 6. The effect of smoking on his or her condition | | | | | |
| 7. The effect of alcohol on his or her condition | | | | | |
| 8. The effect of exercise on his or her condition | | | | | |
| 9. Own medications | | | | | |
| 10. Importance of taking medication(s) | | | | | |
| 11. Ways to remember to take medication(s) | UH | | | KC | |

Comments:

_____

_____

_____

_____

_____

_____

# TechCare

## Diabetic Chronic Care Appointment

2/18/2003

| Name | **FARROW,DEAN** |
|------|-----------------|
| DOC # | **111719** |
| Birth Date | |

| Appointment Date | **2/18/2003** |
|------------------|---------------|

### Subjective Data

| | |
|---|---|
| Dry Mouth | N |
| Other Mouth Problems | N |
| Headaches | N |
| Visual Problems | GLASSES |
| Dizziness | N |
| Syncope | N |
| Chest Pains | N |
| Dyspnea | N |
| Urinary Frequency | N |
| Frequency Of Nocturia | N |
| Skin Sores Or Rash | N |
| Foot Or Leg Pain | N |
| Smoking (Packs Per Day) | N |
| Dietary Compliance | Y |
| Fatigue | N |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 122/90 |
| Pulse | 81 |
| Respiratory Rate | 16 |
| Weight | |
| Mouth Exam | WNL |
| Foot Ulcers | N |
| Foot Pulses | ++ |
| Edema | N |
| Vision | GLASSES |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 2/03 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | 7/01 |
| BUN | 7/01 |
| Cholesterol | |
| PBS BS #1 (FBS) | 2-20 |
| BS #2 (1 h pp) | |
| BS #3 (1 h ac) | 3⁵²A 157 |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | 3P 201 |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | NA |
| PM Insulin NPH/REG | NA |
| Oral Medications | SEE MAR |
| Medication Compliance | KOP |
| Education & Counseling | VH |

### Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema



**TechCare**

**Diabetic Chronic Care Appointment**

1/19/2003

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | |

| Appointment Date | **1/19/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | NO |
| Visual Problems | GLASSES |
| Dizziness | NO |
| Syncope | NO |
| Chest Pains | NO |
| Dyspnea | NO |
| Urinary Frequency | OCC |
| Frequency Of Nocturia | X2-3 |
| Skin Sores Or Rash | NO |
| Foot Or Leg Pain | NO |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | YES |
| Fatigue | NO |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 148/80 |
| Pulse | 76 |
| Repiratory Rate | 18 |
| Weight | 224 |
| Mouth Exam | CTE |
| Foot Ulcers | NO |
| Foot Pulses | ++ BIL |
| Edema | NO |
| Vision | GLASSES |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 10-02/8.0 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | |
| BUN | |
| Cholesterol | |
| PBS BS #1 (FBS) | |
| BS #2 (1 h pp) | |
| BS #3 (1 h ac) | |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | Y |
| Medication Compliance | KOP |
| Education & Counseling | PS |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | |
| Carotids | |
| Heart | |
| Pedal Pulses Pop/DP/P+ | |
| Edema | |

2/8/03
APPT 2-TO Benign
⊖ Bruits / JVD
RRR⊙ DAI/PAG
2+ PP
⊘
Elly [signature]

**TechCare**

## Diabetic Chronic Care Appointment

NaphCare

12/12/2002

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ▮ |

| Appointment Date | **12/12/2002** |
|---|---|

### Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | NO |
| Visual Problems | GLASSES |
| Dizziness | NO |
| Syncope | NO |
| Chest Pains | NO |
| Dyspnea | NO |
| Urinary Frequency | OCC |
| Frequency Of Nocturia | X3-4 |
| Skin Sores Or Rash | NO |
| Foot Or Leg Pain | NO |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | NO |
| Fatigue | NO |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 188/74 |
| Pulse | 73 |
| Repiratory Rate | 18 |
| Weight | 222 |
| Mouth Exam | CTE |
| Foot Ulcers | NO |
| Foot Pulses | ++ BIL |
| Edema | NO |
| Vision | GOOD |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 10-02/8.0 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | 7-01/4.5 |
| BUN | 7-01/8 |
| Cholesterol | 12/16/02 |
| PBS BS #1 (FBS) | |
| BS #2 (1 h pp) | 114 |
| BS #3 (1 h ac) | |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | 186 |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | YES |
| Medication Compliance | 100% |
| Education & Counseling | RT |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | APPT 12-18 |
| Carotids | |
| Heart | |
| Pedal Pulses Pop/DP/P+ | |
| Edema | |

**TechCare**

NaphCare

## Diabetic Chronic Care Appointment

11/14/2002

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ▓▓▓▓▓ |

Appointment Date       **11/14/2002**

### Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | OCC |
| Visual Problems | NO |
| Dizziness | NO |
| Syncope | NO |
| Chest Pains | NO |
| Dyspnea | NO |
| Urinary Frequency | NO |
| Frequency Of Nocturia | X6 |
| Skin Sores Or Rash | |
| Foot Or Leg Pain | NO |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | COMP |
| Fatigue | OCC |

### Nursing Exam

| | |
|---|---|
| Blood Pressure | 100/60 |
| Pulse | 80 |
| Repiratory Rate | 18 |
| Weight | 224 |
| Mouth Exam | SORE ON GU |
| Foot Ulcers | NO |
| Foot Pulses | ++ BIL |
| Edema | NO |
| Vision | GLASSES |

### Lab Test Results

| | |
|---|---|
| Hgb A1C | 10-02/8.0 |
| (Abn q3 mo/normal q6 mo) | |
| K+ | 10-02/4.5 |
| BUN | 10-02/8 |
| Cholesterol | 6-00/172 |
| PBS BS #1 (FBS) | |
| BS #2 (1 h pp) | 1-18 |
| BS #3 (1 h ac) | 35 A 94 |
| BS #4 (1 h ac) | |
| BS #5 (3 h pc) | 3 P 88 |
| UA & Microalbuminuria | |

### Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | DIABETA |
| Medication Compliance | KOP 100% |
| Education & Counseling | DS |

### Doctor Exam

| | |
|---|---|
| Fundoscopic | 11/20/02 |
| Carotids | Benign |
| Heart | Ø Bruts IJVP |
| Pedal Pulses Pop/DP/P+ | RRR Ø mrmurs |
| Edema | 2+PP |

# PATIENT EDUCATION FOR GENERAL MEDICAL / SPECIAL NEEDS

NAME: _Fallon Dea_____ AIS#: _11719_____ INSTITUTION: _Easterling_

## PATIENT CAN DESCRIBE OR EXPLAIN:

DATE: _11/14/02_ _12/2/02_ _1-19-03_ _2-18-03_

1. His or her special needs

2. Cause of special needs

3. What, if any, treatments are available

4. The potential complications of his or her condition

5. Importance of keeping follow-up appointments

6. The effect of smoking on his or her condition

7. The effect of alcohol on his or her condition

8. The effect of exercise on his or her condition

9. Own medications

10. Importance of taking medication(s)

11. Ways to remember to take medication(s)

Comments:

_____

_____

_____

_____

_____

**TechCare**



## Diabetic Chronic Care Appointment

10/16/2002

| Name | **FARROW,DEAN** |
|------|-----------------|
| DOC # | **111719** |
| Birth Date | |

| Appointment Date | **10/16/2002** |
|------------------|----------------|

### Subjective Data

REFUSED

Dry Mouth
Other Mouth Problems
Headaches
Visual Problems
Dizziness
Syncope
Chest Pains
Dyspnea
Urinary Frequency
Frequency Of Nocturia
Skin Sores Or Rash
Foot Or Leg Pain
Smoking (Packs Per Day)
Dietary Compliance
Fatigue

### Nursing Exam

Blood Pressure
Pulse
Repiratory Rate
Weight
Mouth Exam
Foot Ulcers
Foot Pulses
Edema
Vision

### Lab Test Results

Hgb A1C
    (Abn q3 mo/normal q6 mo)
K+
BUN
Cholesterol
PBS BS #1 (FBS)
        BS #2 (1 h pp)
        BS #3 (1 h ac)
        BS #4 (1 h ac)
        BS #5 (3 h pc)
UA & Microalbuminuria

### Medications

AM Insulin NPH/REG
PM Insulin NPH/REG
Oral Medications
Medication Compliance
Education & Counseling

### Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema

# **NAPHCARE** / Chronic Care Clinic
## MEDICAL DOCTOR INITIAL EVALUATION/UPDATE

**NAME:** Dean Farrow          **AIS#** 111719     **DOB:** ▮▮▮▮▮

**Diagnosis:** _____ IDDM or NIDDM _____
                        **(Circle one)**

**Diet:** CONSISTENT CARBOHYDRATE DIET – WITH or WITHOUT HS SNACK
                                    **(circle one)**

**Exercise:** as tolerated _____

**Allergies:** NKDA _____

**Medications:** Diabeta 10mg po BID _____

**Laboratory/Diagnostic Testing:** 1) A1C q 3 months if abnormal / q 6 months if normal, 2)PBS

**Short-Term Goal (s):** 1) Maintain BS within safe range, 2) Maintain weight within safe range – no significant wt lose or gains

**Long-Term Goal (s):** 1) Maintain blood sugar within safe range, 2) Prevent complications of diabetics, if possible, 3) Identify and treat complications if they arise

**Routine Follow-up Frequency:** IDDM: q month by Nurse/ q 3 months by MD
NIDDM: q 3 months by Nurse / q 6 months by MD

**Planning by:** _Reese, rn_          **Date:** 9/16/03

**Physician Review:** _Ousley CRNP_          **Date:** _____

# NAPHCARE, INC.
## CHRONIC CARE CLINIC
## NURSING INITIAL EVALUATION / UPDATE

NAME: _Dean Farrow_ AIS# _111719_ DOB: _____

**1. Problems by Diagnosis or Symptoms**

1. _____ 2. Prone to hyper/hypoglycemia
3. _____ 4. _____

**2. Differential diagnosis for symptoms by #:** _2_ _____

**3. Data supporting diagnosis by #:** _History and Physical_ _____

**4. Treatments:** 1) Medication as ordered by MD, 2) Dietary management: Consistent Carbohydrate diet 3) Exercise, as tolerated / consistent program 4) Patient teaching

**5. Diagnostic tests for problems:** 1) A1C q 3 months / if abnormal and q 6 months if within normal range 2) PBS

**6. Treatments to be avoided in this patient:** Excessive carbohydrate diet

**7. Complications to be anticipated:** Hyper glycemia vs hypoglycermia, infection R/T increase glucose, decrease leukoyctes, alteration in circulation

**8. General description of long-term goals for this patient:** Maintain blood glucose within normal range, gain understanding of blood glucose R/T Insulin and/or other meds

**9. Follow-up plans and needs:** IDDM: nurse ccc visit q month/ MD q 3 months; NIDDM: nurse ccc visit q 3 months /MD q 6 months

_Skeese_ / _Easterling_ / _9/15/03_
**Clinic Nurse**    **Institution**    **Date**

# NAPHCARE / Chronic care clinic
## MEDICAL DOCTOR INITIAL EVALUATION/UPDATE

NAME: _Farrow, Dean_  AIS# _111719_  DOB: ▮▮▮▮

Diagnosis: _____ IDDM or NIDDM
(Circle one)

Diet: _CONSISTENT CARBOHYDRATE DIET – WITH or WITHOUT HS SNACK_
(circle one)

Exercise: _as tol_

Allergies: _NKDA_

Medications: _Desbeta 10mg BID_

Laboratory/Diagnostic Testing: 1) Visual acuity q 6 month, 2) Cholesterol, trig. HCT & BUN q 3 yrs., 3) PBS q month if IDDM, 4) Dental exam q yr., 5) CXR initially (if none in last 3 yrs.) then as ordered, 6) V/A q 6 months and 7) EKG q 3 yrs.

Short-Term Goal (s): 1) Maintain BS within safe range. 2) Maintain weight within safe range

Long-Term Goal (s): 1) Maintain blood sugar within safe range, 2) Prevent complications of diabetics, if possible, 3) Identify and treat complications if they arise

Routine Follow-up Frequency: 1) q 3 months by MD, 2) q 1 month by Nurse

Planning by: _R Shaw LPN_    Date: _10-16-02_

Physician Review: _____    Date: _10/17/02_

# NAPHCARE, INC.
## CHRONIC CARE CLINIC
### NURSING INITIAL EVALUATION / UPDATE

NAME: _Farrow, Dean_  AIS# _11179_  DOB: ▓▓▓▓▓▓

**1. Problems by Diagnosis or Symptoms**

1. _____
2. Prone to hyper/hypoglycernia
3. _____
4. _____

**2. Differential diagnosis for symptoms by #:** _2_

**3. Data supporting diagnosis by #:** _Rx & phy_

**4. Treatments:** (by each therapy write the # of the problem it addresses) 1) Medication as ordered by MD, 2) Dietary management, 3) Exercise, 4) Patient teaching

**5. Diagnostic tests for problems:** 1) Initial CXR (if none in last 3 yrs), 2) Cholesterol, trig., HCT & BUN q 3 yrs, 3) PBS q month if IDDM, 4) Dental exam q year, 5) V/A q 6 month, 6) EKG q 3 yr., 7) Visual acuity q 6 month

**6. Treatments to be avoided in this patient:** Excessive carbohydrate diet

**7. Complications to be anticipated:** Hyper glycernia vs hypoclycernia, infection R/T increase glucose, decrease leukoyctes, alteration in circulation

**8. General description of long-term goals for this patient:** Maintain blood glucose within normal range, gain understanding of blood glucose R/T Insulin

**9. Follow-up plans and needs:** Will see nurse in CCC q 1 month, MD q 3 months

_P. Shaw RN_
**Clinic Nurse**

_Easterling_
**Institution**

_1-10-16·02_
**Date**

## DIABETIC MELLITUS EDUCATION

Do's

A.    Become familiar with diabetes and how it affects your body.
  1.    Visit your physician on a regular basis
  2.    Attend any available classes
  3.    Read literature on Diabetes

B.    Keep daily routine that is fairly consistent
  1.    Get an adequate amount of rest and sleep
  2.    Exercise regularly
      a.    avoid spurts of exercise before meals
      b.    exercise 1 1/2 hours after meals

C.    Follow prescribed dietary regimen
  1.    Eat daily diet as ordered by your doctor
  2.    Learn how to estimate food quantities for nutritional values
  3.    Avoid highly concentrated carbohydrates
  4.    Normalize body weight, as prescribed by your doctor
  5.    If taking insulin, eat extra calories when unusual physical activity is required, as instructed by your doctor or nurse.

D.    Familiarize yourself with aspects of insulin.  Your doctor or nurse will give you written information about the insulin or pill you take, and what to do if you should have a problem.  One problem that happens to many diabetics at one time or another is hypoglycemia (low blood sugar).  If your blood sugar gets too low, you may have these feelings.
  1. palpitations          2. feeling nervous              3. sweaty, cold, clammy
  4. trembly               5. drowsy                        6. light-headed

E.    Take medication as directed

F.    Proper Foot Care:
  1.    Inspect feet routinely for calluses, corns, blisters, abrasions, and nail abnormalities.  Remember, do not remove any calluses or nails, report problems to your doctor.
  2.    Bathe feet daily.  Dry well, especially between the toes.
  3.    Keep feet dry.
  4.    Wear well fitting shoes
  5.    Wear clean nonrestrictive socks
  6.    Avoid injuries to feet.  Report injuries to the nurse or doctor by submitting a sick call request form.
  7.    Do foot exercises

G.    During period of illness, submit a sick call request form

I received a copy of this form and I understand the above instructions.

_____
Inmate Signature

_____
Nurses Signature

**TechCare**

# Diabetic Chronic Care Appointment

*NaphCare*

| | |
|---|---|
| Name | **FARROW,DEAN** |
| DOC # | **111719** |
| Birth Date | ▓▓▓▓ |

9/15/2002

| Appointment Date | 9/13/2002 |
|---|---|

## Subjective Data

| | |
|---|---|
| Dry Mouth | |
| Other Mouth Problems | REFUSED |
| Headaches | |
| Visual Problems | |
| Dizziness | |
| Syncope | |
| Chest Pains | |
| Dyspnea | |
| Urinary Frequency | |
| Frequency Of Nocturia | |
| Skin Sores Or Rash | |
| Foot Or Leg Pain | |
| Smoking (Packs Per Day) | |
| Dietary Compliance | |
| Fatigue | |

## Nursing Exam

Blood Pressure
Pulse
Repiratory Rate
Weight
Mouth Exam
Foot Ulcers
Foot Pulses
Edema
Vision

## Lab Test Results

Hgb A1C
   (Abn q3 mo/normal q6 mo)
K+
BUN
Cholesterol
PBS BS #1 (FBS)
       BS #2 (1 h pp)
       BS #3 (1 h ac)
       BS #4 (1 h ac)
       BS #5 (3 h pc)
UA & Microalbuminuria

## Medications

AM Insulin NPH/REG
PM Insulin NPH/REG
Oral Medications
Medication Compliance
Education & Counseling

## Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema

# Diabetic Chronic Care Appointment

**NaphCare**

| | |
|---|---|
| Name | FARROW,DEAN |
| DOC # | 111719 |
| Birth Date | ▮▮▮▮▮ |

7/11/2002

| Appointment Date | 7/11/2002 |
|---|---|

## Subjective Data

| | |
|---|---|
| Dry Mouth | No |
| Other Mouth Problems | No |
| Headaches | No |
| Visual Problems | No |
| Dizziness | No |
| Syncope | No |
| Chest Pains | No |
| Dyspnea | No |
| Urinary Frequency | No |
| Frequency Of Nocturia | No |
| Skin Sores Or Rash | No |
| Foot Or Leg Pain | No |
| Smoking (Packs Per Day) | No |
| Dietary Compliance | Compliant |
| Fatigue | No |

## Nursing Exam

| | |
|---|---|
| Blood Pressure | 120/90 |
| Pulse | 76 |
| Repiratory Rate | 18 |
| Weight | 228# |
| Mouth Exam | wnl |
| Foot Ulcers | None noted |
| Foot Pulses | ++ bil |
| Edema | None noted |
| Vision | 7/01 |

## Lab Test Results

| | | |
|---|---|---|
| Hgb A1C | 8.7 | 6/ |
| (Abn q3 mo/normal q6 mo) | | |
| K+ | 7/1 | |
| BUN | 7/1 | |
| Cholesterol | 6/00 | |
| PBS BS #1 (FBS) | | |
| BS #2 (1 h pp) | 115 | |
| BS #3 (1 h ac) | 146 | |
| BS #4 (1 h ac) | | |
| BS #5 (3 h pc) | | |
| UA & Microalbuminuria | 8/1 | |

## Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | Diabeta |
| Medication Compliance | KOP |
| Education & Counseling | yes |

## Doctor Exam

Fundoscopic
Carotids
Heart
Pedal Pulses Pop/DP/P+
Edema

# Diabetic Chronic Care Appointment

**NaphCare**

| | |
|---|---|
| Name | FARROW,DEAN |
| DOC # | 111719 |
| Birth Date | ▓▓▓▓▓ |

6/15/2002

| | |
|---|---|
| Appointment Date | 6/15/2002 |

## Subjective Data

| | |
|---|---|
| Dry Mouth | NO |
| Other Mouth Problems | NO |
| Headaches | NO |
| Visual Problems | GLASSES |
| Dizziness | |
| Syncope | NO |
| Chest Pains | NO |
| Dyspnea | NO |
| Urinary Frequency | NO |
| Frequency Of Nocturia | NO |
| Skin Sores Or Rash | NO |
| Foot Or Leg Pain | R-TOE |
| Smoking (Packs Per Day) | NO |
| Dietary Compliance | NO |
| Fatigue | COMPLIANT |
| | NO |

## Nursing Exam

| | |
|---|---|
| Blood Pressure | |
| Pulse | 120/78 |
| Repiratory Rate | 78 |
| Weight | 18 |
| Mouth Exam | 227 |
| Foot Ulcers | 10/01 |
| Foot Pulses | NO |
| Edema | +2 |
| Vision | NO |
| | 7/01 |

## Lab Test Results

| | |
|---|---|
| Hgb A1C | 1/02   7.3% |
| (Abn q3 mo/normal q6 mo) | |
| K+ | |
| BUN | 7/01 |
| Cholesterol | 7/01 |
| PBS BS #1 (FBS) | 6/00 |
| BS #2 (1 h pp) | 6/16/02 |
| BS #3 (1 h ac) | 102 |
| BS #4 (1 h ac) | 160 |
| BS #5 (3 h pc) | |
| UA & Microalbuminuria | 8/01 |

## Medications

| | |
|---|---|
| AM Insulin NPH/REG | |
| PM Insulin NPH/REG | |
| Oral Medications | DIABETA |
| Medication Compliance | KOP |
| Education & Counseling | YES |

## Doctor Exam

| | |
|---|---|
| Fundoscopic | 6-21-02 |
| Carotids | Benign |
| Heart | ⊖ bruits IJVD |
| Pedal Pulses Pop/DP/P+ | RRR ⊖ m/r/g |
| Edema | 2+ pp |
| | ⊘ |

E Kleg cont

## Endocrine / Diabetic Chronic Care Clinic

| NAME: Farrow, Dwin | AIS 11/19 | INST East | DOB ████ | AGE 49 | R/S B/M | YEAR 2001 |
|---|---|---|---|---|---|---|
| Visual acuity q 6 months | Date | Dental Exam q 1 year | Date | | | |
| Cbol, trig. HCT, & BUN q 3 years | Date | CXR initially then prn | Date | UA q 6 mo | | |
| Full PBS q mo. in IDDM | Date | #1 & #2 qmo. for NIDDM | Date | EKG q 3 yrs | | |
| DATE | Date | | Date | | Date | Date |

### SUBJECTIVE DATA: Q MONTH

| | 12-15-01 | 1/12/02 | 2/7/02 |
|---|---|---|---|
| 1. Dry mouth | | no | |
| 2. Other mouth problems | | no | |
| 3. Headaches | | no | |
| 4. Visual problems | | no | Refused |
| 5. Dizziness | | no | |
| 6. Syncope | ? | glasses | |
| 7. Chest pains | | occ | |
| 8. Dyspnea | | no | see |
| 9. Urinary frequency | | no | |
| 10. Frequency of nocturia | | no | Warren |
| 11. Skin sores or rash | | no | |
| 12. Foot or leg pain | | no | |
| 13. Smoking - packs per day | | no | |
| 14. Dietary compliance | | no | |
| 15. Fatigue | | compliant | |
| | | no | |

### NURSING EXAM: Q MONTH

| | | | |
|---|---|---|---|
| 1. BP / pulse | | | |
| 2. Weight / Respirations | | 12982 88 | |
| 3. Mouth exam | | 221 18 | |
| 4. Foot ulcers | | | |
| 5. Foot pulses | | | |
| 6. Edema | | ø | |
| 7. Vision | | ø | |

### LAB TEST RESULTS (as ordered)

| | | | |
|---|---|---|---|
| 1. Hgb A1C (abn. q 3 mo/normal q 6 mo) | | | |
| 2. K+, BUN Chol. | | 7/01 >18.1 | |
| 3. PBS BS #1 (FBS) | | | |
| BS #2 (1 h pp) | | 1/12/02 | |
| BS #3 (1 h ac) | | | |
| BS #4 (1 h ac) | | | |
| BS #5 (3 h pc) | | | |
| 4. UA & Microalbuminuria | | | |

### MEDICATIONS

| | | | |
|---|---|---|---|
| 1. AM Insulin NPB/REG | | 8/01 | |
| PM Insulin NPH/REG | N/A | | |
| 2. Oral meds | | | |
| 3. | | Diabeta 10mg Bid | |
| 4. | | | |
| 5. | | | |
| Medication compliance | | | |
| Education and counseling | | KOP | |

### DOCTOR EXAM Q 3 MONTHS

| Date | | | |
|---|---|---|---|
| 1. Fundoscopic | 1/15/02 Benign | | |
| 2. Carotids | ⊖ bruits / JVD | | |
| 3. Heart | RRR ⊖ m/r/g | | |
| 4. Pedal Pulses Pop/DP/P+ | 2+ PP | | |
| 5. Edema | | | |

Endocrine / Diabetic Chronic Care Clinic

| NAME | AIS | INST | DOB | AGE | R/S | YEAR |
|---|---|---|---|---|---|---|
| Farrow Dean | 111719 | East | | 49 | B/m | 2001 |

| | Date | Dental Exam q 1 year | Date | | |
|---|---|---|---|---|---|
| Visual acuity q 6 months | | | | UA q 6 mo | Date |
| Cbol, trig. HCT, & BUN q 3 years | Date 7-01 | CXR initially then prn | Date 16.00 | EKG q 3 yrs | Date |
| Full PBS q mo. in IDDM | Date 8-01 | #1 & #2 qmo. for NIDDM | Date | | Date 1999 |
| DATE | | 8-4-01 | 9-7-01 | | 11-21-01 |

## SUBJECTIVE DATA: Q MONTH

| | | | |
|---|---|---|---|
| 1. Dry mouth | no | no | |
| 2. Other mouth problems | no | no | |
| 3. Headaches | no | no | |
| 4. Visual problems | no | no | |
| 5. Dizziness | no | no | |
| 6. Syncope | NO | no | |
| 7. Chest pains | no | no | ↓ |
| 8. Dyspnea | no | no | |
| 9. Urinary frequency | no | no | |
| 10. Frequency of nocturia | no | no | |
| 11. Skin sores or rash | no | no | |
| 12. Foot or leg pain | no | no | |
| 13. Smoking - packs per day | no | no | |
| 14. Dietary compliance | Compliant | compliant | |
| 15. Fatigue | no | | |

## NURSING EXAM: Q MONTH

| | | | | |
|---|---|---|---|---|
| 1. BP / pulse | 118/80 | 76 | 110/62 | 60 |
| 2. Weight / Respirations | 200# | 20 | 213 | 18 |
| 3. Mouth exam | WNL | | WNL | |
| 4. Foot ulcers | # | | # | |
| 5. Foot pulses | # | | # | |
| 6. Edema | no | | # | |
| 7. Vision | c glasses 20/50 OD | OS 20/50 | OU 20/50 | |

## LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. Hgb A1C | 7-01 | 18 | HT | |
| (abn- q 3 mo/normal q 6 mo) | | | | |
| 2. K+, BUN Chol. | | | | |
| 3. PBS   BS #1 (FBS) | 872 -01 | | 9/2/01 | 98 |
| BS #2 (1 h pp) | | | | |
| BS #3 (1 h ac) | | | | |
| BS #4 (1 h ac) | | | 77- | |
| BS #5 (3 h pc) | | | | |
| 4. UA & Microalbuminuria | B-11-01 | | 8/01 | |

## MEDICATIONS

| | | | |
|---|---|---|---|
| 1. AM Insulin NPH/REG | | | |
| PM Insulin NPH/REG | | | |
| 2. Oral meds | Glucophage 500 Bd | | |
| 3. | avanta 15 mg Bd | | |
| 4. | | | |
| 5. | | | |
| Medication compliance | | | |
| Education and counseling | | | |

## DOCTOR EXAM Q 3 MONTHS

| Date | 8/20/01 | | |
|---|---|---|---|
| 1. Fundoscopic | Optom 8/3/01 | | |
| 2. Carotids | (—) bruits | | |
| 3. Heart | RRR (—) MGR | | |
| 4. Pedal Pulses Pop/DP/P+ | 2+ PP | | |
| 5. Edema | 0 | | |

EKG WNL

# PATIENT EDUCATION FOR DIABETES MELLITUS

NAME: _Fawow Jean_ AIS#: _11719_      INSTITUTION: _Easterly_

Become familiar with diabetes and how it affects your body.
1. Visit your physician on a regular basis
2. Attend any available classes
3. Read literature on Diabetes

Keep daily routine that is fairly consistent
1. Get ab adequate amout of rest and sleep
2. Exercise regularly
   a. avoid spurts of exercise before meals
   b. exercise 1 1/2 hours after meals

Follow prescribed dietary regimen
1. Eat daily diet as ordered by your doctor
2. Learn how to estimate food quantities for nutritional values
3. Avoid highly concentrated carbohydrates
4. Normalize body weight, as prescribed by your doctor
5. If taking insulin, eat extra calories when unusual physical activity is required, as instructed by your doctor or nurse

Familiarize yourself with aspects of insulin.  Your doctor or nurse will give you written information about the insulin or pill you take and what to do if you should have a problem.  One problem that happens to many diabetics at one time or another is hypoglycemia (low blood sugar).  If your blood sugar gets too low, you may have these feelings:
1. Palpitations
4. Trembly
2. Feeling nervous
5. Drowsy
3. Sweaty, cold, clammy
6. Light-headed

Take medication as directed

Proper foot care
1. Inspect feet routinely for calluses, corns, blisters, abrasions, and nail abormalities.  Remember, do not remove any calluses or nails, report problems to your doctor
2. Bathe feet daily.  Dry well, especially between the toes.
3. Keep feet dry
4. Wear well fitting shoes
5. Wear clean nonrestrictive socks
6. Avoid injuries to feet.  Report injuries to the nurse or doctor by submitting a sick call request form
7. Do foot exercises

During a period of illness, submit a sick call request form.

I received a copy of this form and I understand the above instructions.

_____      _____      _____
Inmate Signature                  Nurses Signature                  8-11-05
                                                                         Date

_____      _____      _____
Inmate Signature                  Nurses Signature                  Date

_____      _____      _____
Inmate Signature                  Nurses Signature                  Date

# Pulmonary / Asthma or COPD Chronic Care Clinic

| NAME | AIS | INST | DOB | AGE | R/S | YEAR |
|------|-----|------|-----|-----|-----|------|
| *(handwritten)* | 1019 | East | 2-9-01 | 47 | Bm | 2 yrs |
| DATE | 10-20-00 | | | 6-10-01 | | 8-1-01 |

## SUBJECTIVE DATA: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. Cough | Yes | No | NC | No |
| 2. Sputum quality | yellow phlem | small and mag | ⊖ | No |
| 3. Sputum quantity | mod. | small | | No |
| 4. Appetite | good | good | good eat meal | No |
| 5. Exercise tolerance | good | good | walking minute | OK |
| 6. Dyspnea | No | occ. | | good |
| 7. Inhaler use / reason | Asthma | yes Asthma | asthma | Asthma |
|    Inhaler use / still | PR | prn | same | me |
| 8. Smoking | No | No | ⊖ | No |

## NURSING EXAM: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. BP | 120/80 | 118/90 | 120/81 | |
| 2. Pulse | 88 | 96 | 72 | 76 |
| 3. Respiratory rate | 20 | 20 | 18 | 20 |
| 4. Temperature | 96.8 | 96.4 | T. 97.6 | 96.8 |
| 5. Weight | 216# | 220 | 200 lbs | 208 #5 |
| 6. Dyspnea | No | No | ⊖ | No |
| 7. Lungs | cl. | No | clear. | cl. |
| 8. Prolonged expirations | No | cl | ⊖ | No |
| 9. Accessory muscles | No | No | ⊖ | No |
| 10. Edema | No | No | ⊖ | No |

## LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. Peak flow q 3 mo | 460 | 450 | 475 | 460 |
| 2. Chest X-ray | 8-00 | 12/00 | 12-00 | |
| 3. Oximetry q 3 mo | 98% | 96% | 94 % | |
| 4. EKG | 99 | 6/99 | 6-99 | |
| 5. Theophyllin level (per MD) | | | | |
| 6. WBC / hct (per MD) | | | | |
| 7. PPD date / reading | 6-3-00 | Past + See Exe | ⊖ PPD | ⊝ positive |

## MEDICATIONS

| Albuterol Inh | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Medication compliance | Kop | KOP | kop | |
| Date medications ordered | | 11/28/00 | | |
| Education and counseling | | HW | | |

## DOCTOR EXAM Q 6 MONTHS

| Date | 6-18-01 | | | |
|------|---------|---|---|---|
| 1. Lung sounds | | | | 8/70/01 |
| 2. Accessories | | | | SB. |
| 3. Barrel chest | | | | |
| 4. Cardiac | | | | |
| 5. Edema | | | | |
| 6. ? Distress | | | | NAD |

# Pulmonary / Asthma or COPD Chronic Care Clinic

| NAME Farrow Dian | AIS | INST | LOB | AGE | R/S | YEAR |
|---|---|---|---|---|---|---|
| | 111719 | Cootulie | ▬ | 47 | B/m | 7-13-99 |
| DATE 7-13-99 | | | 10/1/99 | 3-11-00 | | 1-5-00 |

## SUBJECTIVE DATA Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. Cough | dry cough | cough | NO | |
| 2. Sputum quality | no | no | NO | NO |
| 3. Sputum quantity | no | no | NO | NO |
| 4. Appetite | OK - 90 a o | fair | "OK" | "OK" |
| 5. Exercise tolerance | walk | no | "OK" | "OK" |
| 6. Dyspnea | occ | occ | "OK" | good |
| 7. Inhaler use / reason | asthma | asthma | Asthma | occ. |
| Inhaler use / still | bid-CP | twice at night | PRN | Asthma PRN |
| 8. Smoking | no | OK-1-Ruch | NO | NO |

## NURSING EXAM: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. BP | 100/70 | 100/70 | 128/80 | 140/90 |
| 2. Pulse | 73 | 80 | 93 | 80 |
| 3. Respiratory rate | 20 | 20 | 20 | 20 |
| 4. Temperature | 97.8 | 97.8 | 978 | 94 |
| 5. Weight | #281 | 212 | 708 # | 214# |
| 6. Dyspnea | Ø | | no | no |
| 7. Lungs | clear | clear | clean | cl. |
| 8. Prolonged expirations | Ø | Ø | Ø | Ø |
| 9. Accessory muscles | Ø | Ø | no | no |
| 10. Edema | Ø | Ø | no | no |

## LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. Peak flow q 3 mo | 450 | 450 | 420 | q w |
| 2. Chest X-ray | 2-16-96 | 2-96 | ↑ 9-99 | ↑ |
| 3. Oximetry q 3 mo | 93 % | 94 % | 94% | 95% |
| 4. EKG | 9-20-95 | 9-95 | | |
| 5. Theophyllin level (per MD) | — | — | | |
| 6. WBC / hct (per MD) | — | | | |
| 7. PPD date / reading | 6-12-99 neg | 6-99 neg | 6-99 | 6-99 |

## MEDICATIONS

| | | | | |
|---|---|---|---|---|
| Albuterol Inhale | KVP | | | |
| | | | | |
| | | | | |
| Medication compliance | PPP Rx VED | PRN | PRN - KOP | KOP |
| Date medications ordered | | | 12-18-99 | |
| Education and counseling | LE | LE | PRN | PRN |

## DOCTOR EXAM Q 6 MONTHS

| Date | 7-21-99 | 10/4 S |
|---|---|---|
| 1. Lung sounds | | |
| | | |
| 2. Accessories | | |
| 3. Barrel chest | | |
| 4. Cardiac | | |
| | | |
| 5. Edema | | — |
| 6. ? Distress | | |

## Infectious Disease / INH Therapy or Active TB Chronic Care Clinic

| NAME Fawow Dean | AIS 11179 | INST EF | DOB 10-20-0 | AGE 48 | R/S B/m | YEAR ?aco |
|---|---|---|---|---|---|---|
| DATE | | 9410 | | 12/8/00 | | 6-10-01 |

### SUBJECTIVE DATA: Q MONTH

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Fever | NU | NO | NO | NO | | |
| 2. Night sweats | No | NO | NO | NO | | |
| 3. Anorexia | No | NO | No | NO | | |
| 4. Weight loss | No | NO | NO | No | F | |
| 5. Cough | No | No | No | N | Pa | |
| 6. Sputum | Occ. | yes | yes | yes | g | |
| 7. Hemoptysis | No | NO | yellow phlegm NO | | | |
| 8. Nausea / Vomiting | NO | NO | No | NO | | |

### NURSING EXAM: Q MONTH

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. B.P. / pulse | 140/90-92 | 108/84-08 | 120/80.8 | 124/84-20 | | |
| 2. Respiratory rate / Temp. | 60-80 | 16 | 96 20 | 88-98 | | |
| 3. Weight | 214 # | 212# | 216 # | 218 # | | # 200 |
| 4. PPD / Date positive 20mm | 6-13-00 | | | | | |
| 5. Nodes | | | | | | |
| 6. General appearance | No | Whl | Wn | No | | |
| 7. Jaundice | Wn | 10Nl | Wn | No | | |
| | C. | No | No | No | | |

### LAB TEST RESULTS (as ordered)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Chest x-ray | | | | | | |
| 2. Sputum AFB | 6-20-00 | | | | | |
| 3. SGOT q. mo | Gjued 7-15-00 | | | | | |
| 4. WBC / hct | | | 10-20-0 | 2 | | |

### MEDICATIONS

| INH | | | | | |
|---|---|---|---|---|---|
| | + | r | 4 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Medication compliance | 100% | 100% | 100% | 100% | |
| Notify MD | | | | | |
| Education and counseling | Ph | Db | Ph | Ph | |

### DOCTOR EXAM Q 3 MONTHS

| Date | 8-2-00 | | | |
|---|---|---|---|---|
| 1. Cough | | | | |
| 2. Sputum | ✓ | | | |
| 3. Lungs | ✓ | | | |
| 4. Chachexia | ✓ | | | |
| 5. Nodes | ✓ | | | |
| 6. Jaundice | ✓ | | | |
| 7. Abd. exam | ✓ | | | |

# PATIENT EDUCATION FOR ISONIAZID (INH) THERAPY

NAME: _Farrow Dean_    AIS#: _11719_    INSTITUTION: _Easte_

## PATIENT CAN DESCRIBE OR EXPLAIN:

1. Diagnosis; the need for isoniazid therapy

2. Symptoms of medication side effects

3. Need for medication compliance

4. Effects of smoking on condition

5. Medical regimen

6. Importance of medical follow-up

7. Applicable infection control measures

| DATE: | 1-15-06 | 9-9-0 | 10-20-0 | 12-8-0 |
|-------|---------|-------|---------|--------|
|       |         |       |         |        |
|       |         |       |         |        |
|       |         |       |         |        |
|       |         |       |         |        |
|       |         |       |         |        |
|       |         |       |         |        |
|       |         |       |         |        |

Comments:

_____

_____

_____

_____

_____

CORRECTIONAL MEDICAL SERVICES
CHRONIC CARE CLINIC
NURSING INITIAL EVALUATION / UPDATE

NAME: _Farrow Dean_    AIS# _111219_    DOB: ▓▓▓▓▓

1. Problems by Diagnosis Or Symptoms   1. _POTENTIAL FOR INJURY R/T LOSS OF SMALL OR LARGE MUSCLE COORDINATION_   2. _____   3. _____

2. Differential diagnosis for symptoms by #: _____

3. Data supporting diagnosis by #: _1. PAST OBSERVED SEIZURE ACTIVITY   1. POSSIBLE FAMILY HX. OF SEIZURE ACTIVITY   1. POSSIBLE CAUSE OF SEIZURES R/T   (CIRCLE)   HEAD TRAUMA   DRUG OR ALCOHOL USE   PRESENT AT BIRTH_

4. Treatments: (by each therapy write the # of the problem it addresses) _____
_1. MONITOR MEDICATION COMPLIANCE   1. MONITOR IN CHRONIC CARE CLINIC Q 3 MONTHS.   1. PROVIDE PT. EDUCATION   1. IDENTIFY POSSIBLE STIMULI THAT MAY PRECIPITATE SEIZURE ACTIVITY_

5. Diagnostic tests for problems: _MONITOR DRUG LEVELS AS ORDERED BY PHYSICIAN.  PT. EDUCATION ON PREP FOR DIAGNOSTIC TEST SUCH AS EEG, MRI, ETC.  1. NEURO CHECKS_

6. Treatments to be avoided in this patient: _1. WORKING AROUND OR OPERATING HAZARDOUS MACHINERY   1. PLACEMENT ON TOP BUNK   1. MONITOR OTHER MEDICATIONS THAT MAY DECREASE OR INHANCE THE EFFECTS OF NEUROLEPTICS AND PROVIDE PT. EDUCATION_

7. Complications to be anticipated: _1. TRAUMA FROM FALLS AND MUSCLE RIGIDITY .  1. RESPIRATORY DISTRESS_

8. General description of long-term goals for this patient: _1. CONTORL SEIZURE ACTIVITY TO PROTECT PT. FROM INJURY   1. MAINTAIN AIRWAY AND RESPIRATORY FUNCTION_

9. Follow-up plans and needs: _MONITOR IN CHRONIC CARE CLINIC Q 3 MONTHS. MONITOR MEDICATION COMPLIANCE. CONTINUE PATIENT EDUCATION._

_____  / 1. _Easitly_  / _7-15-00_
Clinic Nurse                Institution         Date

# CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC
## MEDICAL DOCTOR INITIAL EVALUATION / UPDATE

NAME: _Farrow, Dean_     AIS# _11719_     DOB: _███████_

Diagnosis: _Positive PPD_

Diet: _Reg_

Exercise: _As tolerated_

Allergies: _____

Medications: _INH 900mg every Tuesday & Friday x 6 months_

Laboratory / Diagnostic Testing: _CXR, SGOT q month_

Short-Term Goal(s): _Monitor medication compliance_

Long-Term Goal(s): _Prevent active TB_

Routine Follow-up Frequency: _MD exam q 3month  Nurse exam qmonth_

Planning by: _P. Mduneic RN_     Date: _7-15-00_

Physician Review: _____     Date: _7/11/00_

## PATIENT EDUCATION FOR PULMONARY / ASTHMA OR COPD

NAME: _Farrow  Dan_     AIS#: _11171 9_     INSTITUTION: _Easturli_

### PATIENT CAN DESCRIBE OR EXPLAIN:

| | DATE: | 7.13.99 | 3 11-00 | 10 20-0 | 3-9-01 |
|---|---|---|---|---|---|
| 1. Diagnosis or condition | | | | | |
| 2. The need to follow the medical regimen | | | | | |
| 3. Therapeutic breathing exercises | | | | | |
| 4. Appropriate technique for coughing | | | | | |
| 5. Demonstrates appropriate inhaler technique | | | | | |
| 6. Actions of medication and possible side effects | | | | | |
| 7. Signs and symptoms of medication side effects | | | | | |
| 8. Appropriate method to monitor peak flow | | | | | |
| 9. Appropriate infection control measures | | | | | |
| 10. The importance of dietary intake | | | | | |
| 11. Signs and symptoms to report to the nurse or doctor and appropriate timeliness | | | | | |
| 12. Appropriate levels of activities of daily living | | | | | |

Comments:

_____

_____

_____

_____

_____

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC
### MEDICAL DOCTOR INITIAL EVALUATION / UPDATE

NAME: _Farrow Dean_   AIS#: _11719_   DOB: _█████_

Diagnosis: _DDM_

Diet: **Diabetic Diet with Snack**

Exercise: **As tolerated**

Allergies: _NKDA_

Medications: _Glucophage 500 mg po Bid_
_Glucotrol 10 mg po Bid_

Laboratory / Diagnostic Testing: **Obtain baseline-CXR, EKG and lab work as ordered per MD, monitor monthly pattern blood sugars**

Short-Term Goal(s): **Prevent patient having hypoglemic reaction.**

Long-Term Goal(s): **Blood glucose and HgAlC will be maintained within normal range.**

Routine Follow-up Frequency: **Monitor monthly Chronic Care Clinic, MD exam every 3months**

Planning by: _[signature]_   Date: _8-11-05_

Physician Review: _____   Date: _____

# RELEASE FROM LIABILITY

DATE _2-2-00_

TIME _7:00_ (am)/pm

This is to certify that I, _Farrow Dean_

AIS# _11715_, of the _Easterling Correctional_

Facility _Refuse Chronic Care Clinic_

_2-2-06_

against the advice of the attending physician and the administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_Alunty_
**Witness**

_Dean E. Farrow_ _11171_
**Signature of Inmate**

_CPr_

_2-2-06_
**Title**                    **Date**

_Ut W___ COI_
**2nd Witness**

## INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

| | YES | NO |
|---|---|---|
| Past history of hepatitis? | YES____ | NO__X__ |
| TB test current? | YES_✓_ | NO____ |
| TB test negative? | YES_✓_ | NO____ |
| If history of positive TB test, verified Completion of treatment? | YES____ | NO_N/A_ |

**PHYSICAL ASSESSMENT:**

| | YES | NO |
|---|---|---|
| Open sores or rashes on hands, arms face and neck: | YES____ | NO_X_ |
| Has diarrhea: | YES____ | NO_x_ |
| Has a cough | YES____ | NO_x_ |
| Lungs clear to auscultation: | YES_X_ | NO____ |
| Signs and symptoms of other contagious diseases: | YES____ | NO_x_ |

Specify:_____

This inmate's medical record has been reviewed and he has been examined:

__X__ He IS medically cleared for duty as a food service worker

_____ He IS NOT medically cleared for duty as a food service worker

α. Ewing LPN
**SIGNATURE**

7/9/99
**DATE**

---

## FOOD SERVICE WORKER GUIDELINES

**HAIRNETS:** Put hairnets on before washing hands. Be sure to include all hair especially bangs on the front of head. Do not touch hair when handling food.

**HANDWASHING:** Turn water on. Wet hands. Lather hands with soap. Scrub for at least 30 seconds. Rinse off bar of soap. Replace in soap dish. Rinse hands. Dry hands with paper towel and use paper towel to turn off faucet.

**SICKNESS:** Tell the kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on the kitchen detain.

Dean E. Farrow
**INMATE SIGNATURE**

7-9-99
**DATE**

α. Ewing LPN
**NURSE SIGNATURE**

7-9-99
**DATE**

Farrow Dean
**ME**

111719
**AIS#**

Easterling
**LOCATION**

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME Farrow Dean

INSTITUTION Easterling

NUMBER 117149 R/S Bln

Lay-In for _____ days from _____ due to _____
(date)                                    (date)
to

TO See me 3-27-00 Monday 0800 Am

Instructions:

Failure to follow the directions above may result in a disciplinary.

Date Issued 3-16-00

Signature

F-53

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

NAME Farrow Dean

INSTITUTION Easterling

NUMBER 117149 R/S

Lay-In for _____ days from _____ due to _____
(date)                                    (date)
to

Report to HCU on Wed. Nov. 24, 1999 at 8:00 pm to see Dr. Gilbert.

Instructions:

Failure to follow the directions above may result in a disciplinary.

Date Issued 11/24/99

Signature M. Bass un

F-53

## RELEASE FROM LIABILITY

DATE _3-27-00_

TIME _08w_    am/pm

This is to certify that I, _Farrow Dean_

AIS# _111719_ , of the _Easterling Correctional_

Facility, _Refuses the CMD appt_

_____

against the advice of the attending physician and the administration. I acknowledge that I have been informed of and understand the risk involved and hereby release the attending physician, Correctional Medical Systems, officers and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_Mckinnon R_

**Witness**

_____

**Title**

_Dean E. Farrow, #111719_

**Signature of Inmate**

_3/27/00_

**Date**

_____

**Second Witness**

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

INSTITUTION _Easterling_

NAME _Farrow, Dean_

NUMBER _111719_    R/S _B/n_

Lay-in for _____ days from _____ due to _____ to _____
(date)                              (date)

Instructions: _Report to HCU @ 8AM on Thurs. June 15 for PPD reading. for M.D. appt. was_

Failure to follow the directions above may result in a disciplinary.

Date Issued _6/13/06_

Signature _R. Bolwar LPN_
_V. Dean Easterling_

F-53

---

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

INSTITUTION _Easterling_

NAME _Farrow, Dean_

NUMBER _111719_    R/S _B/n_

Lay-in for _____ days from _____ due to _____ to _____
(date)                              (date)

Instructions: _Report to HCU @ 8AM on Monday June 26 for M.D. appt._

Failure to follow the directions above may result in a disciplinary.

Date Issued _6/13/06_

Signature _R. Bolwar LPN_
_V. Dean Easterling_

F-53

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ ___ w ___ TREATMENT RECORD
(OTHER)

| DATE 7-6-00 | TIME 1300 AM/PM | FACILITY ___ E4 ___ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | 213# | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 96⁸ ⟨ORAL⟩ RECTAL  RESP. 20  PULSE 80  B/P 120/70  RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S̄ Body chart

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

O- Ambulate c̄ Steady gait. A + O X3 - Resp. c̄ ease. No broken areas or bruises noted to skin. Denies c/o pain or any other discomforts at present. A. Body chart per Doc Protocol. P̄ Released to Doc.

ORDERS, MEDICATION, etc.
No Rx Needed.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/6/00 | TIME AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE ___ | DATE | PHYSICIAN'S SIGNATURE ___ | DATE 07/18/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 48 | DATE OF BIRTH ▓▓▓▓ | R/S B/m | AIS # 111719 |
|---|---|---|---|---|

F-15              ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

*Chambli Dcalf*

# CORRECTIONAL MEDICAL SERVICES

## RECEIPT FOR KEEP ON PERSON MEDICATION

Inmate Name *Dean E. Farrow* AIS# *112719*

Institution *Easterly*

Medication *AFC* Date Received: *6-27-00*

I verify that I have received the medication names above.  I have been educated in the use of this medicine and understand what I was taught.

_____
**Inmate Signature**

_____
**Signature of Staff Dispensing Medicine**

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

**INSTITUTION**

Farrow Dean                    111719 B/w

**NAME**                          **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

_____ (date)

_____ due to _____

(date)

TO See mo 8-2-00

Wed. 08 oo Am _____

**Instructions:**

*Failure to follow the directions above may result in a disciplinary.*

7-18-00                    Pinnock

**Date Issued**              **Signature**

Dean E. Farrow,
#111719

F-53

# DEPARTMENT OF CORRECTIONS

**EMERGENCY/** _____ n/E _____ **TREATMENT RECORD**
(OTHER)

| DATE 7-25-00 | TIME 9³⁵ AM/PM | FACILITY _Easterling_ ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES _NKDA_     wt 215

| | CONDITION ON ADMISSION |
|---|---|
| | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP. _96⁹_ ORAL/RECTAL    RESP. _18_    PULSE _84_    B/P _120/76_    RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S: "I fell coming out of the bathroom this morning, sometime before 12 noon today"

PHYSICAL EXAMINATION

O: I/M amb to HCU steady gaite. A+O x3 I/S WNL Breath sounds present, clear x 4 lobe no redness, edema, discoloration noted to area no deformity noted, denies discomfort upon movement, no acute phy distress noted

ORDERS, MEDICATION, etc.

A: alt r comfort

P: no tx indicated
Return PRN
Sign up for sick call if theres no improvement

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/25/00 | TIME 9⁵⁰ AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE P Christen LPN 7-25-00 | PHYSICIAN'S SIGNATURE | DATE 7/26/00 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 48 | DATE OF BIRTH ▮▮▮▮ | R/S B/M | AIS # 111719 |
|---|---|---|---|---|

# RELEASE FROM LIABILITY

**DATE** 7-25-00

**TIME** 9:20 ___ am/pm

This is to certify that I, _Farrow Dean_

AIS# _11719_ , of the _Easterling_

Facility _Ref sick call_

_____

against the advice of the attending physician and the administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_Phillip Boles COI_
**Witness**

_Refused to Sign_        _Phillip Boles COI_
**Signature of Inmate**

_Corr. officer I_
**Title**

_7/25/00_
**Date**

_V. Pringle_
**Second Witness**

# RELEASE FROM LIABILITY

DATE _7-15-00_

TIME _11 w_ (am)/pm

This is to certify that I, _Farrow Dean_

AIS# _11719_, of the _Eastly_

Facility _Refuses to have blood work work_
_done SGOT_

against the advice of the attending physician and the
administration.  I acknowledge that I have been informed
of the risk involved and hereby release the attending
physician, Correctional Medical Services, officers, and
employees and agents from any liability or responsibility
for any injury or damage which I may suffer because of
this decision.

_[signature]_
**Witness**

_Dean E. Farrow #11719_
**Signature of Inmate**

_[signature]_
**Title**

_July 15, 000_
**Date**

_____
**Second Witness**

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_EASturbog_
**INSTITUTION**

_Farrow Dean_          _111719_    _B/M_
**NAME**                  **NUMBER**    **R/S**

**Lay-in for** _____ **days from** _____ **to**

_____ **(date)**

_____ **due to** _____
**(date)**

_____

_____

_____

**Instructions:** _Report to Hu @ 8:00 Au_

_on 8/9/00 to See us_ _____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

_7/30/00_                    _Dhu_
**Date Issued**                **Signature**

                          _Dean E. Farrow_

F-53

NAPHCARE
INMATE KOP MEDICATION

I _Dean E. Farrow_

AIS# _111719_ , on (date) _7/24/01_

have been educated and oriented on the rules and regulations for use

of KOP MEDICATIONS.

I understand that if I do not abide by these rules and regulations, I

forfeit my ability to use KOP MEDICATIONS.

| NAME | AIS | LOCATION |
|------|-----|----------|
| Farrow Dean | 111719 | Easterling |

**PATIENT INFORMATION SLIP**

Easterling
**INSTITUTION**

Farrow Dean      111719   B/m
**NAME**         **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

_____ (date)

_____ due to

(date)

Blood Sugar ✓ every
other day x 3

7/20/01  _____

**Instructions:** 7/22/01  _____

7/24/01  _____

at 3³⁰ am et 3³⁰ pm

_____

*Failure to follow the directions above may result in a disciplinary.*

7/19/01

**Date Issued**

Scottel

**Signature**

Dean E. Farrar

F-53

A-8

# UA DIPSTICK REPORT

NAME _Farnw, Dean_    AIS# _111719_

D.O.B. ▓▓▓▓▓▓    R/S _49_

DATE _1-19-01_    TIME _____

APPEARANCE _Yellow_    CLARITY _Clear_

SPECIFIC GRAVITY _1.015_

LEUKOCYTES _Neg_

NITRATE _Neg_

PH _5_

PROTEIN _Neg_

GLUCOSE _500mg/dL_

KETONE _Neg_

UROBILINOGEN _Neg_

BILIRUBIN _Neg_

BLOOD _Neg_    HEMOGLOBIN _____

NURSE _S. marmo_ MD _____

*NaphCare*

# Release of Responsibility

_Dean E. Farrow_ _____    _July 11, 2001_ _____
Name of Inmate                              Date

_11171 9_ _____
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

_____ _Refuses CCC on 7/11/01_ _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_ _____    _____
Inmate Signature                         Witness

_July 11, 2001 9:20 am_ _____    _____
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____    _____
Witness                                  Date / Time

_____
Witness

Release of Responsibility