

# Receipt for Medical Product

Inmate Name: _Dean Farrow_____  ID No.:_____

Institution: _____

Medical Product: _Anti fungal Cream_____  Date Received: _6-2-05_____

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Dean E. Farrow #111779_____
Inmate Signature

_S. McKinnon Lpn_____
Signature of Healthcare Staff Dispensing Product

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 04/11/01 | TIME 0018 AM/PM | FACILITY Easterly ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA  Wt.

**CONDITION ON ADMISSION** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP. 97.3 (ORAL)/RECTAL  RESP. 19  PULSE 76  B/P 120/80  **RECHECK IF SYSTOLIC _____ <100 > 50**

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - "My new shoes are cutting into my feet."

PHYSICAL EXAMINATION

O - Ambulat to HCC. Steady gait. Noted to be wearing shower shoes + superficial laceration noted to (L) great toe our proximal joint. Superficial abrasion noted to rear of (L) heel our achilles tendon. Appr. 1" ⊙ edema noted. No bleeding or drainage noted. No s/s infection noted.

ORDERS, MEDICATION, etc.

A - Alt. in Skin integrity

P - Area cleaned c proviodine. TAO + bandage applied.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE / / | TIME AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ _____ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 04/11/01 | PHYSICIAN'S SIGNATURE | DATE 4/11/0 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 48 | DATE OF BIRTH | R/S D/m | AIS # 115714 |
|---|---|---|---|---|



# Release of Responsibility

Dion E Farrow
_____
Name of Inmate

4/10/01
_____
Date

111719
_____
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

Refuses CCC

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Dion E Farrow
_____
Inmate Signature

SBuskirk
_____
Witness

4/10/01 — 0810
_____
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____
Witness

_____
Date / Time

_____
Witness

Release of Responsibility

Farray Dean
_____
ame of Inmate

Date & Time
_____

11719
_____
nate ID Number / Date of Birth

3/8/01   7A
_____
Date & Time

ereby refuse to accept the following treatment/recommendations:

Chronic Care on 3-8-01
_____
_____
_____
_____
_____
_____

:knowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved
efusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect
ch may result from this action.

✗ specifically chronic care only)
Dean E. Farrow, #11719
_____
ate Signature

3-38-01
_____
Date & Time

L. Ewing (LPN)
_____
ness

aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

_____
ness

_____
ness

_____
: & Time

**lease of Responsibility**

Facility: _Eastern Correctional Facility_

Last Name: _Fauan_    First Name: _Dean_    Middle Name:

IS Number: _111719_    SS Number:

Date of Birth: _____    Age: _48_    Race: _b_    Sex: _m_

History of Previous Positive TB Skin Test: Yes or (No.) If yes, History of Previous TB Treatment: Yes or No.

Treatment Recieved: _____  Where: _____

If there is No Written Documentation of a Previous Positive TB Skin Test, a TB Skin Test should be performed!

Date of TB Skin Test: _6/13/00_    Date of Reading: _6/15/00_    Results: _30_ mm

Date of Last Negative TB Skin Test: _6/2/99_    Results: _0_ mm    Where: _Kilby_

Known Contact to a TB Case: Yes or (No.) If yes, Who _____

IS # _____    When _____    Where _____    Date Contact Broken _____

Comments: _____

Date of Chest X-Ray: _____    Results:    Normal    Abnormal--Non TB    Abnormal --TB

Comments: _____

Date of SGOT: _____    Results: _____    Recommendation: _____

Comments: _____

Sputums for AFB's times three are recommended for abnormal chest x-rays and/or prolonged respiratory symptoms (i.e., greater than 7 days duration).

Date of Sputum Collection: #1 _____    #2 _____    #3 _____

Results of Sputums:    #1 _____    #2 _____    #3 _____

HIV testing is recommended for individuals testing positive for TB Infection or Disease for proper medical management. Date of HIV Testing: _____    Results: _____

Preventive Therapy Recommended: (Yes) or No.  If yes, Date Preventive Therapy Started per MAR: _____

Medication Prescribed: _INH_    Dosage: _900 mg_    Frequency: _twice a week_

Comments: _____

Mail a copy of this completed worksheet to the address below when therapy is started or another recommendation is initiated with an explanation.

Date Preventive Therapy Completed and/or Discontinued per MAR: _____    Compliant: Yes or No

Completed _____ months of therapy in _____ months. Discontinued due to:  Completion    Drug Reaction

Non-Compliance   Other--Explain _____

Comments: _____

Mail a copy of this completed worksheet to the address below when therapy is completed or discontinued with an explanation.  Thank you for your assistance!

If applicable, Date of Transfer: _____ or Date of EOS: _____    Home County: _____

Last Known Home Address: _____

Facility Transferred to: _____

**Mail to the Attention of: Sondra "Sam" Reynolds, Correctional Facility TB Nurse**
**Nancy Brook, Director**
**Division of TB Control, Suite 1450**
**Alabama Department of Public Health**
**P. O. Box 303017**
**Montgomery, AL 36130-3017**

# CORRECTIONAL MEDICAL SERVICES

## RECEIPT FOR KEEP ON PERSON MEDICATION

Inmate Name  *Farrow, Dean*  AIS# *111719*

Institution  *Easterling*

Medication  *Albuterol - Inhaler*  Date Received: *11/28/00*

**I verify that I have received the medication names above. I have been educated in the use of this medicine and understand what I was taught.**

*Dean E. Farrow*
**Inmate Signature**

*Sharon McKinnon LP*
**Signature of Staff Dispensing Medicine**

# RELEASE FROM LIABILITY

DATE _10/17/00_

TIME _2150_ am/pm

This is to certify that I, _Dean E. Farron_

AIS# _111719_ , of the _Easterling_

Facility _refuse sick call / care_

_____

against the advice of the attending physician and the administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_S Shehane_
**Witness**

_Refuses to sign_
**Signature of Inmate**

_RN_
**Title**

_10/17/00_
**Date**

_M. Scott, COI_
**Second Witness**

# RELEASE FROM LIABILITY

DATE _10/16/00_

TIME _2/20_ am/(pm)

This is to certify that I, _Dean Farrow_

AIS# _111719_ , of the _Easterling_

Facility _____

_Refused to Seck Call Screening_

against the advice of the attending physician and the
administration. I acknowledge that I have been informed
of the risk involved and hereby release the attending
physician, Correctional Medical Services, officers, and
employees and agents from any liability or responsibility
for any injury or damage which I may suffer because of
this decision.

_V. Pough_
**Witness**

_Refused to sign_
**Signature of Inmate**

_LP_
**Title**

_10/16/00_
**Date**

_Shirly_
**Second Witness**

# EPARTMENT OF CORREC  ONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 08/23/00 | TIME 0345 (AM) (PM) | FACILITY Eastery ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 (ORAL) RECTAL    RESP. 21    PULSE 28 B/P 122/96    RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S) "I need something. My inhaler is out."

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O) Resp Rate O2 98%. Pulse Ox 98 BT breathing c lethargy ＊ NO cyanosis / pallor. VS. W.N.L. Skin warm + dry. Difficulty breathing noted. No albuterol inhaler in stock at this time.

A) Alt. in respiration.

**ORDERS, MEDICATION, etc.**

P) Albuterol breathing tx x 1 now. V.O. Dr. DaCosta.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 08/23/00 | TIME 0401 AM PM | RELEASED/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Deah Wyatt m | DATE 08/23/00 | PHYSICIAN'S SIGNATURE | DATE 8/21/07 | CONSULTATION |
|---|---|---|---|---|

**PATIENT'S NAME (LAST, FIRST, MIDDLE)** Farror, Dean

| | AGE | DATE OF BIRTH | R/S B/m | AIS # 111719 |
|---|---|---|---|---|

F-15

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/___N/E___ TREATMENT RECORD
(OTHER)

| DATE 7-27-00 | TIME 6 20 ☐AM ☒PM | FACILITY Easterling ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐EMERGENCY ☒OTHER |
|---|---|---|---|

ALLERGIES NKDA          wt 217

CONDITION ON ADMISSION
☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 97⁴ ORAL RECTAL   RESP. 18   PULSE 80   B/P 120/74   RECHECK IF SYSTOLIC <100 >50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S: "I came up for a SC a couple nights ago still not better." "No I didn't take Motrin or syn up for sick call" "I slipped & hit my ribs on the BR wall"

PHYSICAL EXAMINATION

O: Inm amb to HCU steady gait A+Ox3 Y/s. WNL seen 7-25-00 for SC for same ℅ discomfort to (L) side over rib cage, no edema discoloration deformity noted lungs sounds CTA Bilat X 4 lobe no SOB noted BS present X4 quad normal no acute phys distress noted

ORDERS, MEDICATION, etc.

A: alt n comfort

P: no tx indicated sign up for sick call PRN acknowledged understanding

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/27/00 | TIME 6 45 ☐AM ☒PM | RELEASE/TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Krester RN | DATE 7-27-00 | PHYSICIAN'S SIGNATURE | DATE 8/01/0 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 48 | DATE OF BIRTH ▓▓▓▓ | R/S B/M | AIS # 111719 |
|---|---|---|---|---|

F-15

ORIGINAL-MEDICAL RECORD, YELLOW-TRANSFER AGENT

MS 7179 6/94

# CORRECTIONAL MEDICAL SYSTEMS

## SEGREGATION LOG

Name: Farrow Dee   I.D. # 117515   D.O.B.   Unit: Seg   Year: 2000

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:   M=MEDICAL   N/C=NO COMPLAINTS
       D=DENTAL
       P=PSYCHIATRIC

NURSES PLEASE SIGN AND INITIAL

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

INSTITUTION Easterling

NAME Carence Deon

NUMBER 117141 Blm   R/S

___ days for ___ days from ___ due to ___ (date) ___ (date) ___ to

Instructions:

Blood Sugar twice A day
6d 7/27 3³⁰
7/28 3³⁰ 3Am
7/29 3Am — 3pm
7/30 3Am — 3pm
7/31 3Am — 3pm
3³⁰ 3pm

Failure to follow the directions above may result in a disciplinary.

Signature Deon E Farrow
7/26/01   7/13/13
Date Issued

---

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

INSTITUTION Easterling

NAME Deon Farrow

NUMBER 11719   BM   R/S

Lay-in for ___ days from ___ due to ___ (date) ___ (date) ___ to

Instructions:

May keep Magnifying
glass 7/31/06 — 8/31/06

Failure to follow the directions above may result in a disciplinary.

7/31/01

Signature

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Easterling —
**INSTITUTION**

Jarrow Dean                    11719 Blm
**NAME**                        **NUMBER**   **R/S**

Lay-In for _____ days from _____ to

_____                    (date)

_____  due to  _____

(date)

Blood Sugar twice A day

x 5 d.  7/27 3³⁰ Am  176 ᵐ

3³⁰ pm  2.65  7/28 3³⁰ Am  180 ᵏᵒ

**Instructions:**  3³⁰ pm  104

7/29 3³⁰ Am  159 ᵖ  3³⁰ pm  143

7/30 3³⁰ Am  108 ᵇⁿ  3³⁰ pm  104

7/31 3³⁰ Am  112 ᵖ  3³⁰ pm  102

*Failure to follow the directions above may result in a disciplinary.*

7/26/01                        S Buskin
**Date Issued**                 **Signature**

Dean E. Jarrow
# 111719

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Enslehy*

**INSTITUTION**

*Farrow Dean*          *111719*     *B/M*

NAME                    NUMBER      R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: *Report to Hcu @ 8:30 Am*

*or 7/30/01*

*Failure to follow the directions above may result in a disciplinary.*

*7/27/01*                    *B. Siler*

Date Issued                  Signature

X *Dea E. Farrow*

**HEALTH CARE U PATIENT INFORMATION SLIP**

NAME: Farrow, Dean
INSTITUTION: Easterling
NUMBER: 111719   R/S: Bin

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

B S Q O D x 3

| | | | |
|--|--|--|--|
| 8/21/01 | 3³⁰am | 77 | 3³⁰pm | 113 |
| 8/23 | 3³⁰am | 81 | 3³⁰pm | 118 |

Instructions: 8/25 3³⁰ am 60 3³⁰ pm 82

Failure to follow the directions above may result in a disciplinary.

Date Issued: 8/20/01
Signature: Dean E. Farrow

---

**HEALTH CARE UNIT PATIENT INFORMATION SLIP**

NAME: Farrow, Dean
INSTITUTION: Easterling
NUMBER: 111719   R/S: Bin

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Accucheck Q O D x 2

| | | | |
|--|--|--|--|
| 8/31/01 | 3³⁰am | — | 3³⁰pm |
| 9/2/01 | 3³⁰am | — | 3³⁰pm |

Instructions:

Failure to follow the directions above may result in a disciplinary.

Date Issued: 8/30/01
Signature: J. McKinnon RN
X Dean E. Farrow



NaphCare

# Release of Responsibility

Dean E. Farrow
ame of Inmate

12/15/01
Date & Time

111719 / [redacted]
nate ID Number / Date of Birth

12/15/01
Date & Time

ereby refuse to accept the following treatment/recommendations:

Diabetic CC

12/15/01

knowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved
efusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect
ch may result from this action.

Dean E. Farrow
ate Signature

12/15/01
Date & Time

JMcKinnon VP
ess

aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

Marcia Smith fen
ess

ess

& Time

lease of Responsibility

NC010



# Release of Responsibility

*Dean E. Farrow*
ame of Inmate

*12/6/01*
Date

*1//7/9* ████████
mate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

*Refuses CC*

*12-6-01*

cknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
d the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
d agents from all responsibility and ill effect which may result from this action.

*Dean Effarage Farrow*
nate Signature

*Witness*

*12/06/01     07:30 A.M.*
te / Time

e aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
s form.

_____          _____
ness                                     Date / Time

_____
ness

**lease of Responsibility**

NC025

# Release of Responsibility

Dean E. Farrow
_____
Name of Inmate

11/20/01
_____
Date

#111719 / ▮▮▮▮▮
_____
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

CCC    11-21-01
_____
_____
_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
and agents from all responsibility and ill effect which may result from this action.

Dean E. Farrow
_____
Inmate Signature

_____
Witness

11/21/01    7:00 am
_____
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
this form.

_____
Witness

11/21/01    7:00 am
_____
Date / Time

_____
Witness

Release of Responsibility

NC025

# Release of Responsibility

Dean E. Farrow
**Name of Inmate**

10.23.01
**Date**

111719 –
**Inmate ID Number/Date of Birth**

I hereby refuse to accept the following treatment / recommendations:

CCe

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Dean E. Farrow
**Inmate Signature**

**Witness**

10.23.01     7.05 AA
**Date / Time**

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

**Witness**

**Date / Time**

**Witness**

**Release of Responsibility**

NC025



# Release of Responsibility

_Dean Effarage Farrow_                                    10.11.01 — 08:40 AM
ame of Inmate                                            Date & Time

_11719_ ████████                                         10.11.01 — 08.40 AM
nate ID Number / Date of Birth                          Date & Time

hereby refuse to accept the following treatment/recommendations:

_Refuse CC_

cknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved
refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect
nich may result from this action.

_Dean Effarage Farrow_                                    10.11.01 — 8:40 AM
nate Signature                                          Date & Time

_Atkinson R_
tness

e aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

_____
tness

_____
tness

_____
te & Time

**elease of Responsibility**

NC010

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _NON_ (OTHER) TREATMENT RECORD

| DATE 9-16-01 | TIME 11:30 AM/PM | FACILITY _Easterling_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _NKA_  ·Wt=212

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97.8°_ ORAL / RECTAL    RESP. _20_    PULSE _78_    B/P _120/70_    RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- "I've got Asthma"

**PHYSICAL EXAMINATION**

O- B/M A+O x3. Skin wt D to touch.
VSS. Ø acute distress Noted. Peak Flow
approximately 250 x3. Lungs Clear Bilat.
Inmate had to be instructed several
times to keep lips around peak flow
monitor + Noted that lips were Not fitted
around monitor. I instructed Inmate that
he would have to sign up for sick call to
see M.D. + have inhaler or any type asthma

**ORDERS, MEDICATION, etc.**

meds re-ordered. Observed Inmate from other room conversating ē security officer
ē difficulty w minute ē assessment.
A - Health Maintenance

P- Instructed Inmate to drink plenty of fluids + get as much rest as possible sleep ē
head elevated on pillows as much as possible And put sick call slip in to see MP
re: getting inhaler restarted. M.D. d/c'd Albuterol MDI on 6/20/01.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

See above

| RELEASE/TRANSFER DATE 9 / 16 / 01 | TIME 12:15 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Burk RNC | DATE 9/16/01 | PHYSICIAN'S SIGNATURE | DATE 9 | 17 | 0 | CONSULTATION |
|---|---|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Farrow, Dean | AGE 49 | DATE OF BIRTH | R/S B/M | AIS # 111719 |
|---|---|---|---|---|

HEALTH SERVICES

PATIENT INFORMATION SLIP

INSTITUTION

_Easterling_

NAME

_FARROW DEAN_

NUMBER    R/S

_111719    B/m_

Lay-in for _____ days from _____ to _____

(date)    due to    (date)

Instructions: _PBS x 24hrs on_
_11/3/02 at 3:30 am — 80_
_3:30 pm 1:3_

Failure to follow the directions above may result in a disciplinary.

Signature

_Sbursun_
_Dean Farrow_

Date Issued

_11/2/02_

F-53

# NAPHCARE
## EASTERLING CORRECTIONAL FACILITY
### WRITTEN COUNSELING

Inmate Name: _Farn, Dean_

AIS Number: _111919_          Housing Unit: _7B54_

Date: _5/2/02_

This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you.  It is imperative for your health that you take this medication, and he has ordered the following medication for you;

_Diabeta 10mg_ .

It is prescribed for the following times: _b.i.d_ .

_____          _____
_McKinnon LP_                        _Refused to Signed_
Nurse's Signature                    Inmate Signature

_____          _____
_5/2/02_                             _5/2/02_
Date                                 Date

_____
_Elisa Andrews_
Witness if refused to sign

## NAPHCARE
### RELEASE OF RESPONSIBILITY

_Dean E. Farrow_      _8/16/02_
Name of Inmate             Date

_111719_
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
_____
_____
_____

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless NAPHCARE, its employees and agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_      _08/16/02_
Inmate Signature         Date/Time

_Valerie J. Burder_
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time



# Release of Responsibility

_Dean E. Farrow_                                    _March 13, 2005_
Name of Inmate                                      Date

_111719_   ▓▓▓▓▓▓
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

_Refuses CC_
_____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_                    _[signature]_
Inmate Signature                    Witness

_____

Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____         _____
Witness                                  Date / Time

_____
Witness

Release of Responsibility

NC02



# Release of Responsibility

_Dean E. Farrow_ _____     _O2.8.02_ _____
ime of Inmate                                    Date

_III 719 —_ ███████████ _____
nate ID Number/Date of Birth

ereby refuse to accept the following treatment / recommendations:

___ _Diabetic Chronic Care_ _____

_____

_____

cknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
d the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
d agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_ _____     _McKinnon_ _____
nate Signature                                   Witness

_02.8.02_ _____
ite / Time

e aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
s form.

_____     _____
itness                                           Date / Time

_____
itness



DIET CARD

NO. 11178

WARD

CORRECTIONAL HEALTH CARE

NAME Farrow, Dean

DIET Diabetic Diet

START DATE 5-9-03    STOP DATE 5-9-03

PHYSICIAN/BY Dr. Nassou and D. Gwin

Dean E. Farrow

Original-Dietary, Ivory-Inmate

F-54

NAPHCARE
RELEASE OF RESPONSIBILITY

7 B 54

Farrow, Dean
Name of Inmate

Date  5-30-02

111719
Inmate ID Number    Date of Birth

I hereby refuse to accept the following treatment/recommendations

no show to see Ms. Ling on 5-30-02

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless NAPHCARE, its employees and agents from all responsibility and ill effect which may result from this action.

Dean E. Farrow
Inmate Signature

Date/Time  05/30/02

Ewin
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form

Witness

Witness

Date/Time

# Release of Responsibility

*Dean E. Farra*
Name of Inmate

5/18/02
Date

*111719*
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

*Refused CCC    "I don't want CC.*

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

*Dean E. Farra*
Inmate Signature

*L. Ewing LPN*
Witness

5 · 18 · 02
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

Witness

Date / Time

Witness

Release of Responsibility

NC025

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

Eastern

INSTITUTION _____

NAME _Jackson Dean_    NUMBER _117A_    R/S _B/m_

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: _Blood Sugar on_
_6/16/02 @ 3³⁰ AM 102_
_3³⁰ PM 160_

*Failure to follow the directions above may result in a disciplinary.*

Date Issued _6/15/02_

Signature _S. Bushee_
_Elsa E. Farrow_

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

Eastern Un

INSTITUTION _____

NAME _Earton Deal_    NUMBER _1171A_    R/S _B/m_

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

_BS / 3³⁰A —— 115  3³⁰P  146_

Instructions: _____

*Failure to follow the directions above may result in a disciplinary.*

Date Issued _7.11.02_

Signature _L. Ewing LPN_
_Elsa E. Farrow_

F-53

# Release of Responsibility

_Dean E. Farrow_
Name of Inmate

_October 16, 2002_
Date

_111719_  ▇▇▇▇▇▇▇▇
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

_refused DM CCC_

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
nd the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
nd agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow # 111719_
mate Signature

_Leah_
Witness

_10/16/2002_
e / Time

aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
form.

ss

Date / Time

s

se of Responsibility

NC025

_Dean E. Farrow_
Name of Inmate

_September 13, 2002_
Date

_111719_
Inmate ID Number    Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless NAPHCARE, its employees and agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_
Inmate Signature

_9/13/02    7:15 pm_
Date/Time

Witness

---

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form

_____
Witness

_____
Witness

_____
Date/Time

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _EASTERLING_

NAME _FARROW DEAN_

NUMBER _111712_    R/S _B/n_

Lay-in for _____ days from _____ (date) due to _____ (date) _____ to _____

Instructions: _Accu Checks B.I.D. X 24hrs._
_3:30_ _94_
_3:30 pm 88_

Failure to follow the directions above may result in a disciplinary.

Date Issued _11-14-2002_

Signature _X ___ D.W.___

-53

---

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _Easterling_

NAME _Farrow Dean_

NUMBER _11179_    R/S _B/n_

Lay-in for _____ days from _____ (date) due to _____ (date) _____ to _____

Instructions: _Report to HCU on 12-13-02_
_@ 3:30_
_A 74 3:30_
_for PBS_
_12-16-02_
_12-13-02_
_106_

Failure to follow the directions above may result in a disciplinary.

Date Issued _12-12-02_

Signature _X ___

F-53



# Release of Responsibility

Farrow, Dean
of Inmate

1/23/03
Date

_____
e ID Number/Date of Birth

by refuse to accept the following treatment / recommendations:

Refuse appt w/ Dr Sanders
_____

_____

nowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
he risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
gents from all responsibility and ill effect which may result from this action.

Dean E. Farrow, 111719

te Signature                           Witness

1/23/03
/ Time

forementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
orm.

_____          _____
ess                                          Date / Time

_____
ess

ense of Responsibility

# DEPARTMENT OF CORRECTIONS
### EMERGENCY/ *non-sch.* TREATMENT RECORD
(OTHER)

| DATE 1-6-03 | TIME 4:03 AM/PM | FACILITY _Easterling_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKDA

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98⁴ ☒ ORAL ☐ RECTAL  RESP. 16  PULSE 80  B/P 120/70  RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S- " Nothing's wrong."

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- WM assessed in
seg dorm. A&O x 3.
Skin warm & dry to
touch. Denies any
complaints at this
time. No injuries
of any kind to body
at present. No
distress noted at
present.

**ORDERS, MEDICATION, etc.**

A- DOC Body chart.
P- Release from suicide watch per
Dr. Sanders. released to DOC.
E- New orders received and given
& release to DOC

**DIAGNOSIS** See above

**INSTRUCTIONS TO PATIENT** See above

| RELEASE/TRANSFER DATE 1-6-03 | TIME 4:10 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE W. Hatharry? | DATE 1-6-03 | PHYSICIAN'S SIGNATURE | DATE 1/6/03 | CONSULTATION 40 |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Rowell Wayne | AGE 28 | DATE OF BIRTH ▮▮▮▮▮ | R/S WM | AIS # 217946 |
|---|---|---|---|---|

NAPHCARE
EASTERLING CORRECTIONAL FACILITY
WRITTEN COUNSELING

Inmate Name: _Dean Farrow_

AIS Number: _111719_          Housing Unit: _____

Date: _010403_

This letter is to inform you that you have not been compliant with your
medications that our physician has ordered for you. It is imperative for your
health that you take this medication, and he has ordered the following
medication for you:

_Elavil 50mg ÷ PO QD / Benelin 10mg_

It is prescribed for the following times: _HS 4pm 4pm only_

_[signature]_
Nurse's Signature                    Inmate Signature

_010403_
Date                                 Date

_[signature]_
Witness if refused to sign

On ___12/30/02___, I, Dean Effarage Farrow, B/111719, was given the opportunity to examine my complete medical files at Easterling Correctional Facility, and was allowed to obtain copies of selected documents at my own expense.

*Dean E. Farrow, #111719*

Dean Effarage Farrow, B/111719

*Kennette Scougler, CoSI*

*12/30/02*

Signature of Witness

NaphCare

## EASTERLING CORRECTIONAL FACILITY
### P.O. BOX 10
### CLIO, ALABAMA 36017

This is a letter of verification that _Dean E. Farrow_, AIS NO.

_111719_ viewed his Medical Records on this the _30th_

Day of _December_, 20 _02_. The inmate is informed that no

Employee of NaphCare can or will not be required to produce copies of documents to

him without prepayment of costs.

_Dean E. Farrow #111719_          _12·30-02_
Inmate Signature                         Date

_[signature]_                              _12-30-02_
Witness Signature                        Date

*NaphCare*

# Release of Responsibility

*Dean E. Tarrow*                                          *12-26-02*

e of Inmate                                               Date

[redacted]

te ID Number/Date of Birth

eby refuse to accept the following treatment / recommendations:

*Refused → MD App*

knowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
agents from all responsibility and ill effect which may result from this action.

*Dean E. Tarrow*                          *R. Wilson*

ate Signature                             Witness

*12-26-02*

e / Time

aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
form.

_____              _____
ess                                     Date / Time

_____
ess

lease of Responsibility                                                    NC025

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Easterling_
INSTITUTION

NAME: Farrow, Dean E.     NUMBER: 111719     R/S: BM

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions:

BS   3:30 am
      3:30 pm

Failure to follow the directions above may result in a disciplinary.

Date Issued: 3/19/03     Signature: _____ Dean Farrow

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Easterling_
INSTITUTION

NAME: Farrow, Dean     NUMBER: 111719     R/S: BM

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: 4/15/03

Report to hav fur Wound
√ q d x30 p c Sph Tx hr
4/4/03
4/6/03
4/8/03

Failure to follow the directions above may result in a disciplinary.

Signature: _____ Dean Farrow     Date Issued: 4/3/03

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Easterling*

**INSTITUTION**

*Farrow Dean*                    *LI1719*  *BM*
**NAME**                         **NUMBER**  **R/S**

Lay-in for _____ days from _____ to
                                        (date)

_____ due to _____
        (date)

Instructions:  *BS*  ✓

*2/19/03    3³⁰ am 157*

*3³⁰ pm 201*

*Dean E. Farrow*

*Failure to follow the directions above may result in a disciplinary.*

*2/18/03*                    *U. Hathaway*
**Date Issued**              **Signature**

F-53

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/ _hon_ _____ TREATMENT RECORD
(OTHER)

| DATE 8-3-03 | TIME 8⁰⁰ AM/PM | FACILITY E ast ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKDA    220#

**CONDITION ON ADMISSION** ☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98° ⓄRAL/RECTAL  RESP. 16  PULSE 80  B/P 110/80  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S. Something bites me on my lip last Night about 9⁰⁰pm.

**PHYSICAL EXAMINATION**

O- Edema Noted to ↓ lip ® Side of mouth. Sm raised area Noted ~~in center of cut~~ to bottom lip. Site s̄ drainage. ~~Noted~~ c/o pain to site.

A- affection to skin

P- Site cleansed c̄ peroxide. + NS

**ORDERS, MEDICATION, etc.**

E- Instructed on wd ✓ qd × 5 days. Apply warm compresses to wd. at intervals during day. If signs of infection noted. Return. Pt. vicious understanding.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

As Above

| RELEASE/TRANSFER DATE 8/3/03 | TIME 8¹⁵ AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 8/4/0? | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 51 | DATE OF BIRTH ▮▮▮ | R/S 3/▮ | AIS # 111719 |
|---|---|---|---|---|

# PATIENT INFORMATION SLIP

East

**INSTITUTION**

Farrow Dean                    1/719 B

**NAME**                    **NUMBER**    **R/S**

Lay-in for _____ days from _____ to _____

(date)

_____ **due to** _____

(date)

Wd. to lip ✓ every day
5 Am _____

_____

**Instructions:** _____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

8-3-03                    UD Dr Darby /fr

**Date Issued**            **Signature**

Dean E. Johnson

F-53

# Release of Responsibility

_Dean Farrow_
me of Inmate

_17 Jul 03_
Date

_B 111719_
nate ID Number/Date of Birth

:reby refuse to accept the following treatment / recommendations:

_CHRONIC@ CARE_

:knowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
I the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
I agents from all responsibility and ill effect which may result from this action.

_Dean E. Farrow_
nate Signature

_Wm Ramon Coe_
Witness

_17 July 03   745 Pm_
e / Time

aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
form.

_____
iess

_____
Date / Time

_____
ess

ase of Responsibility

NC025

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*Ea Sterling*
**INSTITUTION**

*Farrow Dean*      *111719*   *B/M*
    **NAME**           **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

(date)

due to

(date)

**Instructions:**

*Blood sugar checks*
*X 1 day*
*6/22/03   4A ——— 4p ——*

*X Dean E. Farrow*

*Failure to follow the directions above may result in a disciplinary.*

*6/21/03*        *X Carter pa*
**Date Issued**           **Signature**

F-53

# Release of Responsibility

Farrow, Dean
**Name of Inmate**

5/26/03
**Date**

111719 ▉▉▉▉▉
**Inmate ID Number/Date of Birth**

I hereby refuse to accept the following treatment / recommendations:

Refused Follow appointment went medical
doctor for rectal c hemocult.

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Dean E. Farrow, #111719
**Inmate Signature**

L. Ewin
**Witness**

5/26/03   9 A.M.
**Date / Time**

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign his form.

_____
**Witness**

_____
**Date / Time**

_____
**Witness**

Release of Responsibility

NC025



# Release of Responsibility

_Dean E. Farrow_ ____ _4/17/03_ _____
lame of Inmate                          Date

_111719 —_ ████████ _____
nmate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations: _Parcele_

_____

_____

_____

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
nd the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
nd agents from all responsibility and ill effect which may result from this action.

_Dean _____   _____
nmate Signature                    Witness

_4.45 — 4.17.03_ _____
Date / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
his form.

_____    _____
Witness                              Date / Time

_____
Witness

Release of Responsibility

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Easterling_
**INSTITUTION**

_Farrow Dean_     _111719 B/m_

NAME             NUMBER   R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

**Instructions:** _Wound checks_
_every day @ 5:00am_
_x 5 days —_
_4/17 — 4/21/03_

_Failure to follow the directions above may result in a disciplinary._

_4/16/03_        _S Bushurn —_

Date Issued        Signature

_x Dean E. Farrow_

F-53



# Release of Responsibility

Farrow Dean
ame of Inmate

4-15-03
Date

/ / /7/9
Imate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

Signed-up Sick Call Screening, Refused body Chart.

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
nd the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
nd agents from all responsibility and ill effect which may result from this action.

_Den S_
nmate Signature

_L. Ewir_
Witness

4/15/03 - 11:50
Date / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
his form.

Witness

Date / Time

Witness

**DEPARTMENT OF CORRECTIONS**
**EMERGENCY/_____ TREATMENT RECORD**
(OTHER)

| DATE 4/3/03 | TIME 12:06 AM/PM | FACILITY Easter □SIR □PDL □ESCAPEE | □EMERGENCY □OTHER |

ALLERGIES NKA    WT-220

CONDITION ON ADMISSION ☑GOOD □FAIR □POOR □SHOCK □HEMORRHAGE □COMA

VITAL SIGNS: TEMP 97.8 ORAL/RECTAL  RESP 18  PULSE 88  B/P 110/80  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**
S- "I need someone to look at my arms!"

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**
O- Pln amb. to hcu c̄ steady gait. Resp eva and unlabored, skin warm and dry to touch. small bump noted to (L) arm. less than 1/4 cm. Yellow color drainage noted from bump. ∅ bleeding noted. Appear clean. Denies insect bite.

**ORDERS, MEDICATION, etc.**
A- Alt in Comfort

P- Ref Sec ord/Sheet

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
E- Instructed he would need to care for wound ✓ Voiced understood

| RELEASE/TRANSFER DATE 4/3/03 | TIME 12:25 AM/PM | RELEASE/TRANSFERRED TO ☑QOC □AMBULANCE □ | CONDITION ON DISCHARGE ☑SATISFACTORY □POOR □FAIR □CRITICAL |

NURSE'S SIGNATURE SMcKinnon RN  DATE 4/3/03  PHYSICIAN'S SIGNATURE  DATE 4/4/03  CONSULTATION

PATIENT'S NAME Farrow, Dean  AGE 50  DATE OF BIRTH  R/S B/M  AIS# 111719

NC 041   ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

## MEDICAL CARE UNIT PATIENT INFORMATION SLIP

**NAME** Farrow, Dean

**INSTITUTION** Easterli

**NUMBER** 11779   **R/S** B/m

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions:

Soft diet + 2 Oranges

8/4/03

8/4/03 ———→ 8/6/03

Failure to follow the directions above may result in a disciplinary.

**Date Issued** 8/4/03

**Signature** V. Sr. Dr. Onbor Ongrao

Dean Farrow

3

---

## PATIENT INFORMATION SLIP

**NAME** Dean Farrow

**INSTITUTION** Easterling

**NUMBER** 11779   **R/S** B/M

Lay-in for _____ days from _____ (date) 9/16/03 due to _____ (date) to _____

Instructions:

Blood Sugar Check 3am ——— 3pm

on 9/16/03

Failure to follow the directions above may result in a disciplinary.

**Date Issued** 9/15/03

**Signature** Written Order Dr Anthony

Dean E. Farrow 11779

F-53

3



HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION

NAME

NUMBER          R/S

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions:

*Failure to follow the directions above may result in a disciplinary.*



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Farrow, Dean A/s 111719_

Date of Birth: _____    Social Security No.: _____

Date: _020504_    Time: _12Noon_    A.M.
    P.M.

This is to certify that I, _____, currently in
                                    (Print Inmate's Name)

custody at the _____ _East_ . _____ , am refusing to
                            (Print Facility's Name)

accept the following treatment/recommendations: _____ _CCC_ _____
                                            (Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Refused to Sign (CR)_    _____
        (Signature of Inmate)**    (Signature of Medical Person)

_____    _____
        (Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: *Dean Effarage Farrow*

Date of Birth: ▊▊▊▊▊▊▊     Social Security No.: ▊▊▊▊▊▊▊

Date: *1-02-04*     Time: *7:35 pm*    A.M. / P.M.

This is to certify that I, *Dean E. Farrow* , currently in
(Print Inmate's Name)

custody at the *Easterling Correctional Facility* , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *the sick-call appointment as list-*
(Specify in Detail)
*ed on the Dec. 31 '03 news letter*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Dean E. Farrow, #111719*
(Signature of Inmate)**

*Scott Lyon*
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# Special Diet Request

Inmate's Name: _Edward Sams(?)_ Date: _10-24-03_

Housing Location: _East_

Type of Diet: _Diabetic Diet No Snack_

Start Date: _10-24-03_ Stop Date: _12-24-04_

Special Instructions (if needed): _____

Date Requested: _10/24/03_ Signature: _[signature]_

_Gina E. Sanderson_

White – Kitchen Copy, Yellow – Patient File Copy)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean E. Farrow, #11719_

Date of Birth: ████████████          Social Security No.: ████████████

Date: _11-13-03_          Time: _11:30_          (A.M.) / P.M.

This is to certify that I, _Dean Farrow_ , currently in
(Print Inmate's Name)

custody at the _Easterling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Flu Shot_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Dean E. Farrow_                           _K Wilson, RN_
(Signature of Inmate)**                    (Signature of Medical Person)

_____                   _____
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

# Release of Responsibility

*Farran Dean*                                    *9/17/03*

ne of Inmate                                      Date

*111719*

ate ID Number/Date of Birth


reby refuse to accept the following treatment / recommendations:

*Refused DM CCC*

_____

_____


knowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
agents from all responsibility and ill effect which may result from this action.


*Refused & Sig*                          *Sleeeu*

ate Signature                            Witness


*9/17/03*

/ Time


aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
orm.


*Blw*                          *9/17/03    8⁰⁰*

ess                            Date / Time


ess


ase of Responsibility

NAPHCARE

RELEASE OF RESPONSIBILITY

Dann Farrow                          9/15/63
Name of Inmate                       Date

111 719
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
Refused vision screening and to take off his shoes
for examination. Refused to answer quetions from Chronic
Care Clinic.

I acknowledge that I have been fully informed of and understand the above treatments
or recommendations and the risk(s) involved in refusing. I hereby release and agree to
hold harmless NAPHCARE, its employees and agents from all responsibility and ill
effect which may result from this action.

Dan E. Farrow                        9/15/03
Inmate Signature                     Date/Time

H. Tompson RN
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations
and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

NC025                    RELEASE OF RESPONSIBILITY

# DEPARTMENT OF CORRECTIONS

## Dental Laboratory

| | |
|---|---|
| Inmates Name FARROW, DEAN | Inmates Number 11714 |
| Institution EASTERLING | 7/12/00 |
| MARVIN WEST | |
| Doctor | U C.O/LRRD |
| Index # | Type of Case |

### Return for/by

☐ Custom Tray     Date _____

☐ Bite Rims     Date _____

☐ Try In     Date _____

☐ Process     Date _____

Comments: ① MOUNT U/C CAST
② SELECT & SETUP TEETH IN
WAX. ③ RETURN FOR A WAX TRY

① POST DAM WAX. CAST. ② PROCESS
DOWN & POLISH CASE. ③ RETURN
FOR DELIVERY.

Doctor's Signature _____     License # 3909

B68    Shade

UPPER     LOWER

RIGHT   LEFT     LEFT   RIGHT

F-17

# CORRECTIONAL MEDICAL SER ʼICES
## DENTAL TREATMENT RECORD

NAME: Jarrow, Ilean    ID#: 11719    RACE: 13    DOB:

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



Date of Initial Examination: 6-10-99

Initial Classification: 10/24/00

Oral Pathology:

  Gingivitis

  Vincent's Infection

  Stomatis

  Other Findings

Occlusion

Roentgenograms:

  Periapical

  Bitewing

  Panarex

| TOOTH | PRIORITY LIST |
|---|---|
|  | # = 9 |
|  | 2 = 9 |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | X |  | Acquired Immune Deficiency (AIDS/HIV)? |  | X |
| Allergies |  | X | Gastrointestinal disorders |  | X |
| Anemia |  | X | Glaucoma |  | X |
| Asthma or other respiratory problems | X |  | Heart disease or murmur |  | X |
| Blood pressure conditions |  | X | Hepatitis |  | X |
| Diabetes |  | X | Kidney problems |  | X |
| Epilepsy |  | X | Reactions to anesthetics or medications |  | X |
| Excessive bleeding after surgery |  | X | Rheumatic fever |  | X |
| Fainting |  | X | Taking any medication | X |  |
| Pregnant? |  | X | Thyroid conditions |  | X |
| Tuberculosis |  | X | Other conditions |  | X |

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 7/29/99 | | | Placed on Denture List _____ Dr. Dott |
| 9-2-99 | | | R/S ; Had to go to trade school |
| 10-19-99 | | | U/L 1° impressions taken; He says that he has lost 20 lbs over the last 3 mos; wght ↓ 212 lbs. Blood sugar ; 130 ; PTR for a wax bite |
| 11-4-99 | | | Wax bite taken; shade B 68; wght ↓ 207 lbs. PTR for a wax try-in |
| 10/24/00 | | | annual exam ___ ℞ cc Checking to see how long will it be before I can get some teeth ___ ℞ |
| 10/31/00 | | | Wax try-in completed ; Max 2nd impression taken ; PTR for delivery. |
| 1-2-01 | | | Delivery of U l.d & lower RPD ; PTR for adjustmt A |
| 3/5/01 | | | cc I broke my lower partial ; advise him to come on 3/6/01 for Dr. West to repair ℞ |
| 3/6/01 | | | No supplies ; advice pt once supplies come in his name will appear in the newsletter ℞ |
| 7/25/01 | | | No show for screening |
| 10-24-01 | lower arch | | Took lower imp to repair lower RPD |
| 4-2-03 | | | Repaired lower partial. MWA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Farrow, Dean_

Date of Birth: ███████████     Social Security No.: ███████████

Date: _4/29/05_     Time: _9:37_     (A.M.)
     P.M.

This is to certify that I, _Farray Dean_ , currently in
(Print Inmate's Name)

custody at the _Kilby_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Dental Cleaning_
(Specify in Detail)

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Pt refused Sign Waiver_          _Pt, RS,_
(Signature of Inmate)**                    (Signature of Medical Person)

_Helen Ross RDH_
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Dean Effarage Farrow*    Date of Request: *4/21/05*
ID # *111719*                        Date of Birth: ███████    Location: *West-127*
Nature of problem or request: *I need to see the dentist while I am here at Kilby. I need a bottom set of partial denture. I made a previous request to see the dentist during 4/19/05. Thank you.*

*Dean Effarage Farrow*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: *4/26/05*
Time: *9:40* (AM) PM
Allergies: *NKDA*

RECEIVED
Date: *4-22-05*
Time: *7:00A*
Receiving Nurse Intials *EM*

**(S)ubjective:** *See Above*

**(O)bjective    (V/S):  T:           P:           R:           BP:           WT:**

**(A)ssessment:**

**(P)lan:** *Inmate does not Qualify for Partial's Because He Is Not Permanent Party*

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

*E. Mowdy* RN
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Dean Efferage Farrow_    Date of Request: _7/19/05_

ID # _111719_    Date of Birth: _[redacted]_    Location: _West-122_

Nature of problem or request: _I need to see the dentist because I do not have a partial denture, and I need them. thank you._

Signature: _Dean Efferage Farrow, 111719_

### DO NOT WRITE BELOW THIS LINE

Date: _4/21/05_
Time: _8:50_    (AM) PM
Allergies: _____

RECEIVED
Date: _4/21/05_
Time: _7:00A_
Receiving Nurse Intials _[signature]_

**(S)ubjective:**

**(O)bjective   (V/S):** T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**    NO   SHOW

Refer to:    MD/PA   Mental Health   (Dental)   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_[signature]_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean Effarege Farrow_    Date of Request: _08.20.04_
ID # _111719_                          Date of Birth: ▮▮▮▮    Location: _10.B.20_
Nature of problem or request: _I need my bottom removable part-ial denture. They are in the dentist office somewhere. The dentist, before Dr. Maguith West returned, said he'd look for something at his office to fit them with._

_Dean Effarege Farrow_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _8/23/04_
Time: _9:00_ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:** _On list for P/P_

Refer to:    MD/PA    Mental Health    (Dental)  Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Y Blackmon_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: Farrow, Dean # 111719

Date of Birth: ▬▬▬▬▬▬ Social Security No.: _____

Date: 6-16-04          Time: 9:00          A.M. / P.M.

This is to certify that I, Farrow, Dean , currently in
(Print Inmate's Name)

custody at the Easterling Correctional , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: Dental treatment - I am not willing
(Specify in Detail)

to accept treatment at this facility at this time -

Dental Exam

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Dean Farrow , 111719                    L. McGhee   RDH
(Signature of Inmate)**                                   (Signature of Medical Person)

_____                    _____
(Witness)                                             (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Farrow_

Date of Birth: _[redacted]_

Date: _4-22-04_                    Social Security No.: _[redacted]_

Time: _1:50_     A.M. / P.M.

This is to certify that I, _Farrow, Dean_
(Print Inmate's Name)

custody at the _Easkling_
(Print Facility's Name)        , currently in

, am refusing to

accept the following treatment/recommendations: _Teeth cleaning_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refuse to Sign Waiver_                    _Robinson_
(Signature of Inmate)**                    (Signature of Medical Person)

_C. Thomas Bailey_
(Witness)                                   (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

0115 (5/85)



**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

Oral Pathology ......................................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ................................... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 10-16-04 | | | Refused Annual exam | ABM | ROH |
| 4/29/05 | | | Refused annual exam + cleaning | JLR | POH |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Farrow Dean | 111719 | | B/M | Easterling |

PHS-MD-70015



**PRISON HEALTH SERVICES INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean E. Farrow, #111719_

Date of Birth: _[redacted]_                    Social Security No.: _[redacted]_

Date: _12.19.05_                    Time: _8:40_    AM P.M.

This is to certify that I, ___Dean E. Farrow___, currently in
(Print Inmate's Name)

custody at the ___ECF___, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _I am absolutely afraid_
(Specify in Detail)

_to sit in that dental chair._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

___Dean E. Farrow #111719___            ___Rosie Moore RN___
(Signature of Inmate)**                              (Signature of Medical Person)

_____            _____
(Witness)                                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 4-27-04 | | | Pt was in HCU Am, Advised pt he had 1:00 PM appt for Dental Hygiene appt. Pt stated he would return at 1:00 PM. Pt refused to be Sun upon return + refused to sign | | |
| 12/19/05 | | | waiver Refused ⊘ Dental ⊘ Heggiene - AHM ⓔⓞⒽ Appointment. AM RDH | | |

LAST NAME

FIRST    MIDDLE

rows    Dean

DOB    R/S    ID NO.

**AL** DEPARTMENT OF CORRECTIONS

Name: _Arrow, Dean_

State ID No: _111719_

DOB _____

Race: _B_    Sex: _M_

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Easterling_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 12/1/05 | 1020am | X | | |

HISTORY/DIAGNOSIS:

(R) hip pain

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | ORBITS | | STERNUM | |
| ANKLE | | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | X | HIP (R) | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | | KNEE | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | SACRO-ILLIAC JOINTS | | WRIST | |
| ELBOW | | MANDIBLE | SCAPULA | | ZYGOMA | |
| FACIAL BONES | | MAXILLA | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | | NASAL BONES | SKULL | | | |

### REPORT

Farrow

RIGHT HIP:  The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION:  NO BONY ABNORMALITY IS DETECTED.  HOWEVER, IF SYMPTOMS PERSIST A
FOLLOW UP EXAMINATION IS RECOMMENDED.

D & T:  12-05-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME  EXAM PERFORMED    12-2-05

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

M-3030 (REV. 12/95)  WHITE-CHART COPY: CANARY-PHYSICIAN'   Y: PINK-FILE COPY

ABAMA  DEPARTMENT OF CORRECTIONS

Name: **Farrow, Dean**

ADIOLOGY SERVICES REQUEST AND REPORT

State ID No: **11.1719**

DOB:

STITUTION: **Easterling**

Race: **B**   Sex: **M**

TE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr. Darboure | 9/12/05 | | | | |

HISTORY/DIAGNOSIS:

**xRay (R) heel**

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | X OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | ✓ |

Farrow

### REPORT

RIGHT CALCANEUS:  Calcaneal spurs are noted at the attachment of the Achilles tendon and plantar fascia.  There is no evidence of fracture.

IMPRESSION:  CALCANEAL SPURS.

D: & T: 09-15-05 Thomas J. Payne, III, M.D./jhl Board Certified Radiologist (Signature on file)

| (TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME, EXAM PERFORMED |
|---|---|---|
| | | 9/14/05 |

# Radiology Services Report

**NAME:** FARROW, DEAN
**FACILITY:** EASTERLING
**D.O.B.:** ▬▬▬
**ID NUMBER:** 111719

PA VIEW CHEST  12/08/03

FINDINGS:

COMPARISON IS MADE TO PRIOR EXAM DATED 12/21/00.

FINDINGS:  The heart, lungs, and osseous structures are normal.  There is no evidence of active T.B.  No pleural fluid or pneumonia.

IMPRESSION:  No acute process in the chest.


RP
W. Ben Abbott, M. D.

# DIABETIC RECORD

## MONTH OF 10/04

Farrow, Dean
111719

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | 4A | 95 | | S.G. | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| 29 | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

PRISON HEALTH SERVICES, INC.



**LabCorp**

| Spec# 194-397-0243-0 | Type 5 | Lab MB | Report Status FINAL | PG 2 | 00 1 | | | |
|---|---|---|---|---|---|---|---|---|

Clinical Information          10/21/04  09:31 ET

Additional Information

CD- 51608484287

| Physician ID | | Patient ID | |
|---|---|---|---|
| DARBOUZE | | 111719 | |

Pt Name: ARROW, DEAN    Sex: M    Age (Yr/Mos):

Pt Address:

Account

Easterling Corr. Facility        01488855
Prison Health Services              01
200 Wallace Dr.                     01
Clio          , AL  36017-0010
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/20/04 | 10/20/04 | 10/21/04 | 2870 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | Cord Blood | | | <17.400 | |
| | 1-3 Days | | | <13.300 | |
| | 1-4 Weeks | | | 0.600 - 10.000 | |
| | 1 Month-5 Years | | | 0.550 - 7.100 | |
| | 6-18 Years | | | 0.370 - 6.000 | |
| | Adult | | | 0.350 - 5.500 | |
| Thyroxine (T4) | 10.1 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 27 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.7 | | | 1.2 - 4.9 | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 7.3 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.42 | | x10E6/uL | 3.80 - 5.60 | MB |
| Hemoglobin | 12.7 | | g/dL | 11.5 - 17.0 | MB |
| Hematocrit | 40.6 | | % | 36.0 - 50.0 | MB |
| MCV | | 75 L | fL | 80 - 98 | MB |
| MCH | | 23.5 L | pg | 27.0 - 34.0 | MB |
| MCHC | | 31.4 L | g/dL | 32.0 - 36.0 | MB |
| RDW | | 15.5 H | % | 11.7 - 15.0 | MB |
| Platelets | 236 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | | 37 L | % | 40 - 74 | MB |
| Lymphs | 43 | | % | 14 - 46 | MB |
| Monocytes | 10 | | % | 4 - 13 | MB |
| Eos | | 10 H | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.7 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.1 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.7 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | | 0.7 H | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| Hemoglobin A1c | | | | | MB |
| A1c | | 7.9 H | % | 4.5 - 5.7 | MB |
| Please note: | | | | | MB |

    Current guidelines recommend a treatment goal of <7% for diabetic patients.
    A1c may be overestimated in diabetic patients exhibiting poor control and
    who are also heterozygous or homozygous for HgbS or HgbC. Total glycohe-
    moglobin is a better indicator of diabetic control in patients with these
    hemoglobin variants.
Please note                                                                  MB
    The date and/or time of collection was not indicated on the
    requisition as required by state and federal law. The date of
    receipt of the specimen was used as the collection date if
    not supplied.

LAB: MB LabCorp Birmingham          DIRECTOR: Arthur Kelly, MD    10/21/04
     1801 First Avenue South Birmingham, AL 35233-0000

©2004 Laboratory Corporation of America® Holdi...
All Rights Reser...



**LabCorp**

| Specimen ID | Type | Lab | Report Status | PG |
|---|---|---|---|---|
| 94-397-0243-0 | S | MB | FINAL | 1 |

00    1

Clinical Information                                        10/21/04   09:31 ET

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111719 |

Additional Information

CD- 51608484287

Account

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| ARROW, DEAN | M | |

Easterling Corr. Facility          01488855
Prison Health Services                  01
200 Wallace Dr.                         01
Clio          , AL  36017-0010
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 0/20/04 | 10/20/04 | 10/21/04 | 2870 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | 91 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 8.1 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 17 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.3 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.2 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 53 | | IU/L | 25 - 160 | MB |
| LDH | 139 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 33 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 40 | | IU/L | 0 - 40 | MB |
| GGT | 46 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 59 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 139 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 202 | H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 38 | L | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 40 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 61 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.7 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.6 | | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

|  | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | MB |
| Thyroid | | | | | MB |
| TSH | 5.140 | | uIU/mL | | MB |

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved



111719

Rx:
Dx:

10/08/2004   09:13:17 AM   Farrow Dean
52 years          Male        Race: B

223 lbs

BP:

Dept: ICU
Room: ER
Oper: SM

Rate    80
PR     202
QRSD    85
QT     326
QTc    376

--AXIS--
P       69
QRS      9
T       54

. Sinus rhythm, rate 80....................Normal P axis, rate
. Borderline first degree AV block.............PR>200mS age 16-90 V-rate 51- 90

- BORDERLINE ECG -

Requested by:
DR. Darbouze

PRELIMINARY-MD MUST REVIEW

# DIABETIC RECORD

Farrow, Dean
# 1117R

## MONTH OF _Sept '04_

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| 29 | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

*PRISON HEALTH SERVICES, INC.*

CAL-5B1

# DIABETIC RECORD

*Ferrow Derrick*
*# 1117R*

## MONTH OF Aug-04

| | A.M. DOSE | | | | | P.M. DOSE | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | 4a | 121 | Ø | JM | 18 | | | | |
| 19 | | | | | 19 | 4p | 95 | Ø | m |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | 4p | 54 | 0 | B |
| 28 | 4 | | | | 28 | | | | |
| 29 | 4 | 142 | 6 | m | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

*PRISON HEALTH SERVICES, INC.*

CAL-5B1