# DIABETIC RECORD

## MONTH OF *July 2004*

Farrow, Dean
# 111719

| A.M. DOSE | | | | | P.M. DOSE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | 4p | 66/89 | | 75 |
| 17 | | | | | 17 | 4p | 187 | 0 | ps |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | 4p | 100 | | gw |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | 4p | 114 | 0 | 85 |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| 29 | 4a | 105 | C | D | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

*PRISON HEALTH SERVICES, INC.*

CAL-5B1

**LabCorp**®

| Specimen # | Type | lary L / Lab | Report Status |
|---|---|---|---|
| 208-397-0544-0 | S | MB | FINAL | PG 1 |

Additional Information
TIME 0230

CD- 51619408797    FASTING N

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| FARROW, DEAN | | M | |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/26/04 | 07/26/04 | 07/27/04 | 2200 |

00    1
Clinical Information                    07/27/04    13:16 ET

| Physician ID | DARBOUZE | Patient ID |
|---|---|---|
| | | 111719 |

Account

Easterling Corr. Facility        0148880
Prison Health Services               01
200 Wallace Dr.                      01
Clio              , AL  36017-0010
334-397-4471        ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Microalbumin, Random Urine | | | | | |
| Microalbum.,U,Random | 15.1 | | ug/mL | 0.0 - 17.0 | MB |

LAB: MB LabCorp Birmingham            DIRECTOR: Arthur Kelly, MD
    1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                    LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holding
All Rights Reserv

## Finger Stick/Blood Sugar

Farrow, Dean

Patient Name and Ais#

| DATE | Result | Date | Result |
|------|--------|------|--------|
| 11/3/04 3p | 167 | | |
| 11/4/04 3p | 337 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LabCorp**

| Specimen # | Type | Lab | Report Status | PG | 1 |
|---|---|---|---|---|---|
| 19-397-0338-0 | S | MB | FINAL | | |

TIME 0200

| 03 | 1 |
|---|---|
| Clinical Information | 04/29/04    08:22 ET |

DOB:

CD- 51607534679

| Physician ID | DARBOUZE | Patient ID |
|---|---|---|
| | | 111719 |

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| ARROW, DEAN | M | 052/00 |

Patient Address

Account

EASTERLING CORR. FACILITY        01488855
PRISON HEALTH SERVICES                   01
200 WALLACE DR.                               01
CLIO                    , AL  36017-0010
334-397-4471            ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/28/04 | 04/28/04 | 04/29/04 | 1282 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP without BUN/Cr | | | | 65 - 99 | MB |
| Glucose, Serum | 99 | | mg/dL | 65 - 99 | MB |
| BUN | 12 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| Sodium, Serum | 137 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 98 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 25 | | mmol/L | 20 - 32 | MB |
| Hemoglobin A1c | | | | | MB |
| A1c | 15.8 | H | % | 4.5 - 5.7 | MB |

. Current guidelines recommend a treatment goal of <7% for
diabetic patients. A1c may be overestimated in diabetic
patients exhibiting poor control and who are also hetero-
zygous or homozygous for HgbS or HgbC. Total glyco-
hemoglobin is a better indicator of diabetic control in
patients with these hemoglobin variants.

------------------------------------------------------------
LAB: MB LabCorp Birmingham         DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000
------------------------------------------------------------

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                    LAST PAGE OF REPORT

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp**

| Specimen # | Type | Lab | Report Status | | | | |
|---|---|---|---|---|---|---|---|
| 90-397-0363-0 | S | B | FINAL | PG 1 | 03 A 1 | | 03/31/04  08:26 ET |

IME 0200

Additional Information

DOB: ███████
CD- 51607155558    FASTING Y

| nt Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| ARROW, DEAN | | M | 051/11 |

nt Address

Clinical Information

Physician ID

| Patient ID |
|---|
| 111719 |

Account

EASTERLING CORR. FACILITY        0148885
PRISON HEALTH SERVICES            01
200 WALLACE DR.                   01
CLIO                , AL  36017-0010
334-397-4471        ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/26/04 | 03/30/04 | 03/31/04 | 1045 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| PTLFLPTPTSMBMCCBCB/Plt | | | | | ME |
| hemistries | | | | | ME |
| Glucose, Serum | 430 | H | mg/dL | 65 - 99 | ME |
| Uric Acid, Serum | 4.8 | | mg/dL | 2.4 - 8.2 | ME |
| BUN | 14 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.2 | | mg/dL | 0.5 - 1.5 | ME |
| BUN/Creatinine Ratio | 12 | | | 8 - 27 | |
| Sodium, Serum | 133 | L | mmol/L | 135 - 148 | ME |
| Potassium, Serum | 7.2 | H | mmol/L | 3.5 - 5.5 | ME |

The potassium result has been
repeated and its analytical
validity verified. Because of
the abnormal value specimen
integrity may be questionable.
Please contact lab if you have
questions.
Abnormal results possibly
due to prolonged exposure
of serum to cells.

*[handwritten: platelet WBC ok / likely insulin deficiency]*

| Chloride, Serum | 94 | L | mmol/L | 96 - 109 | ME |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | ME |
| Phosphorus, Serum | 4.9 | H | mg/dL | 2.5 - 4.5 | ME |
| Protein, Total, Serum | 8.5 | | g/dL | 6.0 - 8.5 | ME |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 4.2 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | L | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | ME |
| Alkaline Phosphatase, Serum | 89 | | IU/L | 25 - 150 | ME |
| LDH | 145 | | IU/L | 100 - 250 | ME |
| AST (SGOT) | 27 | | IU/L | 0 - 40 | ME |
| ALT (SGPT) | 31 | | IU/L | 0 - 40 | ME |
| GGT | 38 | | IU/L | 0 - 65 | ME |
| Iron, Serum | 70 | | ug/dL | 40 - 155 | ME |
| | | | | | ME |
| Lipids | | | | | ME |
| Cholesterol, Total | 161 | | mg/dL | 100 - 199 | ME |
| Triglycerides | 219 | H | mg/dL | 0 - 149 | ME |
| HDL Cholesterol | 39 | L | mg/dL | 40 - 59 | ME |
| VLDL Cholesterol Cal | 44 | H | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 78 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.1 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 - 1.0 | |

(The CHD Risk is based
on the T. Chol/HDL Ratio.
Other factors affect CHD
Risk such as hypertension,

| | T. Chol/HDL Ratio | |
|---|---|---|
| | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp®**

| Specimen # | Type | P | ab | Report Status | PG | 2 | 03 A 1 | |
|---|---|---|---|---|---|---|---|---|
| 090-397-0363-0 | S | | .8 | FINAL | | | | |

TIME 0200

Additional Information

DOB: ▮▮▮▮▮

CD— 51607155558    FASTING Y

Clinical Information                      03/31/04    08:26 ET

| Physician ID | Patient ID |
|---|---|
| | 111719 |

| ient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| FARROW, DEAN | | M | 051/11 |

ient Address

Account

EASTERLING CORR. FACILITY      01488855
PRISON HEALTH SERVICES               01
200 WALLACE DR.                      01
CLIO          , AL  36017-0010
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/26/04 | 03/30/04 | 03/31/04 | 1045 |

| TESTS | RESULT | | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|
| smoking, diabetes, severe | | 2X Avg.Risk | | 9.6 | 7.1 | |
| obesity, and family | | 3X Avg.Risk | | 23.4 | 11.0 | MB |
| history of premature CHD.) | | | | | | |
| | | | | | | MB |
| hyroid | | | | | | MB |
| TSH | 2.882 | | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.4 | | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 28 | | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.4 | | | | 1.2 - 4.9 | MB |
| | | | | | | MB |
| BC, Platelet Ct, and Diff | | | | | | MB |
| White Blood Cell (WBC) Count | 6.7 | | | X 10-3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | | 5.74 | H | X 10-6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.2 | | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.1 | | | % | 36.0 - 50.0 | MB |
| MCV | | 75 | L | fL | 80 - 98 | MB |
| MCH | | 22.9 | L | pg | 27.0 - 34.0 | MB |
| MCHC | | 30.5 | L | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.6 | | | % | 11.7 - 15.0 | MB |
| Platelets | 238 | | | X 10-3/uL | 140 - 415 | MB |
| Polys | | 35 | L | % | 40 - 74 | MB |
| Lymphs | | 56 | H | % | 14 - 46 | MB |
| Monocytes | | 3 | L | % | 4 - 13 | MB |
| Eos | 6 | | | % | 0 - 7 | MB |
| Basos | 0 | | | % | 0 - 3 | MB |
| Polys (Absolute) | 2.3 | | | X 10-3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.8 | | | X 10-3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.2 | | | X 10-3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute Value) | 0.4 | | | X 10-3/uL | 0.0 - 0.4 | MB |
| Baso(Absolute) | 0.0 | | | X 10-3/uL | 0.0 - 0.2 | MB |
| emoglobin A1c | | | | | | MB |
| A1c | .17.1 | | H | % | 4.5 - 5.7 | MB |
| | | | | | | MB |

Current guidelines recommend a treatment goal of <7% for
diabetic patients.  A1c may be overestimated in diabetic
patients exhibiting poor control and who are also hetero-
zygous or homozygous for HgbS or HgbC.  Total glyco-
hemoglobin is a better indicator of diabetic control in
patients with these hemoglobin variants.

--------------------------------------------------------------
LAB: MB LabCorp Birmingham            DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000
--------------------------------------------------------------

©2003 Laboratory Corp

111719

08/04/2003  07:37:27 AM   Fa  row Dean
51 years      Male         R: : B

220 lbs

BP:120/70

Rx:
Dx:

Dept: HCU
Room: FR
oper: CM

| Rate | 83 | . Normal sinus rhythm, rate    83........................Normal p axis, PR, rate & rhythm |
| PR | 197 | . Consider left atrial enlargement.................P V1 -10 mV or more negative |
| QRSD | 87 | . Probable early repolarization pattern...........ST elevation, age 16 - 55 |
| QT | 319 |
| QTc | 375 |

--AXIS--
P      65
QRS     8
T      55

- OTHERWISE NORMAL ECG -

PRELIMINARY-MD MUST REVIEW

Requested by:
Dr. Darbouze

KILBY CORRECTION
PO BOX 11
MT. MEIGS, AL. 36057

PRISON ID

_111219_

DATE SUBMITTED

_2-21-96_

BCCF95-221

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | ✓ NR | NEGATIVE (NEG) | |
| RPR | ✓ NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

_03-05-1996_

GEORGE A. LYRENE, MD
MEDICAL DIRECTOR

WAYNE D. MERCER, PhD
LABORATORY DIRECTOR

CLIA ID NO.   01D0706289

# DIABETIC RECORD

## MONTH OF Apr/06

Farrow, Dean
111779

| | A.M. DOSE | | | | | P.M. DOSE | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | 4p | 1/2 | a | g |
| 24 | | | | | 24 | | | | |
| 25 | | 90 | ∅ | ∂ | 25 | | | | |
| 26 | | 92 | 6 | ∂ | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |



EXHIBIT
A-9
Blumberg No. 5118

# DIABETIC RECORD

## MONTH OF  3/06

Farrow, Dean
111719

### A.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| | | | | |
| | | | | |
| 31 | | | | |

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |

CAL-5B1

# DIABETIC RECORD

## MONTH OF 2/06

Farrow, Dean
111719

### A.M. DOSE                    P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | 61 | — | SB | 06 | | | | |
| 07 | | | | | 07 | 4p | 70 | 9 | g |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

*PRISON HEALTH SERVICES, INC.*

CAL-5B1

**LabCorp** 1.05

| Specimen # | Type | Primary Lab | Repc | |
|---|---|---|---|---|

Additional Information

Patient Name: ARROW, DEAN

| Sex | Age (Yr/Mos) |
|---|---|

ent Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 3/07/06 | 03/07/06 | 03/08/06 | 5415 |

Clinical Information

| Physician ID | Patient ID | |
|---|---|---|
| DARBUUZE | 111719 | |

Account: Fostering Care Facility 01460005
Orison Health Services
200 Wallace Dr.                    01
Clio AL 36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hemoglobin A1c | 7.9 | High | % | 4.5 – 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

MB LabCorp Birmingham            Director: John Elgin, MD
   1801 First Avenue South, Birmingham, AL 35233
inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

**REPORT**

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

# DIABETIC RECORD

## MONTH OF 12/05

Farrow, Dean
11/719

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| 29 | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

**PRISON HEALTH SERVICES, INC.**

CAL-5B

Finow, Dean

# DIABETIC RECORD

## MONTH OF ___11/05___

## A.M. DOSE                    P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | | | |
| 04 | | | | | 04 | | | | |
| 05 | | | | | 05 | | | | |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| | | | | | 28 | | | | |
| | | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

**LabCorp** 1.24

| Specimen # 39-397-0117-0 | Type S | Prin. MB | Report Status Final  Pg  1 | Fasting: N |

cll Time 10:15  Additional Information

D- 51653155916

int Name: ARROW, DEAN   Sex: M   Age (Yr/Mos):

int Address:

| Date Collected 2/05/05 | Date Entered 12/05/05 | Date Reported 12/06/05 | 5766 |

**Clinical Information**

Physician ID: DARBOUZE   Patient ID: 111719
Easterling Corr. Facility  01488855
Account: Prison Health Services
200 Wallace Dr.                    01
Cllo AL  36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|----|
| moglobin A1c | | | | | |
| ic | 7.3 | High | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

-------------------------------------------------------------------
ab: MB LabCorp Birmingham              Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
r inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500
-------------------------------------------------------------------
                    LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

# DIABETIC RECORD

FARRON, DEAN

## MONTH OF October 2005

### A.M. DOSE

P.M. DOSE |

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | | | | | 01 | 4p | 133 | 6 sc | sc |
| 02 | | 75 | 8 | 90 | 02 | | 140 145 | 8 | sc |
| 03 | 4am | 76 | 0 | LG | 03 | | | | |
| 04 | | | | | 04 | | 89 | 0 | sc |
| 05 | | | | | 05 | | 198 | after eating 8 | sc |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | | | | 08 | | 64 | 8 | 0 |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | 69 | 6 | sc |
| 11 | | | | | 11 | | 114 | 8 | sc |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 4 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | 9/03 |
| 27 | | | | | 27 | | | | 7/3 |
| 28 | | | | | 28 | | | | |
| 29 | | | | | 29 | | | | Noted 11/07/05 |
| 30 | | | | | 30 | | | | A |
| 31 | | | | | 31 | | | | |

PRISON HEALTH SERVICES, INC.

# FINGER STICK BLOOD RECORD FORM

NAME: _Farrow Alan_

INSTITUTION/FACILITY: _____

I.D. # _111719_    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 8/14 | 1500 | DB | 161 | | | | |
| 8/16 | 1500 | DB | 116 | | | | |
| 8/18/05 | 1500 | aw | 142 | | | | |
| 8/19/05 | 0300 | MB | 74 | | | | |
| 8/19/05 | 1500 | DB | 188 | | | | |
| 8/20/05 | 1500 | HC | 77 | | | | |
| 8/21/05 | 1500 | aB | 91 | | | | |
| 8/22/05 | 0300 | AB | 68 | | | | |
| 8/23/05 | 0300 | QB | 117 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| 8/18/05 | aw | A Willis RN |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| 8/19/05 | MB | M Bran |
| 8/22/05 | aB | A Bkouer M.D. |
| | | |

60415



111719

01/01/1987 10:04:29 AM farrow, dean
53 years                    Race: b

Dx:
Rx:

Rate  84
PR    193
QRSD  83
QT    314
QTc   371

--AXIS--
P    71
QRS   1
T    63

. Normal sinus rhythm, rate 84.......................Normal P axis, PR, rate & rhythm

- NORMAL ECG -

PRELIMINARY-MD MUST REVIEW

BP:

Dept:
Room:
Oper: mp

Requested by:
darbouze

Farrow, Dean

# DIABETIC RECORD
## MONTH OF September 2005

| | A.M. DOSE | | | | | P.M. DOSE | | |
|---|---|---|---|---|---|---|---|---|
| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
| 01 | | | | | 01 | 4p | | | |
| 02 | | | | | 02 | | | | |
| 03 | | | | | 03 | | 63 | Ø | Su |
| 04 | | | | | 04 | | 91 | Ø | Su |
| 05 | | | | | 05 | | 214 | 2 | A |
| 06 | | | | | 06 | | | | |
| 07 | | | | | 07 | | | | |
| 08 | | 121 | Ø | Sp | 08 | | | | |
| 09 | | | | | 09 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | 86 | Ø | SRS | 12 | | 159 | Ø | Su |
| 13 | | 91 | Ø | Su | 13 | | 136 | Ø | Su |
| 14 | | 87 | Ø | Su | 14 | | 97 | Ø | B |
| 15 | | | | | 15 | | 93 | Ø | Su |
| 16 | | 147 | Ø | Su | 16 | | 104 | Ø | Su |
| 17 | | 100 W | Ø | Sp SB | 17 | | 104 | Ø | Su |
| 18 | | | | | 18 | | 185 | Ø | Su |
| 19 | | | | | 19 | | 96 | Ø | Su |
| 20 | | | | | 20 | | 194 | Ø | Su |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | 158 | Ø | B |
| 23 | | 84 | Ø | Su | 23 | | 149 | Ø | Su |
| 24 | | 87 | Ø | SRS | 24 | | | | |
| 25 | | | | | 25 | | 80 | Ø | Su |
| 26 | | | | | 26 | | 104 | Ø | Su |
| 27 | | 130 | Ø | Su | 27 | | 125 | Ø | Su |
| 28 | | | | | 28 | | 108 | Ø | PP |
| 29 | | | | | 29 | | 50 | Ø | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

Farrow, Dean
11719

# DIABETIC RECORD

## MONTH OF _August_

**A.M. DOSE**                                    **P.M. DOSE** |

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | 4a |  |  |  | 01 | 4p |  |  |  |
| 02 |  |  |  |  | 02 |  |  |  |  |
| 03 |  |  |  |  | 03 |  |  |  |  |
| 04 |  |  |  |  | 04 |  |  |  |  |
| 05 |  |  |  |  | 05 |  |  |  |  |
| 06 |  |  |  |  | 06 |  |  |  |  |
| 07 |  |  |  |  | 07 |  |  |  |  |
| 08 |  |  |  |  | 08 |  |  |  |  |
| 09 |  |  |  |  | 09 |  |  |  |  |
| 10 |  |  |  |  | 10 |  |  |  |  |
| 11 |  |  |  |  | 11 |  |  |  |  |
| 12 |  |  |  |  | 12 |  |  |  |  |
| 13 |  |  |  |  | 13 |  |  |  |  |
| 4 |  |  |  |  | 14 |  |  |  |  |
| 15 |  |  |  |  | 15 |  |  |  |  |
| 16 |  |  |  |  | 16 |  |  |  |  |
| 17 |  |  |  |  | 17 |  |  |  |  |
| 18 |  |  |  |  | 18 |  |  |  |  |
| 19 |  |  |  |  | 19 |  |  |  |  |
| 20 |  |  |  |  | 20 |  |  |  |  |
| 21 |  |  |  |  | 21 |  |  |  |  |
| 22 |  |  |  |  | 22 |  |  |  |  |
| 23 |  |  |  |  | 23 |  | 137 | Ø | 8v |
| 24 |  | 63 | Ø | SRS | 24 |  | 218 | Ø | 8v |
| 25 |  |  |  |  | 25 |  |  |  |  |
| 26 |  |  |  |  | 26 |  | 118 | Ø | 8v |
| 27 |  | 113 | Ø | SRS | 27 |  | 126 | Ø | Ø |
| 28 |  |  |  |  | 28 |  | 77 | Ø |  |
| 29 |  |  |  |  | 29 |  | 120 | Ø |  |
| 30 |  | 82 | 0 | 8w | 30 |  | 153 | Ø |  |
| 31 |  | 104 | Ø |  | 31 |  |  |  |  |

BISON HEALTH SERVICES, INC.

LabCorp® 1.21

| Specimen # | Type | Primary Lab | Report Status | |
|---|---|---|---|---|
| 44-397-0157-0 | S | MB | Final | Pg 1 |

oll Time 07:50 Additional Information

Clinical Information DOB: 04/26/52  Fasting: N

D- 51654133771

Physician ID  DARBOUZE    Patient ID  111719

| Patient Name | | Sex | Age (Yr/Mo) |
|---|---|---|---|
| ARROW, DEAN | | M | 053/04 |

Account Easterling Corr. Facility  01488855
Prison Health Services
200 Wallace Dr.                          01
Clio AL  36017-0010
334-397-4471
PROV:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 5/01/05 | 09/01/05 | 09/02/05 | 5179 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| moglobin A1c | | | | | |
| 1c | 7.3 | High | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients. A1c may be over-estimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC. Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

| | | | | | |
|---|---|---|---|---|---|
| croalbumin, Random Urine | | | | | |
| icroalbum.,U,Random | 9.2 | | ug/mL | 0.0 - 17.0 | MB |

.ab: MB LabCorp Birmingham        Director: John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
r inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

# DIABETIC RECORD

## MONTH OF 6/05

Farrow, Dean
111719

### A.M. DOSE

### P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|------|------|-------------|---------------|-----------|------|------|-------------|---------------|-----------|
| 01 | 4a | | | | 01 | 4p | | | |
| 02 | 4a | | | | 02 | 4p | | | |
| 03 | 4a | | | | 03 | 4p | | | |
| 04 | 4a | | | | 04 | 4p | | | |
| 05 | 4a | | | | 05 | 4p | | | |
| 06 | 4a | | | | 06 | 4p | | | |
| 07 | 4a | | | | 07 | 4p | | | |
| 08 | 4a | | | | 08 | 4p | | | |
| 09 | 4a | | | | 09 | 4p | | | |
| 10 | 4a | | | | 10 | 4p | | | |
| 11 | 4a | | | | 11 | 4p | | | |
| 12 | 4a | | | | 12 | 4p | | | |
| | 4a | | | | 13 | 4p | | | |
| 14 | 4a | | | | 14 | 4p | | | |
| 15 | 4a | | | | 15 | 4p | | | |
| 16 | 4a | | | | 16 | 4p | | | |
| 17 | 4a | | | | 17 | 4p | | | |
| 18 | 4a | | | | 18 | 4p | | | |
| 19 | 4a | | | | 19 | 4p | | | |
| 20 | 4a | | | | 20 | 4p | | | |
| 21 | 4a | | | | 21 | 4p | | | |
| 22 | 4a | | | | 22 | 4p | | | |
| 23 | 4a | | | | 23 | 4p | | | |
| 24 | 4a | | | | 24 | 4p | | | |
| 25 | 4a | | | | 25 | 4p | | | |
| 26 | 4a | | | | 26 | 4p | | | |
| 27 | 4a | | | | 27 | 4p | | | |
| | 4a | | | | 28 | 4p | | | |
| | 4a | | | | 29 | 4p | | | |
| 30 | 4a | | | | 30 | 4p | | | |
| 31 | 4a | | | | 31 | 4p | | | |



**LabCorp®**

| | | | | | |
|---|---|---|---|---|---|
| Specimen # | Type | Primary Lab | Report Status | | |
| 97-397-0225-0 | S | MB | FINAL | PG 2 | 00  1 |

IME 0315

Additional Information

Clinical Information          04/08/05   13:17 ET

CD- 51640761990    FASTING Y

DOB:

Physician ID    DARBOUGE

Patient ID    111719

Account

| Int Name | Sex | Age (Yr/Mos) |
|---|---|---|
| ARROW, DEAN | M | 052/11 |

Int Address

Easterling Corr. Facility          01488855
Prison Health Services                    01
200 Wallace Dr.                           01
Clio            , AL  36017-0010
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 4/07/05 | 04/07/05 | 04/08/05 | 4046 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| hyroxine (T4) | 8.8 | | ug/dL | 4.5 - 12.0 | MB |
| 3 Uptake | 25 | | % | 24 - 39 | MB |
| ree Thyroxine Index | 2.2 | | | 1.2 - 4.9 | |
| | | | | | MB |
| C, Platelet Ct, and Diff | | | | | MB |
| hite Blood Cell (WBC) Count | 7.6 | | x10E3/uL | 4.0 - 10.5 | MB |
| ed Blood Cell (RBC) Count | 5.69 | H | x10E6/uL | 4.10 - 5.60 | MB |
| emoglobin | 13.2 | | g/dL | 12.5 - 17.0 | MB |
| ematocrit | 41.5 | | % | 36.0 - 50.0 | MB |
| CV | 73 | L | fL | 80 - 98 | MB |
| CH | 23.2 | L | pg | 27.0 - 34.0 | MB |
| CHC | 31.9 | L | g/dL | 32.0 - 36.0 | MB |
| DW | 16.0 | H | % | 11.7 - 15.0 | MB |
| latelets | 241 | | x10E3/uL | 140 - 415 | MB |
| eutrophils | 45 | | % | 40 - 74 | MB |
| ymphs | 35 | | % | 14 - 46 | MB |
| onocytes | 14 | H | % | 4 - 13 | MB |
| os | 5 | | % | 0 - 7 | MB |
| asos | 1 | | % | 0 - 3 | MB |
| eutrophils (Absolute) | 3.4 | | x10E3/uL | 1.8 - 7.8 | MB |
| ymphs (Absolute) | 2.7 | | x10E3/uL | 0.7 - 4.5 | MB |
| onocytes (Absolute) | 1.1 | H | x10E3/uL | 0.1 - 1.0 | MB |
| os (Absolute) | 0.4 | | x10E3/uL | 0.0 - 0.4 | MB |
| aso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |
| emoglobin A1c | | | | | MB |
| 1c | 8.2 | H | % | 4.5 - 5.7 | MB |

lease note:
     Current guidelines recommend a treatment goal of <7% for diabetic
     patients.  A1c may be overestimated in diabetic patients exhibiting
     poor control and who are also heterozygous or homozygous for HgbS or
     HgbC.  Total glycohemoglobin is a better indicator of diabetic control
     in patients with these hemoglobin variants.

---

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin, MD
        1801 First Avenue South Birmingham, AL 35233-0000

---

)R INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                    LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp®**

| Specimen # | Type | Primary Lab | Report Status | | | | |
|---|---|---|---|---|---|---|---|
| 97-397-0225-0 | S | MB | FINAL  PG  1 | 00   1 | | 04/08/05  13:17 ET | |

Additional Information

CME 0315

DOB:

CD- 51640761990   FASTING Y

Clinical Information

| Physician ID | Patient ID |
|---|---|
| DARBOUGE | 111719 |

| nt Name | Sex | Age (Yrs/Mos) |
|---|---|---|
| ARROW, DEAN | M | 052/11 |

nt Address

Account

Easterling Corr. Facility          01488855
Prison Health Services                    01
200 Wallace Dr.                           01
Clio          , AL  36017-0010
334-397-4471      ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 4/07/05 | 04/07/05 | 04/08/05 | 4046 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| P12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | MB |
| emistries | | | | | MB |
| lucose, Serum | 61 | L | mg/dL | 65 - 99 | MB |
| ric Acid, Serum | 8.1 | | mg/dL | 2.4 - 8.2 | MB |
| UN | 14 | | mg/dL | 5 - 26 | MB |
| reatinine, Serum | 1.3 | | mg/dL | 0.5 - 1.5 | MB |
| UN/Creatinine Ratio | 11 | | | 8 - 27 | |
| odium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| otassium, Serum | 4.7 | | mmol/L | 3.5 - 5.5 | MB |
| hloride, Serum | 102 | | mmol/L | 96 - 109 | MB |
| alcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | MB |
| hosphorus, Serum | 4.2 | | mg/dL | 2.5 - 4.5 | MB |
| rotein, Total, Serum | 8.0 | | g/dL | 6.0 - 8.5 | MB |
| lbumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | MB |
| lobulin, Total | 3.9 | | g/dL | 1.5 - 4.5 | |
| /G Ratio | 1.1 | | | 1.1 - 2.5 | |
| ilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| lkaline Phosphatase, Serum | 53 | | IU/L | 25 - 150 | MB |
| DH | 147 | | IU/L | 100 - 250 | MB |
| ST (SGOT) | 36 | | IU/L | 0 - 40 | MB |
| LT (SGPT) | 40 | | IU/L | 0 - 40 | MB |
| GT | 47 | | IU/L | 0 - 65 | MB |
| ron, Serum | 60 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| ipids | | | | | MB |
| holesterol, Total | 131 | | mg/dL | 100 - 199 | MB |
| riglycerides | 161 | H | mg/dL | 0 - 149 | |
| DL Cholesterol | 37 | L | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 32 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 62 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.5 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.5 | | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | MB |
|---|---|---|---|---|---|
| hyroid | | | | | MB |
| TSH | 1.971 | | uIU/mL | 0.350 - 5.500 | MB |

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

06/28/2005 TUE 16:05 FAX  →→→ kilby

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First)** Farrow, Dean | **Date: (mm/dd/yy)** 06.20.05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** ~~_____~~ |
| **Site Fax #** 334-215-6698 | **Inmate #** 111719 | **PHS Custody Date: (mm/dd/yy)** 6.29.99 |
| **Will there be a charge?** ☑ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 99.99.99 |

**Responsible party:**  ☐ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

RECEIVED JUN 27 2005

## CLINICAL DATA

**Requesting Provider:** ☐ Physician   ☐ NP, PA   ☐ Dental
Dr Bradford

**Facility Medical Director Signature and Date:**
Mike Robbins MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 07.15.05
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Eye Exam
**ICD-9 code:** V72.0
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Diabetic
DM Protocol
last ck 6/04/04

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Onsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** _____/_____

**Regional Medical Director Signature, printed name and date required:**
Will Mosier, MD

6.27.05

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: A536 |
|---|---|---|---|

05a – UM Referral review form

## EYE EXAMINATION SHEET

W-127

| TO: (Service Physician) Eye Clinic | FROM: (Requesting Ward. Med. Fac. Phys.) Kilby #840 | Date of Request: 6-24-05 |
|---|---|---|

Reason For Request: (Complaints and Finding)

DM                          Dilated 10.15 B

**Past History**

**Old Rx**

**Signature**

Type of Consult ☐ Emergency ☐ Routine

### CONSULTATION REPORT

Subjective: OD  20/15
OS
OU

OPHTH:  EOMClu     ∅ BDR
                             ∅ CAT
                             ∅ GNA

New Rx   OD
         OS          Seg. Ht.  23          Ext:
                                           Date Dispensed & Initials:

Seg. Type:     +0.25
               PLANO / +2.25 sul
IDP & Time:              52/20/145

Frame:
Size:
Color:

KEY LOCK
PROFILE

MY  7/18/05
OPTOMETRIST'S SIGNATURE

| Patients Last Name Farrow | First Dan | Middle | Age 53 | R/S | ID No. 111719 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM **PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

Date: (mm/dd/yy) **08,20,05**

**Site Name & Number:**
Kilby # 840

**Patient Name: (Last, First,)** Farrow, Dean

**Date of Birth: (mm/dd/yy)** ~~████████~~

**Site Phone #**
334-215-6706

**Alias: (Last, First,)**

**PHS Custody Date: (mm/dd/yy)** /    /

**Site Fax #**
334-215-6698

**Inmate #** 111719

**Potential Release Date: (mm/dd/yy)** /    /

**Will there be a charge?** ☑ Yes ☐ No    **Sex** ☑ Male ☐ Female

**SS Number**

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )

**Responsible party:** ☐ PHS  ☐ Auto Ins.    ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental
Dr Bradford

**History of illness/injury/sypmtoms with Date of Onset:**
Diabetic
DM Protocol
last ck 6/04/04

**Facility Medical Director Signature and Date:**
Dr. Robb MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Results of a complaint directed physical examination:**

**Estimated Date of Service (mm/dd/yy)** 09,15,05
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Previous treatment and response (including medications):**

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Eye Exam
**ICD-9 code:** V72.0
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here)

☐ More Information Requested: (See Attached)    Date resubmitted: ___/___/___

☐ Resubmitted with requested information.

**Regional Medical Director Signature, printed name and date required:**
/    /    (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

UR Auth #:

| Cert Type: | Med Class: | CPT code: | |

**PHS**

2

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or print
the Authorization Letter to the service provider at    Time of the Appointment

Please send this for

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: EASTERLING 835 | Patient Name: (Last, First) Fanew Dean | Date: (mm/dd/yy) 10.22.04 |
| Site Phone # (334) 397.3128 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| Site Fax # (334) 397.3128 | Inmate # 111919 | PHS Custody Date: (mm/dd/yy) 04.22.99 |
| | SS Number: | Potential Release Date: (mm/dd/yy) 99.99.99 |

| Will there be a charge? | Sex | |
|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | |

Responsible party: ☒ PHS ☐ Auto Ins.    ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

### CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

DARROUGH   J.A

Facility Medical Director Signature and Date:
10/22/04

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)     ☐ X-ray (XR)     ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)     ☐ Dialysis (DX)
☒ Routine     ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:     ☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: _____ ☐ Other: _____

Specialist referred to: Optometry/Dr. Murray

Type of Consultation, Treatment, Procedure or Surgery:

You must include copies of pertinent reports such as lab results, X-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

#### History of Illness/Injury/symptoms with Date of Onset:

Diabetic Chronic Care
Dilated Retinal Exam

#### Results of a complaint directed physical examination:

#### Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:     ☐ On-site Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)     Date resubmitted: ___/___/___

☐ Resubmitted with requested Information.

Regional Medical Director Signature,
printed name Will Mosier, MD     10.26.04

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Out Type: 191.7 OV | Med Class: 99207 | UR Auth #: 14344231 |
|---|---|---|

UTILIZATION ~~m must be~~ Authorization Letter DEMOGRAPHICS    Date Received 10-27-04

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Farrow, Dean | Inmate Number: | 111719FA |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Optometry Referral | Effective Dates: | 10/26/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Easterling Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14344231 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | Date | Time |

# Southern Eye Care
### Daniel E. Murray, Jr. O.D.

## Examination

Name _DEAN FARROW 111719_ "Bacteria in Eye or [cos]"

DOB _____ Date _10/27/4_

Visual Acuity (with/without) glasses:   OD 20/_20_   OS 20/_20_

Tonometry with Tonopen   OD _23_ mmhg
                         OS _21_ mmhg  @ _133°_

0.5% Tropicamide (+) 2.5% Phenylephrine @ _1330_ OU

X Side effects explained

Retinal Evaluation:
   OD:   _2 OU_   PU POU      No DMRet

   OS:

Referral Needed to Ophthamologist      Yes/No

_Dr. Daniel Murray, OD_

## EYE EXAMINATION SHEET

| TO: (Service Physician)<br>D Bradford | FROM: (Requesting Ward. Med. Fac. Phys.)<br>Easterling | Date of Request:<br>060404 |
|---|---|---|

**Reason For Request: (Complaints and Finding)**

CC Dm

**Past History**

| Old Rx | Type of Consult  ☐ Emergency   ☐ Routine |
|---|---|
| Signature | |

### CONSULTATION REPORT

Subjective:  OD – 20/25   T glasses
OS   20/20

OPHTH:  7-080U / WNL
                    8/MR

New Rx:  OD          Seg. Ht.

OS

Ext:
Date Dispensed & Initials:

Seg. Type:

IDP & Time:

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | I D No. |
|---|---|---|---|---|---|
| Favor Dean | | | 53 | BM | 11019 |

F-65 Rev. (1-95)

# INSTITUTIC AL EYE CARE

P.O. Box 390
Lewisburg. PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| FARROW, DEAN | | | 7/24/03 | |
| NUMBER | | | INSTITUTION | |
| 111719 | EST | | EASTERLING CORR FAC | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 1.25 | 0.00 | 0 | 0 | |
| OS | 0.75 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 2.50 | 23 | 65 | 62 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS          Clear

| FRAME | STYLE | FRAME COLOR | |
|---|---|---|---|
| NICK | | GREY | |
| EYE SIZE | DROP BALL | FINAL INSPECTION | |
| 52 | | | |

| | |
|---|---|
| LENSES: | $19.75 |
| FRAME: | $3.75 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $24.85 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA
requirement 21CFR Sec 801.410 for impact resistance but are not
unbreakable or shatterproof.  Of all the materials that lenses can be made
from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can
cause serious injury to the eye, or blindness.  Even if the lenses do not break,
the force of impact may cause the lenses or spectacle frame to contact the
eye or surrounding area causing injury

- The continued impact resistance of your lenses depends on how well
you protect them from physical shocks and abuse.  For your own
protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of
flying objects or physical impacts, your eye safety requires special safety
spectacles with safety lenses, side shields, goggles and/or a full face
shield.



# Receipt for Medical Product

ID No.: *1 1 1 7 1 9*

Inmate Name: *Farrow, Dean*

Institution: *Easterling Correctional*

Date Received: *7-31-03*

Medical Product: *Eye Glasses*

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

*Dean E Farrow, #117*
Inmate Signature

*Jawina Kennedy*
Signature of Healthcare Staff Dispensing Product

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print.

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby # 840 | **Patient Name: (Last, First,)** Farrow, Dean | **Date: (mm/dd/yy)** 06.20.05 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** 334-215-6698 | **Inmate #** 111719 | **PHS Custody Date: (mm/dd/yy)** 6.09.99 |
| **Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** _ _ _ - _ _ - _ _ _ _ | **Potential Release Date: (mm/dd/yy)** 99.99.99 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental<br>Dr Bradford | **History of Illness/injury/sypmtoms with Date of Onset:**<br>Diabetic DM Protocol last ck 6/04/04 |
| **Facility Medical Director Signature and Date:**<br>Mike Robbins MD | |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**<br>☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)<br>☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | **Results of a complaint directed physical examination:** |
| ☐ Routine  ☐ Urgent<br>**Estimated Date of Service (mm/dd/yy)** 09.15.05<br>(This starts the approval window for the "open authorization period") | |
| **Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy<br>**Number of Visits/Treatments:** _____ ☐ Other:_____ | |
| **Specialist referred to:** | **Previous treatment and response (including medications):** |
| **Type of Consultation, Treatment, Procedure or Surgery:** | |
| **Diagnosis:** Eye Exam<br>**ICD-9 code:** V72.0 | |
| **You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**<br>☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

| | |
|---|---|
| **UM DETERMINATION:**<br>☐ Alternative Treatment Plan (explain here):<br>☐ More Information Requested: (See Attached)<br>☐ Resubmitted with requested information. | ☐ Offsite Service Recommended and Authorized<br><br>**Date resubmitted:** __ /__ /__ |
| **Regional Medical Director Signature, printed name and date required:** | _____ / _____ / _____ (mm/dd/yy) |

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** A1536 |
|---|---|---|---|

05a - UM Referral review form

EASTERLING                                                    APR '06

**EC ASA 325mg**
**PO qd**
**X 90 days**

| K | | | | | |
|---|---|---|---|---|---|
| O | #30 4/12/06 | | | | |
| P | #30 3-11-06 | | #30 2-8-06 |
| X | Start Date: 2-19-06  Prescriber: Darbouze | | | |
| | Stop Date: 5-19-06  RX #: | | | |

**DIABETA 5mg**
**ī PO BID**
**X 90 days**

| K | | | | | |
|---|---|---|---|---|---|
| O | #120 4/12/06 | | | 111719 |
| P | #120 3-11-06 | | #120 2-8-06 |
| X | Start Date: 2-19-06  Prescriber: Darbouze | | | |
| | Stop Date: 5-19-06  RX #: | | | |

**GLUCOPHAGE 500mg**
**ī PO BID**
**X 90 days**

| K | | | | | |
|---|---|---|---|---|---|
| O | #120 4/12/06 | | | 111719 |
| P | #120 3-11-06 | | #120 2-8-06 |
| X | Start Date: 2-19-06  Prescriber: Darbouze | | | |
| | Stop Date: 5-19-06  RX #: | | | |

**HC CREAM 5%**
**TOPICAL ©**
**FOOT**
**X 21 days**

| K | | | | | |
|---|---|---|---|---|---|
| O | | | | | |
| P | | | | | |
| | ī 3-14-06 | | | |
| | Start Date: 3-13-06  Prescriber: Darbouze | | | |
| | Stop Date: 4-3-06  RX #: | | | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit | | | | | 5. Lock Down |
| Patient ID Number 111719 | | | | | 6. Self Administered |
| Patient Name | | | | | 7. Medication out of Stock |



Facility Name: Easterling Correctional Facility
Month/Year of Charting: 03/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

*See new order*

Start Date: 12-10-2005     Prescriber: Darbouze, Jean
Stop Date: 03-09-2006     RX #: 250966235

**Diabeta 5MG Tablet     120.00**

Take 2 tablet(s) by mouth twice daily

*See new order*

Start Date: 12-10-2005     Prescriber: Darbouze, Jean
Stop Date: 03-09-2006     RX #: 250966244

**Glucophage 500MG Tab     120.00**

Take 2 tablet(s) by mouth twice daily

*See new order*

Start Date: 12-10-2005     Prescriber: Darbouze, Jean
Stop Date: 03-09-2006     RX #: 250966249

EC ASA 325mg
÷ PO qd
x 90 days

K
O
P

Dean E. Farrow, 111719
#30 3/11/06
#30 2-8-06          #30 1-6-06

Start Date: 2-19-06     Prescriber: Darbouze
Stop Date: 5-19-06     RX #:

DIABETA 5mg
÷ PO BID
x 90 days

K
O
P

Dean E. Farrow 111719
#120 3/11/06
#120 2-8-06          #120 1-6-06

Start Date: 2-19-06     Prescriber: Darbouze
Stop Date: 5-19-06     RX #:

GLUCOPHAGE 500mg
÷ PO BID
x 90 days

K
O
P

Dean E. Farrow 111719
#120 3/11/06
#120 2-8-06          #90 1-6-06

Start Date: 2-19-06     Prescriber: Darbouze
Stop Date: 5-19-06     RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|---|
| | | J. Smith | | W. Purpie RN | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>0. Other |
| Allergies | NKDA | | | | | |
| Housing Unit: | Population | | | | | |
| Patient ID Number: | 111719 | | | | | |
| Patient Name: | | | | | | |

**Farrow, Dean**

Date of Birth:

| Facility Name: ECF | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting:** 3/06

HC cream 5% topical
(D)A
X 21 days

KOP

Dew Entrance 111719
① 3/14/06 LD

Start Date: 3/13/06   Prescriber: FNP/LP
Stop Date: 4/3/06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | M. Payne RN NP | | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 111719 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: **Easterling Correctional Facility** | Month/Year of Charting: **02/06** |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aspirin EC 325MG EC Tab  30.00  Take 1 tablet(s) by mouth daily | K O P | | | | | | | | BYB | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12-10-2005   Prescriber: Darbouze, Jean
Stop Date: 03-09-2006   RX #: 250966235

2-8-06 #3 Dean E Farrow 111719 See new order  #30 12-5-05
#30 1-6-06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabeta 5MG Tablet  120.00  Take 2 tablet(s) by mouth twice daily | K O P | | | | | | | | BYB | | | | | | | | | | | | | | | | | | | | | | |

MAY 2-8-06 #120 Dean E Farrow 111719   See new order   #120 12-5-05
#120 1-6-06

Start Date: 12-10-2005   Prescriber: Darbouze, Jean
Stop Date: 03-09-2006   RX #: 250966244

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glucophage 500MG Tab  120.00  Take 2 tablet(s) by mouth twice daily | K O P | | | | | | | | BYB | | | | | | See new order | | | | | | | | | | | | | | | | |

MAY 2-8-06 #120 Dean E Farrow 111719   #120 12-5-05
#90 1-6-06

Start Date: 12-10-2005   Prescriber: Darbouze, Jean
Stop Date: 03-09-2006   RX #: 250966249

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EC ASA 325mg  ī PO qd  X 90 days | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#30 2-8-06   #30 1-6-06

Start Date: 2-19-06   Prescriber: Darbouze
Stop Date: 5-19-06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabeta 5mg  ī͞ī PO BID  X 90 days | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#120 2-8-06   #120 1-6-06

Start Date: 2-19-06   Prescriber: Darbouze
Stop Date: 5-19-06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glucophage 500mg  ī͞ī PO BID  X 90 days | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#120 2-8-06   #90 1-6-06

Start Date: 2-19-06   Prescriber: Darbouze
Stop Date: 5-19-06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| Allergies **NKDA** | J. Snow LPN  M. Yeats LPN  M J8o | SLC  NW  8 | Alma R  L Ewing LPN  R Smith  E Hamilton LPN | R  LB  N | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Hold  9. No Show |
| Housing Unit: **Population**  Patient ID Number: **111719**  Patient Name:  **Farrow, Dean** | | | | | |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | | | 01/06 | | | | | | | | | | | | |

| Aspirin EC 325MG EC Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Aspirin EC 325MG EC Tab    30.00
Take 1 tablet(s) by mouth daily

NKDA KOP
1-6 #30 Dean E. Farrow, 111719
#30  12-5-05          #30  9-1-05

Start Date: 12-10-2005    Prescriber: Darbouze, Jean
Stop Date: 03-09-2006    RX #: 250966235

Diabeta 5MG Tablet    120.00
Take 2 tablet(s) by mouth twice daily

KOP
1-6 # 120 Dean E. Farrow 111719
#120  12-5-05          #120  11-4-05

Start Date: 12-10-2005    Prescriber: Darbouze, Jean
Stop Date: 03-09-2006    RX #: 250966244

Glucophage 500MG Tab    120.00
Take 2 tablet(s) by mouth twice daily

KOP
1-6 #9_ Dean E. Farrow, 111719
#120  12-5-05          #120  11-4-05

Start Date: 12-10-2005    Prescriber: Darbouze, Jean
Stop Date: 03-09-2006    RX #: 250966249

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | J. Gratten | or | Imclanna | L | 1. Discontinued Order |
| Allergies  NKDA | | | Wayne en | WP | 2. Refused |
| | | | McKinnedy | CM | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:  Population | | | Hamilton | M | 5. Lock Down |
| Patient ID Number: 111719 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | No Show |

Facility Name: EASTERLING

Month/Year of Charting: 12/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FLEXERIL 10mg
PO TID PRN
7 DAYS

Hour: 4A / 9A / 4P

Start Date: 12-1-05    Prescriber: Darbouze
Stop Date: 12-7-05    RX #:

BENGAY OINT
BID PRN
5 days

Hour: 4A / 4P

Start Date: 12-1-05    Prescriber: Darbouze
Stop Date: 12-6-05    RX #:

ASA 325mg EC
÷ PO 5d X99 dap

Hour: K / O / P

Start Date: 12-9-05    Prescriber: Darbouze
Stop Date: 3-9-06    RX #:

Diabeta 5mg
X2 PO BID
X90 days

Hour: K / O / P

Start Date: 12-9-05    Prescriber: Darbouze
Stop Date: 3-9-06    RX #:

Glucophage 500mg
X2 PO BID
X90 days

Hour: K / O / P

Start Date: 12-9-05    Prescriber: Darbouze
Stop Date: 3-9-06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: PO II
Allergies: NKDA
Housing Unit:
Patient ID Number:
Patient Name:
Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| J. Darden RN | SG | P. Palma RN | RP |
| S. Boler RN | SD | M. Parma RN | MP |
| a. Ewing LPN | LE | | |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Facility Name:** Easterling Correctional Facility     **Month/Year of Charting:** 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

K / O / P     #30  9-1-05     #30  12/5/05

Start Date: 11-03-2005     Prescriber: Darbouze, Jean
Stop Date: 01-31-2006     RX #: 250846209

**Diabeta 5MG Tablet     120.00**

Take 2 tablet(s) by mouth twice daily

K / O / P     #120  11-4-05     #120  12/5/05     #118  10-3-05

Start Date: 11-03-2005     Prescriber: Darbouze, Jean
Stop Date: 01-31-2006     RX #: 250846212

**Glucophage 500MG Tab     120.00**

Take 2 tablet(s) by mouth twice daily

K / O / P     #120  11-4-05     #120 qw 12/5/05     #120  10-3-05

Start Date: 11-03-2005     Prescriber: Darbouze, Jean
Stop Date: 01-31-2006     RX #: 250846214

**Motrin 400g ī po BID**
**X 50**

Start Date: 11/30/05     Prescriber: Darbouze / R
Stop Date: 12/5/05     RX #:

**Feldene 20mg po ǧpm**
**prn x 14 days**

D/C'd pt request  12-8-05  STS

Start Date: 12/1/05     Prescriber: Darbouze / NP
Stop Date: 12/15/05     RX #:

**Tylenol 1g po tid prn**
**x 14 days**

Start Date: 12/1/05     Prescriber: Darbouze
Stop Date: 12/15/05     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| P8I | S. Smith | STS | | | 1. Discontinued Order |
| Allergies NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | N | NP | | LE | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 111719 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: **EASTERLING**                              Month/Year of Charting: **11/05**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FELDENE 20mg PO ⊤ PM** — 4p — D/C'd ON 10-12-05

Start Date: 9-12-05   Stop Date: 10-12-05   Prescriber: Darbouze/SRS   RX #:

**EC ASA 325mg PO ⊤d** — K/O/P — See New Order — #30 9-1-05

Start Date: 9-29-05   Stop Date: 12-29-05   Prescriber: Darbouze/SRS   RX #:

**GLYBURIDE 5mg ∵ PO BID** — K/O/P — See New Ord — #118 10-3-05 — #120 9-1-05

Start Date: 9-29-05   Stop Date: 12-29-05   Prescriber: Darbouze/SRS   RX #:

**GLUCOPHAGE 500mg ∵ PO BID** — K/O/P — See New Ord — #120 10-3-05 — #120 9-1-05

Start Date: 9-29-05   Stop Date: 12-29-05   Prescriber: Darbouze/SRS   RX #:

**EC ASA 325mg qd X 90days** — K/O/P — #30 9/1/05

Start Date: 11-2-05   Stop Date: 2-2-06   Prescriber: Darbouze   RX #:

**Glyburide 5mg ∵ b.i.d X 90days** — K/O/P — #118 10-3-05 — #120 9/1/05 — #120 11/4/05

Start Date: 11-2-05   Stop Date: 2-2-06   Prescriber: Darbouze   RX #:

---

Diagnosis:

Allergies: **NKDA**

Housing Unit:

Patient ID Number: **111719**

Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | SRS | | MJ |
| McKinnon LPN | | | CN |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

Facility Name: Eastdale

Month/Year of Charting: Nov-05

**Glucophage 500mg #1 b.i.d x 9days**
- Hour: K O P
- Start Date: 11-2-0
- Stop Date: 2-2-06
- Prescriber: Darbouz
- #120  10/3/05
- #120 11/1/05

**Motrin 400g 1 po BID X 5d**
- Hour: 4a 4p
- Start Date: 11/30/05
- Stop Date: 12/5/05
- Prescriber: Daboze / Sr

**Flexeril 10mg po tid prn x 7days**
- Hour: 4a 9a 4p
- Start Date: 12/1/05
- Stop Date: 12/7/05
- Prescriber: Darbaze / MP

**Bengay oint bid PRN x 5days**
- Hour: 4a 4p
- Start Date: 12/1/05
- Stop Date: 12/6/05
- Prescriber: Darbouze / MP

Diagnosis:
Allergies: NKA
Housing Unit: 11719
Patient ID Number:
Patient Name:

Nurse's Signature: S McKinnon / Initial
Nurse's Signature: M Payne RN / MP
J. Sootha / SA

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | 10/05 | | | | | | | | | | | | | | |

**Glyburide 5MG Tab   120.00**

TAKE 2 TABLET(S) BY MOUTH TWICE DAILY

*See new order*

| Start Date: | 05-03-2005 | Prescriber: | Robbins, Michael |
| Stop Date: | 10-29-2005 | | RX #: 7340000 |

**Metformin HCl 500MG Tab   120.00**

TAKE 2 TABLET(S) BY MOUTH TWICE DAILY

*See new order*

| Start Date: | 05-03-2005 | Prescriber: | Robbins, Michael |
| Stop Date: | 10-29-2005 | | RX #: 7340009 |

EC ASA 325mg
T po qd

1-30 #30 D... G Farrow #111719

#30  9-1-05

| Start Date: | 9-29-05 | Prescriber: | Darbouze |
| Stop Date: | 12-29-05 | | RX #: |

Glyburide 5mg
TT po bid

10/3  118. D...

#120  9-1-05

| Start Date: | 9-29-05 | Prescriber: | Darbouze |
| Stop Date: | 12-29-05 | | RX #: |

Glucophage 500mg
TT po bid

10/3  #120  D...

#120  9-1-05

| Start Date: | 9-29-05 | Prescriber: | Darbouze |
| Stop Date: | 12-29-05 | | RX #: |

Tylenol 1gm bid
po prn

| Start Date: | 9-12-05 | Prescriber: | Darbouze |
| Stop Date: | 10-12-05 | | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| --- | --- | --- | --- | --- | --- |
| | Hawkins LPN | JH | Palmer | JP | 1. Discontinued Order |
| | McKenna | | J Brown | JB | 2. Refused |
| Allergies | | | L. Ewing LPN | LE | 3. Patient out of facility |
| NKA | | | M Vaughn | MV | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 111719 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Farrow, Dean | | | | | 8. Medication Held |
| | | | | | No Show |
| | | | | | Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | | | 10/05 | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 325MG EC Tab       30.00**

**TAKE 1 TABLET(S) BY MOUTH  DAILY**
***DO NOT CRUSH***

*See New Order*

| Start Date: | 05-03-2005 | Prescriber: | Robbins, Michael |
| Stop Date: | 10-29-2005 | | RX #: | 7340017 |

**Feldene 20mg po qpm**

| Start Date: | 9-12-05 | Prescriber: | Darbouze |
| Stop Date: | 10-12-05 | | RX #: |

**Mycolog Ointment b.i.d x 14 days Icap**

| Start Date: | 10/3/05 | Prescriber: | Darbouze |
| Stop Date: | 10/17/05 | | RX #: |

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code: |
|---|---|---|---|---|---|---|
| | | JHawkins Lpn | PO | Pluma K | R | 1. Discontinued Order |
| **Allergies** | | SMckinnon Le | SM | J. Scott w | SS | 2. Refused |
| NKA | | SMcannai | SM | L. Living RN | LL | 3. Patient out of facility |
| **Housing Unit:** Population | | | | NParker NP | NP | 4. Charted in Error |
| **Patient ID Number:** 111719 | | | | | | 5. Lock Down |
| **Patient Name:** | | | | | | 6. Self Administered |
| | | | | | | 7. Medication out of Stoc |
| | | | | | | 8. Medication Held |
| | | | | | | 9. No Show |

9/05

| Facility Name: | | Month/Year Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**GLYBURIDE 5mg**
ii TABS PO BID

Hour 4A
4P  9-1 #120 @ Dem L. Tyler ......

Start Date: 5-3-05   Prescriber: ROBBINS
Stop Date: 10-29-05   RX #:

**METFORMIN 500mg**
ii TABS PO BID

Hour 4A
4P  9-1 #120 Dr. ......

Start Date: 5-3-05   Prescriber: ROBBINS
Stop Date: 10-29-05   RX #:

**EC ASA 325mg**
i TAB PO qd

Hour 4A
9-1 #30 Dr. ......
Dr. ...... #30 9/9/05  LB

Start Date: 5-3-05   Prescriber: ROBBINS
Stop Date: 10-29-05   RX #:

**MYCOLOG OINT**
BID X 14 DAYS

KOP  X
i TUBE GIVEN 8-26-05

Start Date: 8-25-05   Prescriber: DARBOUZE
Stop Date: 9-4-05   RX #:

**FELDENE 20mg**
PO qHS X 14d

4P  8 9 10 X
8 9 10 11 12 13 14

Start Date: 8-25-05   Prescriber: DARBOUZE
Stop Date: 9-4-05   RX #:

**Tylenol 500mg ii po BID**
X 5d

4a
4p  8 8 8 8   See new order
1 2 3 4 8

Start Date: 9/8/05   Prescriber: Derboge/sr
Stop Date: 9/13/05   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | J. Sroo... | Srs | C McKinnies Lpn | Cm | 1. Discontinued Order |
| Allergies  NKDA | L. Ewing LPN | LB | ... | cb | 2. Refused |
| | J. Wayne RN | WC | | | 3. Patient out of facility |
| Housing Unit: | ... | ... | | | 4. Charted in Error |
| Patient ID Number:  I | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Sto... |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Sept. 05

| Facility Name: | | | | | | | | | | | | | Month/Year of Charting | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Feldene 20mg po qpm x 30 d.**

Hour: 4pm

Start Date: 9/12
Stop Date: 10/12
Prescriber: Darbouze
RX #:

**Tylenol 1 gm po Bid PRN x 30 d.**

Hour: 4a / 4p

Start Date: 9/12
Stop Date: 10/12
Prescriber: Darbouze
RX #:

**Pneumovax 0.5 ml   IM X 1**

09/22/05     Darbouze

Start Date: 9/22
Stop Date:
Prescriber: Darbouze
RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number:
Patient Name:

Nurse's Signature: S Bush    Initial: BB
M Wynen    LP

Nurse's Signature: S McIntire    Initial: I

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

| Facility Name: Kilby Correctional Facility | | Month/Year of Charting: 08/05 | |
|---|---|---|---|

Record Date 8-22-2005

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glyburide 5MG Tab          120.00 | 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 2 TABLET(S) BY MOUTH TWICE DAILY | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-03-2005    Prescriber: Robbins, Michael
Stop Date: 10-29-2005    RX #: 7340000

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metformin HCl 500MG Tab SR 24HR 120.00 | 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-03-2005    Prescriber: Robbins, Michael
Stop Date: 10-29-2005    RX #: 7340009

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aspirin EC 325MG EC Tab          30.00 | 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT CRUSH* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-03-2005    Prescriber: Robbins, Michael
Stop Date: 10-29-2005    RX #: 7340017

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code: |
|---|---|---|---|---|---|
| Allergies | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 111719 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

| Facility Name | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mycolog Oint
Bid × 14d.

KOP

Dean E. Johnes 11719
8-26-2005 /THW

Start Date: 8/25   Prescriber:
Stop Date: 9/4    RX #:

Feldene 20mg
po qhs × 14d.

4p

1 2 3 4 5 6

Start Date: 8/25   Prescriber:
Stop Date: 9/4    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | S Bushin | SB | J Scotlyn | M | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

# MEDICATION ADMINISTRATION RECORD
07/01/2005

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY

RX:   7340000 ROBBINS, M.D. (MED D, MICHAEL
START - 05/03/2005     STOP - 10/29/2005

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY

RX:   7340009 ROBBINS, M.D. (MED D, MICHAEL
START - 05/03/2005     STOP - 10/29/2005

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT
CRUSH*
RX:   7340017 ROBBINS, M.D. (MED D, MICHAEL ,
START - 05/03/2005     STOP - 10/29/2005

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

07/01/2005                              07/31/2005

ROBBINS, M.D. (MED D, MICHAEL

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By:                     Title:              Date: 6/2

# MEDICATION ADMINISTRATION RECORD
06/01/2005

EXHIBIT
**A-10**
Blumberg No. 5116

(KIL-445) KILBY CORRECTIONAL FAC

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY    0300

RX:   7340000 ROBBINS, M.D. (MED D, MICHAEL  1500
START - 05/03/2005    STOP - 10/29/2005

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY    0300

RX:   7340009 ROBBINS, M.D. (MED D, MICHAEL  1500
START - 05/03/2005    STOP - 10/29/2005

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT
CRUSH*    0300
RX:   7340017 ROBBINS, M.D. (MED D, MICHAEL ,
START - 05/03/2005    STOP - 10/29/2005

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

06/01/2005                         06/30/2005

ROBBINS, M.D. (MED D, MICHAEL

NO KNOWN DRUG ALLERGY

Complete Entries Checked:

By:                    Title:              Date:

EC ASA 325mg 0300 @
qd
9|5 - 9/4/05
Glyburide 5mg  0300 @
1½ tab BID   1500 q
10-5 - 10/5/05
Glucophage 1500m 0300 @
q AM
12 11 - 11/30/05
Glucophage 1000m 1500q
chs
12 11 - 11/30/05
EC ASA 325 mg AD
GD
5/02/05 ——— 11/02/05
Glyburide 5 mg PO
# tabs BID X 180 days   0300
5/02/05 ——— 11/02/05   1500
Glucophage 1000 mg PO   0300
BID X 180 days
5/02/05 ——— 11/02/05   1500

See new order 5/02/05

See New Order 5/02/05

See new Order 5/2/05

0300 —

5/1/05            5/31/05

Dr Robbin

nKA

Katie Bailey    4p 4/23/0

EC Aspirin 325mg, tab, ~~0300~~ ~~0400~~ B
î PO qd
9/5/04 ————— 9/4/05
Glyburide 5mg, tab, take    0300
î tab's po (10mg) BID
                             1500
10/3/04 ————— 10/4/05
Metformin (Glucophage) 500mg, 0300
  tab, take ÏÏÏ (3) tab's po
  c̄ Am          ↓
12/01/04                11/30/05
Metformin 500mg, tab.    1500
take ÏÏ (2) tab's po
  c̄ Evening
12/01/04          11/30/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

4/19/05 — 4/30/05
Dr. Robbins

NKDA

Linda Bell          Title: RN          Date: 4/19/0

# MEDICATION ADMINISTRATION RECORD
04/01/2005

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:   6180536 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 09/05/2004     STOP - 09/04/2005

#30   3/5/05   #30 4/5/05

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  =10MG TWICE DAILY
*KEEP ON PERSON*
RX:   6317168 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 10/05/2004     STOP - 10/04/2005

#120  3/5/05   #120 4/5/05

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING &
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING
RX:   4587658 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 12/01/2004     STOP - 11/30/2005

#150  3/5/05   #150 4/5/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

04/01/2005                    04/30/2005
DARBOUZE M.D. (MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked
By: _S. Anderson_          Title: _LPN._          Date: _3_

# MEDICATION ADMINISTRATION RECORD

03/01/2005

(EAS-474) EASTERLING CORR. FACILITY

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:    6180536 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 09/05/2004      STOP - 09/04/2005

K
O
P

#30   1/21/05
#30   3/5        Dean E. Farrow 11.

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  =10MG TWICE DAILY
*KEEP ON PERSON*
RX:    6317168 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 10/05/2004      STOP - 10/04/2005

K
O
P

#120   1/21/05
#120   3/5       Dean E. Farrow 111

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING &
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING
RX:    6587658 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 12/01/2004      STOP - 11/30/2005

K
O
P

#150   2/17/05
#150   3/5       Dean E. Farrow 111/1

Mediplast to LFt 3rd toe
x 5 days
3-8-05 → 3-13-05

K
O
P

Dean E. Farrow 1179
×××

APR topically Bil Ft
x 21 days
3-8-05 → 3-29-05

K
O
P

D X Dean E. Farrow 11/1/9

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

03/01/2005                    03/31/2005

DARBOUZE M.D.(MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked:

By: S Anderson          Title: LPN          Date 2/28

# MEDICATION ADMINISTRATION RECORD
02/01/2005

(EAS-474) EASTERLING CORR. FACILITY

---

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:    6180536 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 09/05/2004    STOP - 09/04/2005

K
O
P

# 30    1-21-05

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  =10MG TWICE DAILY
*KEEP ON PERSON*
RX:    6317168 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 10/05/2004    STOP - 10/04/2005

K
O
P

# 120    1-21-05

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING &
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING
RX:    6587658 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 12/01/2004    STOP - 11/30/2005

K
O
P

# 150    12/17/05

---

MEDICATIONS

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | 02/01/2005 | | 02/28/2005 | |
|---|---|---|---|---|

Physician    DARBOUZE M.D.(MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By: S. Andersen    Title: LPN    Date:

# MEDICATION ADMINISTRATION RECORD
01/01/2005

(EAS-474) EASTERLING CORR. FACILITY

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:    6180536 DARIOUZE M.D. (MED D, JEAN ALFRE
START - 09/05/2004    STOP - 09/04/2005

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH *10MG TWICE DAILY
*KEEP ON PERSON*
RX:    6317168 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 10/05/2004    STOP - 10/04/2005

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH EVERY MORNING &
TAKE 2 TABLET(S) BY MOUTH IN THE EVENING
RX:    6587658 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 12/01/2004    STOP - 11/30/2005

1-21 #30 Dre - 22 1845
#30 12/21/04

1-21 #120 Dre S. Anne, NTD
#120 12/17/04

#150 12/17/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
01/31/2005

01/31/2005
DARBOUZE M.D. (MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked
By _____  Title: LPN  Date 12/29

# MEDICATION ADMINISTRATION RECORD

12/01/2004

(EAS-474) EASTERLING CORR. FACILITY

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH =10MG TWICE DAILY
*KEEP ON PERSON*
RX:    6317168 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 10/05/2004     STOP - 10/04/2005

Glucophage 500mg
TT po qam
TT po qpm
11/29/04 - 11/29/05     Darbouze

EC ASA 325 mg
T po qd
9/5/04 - 9/5/05     Darbouze
AFC to bilat. feet
BID x 21days
12-7-04 —— 12-28-04 Floyd CRNP/MP     KOP

#120 12/17/04 CB
#120 11-16-04    #120 10/12/04

#150 12/17/04 LB
#150 11-1-04

#30 12/21/04 CB
#30 11/9/04    #30 10/12/04

X 12-7-2004 /mc

---

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

12/01/2004                                 12/31/2004

DARBOUZE M.D (MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked

By: J Hawkins     Title: LPN     Date: 11/29

11/01/2004                                    (EAS-474) EASTERLING CORR. FACILITY

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH =10MG TWICE DAILY      K
*KEEP ON PERSON*                                 O
RX:   631716B DARMOUZE M.D. (MED D, JEAN ALFRE   P
START - 10/05/2004    STOP - 10/04/2005

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING          K
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING         O
RX:   569B957 ANDERSON, M.D., VICTORIA , MD       P
START - 05/30/2004    STOP - 11/25/2004

EC ASA 325mg qd                                  K
X 1year Kop                                       O
9/5/04 → 9/5/05 Darbouh                           P

#120  10/12/04
#120   9/2/04        Dew S. Farrow MD
        #120  11/16/04

#150   9/19/04
1/1 #150  Dew St One   PN 9/19·11/1/04

#30 11/9  Dew S. Farrow MD
#30   10/12/04

NURSE'S ORDERS MEDICATION NOTES, ARE LOST? RETURN TO REVERSE SIDE

          11/01/2004                          11/30/2004
DARMOUZE M.D. (MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

S. Anderson                    LPN              10/31

10/01/2004                                                (EAS-474) EASTERLING CORR. FACILITY

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING
RX:  5498957 ANDERSON, M.D., VICTORIA , MD
START - 05/30/2004    STOP - 11/25/2004

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  =10MG TWICE DAILY
*KEEP ON PERSON*
RX:  5497033 ANDERSON, M.D., VICTORIA , MD
START - 04/16/2004    STOP - 10/12/2004

K O P

# 150  9/19/04

See New Order

Diabeta 10mg b.i.d
x 1 year kp
10/1/04 → 10/1/05 Darbouze

Label from Pharmacy

K O P

10/12 #120 Dea E. Fahan 111719
# 120  9/2/04

EC ASA 325mg gd
x 1 year kp
9/5/04 → 9/5/05 Darbouze

K O P

10/12 #30 Dea E. Fanan 111719
# 30 9/9/04

Kenalog ointment b.i.d
PRN x 14 day
10/8/04 → 10/22/04 Darbouze

4A K
4P O
    P

→ Dea E. Fentin 111719
10/13/04

Vistaril 50mg QAM
+ HS x 14 day
10/8/04 → 10/22/05 Darbouze

4 AM
4 PM

→

Δ Niacin 1g po qpm x1
m

erra    erra    erra

10-12-04 → 10-12-05

Δ EC ASA 325mg po qpm qpm
x 1 yr

erra    erra    erra

10-12-04 → 10-12-05

10/01/2004                                    10/31/2004
DARBOUZE M.D. (MED D) JEAN ALFRED

NO KNOWN DRUG ALLERGY

McKinnon                              m              10/1

MEDICATION ADMINISTRATION RECORD
09/01/2004

(EAS-174) EASTERLING CORR. FACILITY

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH EVERY MORNING
TAKE 2 TABLET(S) BY MOUTH IN THE EVENING     KOP
RX:   5698957 ANDERSON, M.D., VICTORIA, MD
START - 05/30/2004     STOP - 11/25/2004

#150  9/19  Don E Farrar 11/7/7
#150  7/10/04

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH =10MG TWICE DAILY
*KEEP ON PERSON*                             KOP
RX:   5497033 ANDERSON, M.D., VICTORIA, MD
START - 04/16/2004     STOP - 10/12/2004

9-2 #12  Don E Farrar
#120  8/4

9-9 # 3 Don E Farrar 11/7/7
# 30  8/4

9/5/04 - 9/5/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

09/01/2004                    09/30/2004
ANDERSON, M.D., VICTORIA

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By SBush                    Title LPN    Date 8/22

08/31/2004

(EAS-474) EASTERLING CORR. FACILITY

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH EVERY MORNING
TAKE 2 TABLET(S) BY MOUTH IN THE EVENING
RX:    5698957 ANDERSON, M.D., VICTORIA , MD
START - 05/30/2004    STOP - 11/25/2004
GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH =10MG TWICE DAILY
*KEEP ON PERSON*
RX:    5497033 ANDERSON, M.D., VICTORIA , MD
START - 04/16/2004    STOP - 10/12/2004

*Kop.*

# 150  7/10/04

# 30  7/09/04  # 120  8/4  *Dean E. Farrow* 119

ECASA + P.O. OD Kop.
Darbouze/AV.

3/9/04 - 9/4/04
Mediplast to @ foot.
as directed X 21 days.
3X A week M-W-F.
7/5/04 - 8/5/04
AFC BID X 14 days

# 30  7/7/04  # 30  8/4 X Dean F. Farrow 119

4pm  □ □ □ □ □
m  W  F.

KOP

Dean E. Farrow, 111719
① 8/18/04
LF

8/17 - 8/31/04  Floyd
TAO to L anterior leg
X 14 days

KOP

8 w  Dean E. Farrow, 111719

8/17-8/31/04  Floyd
Bactrin DS TPO bid
X 7 days

4a
4p

8/17 - 8/24/04  Floyd
Rifampin 300mg T
bid X 7 days

4a
4p

8/17-8/24/04  Floyd

NURSE'S ORDERS MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE
08/31/2004

08/01/2004
ANDERSON, M.D., VICTORIA

NO KNOWN DRUG ALLERGY

A Rasmussen          NW          7/29/0

111719          1          54



**PRISON HEALTH SERVICES**

# NON-COMPLIANCE NOTICE

## The following has been observed and documented per non-compliance policy:

**CLASS**

_____/___ Diet

____✓____ Medication

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

**ACTION TAKEN BY NURSING:**

____✓____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
____✓____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
____✓____ Explanation of Non-Compliance

_____ Refuses to sign

_Dean E Farrow, N1P4_  _8.14.04_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Farrow, Dean | 11119 | ▮▮▮ | B/M | East |

PHS-MD-70057

(EAS-474) EASTERLING CORR. FACILITY

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:    5320900 ANDERSON, M.D., VICTORIA, MD
START - 03/09/2004      STOP - 09/04/2004
GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  *10MG TWICE DAILY
*KEEP ON PERSON*
RX:    5497039 ANDERSON, M.D., VICTORIA, MD
START - 04/16/2004      STOP - 10/12/2004
METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 3 TABLET(S) BY MOUTH  EVERY MORNING
TAKE 2 TABLET(S) BY MOUTH  IN THE EVENING
RX:    5698957 ANDERSON, M.D., VICTORIA, MD
START - 05/30/2004      STOP - 11/25/2004

AFC Topical # qd
  X 2 wks                    4q
                             KOP
7/8/04 - 7/21/04 Rayapti/o
Mediplast to LFT            4p
as directed X 21 days
  750 1 q      85-04        3X q wk  M-W-F

#30 7/7  Dan E Farrar, 111719  7.7.04
#30 6/2/04

4A    #120 7/7  Dan E Farrar, 111719 7.
4p
#120 6/2/04

4A  #115 O 7-10-04 Dan E Farrar, 111719
4p
#120 6/2/04

✓ Dan E Farrar, 111719  7.8.04

07/01/2004                    07/31/2004

ANDERSON, M.D. - VICTORIA

NO KNOWN DRUG ALLERGY

J Dawkins              LPN    6/24/

MEDICATION ADMINISTRATION RECORD
06/01/2004

(E6S-474) EASTERLING CORR. FACILITY

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY  #KEEP ON
PERSON#  #DO NOT CRUSH#
RX:    5320800 ANDERSON, M.D. , VICTORIA , MD
START - 03/09/2004    STOP - 09/04/2004

*Kop*

#30  6/2/04  *Dean E. Farmer, HTR9*
#30  4/20/04

METFORMIN (GLUCOPHAGE) 500MG TAB
TAKE 2 TABLET(S) BY MOUTH  =1000MG TWICE
DAILY
RX:    5483305 ANDERSON, M.D. , VICTORIA , MD
START - 04/14/2004    STOP - 10/10/2004

*See new order below*

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  =10MG TWICE DAILY
#KEEP ON PERSON#
RX:    5497033 ANDERSON, M.D. , VICTORIA , MD
START - 04/16/2004    STOP - 10/12/2004

#120  6/2/04  *Dean E. Farmer, HTR9*
#120  4/20/04

*Glucophage 500, table
+ tab Bid X 90 DAYS.*  4A
4PM  *or*
5/14/04 ~ 8/14/04 *Darlow/GG*

*See new order below*
#120  4/15/04.

*Vistaril 50mg + P.O.
Q hs X 30 DAYS.*  4PM
5/14/04 - 6/14/04  *Darlow/GG*  *or*

*Glucophage 1.5gm
Q AM X 180 DAYS.*  4AM
6/28/04 - 11/28/04
*Glucophage 500 + gm
Q PM X 180 DAYS*  4PM
5/21/04 - 11/31/04

#120  6/2/04  *Dean E. Farmer, HTR9*

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
06/30/2004

06/01/2004
ANDERSON, M.D. , VICTORIA

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By: *A. Rasmussen*   Title: *RPW*   Date: *5/28/*

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(EAS-474) EASTERLING CORR. FACILITY

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH =10MG TWICE DAILY    4A
KKEEP ON PERSON#                                4P.
RX:   5497035 ANDERSON, M.D., VICTORIA , MD
START - 04/16/2004    STOP - 10/12/2004

4/20/04 = 120

METFORMIN (GLUCOPHAGE) 500MG TAB                KOP
TAKE 2 TABLET(S) BY MOUTH =1000MG TWICE         4A
DAILY                                           4P
RX:   5483305 ANDERSON, M.D., VICTORIA , MD
START - 04/14/2004    STOP - 10/10/2004

See New order

#120 4/15/04

ECASA ī Tab P.O.          KOP
QD.   KOP.                 9A
DARHUS/AN
3/9/2004 - 9/4/2004                    4/20/04  #30

Glucophage 500 mg ī po bid x 90 days 4pm
                                     4pm
5/14/04- 8/14/04          Nedneeder pop # 120 4/20/04
                                            See New ord
Vistaril 50 mg ī po qhs x30 days  4pm
                                  _____  → K A brp MM DDD op
5/14/04- 6/14/04          Darham/PD

Glucophage 1.5gr
     9am x 180 days  4a
and 1gram 9 pm       4p                              RR
5-28-04-11-28-04  Darbourye/PD                        R

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
05/01/2004                    05/31/2004

ANDERSON, M.D., VICTORIA

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By: A Rasmussen    Title LPN    Date 4/29/0

MEDICATION ADMINISTRATION RECORD
04/01/2004

(EAS-474) EASTERLING CORR. FACILITY

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*
RX:   532080X ANDERSON, M.D., VICTORIA , MD
START - 03/09/2004     STOP - 09/04/2004

KOP
42

#40 3/10/04

4 26 # 3

Diabeta 5mg ½ po
BID x 6 mths
4/1/04 → 10/1/04

KOP
42
4P

#116 3/10/04

See NW ord

Glucophage 500mg ½
PO BID x 90days
3/25/04 → 6/25/04

KOP
42
4P

Glucophage 500g
# po 4 Am  # po 4  Kop  4
Pm  x 180 days  4-6-04 → 10-4-04

4
4

See
New order

# Glucophage to 500mg
½ po BID x 180d.
4/12 - 10/12    Anderson/88

4A
4P

# 120 4/15/04

Diabeta 10mg b.i.d
x 6 mths Kop
4/15/04 → 10/15/04 Anderson

4A
4P

42 # 12

MEDICATIONS

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

04/01/2004                    04/30/2004

ANDERSON, M.D., VICTORIA

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By: B Bracewell     Title:     Date: 4/1/0

MEDICATION ADMINISTRATION RECORD
03/01/2004

(EAS-474) EASTERLING CORR. FACILITY

NTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT
CRUSH*
RX:    4962545 DARROUZE M.D.(MED D. JEAN ALFRE
START - 12/20/2002       STOP - 03/18/2004

E.C. ASA 325mg = po QD
X 180 days.

2/22/04 - 8/22/04 Dr. Anderson/lB
Diabeta 5mg # P.O.
bidX Cemo

11/12/04 - 4/6/04 Dr. Anderson/lB
E.C. ASA 325mg =
P.O. QD X 180 days

3/7/04 - 9/7/04 Dr. Anderson/lB
Glucophage 500mg + PO 4A
Bid X 90 days
325-04 + 625-04

See New Order
Below

) See
Below

#30 2/2/04

mm^n

# 120 2/2/04

# 30 2/2/04

Den@____
# 116 3/10/04

Den@____ #1117 lq
# 40 3/10/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
03/31/2004

03/01/2004
DARROUZE M.D.(MED D. JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By _____          Title _____        Date 2/22/

# MEDICATION ADMINISTRATION RECORD
02/01/2004

(EAS-474) EASTERLING CORR. FACILITY

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY

RX:   4790198 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 11/12/2003      STOP - 03/06/2004

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT
CRUSH*
RX:   4962545 DARBOUZE M.D.(MED D, JEAN ALFRE
START - 12/20/2003    STOP - 03/18/2004

#120  2/2/04  Dea E Ewing #11019  01-02-04
#120  12/22

#30 2/2/04  Dea Ewing, #11019  01-02-04
#30  12/22/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
02/28/2004

02/01/2004
DARBOUZE M.D.(MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked.
By: R. Ewing          Title: LPN      Date: 1/25

# MEDICATION ADMINISTRATION RECORD
01/01/2004

(EAS-474) EASTERLING CORR. FACILITY

GLYBURIDE (DIABETA) 5MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY

Kop

RX:    4790188 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 11/12/2003    STOP - 04/06/2004

# 120  12-2-2/03

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON* *DO NOT CRUSH*

Kop

RX:   4673407 DARBOUZE M.D. (MED D, JEAN ALFRE
START - 12/02/2003    STOP - 05/29/2004

# 30  12/22/03

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

01/01/2004                              01/31/2004
DARBOUZE M.D. (MED D, JEAN ALFRED

NO KNOWN DRUG ALLERGY

Complete Entries Checked:
By: L. Dwin                    Title: LPN        Date: 12/2



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Dean Effatage Fabbow_    Date of Request: _11·30·05_
ID # _111719_    Date of Birth: ▮▮▮▮    Location: _7A·12_
Nature of problem or request: _My right hip – joint is hurt-
ing too much for me to sleep or rest. It just
started aching this morning before daylight, but
it hasn't stopped yet._
                                          _Dean Effatage Fabbow_ 111719
                                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**    _Warm Soak_
               _Saw MD_
               _today_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean Effarage Farrow_    Date of Request: _9-7-05_
ID # _111719_    Date of Birth: ▮▮▮    Location: _9B/52_
Nature of problem or request: _my heel on my right foot is_
_in PAIN. I signed one sick call request, but the Doc_
_officers in this matter would not allow me to report on time._
_They did it in the sight of the GOD of Abraham, the GOD of Isaac_
_the GOD of Jacob...on purpose !!! Dean Effarage Farrow_
                                    Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _9/8/05_
Time: _8:40_ AM PM
Allergies: _NKDA_

┌─────────────────────────────┐
│       RECEIVED              │
│ Date: SEP 18 2005          │
│ Time:                      │
│ Receiving Nurse Intials  CU │
└─────────────────────────────┘

**(S)ubjective:** _"It stopped before the pink slip ran out"_

**(O)bjective  (V/S):** T: _97_  P: _76_  R: _14_  BP: _18/12_  WT: _226_
_AAOX3. skin warm and dry. resp even and unlabored, pt c/o continued_
_heel pain, pt was complient c̄ use of Feldene s̄ relief_

**(A)ssessment:**
_alt in comfort_

**(P)lan:**                    _Tylenol 500g π po BID X 5d_
_refer to MD_          _stretching exercise q AM_

Refer to: (MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓  EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
    Was MD/PA on call notified:  Yes ( )   No ( )

_A 9/9/05_

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean Efharage Farrow_ Date of Request: **9-7-05**
ID # _111719_ _____ Date of Birth: ██████ Location: **9B/32**
Nature of problem or request: _My right heel hurts, and_
_causes me so much pain I have diffi-_
_culty walking. Sometimes my right feet feel_
_as though it isn't receiving enough blood._
_Dean Efharage Farrow)_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: 9-7-05 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** _Warden give_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
         If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Farrow, Dean  111 719*

Date of Birth: ███████████  Social Security No.: _____

Date: *8/5/05*  Time: _____ *6*  A.M. / P.M.

This is to certify that I, *Dean Farrow* , currently in
(Print Inmate's Name)

custody at the _____ *Kilby* , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *Sick Call because It's*
(Specify in Detail)

*too hot*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____   _____
(Signature of Inmate)**   (Signature of Medical Person)

_____   _____
(Witness)   (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Effarrge Farrow_

Date of Birth: ▓▓▓▓▓▓        Social Security No.: ▓▓▓▓▓▓

Date: _May 3, 2005_        Time: _11:30 AM_        (A.M.) / P.M.

This is to certify that I, _Dean Effarage Farrow / Dean E. Farrow_ , currently in
(Print Inmate's Name)

custody at the _Kilby Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _During #29.05 I refused to accept dental_
(Specify in Detail)
_treatment because I did Not agree with the language of the consent form_
_and because of my previous encounters with Dr. Marvin West and_
_the circumstance by which I was placed    Thank You_

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Dean E. Farrow, 111719_      _L. Laurence RN HSA_
(Signature of Inmate)**                        (Signature of Medical Person)

_Willie E. Laurens, COI_             _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

**PHS**
PRISON
HEALTH
SERVICES
CORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Kilby

Date: 4/19/05   Time: 4/5   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
Easterling

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Easterling

Date: 4/19/05   Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health
- _____
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKDA

PHYSICAL EXAMINATION

Date of last exam: 5-15-04

Chest X-Ray Date: _____ Result: _____

PPD Reading ⊘ positive

Classification: N/A

Limitations: None

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | _____ | [ ] | [ ] | Wears Glasses/Contacts | [x] | [ ] | |
| Urinalysis | _____ | [ ] | [ ] | Dental Prosthesis | [ ] | [ ] | D Burns LPN |
| _____ | _____ | [ ] | [ ] | Hearing Aide | [ ] | [x] | |
| | | | | Other Prosthesis | [ ] | [ ] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Dm — Cardiz          (Has meds Kop)

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

EC ASA 325mg q1
Diabeta 10mg q1
Glucophage 500mg  īīī po qAm
                  īī po qPm

| MEDICATIONS | [ ] Sent w / inmate | [x] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [x] Sent w / inmate | [ ] Not sent w / inmate |

Released to: Doc

Date: 4/19/05   Time: 7°°  AM/PM

| MEDICATIONS | [x] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [x] Received | [ ] Not Received |

CHART REVIEWED [ ] YES  [ ] NO

Received by: D Burns LPN
Signature of Receiving Nurse

Date: 4/19/05   Time: 4/5  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: 3-8-05

FOLLOW-UP CARE NEEDED   Date PRN   Time   With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)
- [x] Medical
- [x] Dental
- [ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE)
(culled from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | x | |
| Mental Illness | | x |
| Suicide Attempt | | x |
| Chronic Care | x | |

| STATUS | | |
|---|---|---|
| Special Diet | DM | |
| Appearance | wnl | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

INTAKE

Sick Call Procedures Explained  Yes
Height  5'11
Weight  280
Blood Pressure  100/60
Temperature  97
Pulse Resp.  70/20
Other

_____ LPN    4-19-05
Signature of Nurse Completing Assessment (Sending Nurse)   Date

Delia Burns LPN   4-19-05
Signature of Intake Screening Nurse (Receiving Nurse)   Date

INMATE NAME (LAST, FIRST, MIDDLE)
Farrow, Dean

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 111719 | | B/M | KCF |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)

| Date/Time | Inmate's Name: Farrow, Dean | | D.O.B.: ▓▓▓▓ |
|---|---|---|---|

8/8/94 — WT-223  BP 128/74 P 80  R 20 T 98.2
BS-160  medical clearance

S    52 RBM - w/c DM fairly controlled, denies any w/c chest
pain, SOB, syncope - ROS negative except for w/c itching
at the R/c ankle

O - HEAD, EENT          (illegible)                    7/31/04
    lg : CTA          (illegible)          HgbA₁c : 8.4
    abd : (illegible)    ext : (illegible)
    skin : (illegible), and small dry ulcers
           + (illegible) -
    (illegible) : NBR 80/... 1st AVB

A    DM Ⅱ (illegible)
     (illegible)

P    (illegible) - adequately clean for work
     - (illegible) + (illegible)

     (signature)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean Efferage Farrow)_    Date of Request: _6-28-04_
ID # _111719_    Date of Birth: ▓▓▓▓ Location: _103/20_
Nature of problem or request: _o have foot fungus, and other foot problems;_
_May o speak with a mental health specialist ?_
_Thank you._    X   X   X   X   X

            _Dean Efferage Farrow) #111719_
                       *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _6/30/04_
Time: _900_ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _11 I need Some foot treat cream. I also need to See Mental Health & would like to talk t the Dr about going to a foot DR about my Bunyon_

**(O)bjective**   **(V/S): T:** _98⁸_   **P:** _78_   **R:** _18_   **BP:** _B/p 118/74_ **WT:** _220_

_Pt to Hlth S/C o Request to talk t Mental Health - Denies any Suicidal ideation - Also has Athlett feet noted to both feet. Has Bunyon noted & Great toe on D foot. C/o pain._

**(A)ssessment:** _Health Maitine_

**(P)lan:** _Mental Health Referral done to Kays gn_
_1 tube Antifungal Cream to Kays gn_
_MD appt given_

Refer to:   (MD/PA)   (Mental Health)   Dental   (Daily Treatment)   Return to Clinic PRN
                            CIRCLE ONE
Check One:   ROUTINE (L)   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
     Was MD/PA on call notified:   Yes ( )   No ( )

                          *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Farrow Dean 11719 | D.O.B.: |
|---|---|---|

5/14/04/9A  wt. 217  BS 163 /20/70  84  20  T. 96.4

Flu BS

S  31 yo M/m Day II - It did not return the
report of his accucheck but states that his BG
has been 118-220 - Claims that it was running
too low while on Glucophage 1g BID and has been
taking only 500 y BID.
Last Report on Accucheck on 4/04: 115 → 311
Pt c/o itching R leg while asleep.

O  NAD, YSS
   Lung: CTA.
   Heart: ~~~
   Abd: benign
   Ext: [illegible]
   skin: + few minor abrasions, and scars over
         the R leg

A/P  Day II / Gonorrhea
     1. continue Diabeta 10 y BID
        Glucophage 500 y BID
        1800 cal Diet/exercise (resubmit), ↓ weight  [crossed out]
        Hgb A1c in 3 Mnths,
        Vistaril 50 y q̄ PO QHS x 30 days
        Avoid scratching R leg



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 020504 | O- Waiver for ccc — RTeach — |
| 020504 | |
| 030804 | O- Bm here for bld cic — RTeach — |
| 03104 | O ccc done — RTeach — |
| 03104 | O- ccc done — RTeach — |
| 030805 | O -ccc done — RTeach — |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB |
|---|---|---|
| Farrow, Dean | 111719 | |

PHS-MD-70049    **Complete Both Sides Before Using Another Sheet**