

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Dean Efflarage Farrow_    Date of Request: _12·30·03_
ID # _111719_    Date of Birth: ▮▮▮▮▮ Location: _9A/80_
Nature of problem or request: _Blood glucose is uncontrolable... I ate two_
_regular diabetic meal – 3:30pm & 8:00 AM – I remained @ the infirmary_
_until 3:30pm without eating & checked Blood glucose level/readings @ 297_
_ate diabetic meal – 3:45 pm "_                    _311–9:00pm_
_Dean Efflarage Farrow_
                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

_Waiver Signed 1-2-04_
_Scottyrn_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | Farris Dean | D.O.B. |
|---|---|---|---|

5/13/04 11° Wt 217 BS 138

7/8/04 1pm WT-222  BP 110/8  P 76  R 18  T 97.7

BS-129  Foot fungus

1) dis colored - friable entire digital skin - of both feet

2) Tae nires pedis - bil

3) Afe.

4) ↑ ventilate feet →

7/15/04 11A  WT-222  BP 110/8  P 88  R 18  T 96.4

BS-204  F/u ↑ HgbA1C

S  52 BM for f/u for ↑ HgbA1C  4-04 15.8  3/04 17.1

O  NAD today  USS AA0x3          Meds Diabetes

Neuro intact                    5mg BID

Eom: Pearla                     Glucophage 500mg

Cor RRR Ⓝ murmur  Lungs CTA    III po AM

Ext Ⓝ CC  Large callus formation on  II po PM

Ⓛ Bottom foot

A  DM, callus Ⓛ foot

P  counsel Re: A1C, ADA Diet and Med compliance

+ TLC c ↑ exercise discussed voiced understanding

Repeat A1C this week

Medi plast to Ⓛ Bottom foot x 21 days  KUB

CC 1 month

E  Exercise ADA Diet                    [signature] CRNP



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: FARRA - Dean | D.O.B.: ■■■■ |
|---|---|---|

8-22-205 8³⁰/₁ Receive AT DOT. - AHT - ontrol x 3 - Ambulatory - DiabeT.c
Asthma ? - Dr. App. And Chronic care. Access to
Health care - referral voluntary prob. Sban

8/23/05 Chart screened by Mental Health + will be scheduled
to be seen by Dr. Banerjee, ——————— (B Flowers, LPN

8/25/05 WT. 223    B/P 120/80    P 80    R 16 T 98
New / CCC    BS - 1103

S    52 BM - h/o DM II - c/o
Rash R heel x weeks - no Σ drying
also melitog barg around navel

HbA₁c : 8.2
LDL : 60
HDL : 37

O    NOAE, VSy
{illegible}
{illegible}
{illegible}
{illegible}

TSH : 1.97
140 | 17 | 141
4.2 | 1.3 |

{illegible} hx² {illegible}
+ 202/55

skin : {illegible}, {illegible} + no peri {illegible} on
R foot : + tenderness, {illegible} aspect R foot

A/P    DM II - stable
{illegible} / Eczema
{illegible} - Heel {illegible}, Eldens
- {illegible} - Myolog ind



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Jarrow Dean | D.O.B.: |
|---|---|---|

12/1/05  Wt. 226  B/P 110/70    P-88    R-16    T98
BS-89   S/c Ⓡ hip pain

S  58 bm c/o pain R hip since yesterday AM - denies injury
   or trauma.

O. + distress ambulating
   N↑↑
   R hip: no swelling.
   ROM ↓ with referred pain.
   L spine: nl

12/1/06  R hip pain likely 2° to bursitis vs sprain/strain.
   Plan: - Feldene 20mg 1 PO qam x 14 days.
         - Tylenol 1g 1 po TIB x 14 days.
         - Flexeril 10mg 1 po TID X 7 days.
         - Bengay
         - X-ray 1 hip impression, DC to population
         - MD 1 week

12/5/05  CCC completed see sheet for signs Hg/O aed

| Date/Time | Inmate's Name: | D.O.B.: |
|---|---|---|

12/6/05 — Wt. 227  BS 68  120/86  72  18  ℓ  96°

S: FU 52 BM who was seen 1 week ago with fall to his
R hip - to return today for f/u - He states to be
fine.

O: Neuro, VSS

Lungs = CTA            Abdomen = NT

R hip = non tender, bony full, no pain.

Neuro vasc = nl

Hgb A₁c = 7.3

Bursitis R hip - resolved, Drug F-controlled

this = RTC prn

↓ weight, ↑ active exercise ~

| Date/Time | Inmate's Name: Farrow  Dean | D.O.B.: ▮▮▮ |
|-----------|------------------------------|-------------|

228# 148/86    P71  16    96⁸

SC                    BS  96

S: 53 y/o [illegible] R heel worse early AM than walking

O: R heel = no erythema/edema
   + mild tenderness on palpation over the
   [illegible] aspect of the heel
   + 2 DP/PT

A/P: plantar fasciitis
   Rx: [illegible] Voltaren, Tylenol
   - No prolonged standing
   - X-ray R foot
   - rtc [illegible]

---

| 10-3-05 | WT 228    BP 130/76    P 64    R 16    T 97¹ |

S: BS 182   53 BM with plantar fasciitis R and [illegible]
Corpmus - still c/o itching around the [illegible] and
[illegible] R heel early AM with weight bearing

O: NAD, VSS
   skin: mild scaly brownish/hyperpigmented patch around the
   [illegible]
      R heel = + mild tenderness over the plantar area -
   X-ray = heel spur.

A/P: [illegible] Corpmus, heel spur
   Rx: [illegible] Mycolog ext, keep area dry/clean
   - No prolonged standing, heel pad, [illegible]

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: Easterling | Institution: Kilby | NKDA |
| Date: 8-21-05  Time: 830  AM/PM | Date: 8/21/05  Time: 1615  AM/PM | |

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

**RELEASE FROM:**
- ☐ Infirmary  ☐ Segregation
- ☐ Population  ☐ Mental Health
- ☐ Other _____

**RECEIVING MEDICAL STATUS**
- ☑ Population
- ☐ Infirmary
- ☐ Isolation

**RELEASE TO:**
- ☑ DOC  ☐ Infirmary  ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

**PHYSICAL EXAMINATION**
Date of last exam: _____
Chest X-Ray Date: 12/8/03  Result: ⊖
PPD Reading: _____
Classification: _____
Limitations: _____

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | | | ☑ | Wears Glasses/Contacts | ☑ | ☐ |
| Urinalysis | | ☑ | | Dental Prosthesis | ☐ | ☐ |
| | | | | Hearing Aide | ☐ | ☐ |
| | | | | Other Prosthesis | ☐ | ☐ |

Receiving Nurse

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**
NIDDM ; GSW 74 (L) arm
Asthma

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**
- Glyburide 5mg take 1 p.o. bid
- Glucophage 500mg 4 tabs po bid
- E.C. ASA 325mg 1 tab po qd

| | | |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| Released to: _____ | | |

Date: _____  Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | ☐ Received | ☐ Not Received |
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |
| CHART REVIEWED | ☑ YES | ☐ NO |

Received by: _____

**SCHEDULE FOR CHRONIC CARE CLINIC**
DATE: _____  LAST CLINIC: _____

Signature of Receiving Nurse
Date: 8-22-205  Time: 830  AM/PM

**FOLLOW-UP CARE NEEDED**
- ☐ Medical    ☐ Dental
- ☐ Mental Health

Date ___  Time ___  With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)
F/u DM

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | ☑ | |
| | Mental Illness | ☑ | |
| | Suicide Attempt | | |
| | Chronic Care | F/u DM | |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ☑ |
| | Lice | | ☑ |
| | Edema | | ☑ |
| | Warm & Dry | ☑ | |
| | Cool & Moist | | |

| CONDITION | | | |
|---|---|---|---|
| | Alert | ☑ | |
| | Oriented | ☑ | |
| | Uncooperative | | |
| | Depressed | | |

**INTAKE**
Sick Call Procedures Explained ___
Height: 5'11"
Weight: 224
Blood Pressure: 108/20
Temperature: 97.4
Pulse Resp.: 82-1?
Other: _____

Angela Brewer, RN
Signature of Nurse Completing Assessment (Sending Nurse)
8/21/05
Date

Signature of Intake Screening Nurse (Receiving Nurse)
8-22-205
Date

**INMATE NAME (LAST, FIRST, MIDDLE)**
Farrow, Dean  Vol. I - IV
DOC#: 111719
DOB: ___
Race/Sex: B/M
FAC.: KCF



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Farrow, Dean
111719

D.O.B. ▮▮▮▮

ALLERGIES: NKA

Use Last    Date 7/5/05

DIAGNOSIS (If Chg'd)
Key Lock Profile

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow, Dean  111719
5/2/05  0937

D.O.B. ▮▮▮▮

ALLERGIES: NKDA

Use Fourth    Date 05/02/05

DIAGNOSIS (If Chg'd)
1) D/c all current meds —
2) Diabeta 10 mg po bid X180d
3) Glucophage 1000 mg po bid X180d
4) ec ASA 325 mg po qd X180d.

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow Dean
111719

D.O.B. ▮▮▮▮

ALLERGIES: NKDA

Use Third    Date 8/8/05

DIAGNOSIS (If Chg'd)    Dx Tinea Pedis
AFC cream to Bil feet X 21 days
Medi plast to (1) foot 3rd toe
X 5 days — kop
BSV 2 X Week X 52 weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow, Dean
# 111719

D.O.B. ▮▮▮▮

ALLERGIES: NKA

Use Second    Date 12/7/04

DIAGNOSIS (If Chg'd)
Tinea Pedis, DM
Repeat A1C Jan
AFC cream to Bil feet BID X 21 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow Dean
AIS # 111719

D.O.B.  /  /

ALLERGIES: NKDA

Use First    Date 11/29/04

DIAGNOSIS
Glucophage 500mg III po q am II po q pm
X 1 yr.

VO Dr Shibaya /glaw

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Last     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Fourth     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Third     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Second     Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Farron Jean | DIAGNOSIS |
|---|---|
| D.O.B. ▉▉▉▉▉ <br> ALLERGIES: NKDA | Kenalog amt BID pre ×14 days <br> Vistaril 50 y Po QHM and HS ×14 days |
| Use First     Date 10 / 08 / 04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow, Dean
111719

Noted
Smcinron
10/1/04
7:30

D.O.B.

ALLERGIES: NKA

Use Fourth    Date 10/1/04

DIAGNOSIS (If Chg'd)

Diabeta 10mg b.i.d X 1 year Kop

V.o. Dr. Darbouk Smcinron

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Noted 10/1/04

---

NAME: Farrow, Dean
111719

D.O.B.
ALLERGIES: NKA

Use Third    Date 9/2/04

Noted

DIAGNOSIS (If Chg'd)

CBC, CMP1 + HgbA1C

VO Dr Danbooze/Bushia

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

9/28/04

---

NAME: FARROW Dean
#111719

Noted
8
9/3/04
9pm

D.O.B.

ALLERGIES: NKDA

Use Second    Date 9/3/04

DIAGNOSIS (If Chg'd)

EC ASA 325mg ÷ po qd X 1yr
KOP

V/o Dr. Darbouze /SBushia

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow Dean
111719

noted
Mobley
8-17-04

D.O.B.

ALLERGIES:

Use First    Date 8/17/04

DIAGNOSIS

Dm Tinea pedis cellulitis ® leg
- AFC BID X 14 days KOP  - BPV QODX7
- HAD to ® Anterior leg
- Bactrim DS T po BID X 7 days
- Rifampin 300mg ÷ BID X 7 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Farrow Dean<br>111719<br>D.O.B. ▮▮▮▮<br>ALLERGIES: NKDA<br><br>Use Last    Date 7/15/04 | DIAGNOSIS (If Chg'd)   Dm callus @ foot<br>Medi plast to Bottom @ foot x 21 days<br>Report CCC 1 month - NP<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ✗ Kay D'Camp |
| NAME: Farrow Dean<br>111719<br>D.O.B. ▮▮▮▮<br>ALLERGIES: NKA<br><br>Use Fourth    Date 7/14/04 | DIAGNOSIS (If Chg'd)   Microalbumin U/A, HgbA1c<br>BS weekly x 1 year<br>VO Dr Colborn / RN Teal<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ✗ 7/14/04 |
| NAME: Farrow Dean<br>NKA noted<br>D.O.B. ▮▮▮▮   DScott 7/8/04<br>ALLERGIES:<br><br>Use Third    Date 7/8/04 | DIAGNOSIS (If Chg'd)   ⊗ AFe Topical — daily x 2 weeks<br>AFe PRN —<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Farrow Dean<br>Noted Sharkman<br>D.O.B. ▮▮▮▮   6/21/04<br>ALLERGIES: NKDA<br><br>Use Second    Date 6/21/04 | DIAGNOSIS (If Chg'd)   HgbA1c in 1 Month<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Farrow, Dean<br>111719<br>D.O.B.   /   /<br>ALLERGIES:<br><br>Use First    Date 5/21/04 | DIAGNOSIS<br>Diabetic Diet c̄ snack<br>x 1 yr.<br>V/o Dr Darbous / Bracewell<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ✗ 5/27/04 |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Farrow    Dean

D.O.B. ████

ALLERGIES: NKDA

noted
DScott
5/27/04

Use Last    Date 5/27/04

DIAGNOSIS (If Chg'd)

↑ Metformin to 1.5g to QAM X 180 days
1g to QPM
Accucheck BID    X 2 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow, Dean
11/17/19

D.O.B. ████

ALLERGIES: NKDA

noted
5/14/04
PP
CG

Use Fourth    Date 5/14/04

DIAGNOSIS (If Chg'd)    DM II

HgbA1c in 3 Months
Vistaril 50mg ī P.o. QHS X 30 days
↓ Glucophage to 500 mg ī P.o. BID X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow    Dean
11/17/19

D.O.B. ████

ALLERGIES: NKDA

Use Third    Date 5/03/04

DIAGNOSIS (If Chg'd)

HgbA1c in 3 Months
↑ Accucheck BID    X 1 week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow    Dean

D.O.B. ████

ALLERGIES: NKDA

noted
8b
4/30/04
CG

Use Second    Date 4/27/04

DIAGNOSIS (If Chg'd)

CHem 7, HgbA1c    (repeat)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow Dean
11/17/19

D.O.B. ████

ALLERGIES: NKDA

Use First    Date 4/27/04

DIAGNOSIS

ABS BID X 14 days
MD Appt p BS ✓
VOD Darbouze/klot

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    4/27/04

---

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Farrow, Dean<br>111719<br><br>Noted<br>S McKinnon<br>4/15/04<br><br>D.O.B. ▮▮▮▮▮<br>ALLERGIES: NKA<br><br>Use Last    Date 4/15/04 | DIAGNOSIS (If Chg'd)<br><br>Diabeta 10mg b.i.d X 6mths Kop<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Crosley CRN |
| NAME: Farrow Dean<br><br>noted<br>SB<br>4/12/04<br><br>D.O.B. ▮▮▮▮▮<br>ALLERGIES: NKDA<br><br>Use Fourth    Date 4/12/4    225 PT | DIAGNOSIS (If Chg'd)<br><br>↑ glucophase to 500 y ii po BID<br>X (80 day)<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Farrow Dean<br>#11719<br><br>D.O.B. ▮▮▮▮▮<br>ALLERGIES: NKDA<br><br>Use Third    Date 3/31/04 | DIAGNOSIS (If Chg'd)<br><br>↓ BS BID X 5 days, flag chart<br>Draw Dig prob 1 in 1 week<br>Glucophase 500 y ii po ▮▮▮ q AM i q PM<br>180 days<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Farrow, Dean.<br>111719<br><br>D.O.B. #17 ▮▮▮▮<br>ALLERGIES: NKDA<br><br>Use Second    Date 3/25/04 | DIAGNOSIS (If Chg'd)    DM.<br><br>Glucophage 500m ÷ po BID X 90d(Kop<br>Hgb A1C i Diagnostic panel II<br>Refer to eye doctor.<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Crosley CRN |
| NAME: Farrow, Dean<br>111719<br><br>D.O.B. ▮▮▮▮<br>ALLERGIES: NKA<br><br>Use First    Date 3/18/04 | DIAGNOSIS<br><br>Hgb A1C<br>To Dr N Anderson Refer<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Farrow, Dean

# 111719

D.O.B. ▮▮▮▮▮▮

ALLERGIES: NKA

Use Last     Date 3/7/04

DIAGNOSIS (If Chg'd)    E.C. ASA 325m - PO QD
X 180 day · KOP

noted
L. Ewis
2-31-10
OA?

per Orders
per 10 Dr. Anderson / L Ewis

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Farrow, Dean

# 111719

D.O.B. ▮▮▮▮▮

ALLERGIES: NKDA

Use Fourth     Date 12/7/03

DIAGNOSIS (If Chg'd)    Enteric Coated Aspirin 325mg
PO QD X 90 days

E Ewis     Tel Order

V/O Darbouze / M Mobley     11/27/03 3 Lis

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     12/17/03

---

NAME: Farrow, Dean

D.O.B. ▮▮▮▮▮

ALLERGIES: NKDA

Use Third     Date 12/15/03

noted
88
12/18/03
1/30

DIAGNOSIS (If Chg'd)    TAO BID x 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     C Cooley Chs

---

NAME: Farrow, Dean

D.O.B. ▮▮▮▮▮

ALLERGIES: NKDA

Use Second     Date 12/9/03

noted
89
12/9/03

DIAGNOSIS (If Chg'd)    Habane

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     C Cooley Chn

---

NAME: Farrow, Deana

D.O.B. ▮▮▮▮▮

ALLERGIES: NKDA

Use First     Date 8/5/04

noted
L. Ewis

DIAGNOSIS     Tomactin in to feet BID X 14d +
HbA1c in 2 weeks,
CXR.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Jarrow Dean #111719 | DIAGNOSIS (If Chg'd) |
|---|---|
| noted 8B 5/18/06 9a | NaDKA(?) Dilated Retinal Exam |
| D.O.B. | V/O Dr. Darboure / 8 Bush PN |
| ALLERGIES: NKDA | X 5/19/06 |
| Use Second    Date 5/18/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: FARRON, DEAN #111719 | DIAGNOSIS |
|---|---|
| noted 8B 8.5 1-3pm | Ec ASA 325mg j PO qd X90 days |
| D.O.B. | Glibta 5mg ij PO bid X 90 days |
| ALLERGIES: NKDA | Glucophage 500mg ij PO bid X90 days |
| | V.O. Dr. Tatum / Sismor |
| Use First    Date 5/5/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    5/5/06 |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Farrow Dean | DIAGNOSIS (If Chg'd) |
|---|---|
| 111719 | HC Cream 5% Topical A Ⓒ fost Kap |
| D.O.B. ▓▓▓▓ | X 21 days |
| ALLERGIES: n n s A | |
| Noted 3/13/06 MPayne RN 1030am | |
| Use Last    Date 2/13 06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Haslaw |

| NAME: Farrow Dean | DIAGNOSIS (If Chg'd) |
|---|---|
| # 111719 | HgbA1C |
| D.O.B. ▓▓▓▓ | |
| ALLERGIES: NKDA | |
| Noted SB 2/23/06 | ✓ Dr. Darbouze / SBusujen |
| Use Fourth    Date 2/23/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    ℞ 2/24/06 |

| NAME: FARROW, DEAN | DIAGNOSIS (If Chg'd) |
|---|---|
| # 111719 | EC ASA 325mg i PO qd X90 days |
| D.O.B. ▓▓▓▓ | Diabeta 5mg ii PO bid X90 days |
| ALLERGIES: NKDA | Glucophage 500mg i PO bid X90 days |
| | V.O. Dr. Sabazie / SDudu |
| Use Third    Date 2/19/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    ℞ 2/20/06 |

| NAME: Farrow, Dean | DIAGNOSIS (If Chg'd) |
|---|---|
| 1117 pt 2 sb 12/9 | ASA EC 325mg i PO qd X 90 days |
| D.O.B. ▓▓▓▓ | Diabeta 5mg x2 PO bid X90 days |
| ALLERGIES: N/A | Glucophage 500 x2 PO bid X90 days |
| | V.O. Dr. Sabazie D. Jon |
| Use Second    Date 12/9/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    ℞ 12/9/05 |

| NAME: Farrow Dean | DIAGNOSIS    Pain R Hip |
|---|---|
| | X ray R hip in Am ✓ |
| D.O.B. ▓▓▓▓ | DC to Population ✓ |
| ALLERGIES: NKDA | V/u 1 week ✓ |
| Noted 12/1/05 MPayne RN 1030am | Feldene 20 i to CPM X 14 days Prn |
| Date 12/1/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Farrow Dean
#111719

D.O.B.: ████

ALLERGIES: NKDA

Noted
12/1/05
M Carpenter
1030 am

Use Last    Date 12/1/05

DIAGNOSIS (If Chg'd) *Rash R h.p.*

Tylenol 1g po TID prn x 14 days,
Flexeril 10 mg po TID x 7 days prn
Bengay ont'l BID prn x 5 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow, Dean
111719

D.O.B.: ████

ALLERGIES: NKA

Noted
J McKinnon
11/2/05
10A

Use Fourth    Date 11/2/05

DIAGNOSIS (If Chg'd)

EC ASA 325mg qd x 90 days
Diabeta 5mg #1 b.i.d x 90 days
Glucophage 500mg #1 b.i.d x 90 days
V.O. Dr. Barbaro/J McKinnon

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    11/2/05

---

NAME: Farrow Dean
#111719

D.O.B.: ████

ALLERGIES: NKDA

Noted
SB
10/28/05

Use Third    Date 10/28/05

DIAGNOSIS (If Chg'd)

Hgb A1C - 12/1    See below
○ EKG    Appt. 12/5
DPI

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    10/28/05

---

NAME: Farrow Dean

D.O.B.: ████

ALLERGIES: NKDA

Noted
SB
10/5/05

Use Second    Date 10/5/05

DIAGNOSIS (If Chg'd)

Pneumovax 0.5ml IM x1
on 9/22/05

v/o Dr. Barbaro/S Busher

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    10/6/05

---

NAME: Farrow Dean

D.O.B.: ████

ALLERGIES: NKDA

Noted
J McKinnon
10/3/05
1100

Use First    Date 10/3/05

DIAGNOSIS: Plantar Fasciitis, Tinea Corporis

Myclog ont BID x 14 days top
No prolonged standing x 6 Mnths

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Farrow Dean

DIAGNOSIS (If Chg'd) Plantar Fasciitis

→ X-ray R heel

D.O.B.: ~~████████~~
ALLERGIES: NKDA

Use Last    Date 9/18/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow Dean
# 111719

DIAGNOSIS (If Chg'd) Plantar Fasciitis,

noted SB 9/12/05

No. prolonged standing X 1 month
Feldene 20 mg Po QPM X 30 days Prn
Tylenol 1g Po Bid Prn X 30 days
New X week

D.O.B.: ~~████████~~
ALLERGIES: NKDA

Use Fourth    Date 9/12/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: FARROW, DEAN
# 111719

DIAGNOSIS (If Chg'd)

~~GLYBURIDE 5mg X2 Bid X 6 mo~~
~~METFORMIN 500mg SR X 2 Bid X 6 mo~~

ERROR 5-5

D.O.B.: ~~████████~~
ALLERGIES: NKDA

Use Third    Date 8/27/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow Dean

DIAGNOSIS (If Chg'd) Day II, Plantar Fasciitis

noted SB 8/26/05

Myerlog ont Bid X 14 days to heel pad / pork to keep
Feldene 20 mg Po QPM X 14 days
No. prolonged standing X 14 days

D.O.B.: ~~████████~~
ALLERGIES: NKDA

Use Second    Date 8/25/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Farrow Dean
# 111719

DIAGNOSIS

noted SB

HgbA1C
Microalbumin Random Urine

VoDr. Darbouze, SBushep

D.O.B.: ~~████████~~
ALLERGIES: NKDA

Use First    Date 8/25/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**MEDICAL RECORDS COPY**

.110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Farrow Dean | D.O.B.: |
|---|---|---|

| | |
|---|---|
| 11-30-05 | S: "My ℞ hip joint hurts" |
| 1135pm | O: B/m to HCU hallway for VS. Ambulates c̄ slow, steady gait. A&O x 3. Resp even et unlabored. Skin warm et dry to touch. Yo pain ℞ hip. Denies trauma. States pain 9 on 1-10 pain scale. ¹³¹⁄₁₀₆ - 9n - 20 - 98⁷ |
| | A: alt in comfort |
| | P. Continue to monitor ———— JHawk Lpn. |
| 12/1/05 | S-"My hip is hurting" |
| 6am | O-B/m Amb. to hallway c̄ slow steady gait. A&O x 3 Resp c̄ ease Skin W/D Yo pain to ℞ hip. Denies any injury B/P 110/70 P-88 R16 T98 BS-89 Wt. 226 NAD noted |
| | A-Alt. in comfort |
| | P-To see nur this AM - Will cont to monitor ———— S Busher |
| 12/1/05 | Seen by MD - Orders Given to DC to |
| 1020am | Population - Ilu in INK - K-ray Tomorrow |
| | M Payne Rn |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Perry Farris #202577_

Date of Birth: _____    Social Security No.: _____

Date: _11-22-05_    Time: _8:30_    A.M. / P.M.

This is to certify that I, _Perry Farris #202577_ , currently in
(Print Inmate's Name)

custody at the _Easteling Corr. Fac_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _HPB    Hep B vaccine_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Perry Farris #202577_    _S Busman_
(Signature of Inmate)**    (Signature of Medical Person)

_Charlotte Wilson_    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Efferage Farrow, #111719_

Date of Birth: ▮▮▮▮▮▮▮▮  Social Security No.: ▮▮▮▮▮▮▮▮

Date: _11·22·05_  Time: _8:48_  (A.M.) P.M.

This is to certify that I, _Dean Efferage Farrow, #111719_ , currently in
(Print Inmate's Name)

custody at the _Easterling Correctional Facility (ECF)_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _I am refusing the HBV_
(Specify in Detail)

_Hep B vaccine_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Dean Farrow_ ; _# 111719_  _____
(Signature of Inmate)**  (Signature of Medical Person)

_Samantha Adkins_  _____
(Witness)  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Effarage (Farrow), #111719_

Date of Birth: ███████████    Social Security No.: ████████████

Date: _12.1.05_    Time: _10:55_    (A.M.) / P.M.

This is to certify that I, _Dean Effarage Farrow_ , currently in
(Print Inmate's Name)

custody at the _Easterling Correctional Facility_ am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call — I've already_
(Specify in Detail)
_received Treatment and saw the doctor regard-_
_ing the matter. Thank you._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Dean E. Farrow_ #111719        _[signature]_
(Signature of Inmate)**                   (Signature of Medical Person)

_____            _____
(Witness)                                (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

**Nursing Evaluation Tool:**          <u>**General Sick Call**</u>

Facility: _ECF_
Patient Name: _Farrow_ _____ _Dean_ _____
                    Last                              First
Inmate Number: _11 719_ _____   Date of Birth: ▓▓▓▓▓▓▓
                                                    MM  DD  YYYY
Date of Report: _11_ / _30_ / _05_    Time Seen: _5:10_ AM / PM Circle One
                 MM    DD    YYYY

<u>**Subjective:**</u>  Chief Complaint(s): _(R) leg pain — "hip joint"_

Onset: _this AM_

Brief History: _Pt c/o 1'd pain since this AM, pt brought to HCU_
(Continue on back if necessary)
_via W/C, pt able to transfer to exam table c pronounced_
_guarding of (R) leg_

<u>**Objective:**</u>  Vital Signs: (As Indicated) T: _97_  P: _9Y_  RR: _16_  B/P: _136_ / _9Y_   ☐ Check Here if additional notes on back

Examination Findings: _pt c/o "extreme" pain in (R) hip joint Ø edema,_
(Continue on back if necessary)
_bruising, or redness observed, limited ROM due to 1'd_
_pain, skin warm and dry and intact_

_____

Assessment: (Referral Status) Preliminary Determination(s): _____   ☐ Check Here if additional notes on back

☐ Referral <u>NOT REQUIRED</u>

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☒ Other: _unable to ambulate_

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)          5:20
☒ Other: _Hold in infirmary until MD can evaluate_
OTC Medications given ☐ NO ☐ YES (If Yes List: _Motrin 400 mg 1 po BID X 5d_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_          Date for referral: _12_ / _1_ / _05_
                                                                          MM    DD    YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time ____

X _____          Name: _S Crawford RN_
   Nurse Signature                        Printed

#84
7



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/3/05

**To:** Adoc (E. Sterling)

**From:** PHS (E. Sterling)

**Inmate Name:** Farrow, Dean          **ID#:** 111719

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. (Other) NO Prolonged Standing Profile x 6 mths

**Comments:** 10-3-05 → 4-3-06

**Date:** 10/3/05    **MD Signature:** v. Dr. Darbouze/Smckinno     **Time:** 11a

Dean Jeffrey Farrow    Oct 03 2005
*Signature of Inmate*          *Date*

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/12/05

**To:** DOC

**From:** NCU

**Inmate Name:** Jarrow Dean          **ID#:** 111719

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:** No prolonged standing x
1 mo.      9/12/05 — 10/12/05

_____

_____

**Date:** 9/12/05  **MD Signature:** Darbouze /SB     **Time:** 2p

Dean E. Jarrow #111719

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Farrow Dea_

Date of Birth: ▬▬▬▬▬     Social Security No.: _111719_

Date: _9/7/05_     Time: _8 10_     A.M. / **P.M.**

This is to certify that I, _Farrow Dea_ , currently in
(Print Inmate's Name)

custody at the _EAsterlg_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _S/C_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to Sign_
(Signature of Inmate)**          (Signature of Medical Person)

_Aqueta McClun, COI_
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/25/05

**To:** DOC

**From:** NCU

**Inmate Name:** Farrow Dean    **ID#:** 111719

The following action is recommended for medical reasons:

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:** No prolonged standing x 14d.
8/25/05 — 9/8/05
Heel pad (1) pair to keep

**Date:** 8/25/05    **MD Signature:** Darbouze / SB    **Time:** 205p

Dean E. Farrow, 111719

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _FARROW, DEAN_                    _111719_
  (Print Name)                        (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

( X )   Other     describe _1 PAIR REG HEEL PADS_

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Dean E. Farrow, #111719_          _8-31-05_
  (Inmate)                            (Date)

_J. Snort_                           _8-31-05_
  (Witness)                          (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| FARROW, DEAN | 111719 | ▮▮▮▮ | B/m | VCF |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

## EASTERLING CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

ACCESS TO HEALTHCARE:   All inmates have access to healthcare 24 hours a day, 7 days a week.

SICK CALL SCREENING:  Treatment for routine medical, dental and mental health complaints are processed through nurse screening seven days a week.  You must complete a sick-call screening form and turn this form into medical services for processing.  You may obtain screening forms from any dorm cube or shift commander's office.  You need to place the screening form in the locked box located at the dining hall.  Sick Call forms for Segregation will be picked up by the nurse on the 4:00am medication rounds.  Sick Call Screening for population is held Sunday through Friday on second shift at 7:30pm.  Segregation Sick Call Screening is held during the 9:00pm pill call.  Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

FEE FOR SERVICE:  All health service requests are subject to a $3.00 co-pay that will be deducted from your PMOD account by The Department of Corrections, depending on the nature of your request.  Prison Health Services does not receive the monies collected from the co-pay.  Please realize that no one is denied care based on their inability to pay for services.

NOTIFICATION OF SCHEDULED APPOINTMENTS:  All scheduled appointments are placed in the inmate news letter on a daily basis.  It is your responsibility to check the newsletter on a daily basis.  If you fail to appear for any scheduled appointment, you will be required to sign a Release of Responsibility.

PILL CALL TIMES:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

MEDICAL EMERGENCIES:  Medical request on weekends and holidays are reviewed.  Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time.  All other request will be held until regular Sunday through Friday sick call.  Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time.  Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

DENTAL SICK CALL:  You are required to sign up for Dental sick call using the same procedure as medical sick call.  There is a $3.00 co-pay for dental screening.  There is no charge for follow up care scheduled through dental screening.  Population and Segregation Dental Screenings are held during sick call screenings at 7:30pm in the Health Care Unit.  Follow-up care, if needed, is scheduled at this time.  Emergency dental service is provided 24 hours a day with a dentist on call.  Those not meeting scheduled appointments must sign a refusal of treatment form.

ACCESS TO MENTAL HEALTH TREATMENT:  You can access mental health by filling out a sick call form and coming to sick call.  There is no co-pay for mental health services.  If you have a mental health emergency you should notify the nearest Correctional Officer so that prompt access is provided.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | ✓ |
| TB TEST CURRENT  *I vH coupked in 2000* | | ___ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____  DATE: _____

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: *Dean Effarage Farrow*  DATE: *8-22-05*

EXPIRATION DATE: *Dulent*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| FARROW - DEAN | 111918 | ▇▇▇ | B/M | EArch |



PHS
PRISON
HEALTH



# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

LIANCE FORM

PATIENT

*111719*
(Doc#)

| PATIENT | | | | | |
|---|---|---|---|---|---|
| FARROW, DEAN | | | DATE | 7/21/2005 | |
| NUMBER | | | INSTITUTION | | |
| 111719 | | KILBY | KILBY CORRECTIONAL FACILIT | | |
| SPHERE | CYLINDER | AXIS | PRISM | BASE | |
| OD | 0.25 | 0.00 | 0 | 0 | |
| OS | 0.00 | 0.00 | 0 | 0 | |
| ADD | HEIGHT | DIST PD | NEAR PD | | |
| OD | 2.25 | 23 | 65 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |
| LENS COLOR/COATINGS | | Clear | | | |

| FRAME | | | | |
|---|---|---|---|---|
| NICK | STYLE | | FRAME COLOR | GREY |
| EYE SIZ | DROP BALL | | FINAL INSPECTION | |
| 52 | | | | |

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

*12/05*
)

*12/05*
e)

N SAFETY NOTICE:
lenses meet or exceed American National Standard Z80.1 and FDA
ment 21CFR Sec 801.410 for impact resistance but are not
kable or shatterproof. Of all the materials that lenses can be made
olycarbonate is the most impact resistant.

ck with sufficient force, the lenses can break into sharp pieces that can
erious injury to the eye, or blindness. Even if the lenses do not break,
e of impact may cause the lenses or spectacle frame to contact the
urrounding area causing injury

- The continued impact resistance of your lenses depends on how well
you protect them from physical shocks and abuse. For your own
protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of
flying objects or physical impacts, your eye safety requires special
safety spectacles with safety lenses, side shields, goggles and/or a full
face shield.

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | | |

PHS-MD-70005

(White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/15/05

**To:** _____

**From:** _____

**Inmate Name:** Farrow, Dean     **ID#:** 111719

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Key Lock Profile

_____

_____

_____

**Date:** 7/15/05  **MD Signature:** WO Dr Bradford / **Time:** 1050

N Stough RN

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean E. Farrow, #111719_

Date of Birth: ▓▓▓▓▓▓ _2_ ____ Social Security No.: ▓▓▓▓▓▓▓▓▓

Date: _12·8·05_ _____ Time: _4:20_ ___ (AM.) P.M.

This is to certify that I, _Dean E. Farrow_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _My hip doesn't hurt anymore;_
(Specify in Detail)

_therefore, I don't need to take the pain medica-_
_tion nor use the cream at this time. Thank you._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Dean E. Farrow, #111719_ _____ _S. Smith_ _____
(Signature of Inmate)**                                (Signature of Medical Person)

_____ _____
(Witness)                                      (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/19/05

**To:** ADd

**From:** WW

**Inmate Name:** Farrow, Dean          **ID#:** 111719

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Blood sugar ✓ Bid x300  0300
+ 1500. May eat c̄ diabetics

_____

_____

**Date:** 4/19/05  **MD Signature:** Dr Robbins _____  **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3-8 05

**To:** Dr

**From:** PHS

**Inmate Name:** Farrow Dean    **ID#:** 111719

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

BS ✓ 2 X's a wk  X 5 2 weeks
3ᴬᵐ  Start  3-10-05

**Date:** 3-8 05   **MD Signature:** √ Dr. Darbouze/Pm   **Time:** 9⁰⁰ Aₘ

X  Dean E. Farrow, 111719

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____9 / 9 / 04_____     Time: _____9_____ A.M. / P.M.

I have been advised by Medical Staff _____P. H. S._____

that it is necessary for me to undergo the following treatment:

_____Pneumonray_____
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release the above named Medical Personnel, the _____Easterling Corr. Facility_____
(Name of Facility)

and its agents and employees from any liability.

Inmate: _____Dea E. Farrow, 111919 "no shot."_____     Date: _9.9. 04_

Witness: _____SBushea_____     Date: _____

Witness: _____R. Ewing_____     Date: _9 / 9 / 04_

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Farrow Dean | 111719 | | Blm | ECF |

PHS-MD-70032     DOC # 010-127-004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-17-04

**To:** DOC

**From:** HCU

**Inmate Name:** Farrow Dean    **ID#:** 111719

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

blood pressure ✓ once a day × 7 day
at 5am    8/19 5a 124/82    8/20 5a 110/80
8/21 5a 126/90  8/22 5a 110/72   8/23 5a 118/68
8/24 5a 110/x  8/25 5a 120/80

**Date:** 8-17-04  **MD Signature:** Floyd    **Time:** 6 30 pm

60.

✗ — Dean E. Farrow #111719
8.18.04

9B



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-2-04

**To:** Doc

**From:** PHS

**Inmate Name:** Farrow Dean        **ID#:** 111719

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other  BS✓ twice a day X 2 wks

**Comments:**

6-3 3³Λ 110  3p 229  6-4 3³Λ 152  3p 72  6-5  3³Λ 153 3p 7

6-6  3³Λ 142  3p 102  6-7  3³⁰Λ 83  3p 218  6-7  3³Λ A  3pA

6-8  3³⁵Λ 65  3p 126  6-9  3³⁵Λ 112  3p 187  6-10 3³Λ A  3p41

6-11  3³Λ 95  3p 169  6-12  3³Λ 90  3p 93  6-13 3³³Λ 75  3p 63

6-14  3³Λ 101  3p 166  6-15  3³Λ 112  3p 83

**Date:** 6-2-04  **MD Signature:** VOR Darboye / Rd    **Time:** 8 Aⁿ

X—Dean E. Farrow, 111719                                          60418  8/31/04



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _____ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 5 /8 /04 | 430 (AM/PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97° | ORAL RECTAL | RESP. 16 | PULSE 90 | B/P 124/52 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S: "I cut my finger on a razor
blade in my box"

O: B/m to ACU in NAD. Resp c̄
ease. Skin warm et dry to touch.
1 cm laceration 3rd finger (R hand)

A - alt in Skin integrity

P - Pressure drsg. applied. No
further tx indicated. TAO applied
after cleansing c̄ NS.

PROFILE RIGHT OR LEFT

RIGHT OR (LEFT)

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5 /8 /04 | 445 (AM/PM) | ☒ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| J Watkins | 5/8/04 | Nailage PA | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Farrow, Dean | 111719 | | B/m | East. |

**PHS** 9b
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Has
BS ✓
X 14 days

**Date:** 5-3-04

**To:** Doc

**From:** PHS

**Inmate Name:** Farrow Dean      **ID#:** 11719

Started 4/28 -
5/12/04
hB

The following action is recommended for medical reasons:

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

BS ✓ X 1 week

5-5  3A — 3P    5-6  3A — 3P    5-7  3A — 3P

5-8  3A — 3P    5-9  3A — 3P    5-10  3A — 3P

5-11  3A — 3P

**Date:** 5-3-04    **MD Signature:** Vo Dr Darbouze / RN    **Time:** 8 a

60418

✓ have a blood glucose check series.
Dean E. Fallow



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 042104

**To:** DOC

**From:** Dr Dinbgze / RN Teah

**Inmate Name:** Fanow, Dean    **ID#:** 11719

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** BS BID x14 days 3A + 3PM

4/28 3A 124 3P 79  4/29 3A 114  3P 103  4/30 3A 104 3P 104

5/1 3A 182 3P 152  5/2 3A 183  3P 75  5/3 3A 86  3P 87  5/4 3A 69

3P 140  5/5 3A 121  3P 135  5/6 3A 103  3P 84  5/7 3A 103 3P 153

7/8 3A 99  3P 180  5/9 3A 75  3P 202  5/10 3A 74  3P 126  5/11 3A 147

P 236  5/12 3A 114  3P A

**Date:** 042104 **MD Signature:** Dr Dinbgze / RN Teah  **Time:** 841 AM

Dean E. Fannow

60418

9B-080

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4-1-04

**To:** Doc

**From:** PHS

**Inmate Name:** Farrow Dean    **ID#:** 111719

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

BS ✓ X 5 days

4-3 3³⁰ 311 3p 216   4-4 3³ʲ 224 3p 246 249

4-5 3³ 130 3p 196   4-6 3³⁰ 189 3p 115

4-7 3³ 165 3p 14

**Date:** 4-1-04  **MD Signature:** DD Anderson / PMD   **Time:** 8³⁰ A

60418

WS
4-12-7

Dean E. Farrow, # 11171

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client       : Farrow, Dean              Age             : 47

Sex          : Male                      Marital Status  : 1

Education    : 13                        Date of Birth   :

File Name    : 111719

Prepared for: DEPARTMENT OF CORRECTIONS on 06/11/99

----------------------------------------

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

```
MMPI-2 INTERPRETIVE REPORT                                              PAGE  2
PREPARED FOR: DEPARTMENT OF CORRECTIONS
```

--- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES ---

```
            L    F    K    Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
 110 ---  --- --- ---    +   -- --   --   --   --   --   --   ---  ---  --- 110
      --  --- --- ---    +                                              --
       -                 +                                               -
      --                 +                                              --
       -                 +                                               -
 100 ---                 +                                              --- 100
       -                 +                                               -
      --                 +                                              --
       -                 +                                               -
      --                 +                                              --
       -                 +                                               -
  90 ---                 +                                              --- 90
      --                 +                                              --
       -                 +                                               -
      --                 +                                              --
      --                 +                                              --
  80 ---                 +          N                                   --- 80
       -                 +                                               -
      --                 +                                              --
      --                 +                                              --
      --                 +                                              --
  70 ---                 +                                              --- 70
       -                 +                                               -
       -  --   --   ---  +   --   --   ---  --   --   --          --     -
       -                 +                            *                 --
       =                 +
  60 ---            *    +                                         *    --- 60
       -       *    *    +         *          *    *                    --
      --                 +                                              --
      --                 +                                               -
      --                 +    *                                          -
  50 ---  --   --   ---  +   --*  --   --   ---  --   --   --    --   --- 50
       -  *              +                                               -
       -                 +              *                                -
       -                 +                                               -
       -                 +                                               -
  40 ---                 +                                  *   --- 40
       -                 +                                               -
       -                 +                                               -
      --                 +                                              --
       -                 +                                               -
  30 ---                 +                                              --- 30
      --                 +                                              --
      --                 +                                              --
       -                 +                                               -
  20 ---  --   --   ---  +   --   --   --   ---  --   --   --   ---  --- 20
            1    2    3   Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
            L    F    K   Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score     46   58   58   51   60   57   77   46   57   57   63   59   36
Unanswered (?) Items = 197

Welsh Code:  4'8-973612/5:0# F/K/L:
```

## -- PROFILE MATCHES AND SCORES --

|  | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: |  |  | Spike 4 | 4-5/5-4 |
| Coefficient of Fit: |  |  | .92 | .91 |
| Scores: | ? (raw) | 197 |  |  |
|  | L | 48 | 56 | 54 |
|  | F | 58 | 53 | 57 |
|  | K | 58 | 54 | 52 |
|  | Hs (1) | 51 | 50 | 50 |
|  | D (2) | 50 | 54 | 53 |
|  | Hy (3) | 57 | 51 | 52 |
|  | Pd (4) | 77 | 71 | 73 |
|  | Mf (5) | 46 | 44 | 73 |
|  | Pa (6) | 57 | 50 | 52 |
|  | Pt (7) | 57 | 50 | 53 |
|  | Sc (8) | 63 | 51 | 54 |
|  | Ma (9) | 59 | 51 | 55 |
|  | Si (0) | 38 | 47 | 46 |
| Mean Clinical Elevation: |  | 58 | 54 | 55 |
| Ave age-males: |  |  | 33 | 29 |
| Ave age-females: |  |  | 31 | 28 |
| % of male codetypes: |  |  | 7.7% | .4% |
| % of female codetypes: |  |  | 3.5% | .3% |
| % of males within codetype: |  |  | 82.2% | 51.1% |
| % of females within codetype: |  |  | 17.8% | 48.9% |

-------------------------------------------------------------------------

     Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                              Spike 4

-------------------------------------------------------------------------

### -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

This validity scale configuration is usually obtained by individuals who have achieved adequate adjustment to chronic problems and are reporting current situational problems. These individuals usually want help dealing with the present issues and are generally satisfied when their stress is alleviated.

This configural interpretation should be the primary source of interpretive hypotheses for the L, F, and K validity scales. Individual validity scale hypotheses, however, are also presented in the following section.

### -- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not be interpreted because the number of unanswered items is greater than 30.

L    T = 48

L scores in this range are usually obtained by individuals who generally respond frankly and openly to the test items and are willing to admit to minor faults.

F    T = 58

F scores in this range usually indicate that the individual responded to the test items as do most individuals who are relatively free of stress.

K    T = 58

Scores in this range are typically obtained by individuals who exhibit an appropriate balance between self-disclosure and self-protection. These individuals usually are psychologically well adjusted and capable of dealing with problems in their daily lives. Scores in this range are also indicative of good ego strength, sufficient personal resources to deal with problems, a positive self-image, adaptability, and a wide range of interests. Prognosis for psychological intervention is generally good.

MMPI-2 INTERPRETIVE REPORT                                          PAGE    6
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- CONFIGURAL CLINICAL SCALE INTERPRETATION ---

Spike 4 Codetype

Clinical Presentation:

    This codetype is the most frequently occurring in both men
and women, although it is much more frequent in men.  Review of
the supplementary and content scales is important for additional
understanding of the multiple types of persons with this
codetype.  In addition, the role of several moderator variables
such as intellectual level, educational achievement, and
socioeconomic status, needs to be considered to understand how
the potential behaviors may be manifest.  Marital problems,
substance abuse, sexual acting-out, delinquent behaviors,
academic underachievement, and/or legal difficulties are
potential problems, although persons with this codetype will not
exhibit any of these behaviors nearly as frequently as other
codetypes in which Scale 4 is elevated such as 4-8/8-4, 4-9/9-4,
etc.

    These individuals are very comfortable with themselves and
their behavior.  As a consequence they report little emotional
distress and few physical symptoms.  They indicate that they are
happy most of the time.  They think clearly and rationally, and
report good insight into their own behavior.  Memory and
concentration are very good.

    The self-concept of these individuals is outwardly very
good.  However, this may be a facade for underlying feelings of
insecurity, inadequacy, and dependency.

    They are extraverted and make a good first impression on
others, but this impression is not very lasting.  Their
interpersonal relationships are often shallow, superficial, and
meaningless.  These relationships are typically not reciprocal
and are marked by distrust, a lack of empathy, and
irresponsibility.

Treatment:

    The prognosis is guarded unless treatment begins early in
the life of the individual.  These individuals experience little
personal distress and they expect others to change to meet their
expectations rather than undertaking any serious examination of
their own behavior.

MMPI-2 INTERPRETIVE REPORT                                          PAGE  6
PREPARED FOR: DEPARTMENT OF CORRECTIONS

Possible Diagnoses:

      Axis I    - Rule Out Adjustment Disorder
                    Rule Out Cyclothymia
                    Rule Out Psychoactive Substance Abuse Disorders

      Axis II   - Rule Out Antisocial Personality Disorder
                    Rule Out Narcissistic Personality Disorder


                  -- CLINICAL SCALES --


Hs (1)  T = 51

    Scores in this range are considered to be within normal
limits.

D  (2)  T = 50

    Scores in this range are considered to be within normal
limits.

Hy (3)  T = 57

    Scores in this range are considered to be within normal
limits.

Pd (4)  T = 77

    Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures.  These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible.  They often have
little regard for social standards.  They often show poor
judgment and seem to have difficulty planning ahead and
benefiting from their previous experiences.  They make good first
impressions but long term relationships tend to be rather
superficial and unsatisfying.  Analysis of the Content Scales
and/or the Harris-Lingoes Subscales may facilitate interpretation
of scores within this range.

Mf (5)  T = 46

    Scores in this range are typical for males interested in
traditional masculine interests and activities.

Pa (6)   T = 57

      Scores in this range are considered to be within normal
limits.

Pt (7)   T = 57

      Scores in this range are considered to be within normal
limits.

Sc (8)   T = 63

      Individuals who obtain scores in this range may think
somewhat differently than others.  This may reflect a creative or
avant-garde attitude, or a schizoid-like process.

Ma (9)   T = 59

      Scores in this range are often obtained by individuals
described as pleasant, active, outgoing, and energetic.  They are
often independent and self-confident.  External restrictions on
their activity may possibly result in agitation and
dissatisfaction.

Si (0)   T = 38

      Scores in this range are usually obtained by individuals who
are socially extroverted, outgoing, and gregarious.  These
individuals have a strong need to be around other people.  Very
low scores are suggestive of individuals who generally form
superficial and insincere social relationships.  They may be seen
by others as impulsive, immature, opportunistic, and
manipulative.  They may have difficulty forming meaningful,
intimate relationships.


                        -- ADDITIONAL SCALES --


      No additional scales were selected for interpretation by
the user.



                        END OF REPORT
                        * * * * * * * *

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Farrow Dean_    I.D. #: _11719_    Institution: _Kef_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/10/98 | | 47 yo BM ( Schizo Affectiv ) Dog Lite for Disturban. Nika 14 y/o ot in 1996 He has in No meds. He has Bad a Canell Ceation + Alcohol. - States He Has not Slept. I Stats ale I dn't Sles | |
| | | A) Hx Schizoaffect disord (Dxicm) II Mixed Sub Ause III ASPD | |
| | | P) Elavil 100 LS × 90 ↑ Re evlts | |
| 7/14/98 | | — no of BCR | |
| | | | |

# RECEPTION CHECK LIST

NAME _Fanous, Dean_ Date 8-21-05

AIS _111719_

1. Yellow Problem List — (YES)     NO

2. Psychiatric Evaluation — (YES)     NO

3. Blue Notes 3 Green — (YES)     NO

4. Screening Sheet — (YES)     NO

5. Aims (If Needed)     YES     (NO)

6. MHM Physician's Order Sheet     YES     (NO)
   (Psychotropic Medication)

7. Date of Screening Sheet     6-9-99

8. Date of Mental Health Referral     6-10-99 — 8-13-99    12-11-02
                                                            7-1-05

9. Mental Health Code     SMI     HARM     (HIST)     NONE

10. Mental Health Audit Nurse Signature _____

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

**DATE:** 2/22/06   **TIME:**

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Mildly depressed mood | — | 0 / 0 - 1 |
| Paranoia | | 0 / 0 - 1 |
| Difficulty coping | | 0 / 1 - 2 |
| Poor sleep | | 0 / 0 - 1 |
| Difficulty adjusting to the camp | | 0 / 0 - 1 |

**Medications:** I'm signed waiver to see mental health.   **Informed Consent**

**Compliance:** Inmate report ___ % vs MAR ___ %   He did not want any meds.

In addition to the information in the tables above and below, then inmate-patient: was on mental health

S "I am okay. I don't want to come and see [counsel]
mental health anymore. I have signed a

**Side effects:** waiver for mental health counseling. I was

O never on mental health medicine and I
don't want to be on any medicine, I don't
want any treatment from mental health at this time."

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | Reports of other SXS | of mo- |
|---|---|---|---|---|---|
| Psychosis | L | | ∅ST, ∅HI, ∅HA, ∅ delusions ∅ paranoia | | anxie- |
| Serious Depression | L | | ∅SXS of depression noted | | or |
| Self-Injurious Thoughts | L | | Denies | | thoughts |
| Suicidal Intent | L | | Denies ⌄ | | d/o |
| Aggressive | L | | None noted | | ∅thoughts |
| Seriously Impulsive | L | | None noted ⎰ at present time. | | to |
| Situational Upset | L | | None noted | | hurt |

**Lab info:** None from mental health at this time.   **Labs Ordered:**   **Labs Reviewed:**   **AIMS:?**

## ASSESSMENT/Diagnosis (DSM-IV)

Adjustment D/O ē Depressed Mood
(in remission)

**PLAN:** I'm clinically stable. Does not want to be in
mental health counseling anymore. Signed
waiver for mental health follow up. Exhibits ∅
SXS or signs of mental illness at this time.

**Return to clinic:** RTC PRN   **Print-Last Name:** DR. BANERJEE   **Sign:** SBanerjee, MD.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | B/M | MH? @ HIST | ECF |

**Disposition:** Medical File

Discussed ē Tx team to change
his mental health code to mental health code
which is HIST at this time. RTC PRN - Discussed
plan ē Im. He understands and agrees ē Tx plan.

himself
or
anyone
else

Voices
no
other
concern
at
present

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE: 12/7/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Mildly depressed mood | | 0-1 / 0 |
| Paranoia | | 0-1 / 3 |
| Delusional thought | | 0-1 / 3 |
| Distrusting everyone | | 0-1 / 3 |
| Difficulty coping / adjusting | | 1-2 / 0 |

Medications: Im does not want to take any psychotropic meds    Informed Consent

Compliance:  Inmate report    % vs MAR    % Wants counseling from mental healt[h]

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am doing okay but I feel sad every now and then. I don't want to go to the Dentist. I am afraid of him. I want a different Dentist"

Side effects:

**O** Im kept talking about his teeth and Dentist. Reported $\emptyset$ other sxs of mood, anxiety or thought d/o. $\emptyset$ thoughts to hurt himself or anyone else. Voices no[ted]

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings Other Concerns. A+O×3. Mood |
|---|---|---|---|
| Psychosis | ✓ | ? | $\emptyset$SI, $\emptyset$HI, mild paranoia(??), mild delusion(?) Somew[hat] |
| Serious Depression | ✓ | | mild sxs of depression noted at times irrital[e] |
| Self-Injurious Thoughts | ✓ | | Denies mood |
| Suicidal intent | ✓ | | Denies noted |
| Aggressive | ✓ | | None noted at tim[es] |
| Seriously Impulsive | ✓ | | None noted Affect |
| Situational Upset | | ✓ | Re: his current stress $\bar{c}$ his teeth. mildl[y] |

Lab Info: None    Labs Ordered:    Labs Reviewed:    AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)**
Adjustment D/o $\bar{c}$ Depressed mood
Delusional D/o (Rule out)

**PLAN:** Im clinically stable. Does not want to be on any psychotropic meds. Will continue counseling. RTC 90 days for follow up. Continue care

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: S Banerjee, M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | BM | 3W4 | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

(right margin) angry affect noted occasio[nally] Thought Proces[s] logica[l] $\emptyset$ loos[e] associa- tions noted at pres. time



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Farrow, Dean

Date of Birth: ████████    Social Security No.: ████████

Date: 1-24-06    Time: 1:52    AM/P.M.

This is to certify that I, Dean Farrow , currently in
(Print Inmate's Name)

custody at the Easterling Correctional Facility , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: Mental Health Counseling,
(Specify in Detail)

Psychiatric Follow Ups

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____    R. Flowers, LPN
(Signature of Inmate)**    (Signature of Medical Person)

Dr. Brun    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Effarage Farrow, #111719-9B-110_

Date of Birth: ███████████    Social Security No.: ███████████

Date: _February 22, 2006_    Time: _7:30 pm (late appointment)_  A.M. / **P.M.**

This is to certify that I, _Dean Effarage Farrow, #111719-9B-110_ , currently in
                                     (Print Inmate's Name)

custody at the _Easterling Correctional Facility_ , am refusing to
                                  (Print Facility's Name)

accept the following treatment/recommendations: _The psychiatrist is trying to force me to take_
(Specify in Detail) _psychotropic drugs in an effort to cause me
to act in the dentist treatment chair against my will. I don't
believe psychotropic medication is the proper treatment for my problems, and
it is absolutely wrong for Nurse Howard to continue her placements
of non compliance statements in my medical record - under the circumstance.
I have a legal right to refuse treatment, though the not the psychiatrist would give
me the required release form. I do not wish to see this institution's psy-
chiatrist about any problem(s) I may or may not have. Thank you._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare. _— As far as is legal._

_Dean Effarage Farrow #111719_
(Signature of Inmate)**

_____
(Signature of Medical Person)

_Edmond Carl #234995_          _Carl Edmond_
(Witness)                                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

Mr. Wilson.

I was scheduled to visit the psychiatrist @ 1:00 (or 1:30) P.M. February 22, 2006, but I visited her @ or about 7:30 P.M. because she was late seeing her patients — in Admin'ond officer Calhoun was on duty during said time.

I refused treatment, but Nurse Flowers said she did not have any Waiver (Release of Responsibility) for me and that she'd get me one later. She did not.

Therefore, I am here upon requesting — respectfully — that you notify the psychiatrist (Dr. Ben-Jance (?)) and Nurse Flowers about the waiver I am submitting to you this 27th day of February 2006, and that you — allow them to read it if they wish — Specifically, place this waiver in my medical record, please.

I should not have this problem, but if for any reason you can't personally assure that the said waiver is in my record, please send it back — that I may move to the next procedure.

Thank you.

Inmate: Dean E. Farrow
A.I.S: 111719 — Bed 9B-110

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-24-06 | 1:55P | S: I/m is refusing MH tx at this time (see I/m request slip -12/14/05-and Release of Responsibility form). | |
| | | | E. Brun, PhD |
| 2-27-06 | 1:40P | S: I/m agreed to attend therapy session this month. He discussed his beliefs about events that have occurred related to his lawsuit against the dentist. He believes others conspired against him. He also talked about his cousin. He rep. no SI & HI. We discussed ways to compartmentalize his continual focus on his lawsuit & related events. O: Alert, good eye contact, speech coherent & logical, grooming appropriate, occasional smile A: Exhibiting mild sx of paranoia & obsessional thinking P: Continue Care. | |
| | | | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111919 | 53 | B/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 10-19-05 | 8:40 A | S - I/M rep no sx of psych. distress. He rep. no SI or HI. He talked extensively about a case against the dentist here, which was settled. At present, he wishes to have his teeth replaced but does not want to see this same dentist. He feels frustrated about what to do. He rep. good family support. He discussed how his drug addictions have negatively affected his life. He stated he trusts mental health workers. O- Good eye contact, smiled occasionally, expressed himself well, grooming appeared appropriate. A- Appeared currently stable. P- Continue mo contacts. | E. Brum, PhD |
| 11-14-05 | 10:30 A | S- I/M rep. he continues to work on legal work to pass time & to stay out of trouble. He also rep. he sleeps better when he works on legal issues. He continues to rep. good family support, especially from his mother & cousin. At present, his teeth/dental work is on hold. He rep. occasional dep. He rep no SI or HI. He rep. he plans to begin working out because he wants to lose some weight. O- Alert, good eye contact, grooming appeared appropriate, smiled occasionally. A- Appeared currently stable. P- continue monthly contacts. | E. Brum, PhD |
| 12-14-05 | 10:15 A | S- I/M discussed his dental health. He also discussed litigation he is working on (regarding his sentence). He rep. good family support. He discussed a female cousin he corresponds with. He also talked about wanting to invent an artificial kidney. He denied feeling dep. He rep. no SI or HI. O- Alert, smiled occasionally, good eye contact, grooming appropriate, speech coherent. A- Appeared currently stable. No meds. P- Continue care. Consider code change to hx. | E. Brum, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 53 | B/M | ECF |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/6/05 | 10:30am | Initial monthly contact | |
| | | Mr. Farrow, Dean is a 62 y/old blk man from Birmingham who is serving 2 life sentences for unlawful possession of controlled substance (habitual offender). He is single with a 25 y/old daughter. He has prior mental health treatment at Elmore MHU where he was treated for depression. He was currently started on trazodone and Zoloft. Mr Farrow completed high school and has some vocational training while incarcerated. He also has a poly substance abuse of using marijuana, LSD, inhalers, crack cocaine and heroin. He denies feeling dep/ssd at this time but reports feeling scared to have his teeth drawn as a result of a traumatic episode he experienced earlier in life. He denies experiencing auditory/visual hallucinations but reports guarded thoughts. Mr. Farrow is alert, coherent, cooperative, tangential thought process at times, spoke coherently, maintained eye contact, drives/presents fair. He reports starting 9/1 meds a day and sleeping 4-8 hrs on/off. Mr Farrow is currently stable at this time but is displaying s/sx symptoms of delusional disorder. His signal symptoms of delusional disorder – he continues to experience delusional thought patterns ie being afraid to go to the DENTAL because they're going to hurt him. Dx of poly substance abuse – He has a history of polysubstance abuse but has completed SAP and some MH program. He will continue to be monitored for monthly counseling, monitor mental stability, etc. w/psych dr for follow up. | |
| | | | T. Williams MSW |
| 9/12/05 | | Mr. seen in tx team meeting. Reviewed and discussed tx plan c̄ Mr. He understands and agrees c̄ tx plan. Continue care. | |
| | | | S Banerjee, MD. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 62 | B/m | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 8/31/05    TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Paranoia | | 3/4/5 |
| Delusional thought | | 3/4-5 |
| Distrusting everyone | | 3/4-5 |
| Thinking people will hurt him | | 3/4-5 |

Medications: I'm refuses to take any psychotropic meds.    Informed Consent

Compliance:  Inmate report    % vs MAR    Wants to be in counseling.

In addition to the information in the tables above and below, then inmate-patient:

S "I don't trust anybody. I filed a lawsuit against CMS, since then health care has not been not nice to me. I am afraid to go to the Dentist or Dental

Side effects: hygienist thinking that me hurt me. I want

O counseling. I will decide when I would like to take medicine, I don't want no medicines now." Reports ⊖ other sxs of mood, anxiety

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | ⊕ paranoia, ⊕ delusion, ⊖ SI ⊖ HT or thoughts |
| Serious Depression | ✓ | | ⊖ sxs of depression and anxiety. d/o. |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted ⟩ at present time |
| Seriously Impulsive | ✓ | | None noted ⟩ at present time |
| Situational Upset | | ✓ | Re- current situation ⊆ incarceration |

Lab info:  Labs Ordered:    Labs Reviewed:    AIMS?
None at this time from mental health.

ASSESSMENT/Diagnosis (DSM-IV)
Delusional Disorder (Rule out)

PLAN: I'm exhibiting mild sxs and signs of delusion and paranoia. Does not want to be on any psychotropic meds. Wants to be in counseling ⊆ mental health. Will continue counseling. Keep him on

Return to clinic:    Print Last Name:    Sign:    mental
RTC 90 days    DR. BANERJEE  S Banerjee, MD.    health

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | B/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

RTC in 90 days for follow up.
continue care.
Offered him mild dose of antipsychotic meds
which he is refusing at present time

caselor
at this
time.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 8/9/05                    TIME: 9:00 am

| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | | Today vs Before | |
|---|---|---|---|---|
| | PARANOIA – | | 4/5 | 4/5 |
| | DELUSIONAL THOUGHT | | 4/5 | 4/5 |

Medications: No Psychotropic Rx                    Informed Consent

Compliance:  Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

**S**  MISTRUSTFUL OF his DIABETIC RX (COLOR/ SIZE)

Side effects:

**O**  SEES SELF AS "SKEPTICAL" – INSTEAD OF PARANOID.
STILL REPORTING his DELUSION OF his CHARGES
ESSENT. N/C IN M.S.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | ACTIVELY PARANOID |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | | ✓ | |

Lab info: _____ Labs Ordered: _____ Labs Reviewed: _____ AIMS:? _____

**A**SSESSMENT/Diagnosis (DSM-IV)  Delus. Dis.

DM II

**P**LAN:  STILL REFUSES Rx – BUT AT LEAST WILLING TO
CONSIDER A TRIAL OF GEODON –

Return to clinic: 14 DAYS   Print Last Name BEELTAM   Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Farrow, Dean | 111719 | 53 | B/m | SMI | KCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 7/26/05    TIME: 8⁴⁰ A

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| | PARANOIA (4/5) | |
| | Delusions of Persecution (4/5) | |
| Medications: No Rx | He Refuses. | Informed Consent |
| Compliance: Inmate report | % vs MAR ___% | |

In addition to the information in the tables above and below, then inmate-patient:

S/In sms He is "Still Sceared to go to the Dentist" — of Has Looked into Law Books.

Side effects: Bseqvet from: Aftorulse for count (wHy? — ? Date Hes Been 0 set off.

Now sms the Dental chair, Per se, is Frightening to Him. Afrud of Rx of For Dirbetes Rx,

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | Has Suspicions / Psms Seem of Delusional |
| Serious Depression | ✓ | | No Edition. |
| Self-Injurious Thoughts | ✓ | | Rx — "I Dont want any Rx" |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | He is Afrud of Various Medical / Dental |
| Situational Upset | | ✓ | Staff. |

| Lab info: | Labs Ordered: | Labs Reviewed: ✓ | AIMS:? |

ASSESSMENT/Diagnosis (DSM-IV) Delusional Dis. / Pous Vs st Dsp.
? Pers Dis - Paranoid. ?
Dsm II

PLAN: Keep on Unit Cireland For Now, of Follow—

Return to clinic: 3 Wks. Print Last Name: BEECHAM  Sign: ___

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FURROW, DEAN | 111719 | 53 | B/m | SMI | KCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## REFERRAL TO MENTAL HEALTH

Inmate Name: _Farrow, Dean_    AIS# _111719_    Date of Referral: _8-21-05_

**REASON FOR REFERRAL:**

☐ **CRISIS INTERVENTION**          _last MH visit was yrs ago._
    ☐ Family problem:_____          _Doesn't have current MNP._
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**

    ☐ Suicidal          ☐ Anxious          ☐ Physical complaints
    ☐ Homicidal          ☐ Depressed          ☐ Sleep disturbance
    ☐ Mutilative          ☐ Withdrawn          ☐ Hallucinations/delusions
    ☐ Hostile, angry          ☐ Poor hygiene _Paranoid_          ☐ Suspicious
    ☐ Other inappropriate behavior:_____

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** _last MH visit was about 10 yrs ago._

**COMMENTS:** _Inmate stopped by office & asked to see MH. I asked what was wrong c/ inmate reports being paranoid. Reports hx of MH Tx._

Referred by: _L Henderson LPN_          Phone Contact #: _684_

☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

Follow-Up by: _____          Date:_____

| Inmate Name _Farrow, Dean_ | AIS# _111719_ |
|---|---|

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION

**Referred by:**
☒ Admission to Institution   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Other_____

**Reason for Referral (Presenting Problem):**
He asked to be seen by M.H.
New adm. to Kilby C.F.
4/19/05 - transfer from
Easterling.

INCAR. - since 1997/Prison '99
CH - sell drugs. - Pot, crack
S - Life x 2
value $30

**Psychiatric History (Inpatient/outpatient/dates of treatment/medications prescribed):**
1st Sx 76 - Hooked on crack + pot + ETOH → Hearing Voices,
Talking to himself - Incar. (Pone - to buy drugs). 1989 - Wore
to M.H.C. - Rx - Doxepin - off t on til '91, Jailed '92
Lithium & Elavil - Given in jail for Depressive Sx - ↓ Energy,
↓ interest, ↓ appetite, no motivation - (not in M.H. '93 x 7 wk.)
Rx Elavil + Compazine - helped. (Out 2/96 - Court x 7 hr)
Back on drugs. '87, & soon back in prison, & Hearing Voices
Rx - D.M.II, (2001) - R.O. Rx | Rx - in jail '97 - on Elavil til
'99. 4/05 denton appt. - got frightened. No Rx since
Paranoid/feared she might harm him. She &
he were in conflict over the scheduling of a (over)
tracker.

**Pertinent Medical History (allergies):**
Allergies - X
Head inj - X
Seizures - X

**Substance Abuse History:**
Pot - 21, tried Heroin, ETOH - 20, crack "
↑ pot use > military Discharge (Undesirable")
Tx - in prison - '04 - '74 clums Bill, & A.P.
military = turning point in my life.

**Pertinent Personal/Family History (inmate's sentence):**
Good childhood, H.S. grad.
Living - Alone, Never Married.
School - H.S. -
Military - 19-22 yo.
He quit - 2° "racism"
Undesirable Discharge
Work - warehouse, painting
const.

**Institutional Adjustment (current placement):**
Prior - '74 - CH - Arm Rob, Assault - S = 20 yrs / 3 ¾ yrs. Paroled
'93 - CH - Force  S = 10 yrs   16 yrs / 5 yrs. -
'97 = 3rd Felony
'92 - init. murder → Misdemeanor

**Inmate Name**
Farrow, Dean
JT - X

**AIS #**
111719

Page 1 of 2

(over)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC EVALUATION

**Mental Status Examination:**

Appearance and Behavior: ALERT, WELL ORIENTED, APPROPIATE

Mood and Affect: STABLE IN MOOD.

Speech and Language: WNL    DENIES ANY A/V HALLUC.

Thought Process: WNL

Thought Content and Perceptions: WNL

Cognitive Assessment/Memory: WNL    C/O ↓ SLEEP —

Insight/Judgement: WNL    DOESN'T WANT ANY Rx

Sleep/Appetite: INTACT    TODAY.

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): X

Current Suicidal Ideation and Behavior: X

Past Violent/Assaultive Behavior: HE KILLED A MAN — CLAIMS SELF DEFENSE (OVER A WOMAN) BOTH USED GUNS.

Current Violent/Assaultive Ideas/Behavior: X

**Diagnostic Impression**

Axis I: DELUSIONAL DIS. ? / POSSIBLY ASSOC TO SUBST USE
Axis I: PROBABLE POLYSUBST. DEP. + ? OTH INTERMITT. PSYCHOTIC SX
Axis II: PROBABLE PERS. DIS — PARANOID, SCHIZOID, ?
Axis III: —
Axis IV: —
Axis V: 60–70

**Treatment Recommendations (including medications/labs ordered/special housing)**

No Rx —

TALK ā HIM AGAIN IN 2 WKS.

**Mental Health Code:**    SMI    HARM    HIST    NONE    DEFER

**Psychiatric Follow-Up Required Within:** 14 DAYS    Days

Psychiatrist Signature

Inmate Name: FINKLOW, DEAN    Date 7/13/05    Page 2 of 2

AIS # 111719

Dr. Paul Beecham
MHM Correctional Services

# REFERRAL TO MENTAL HE.    TH

| INMATE NAME: Farrow, Dean | ID #: 111719 | LOCATION: ECF | DOB: |
|---|---|---|---|

REASON FOR REFERRAL:

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: request to see psychiatrist

( ) EVALUATION OF MENTAL CONDITION

| | | |
|---|---|---|
| ( ) Suicidal | (✓) Anxious nerves | ( ) Physical Complaints |
| ( ) Homicidal | ( ) Depressed | (✓) Sleep Disturbance bad dreams |
| ( ) Mutilative | ( ) Withdrawn | ( ) Hallucinations/Delusions |
| ( ) Hostile, angry | ( ) Poor hygiene | ( ) Suspicious |
| ( ) Other inappropriate behavior _____ | | |

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: Pt. c/o itching due to nerves and bad dreams about other inmates.

| Referred by: Brian Mitchell ns | Department: PSY | Date: 12-11-02 |
|---|---|---|

## MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Pt. not sleeping

So Bon not

| Follow-up by: | Date: 12/19/02 | Time: |
|---|---|---|

CMS 7169 REV. 3.93

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/16/0_ | | Pt Knw To pm _will gin Slip Aid x1w__ Pth D/c | |
| 1/30/03 | | Meds Were gin 150 Grownt. He was too Sleep Now at 50g Ls x6w. | |
| 3/20/03 | | Pt qut Of Pctl will D/c | |
| 7/3/03 | 10pm | N/S for Psychiatrist — _ Henry R.N | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| | | | | |

F-61

CORRECTIONAL MEDICAL SYSTEMS
REFERRAL TO MENTAL HEALTH

| INMATE NAME: Dean Farrow | ID #: 111719 | LOCATION: 7 | DOB: |
|---|---|---|---|

**REASON FOR REFERRAL:**

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal    (✓) Anxious    ( ) Physical Complaints
    ( ) Homicidal    ( ) Depressed    (✓) Sleep Disturbance
    ( ) Mutilative    ( ) Withdrawn    ( ) Hallucinations/Delusions
    ( ) Hostile, angry    ( ) Poor hygiene    ( ) Suspicious
    ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: c/o bad dreams causing sleep disturbance
wants eval. for Elavil    Dr. Williams/Sanders please
eval. thank you

| Referred by: Jenkins | Department: Psy. | Date: 8/22/01 |
|---|---|---|

---

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

Chart reviewed again. See my note of 5-Jan-95.
Will schedule.
    Williams MD

No show. RTC prn

| Follow-up by: Williams MD | Date: 9/25/01 | Time: 13 20 |
|---|---|---|

CMS 7169 REV. 3-93

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-6-00 | | Presents w/o distress. Now doing life. Not seeking meds. Claims AHs. See my 1-5-95 note | |
| | | A no mental illness | |
| | | P no ψ meds. hold accountable. | |
| | | RTC prn/swr 4 mos | |
| | | _[signature]_ MD | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S |
|---|---|---|---|
| Jausen, Dean | 111719 | 47 | B/M |

F-61

**MENTAL HEALTH**

INMATE NAME: Farrow, Dean          ID #: 111798     LOCATION:     DOB:

REASON FOR REFERRAL: Dr Sanders

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

(X) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal        (X) Anxious        ( ) Physical Complaints
    ( ) Homicidal      ( ) Depressed     (X) Sleep Disturbance
    ( ) Mutilative       ( ) Withdrawn     ( ) Hallucinations/Delusions
    ( ) Hostile, angry   ( ) Poor hygiene   ( ) Suspicious
    ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

(X) OTHER _Complains of Nicotine withdrawal_

COMMENTS: _____
_____
_____

Referred by: Pete Croy          Department: Psych     Date: 11-15-99

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

RECEIVED
NOV 16 1999
By _____

Su 11/17/99

Follow-up by: _____          Date: _____     Time: _____

EXHIBIT
A-11

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Farrow, Dean_    I.D. # _111719_    Institution _Easterly_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/1/55 | | No AT BCP | |
| | | Not to D/C "Pope" | |
| | | D/C Rhal. | |
| | | | |
| 7/28/55 | | no pubs | |
| | | A/P no of | |
| | | | |
| 8/4/99 | | Psychotherapy screening (PS) on referral from Dr. Croy. no show. RTC - 4W | Dr. Siller |
| 9/1/99 | | (PS). Dr. F Cancelled, saying dreams no longer a problem. RTC ~ PRN | Dr. Siller |
| | | | |
| | | | |
| 11/1/99 | | States he is anxious about not smoking. not mental ill. Hold Aust. | |
| | | | |
| | | | |
| | | | |
| 11/24/99 | | P/V on referral from Dr. Croy re nicotine withdrawal. Has been to several people already, wants transfer. Doing life x 2, has done 2 1/2 y; doesn't want to stop smoking & c/o unfair tx. Referred see classification. In T.S. (drafting). He's recommended for SOP. RTC ~ PRN | Dr. J Siller |

FORM #7113 8/94

**RRAD TO MENTAL HEALTH**

| INMATE NAME: Farrow, Dean | ID #: 111779 | LOCATION: | DOB: |
|---|---|---|---|

REASON FOR REFERRAL: Dr. Gilbert

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

(X) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal        ( ) Anxious        ( ) Physical Complaints
    ( ) Homicidal      ( ) Depressed     (X) Sleep Disturbance
    ( ) Mutilative      ( ) Withdrawn    ( ) Hallucinations/Delusions
    ( ) Hostile, angry   ( ) Poor hygiene  ( ) Suspicious
    ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

(X) OTHER _Inmate requesting to see_

COMMENTS: _Reports Hx Bipolar Disorder, requested to be taken off K. Reports bad dreams._

| Referred by: _[signature]_ | Department: _Psych_ | Date: 8-13-99 |
|---|---|---|

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

Dreams no longer a problem

RTE — PRN

| Follow-up by: _[signature]_ | Date: 9/11/99 | Time: |
|---|---|---|

CMS 710 REV. 3/98

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _FANNON, DEAN_    I.D. # _111715_    Institution _BCCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/2/59 | | Pt NOT probbe in — wet ort of TV | |
| | | — Not gett Ang | |
| | | OL — fole As Sp. | |
| | | | |

FORM #7113 8/94



## Kirkland, King & Renfro
Clinical Psychologists, P.C.

1520 Mulberry Street
Montgomery, Alabama 36106-1520
(334) 269-1106
Fax (334) 832-9557

Licensed Psychologists
Karl Kirkland, Ph.D.
Glen D. King, Ph.D., ABPP
Guy J. Renfro, Ph.D.

*#\11719*

**Name: Dean Farrow**
**Case No.: 97-376**
**Date of Birth:** ▮▮▮▮▮
**Date of Order: 12/04/97**
**Date of Eval.: 08/27/98**

## OUTPATIENT FORENSIC EVALUATION REPORT

### DATE OF REPORT: 08/28/98

### REFERRAL INFORMATION

Mr. Dean Farrow, a 46 year old single black male, was referred for forensic evaluation by the Honorable John Bush, Circuit Court Judge of Elmore County Alabama. The reason for referral was to evaluate the defendant's current capacity to function in the role of defendant and to further evaluate related criminal responsibility issues surrounding pending legal charges. Mr. Farrow is represented by Elmore County defense attorney Jeff Courtney. Mr. Courtney introduced a motion for evaluation based no his knowledge of the defendant's history of mental instability. Based on the finding of there being sufficient evidence to warrant inquiry, in the interest of justice, into the mental state of the defendant, Judge Bush ordered the current evaluation on December 4, 1997. Mr. Farrow is charged with Unlawful Distribution of a Controlled Substance.

### NOTIFICATION

Prior to beginning the examination, the defendant was informed of the purpose and limited confidentiality of the information to be obtained. He was told that the results would be submitted to the court in the form of a written report, with copies made available to his attorney and the District Attorney. He was also informed that these results might be used in court proceedings, in the form of either the written report or testimony by the examiner. He was further told that this information might be used to help reach decisions concerning his competency to stand trial and his mental state at the time of the alleged offense, but that none of the information would be used as evidence against him concerning the charge itself. The defendant indicated he understood the

Name:  **Dean Farrow**                                                                    2
Case No.:  **97-376**

## OUTPATIENT FORENSIC EVALUATION REPORT

purpose and limited confidentiality of the evaluation, agreed to proceed, and signed the notification form.

## SUMMARY OF ALLEGED OFFENSE    *false*

According to records from the Elmore County Sheriff's Department and the Central Alabama Drug Task Force, on March 10, 1997 the defendant was arrested at 8935 U.S. Highway 231, Wetumpka, Alabama by agents of the Drug Task Force.  The defendant was allegedly in possession of crack cocaine at the time of his arrest.  Records from audio and video recordings were made of a transaction between Randall Foshee of the Central Alabama Task Force and this defendant.  The above agent met with and purchased crack cocaine from this defendant for $20.00.

## DATA SOURCES

Data sources for this report include a review of the Elmore County Detention Facility medical records, a review of the District Attorney file, and a comprehensive evaluation of the defendant himself.

## CLINICAL ASSESSMENT

Dean Farrow is known to this examiner from a previous evaluation.  This examiner completed an evaluation of Dean Farrow in September of 1993.  This defendant has also been examined by Dr. Guy Renfro of this office.  Dr. Renfro completed an evaluation of Dean Farrow in March of 1993.  *check*

This examiner met with Mr. Farrow in the Elmore County Detention Facility on August 27, 1998.  At that time Mr. Farrow indicated that he had been confined in the Elmore County Detention Facility since July of 1997.  He was alert, cooperative, coherent, and well oriented in all spheres at the time of the evaluation.  He was able to relate that he is actually doing better emotionally during incarceration because he is regularly taking his medication.  He is currently taking the following medications:  Lithium 300 mg. t.i.d., Zoloft 50 mg. each morning, and Elavil 100 mg. b.i.d..  Mr. Farrow has a past diagnosis of bipolar disorder and these are drugs used to treat affective disorders such as manic depressive illness and depression.

Mr. Farrow was cooperative with this examiner.  He remembered the examiner from a previous evaluation.  Mr. Farrow was dressed and groomed neatly.  He currently is weighing 232 lbs. and is 5'11" tall.  He is right handed.  He was able to give a complete history.  He wears a mustache and is a muscular right handed black male.  He has a bullet hole scar in his left arm.

Dean Farrow was seen at Taylor Hardin Secure Medical Facility in 1989.  At that time he was diagnosed as having an antisocial personality disorder.  At that time he had been

Name: **Dean Farrow**
Case No.: 97-376

## OUTPATIENT FORENSIC EVALUATION REPORT *False*

charged with four counts of Possession of a Forged Instrument. Dean Farrow reports that he was born in 1952 to Cellus Farrow & Betty Durden. His father is deceased and his mother remarried after their divorce. His parents had separated in 1856 and eventually legally divorced in 1962. Dean Farrow reports that his mother has been a long time director of the Red Cross in Montgomery County. He has four sisters and one brother. He graduated high school at Tuskegee High School in 1971. He was in the U.S. Army for three years. He reports that he was court marshaled and discharged from the U.S. Army after multiple conflicts with supervisors including flunking multiple room inspections and repeated AWOLs. He also apparently was charged with Possession of Marijuana. His marijuana use dates back to his late teenage years. He spent time in the stockade for his dishonorable discharge from the military. *False*
*undesirable resignation Qatrina*

Mr. Farrow has a daughter Alice Katrina Jenkins. He also has a granddaughter. His daughter had a baby when she was only 14. Mr. Farrow reports that he has a goal for the first time in his adult life of being responsible and wanting to take care of his daughter and granddaughter.

Dean Farrow currently appears well controlled on his medication. He was alert, cooperative, coherent, and well oriented. He did not evidence concentration or attention problems. His thought process was coherent and goal directed. He evidences a fairly well developed fund of general information and he can use abstract reasoning skills. He did not evidence a thought disorder. He has a lengthy criminal history. This examiner has records of at least four prior forensic evaluations. Those records can be made available to the court if indicated.

Mr. Farrow appears to be best conceptualized as having a history of poly substance abuse, history of depression, bipolar disorder, and a history of the diagnosis of antisocial personality disorder. He is currently being adequately treated and cared for at the Elmore County Detention Facility.

## FORENSIC ASSESSMENT

## COMPETENCY TO STAND TRIAL

Mr. Farrow has a fairly well developed knowledge of the legal system. He is able to correctly identify all geographic markers on the courtroom diagram and discuss the pending charges against him. He understands the nature of related penalties. He has a good relationship with his attorney. He can accurately discuss the roles and functions of various court officials. He is able to accurately define not guilty by reason of insanity and plea bargain. He is able to discuss various trial strategies. Mr. Farrow appears capable of understanding charges and assisting his attorney in defending against said charges. Therefore it is suggested that this case should proceed toward trial.

Name: Dean Farrow
Case No.: 97-376

## OUTPATIENT FORENSIC EVALUATION REPORT

### MENTAL STATE AT TIME OF OFFENSE

Dean Farrow has a complete memory of his behavior at the time of the alleged offense. He simply alleges that he was not taking his medication at the time and therefore had slipped into a manic episode. However, he is unable to describe the way in which symptoms would have causally effected his behavior at the time of the alleged offense. Instead, he reports that his alleged behavior was the product of misunderstanding. He says he simply thought he was doing a favor for a Caucasian male because he knew that the Caucasian male couldn't go in this particular establishment and procure a sale of crack cocaine. As a result he indicates that he does not feel that he should be held responsible because he was simply caring out a favor for someone who was being treated prejudicially because of racial factors. Mr. Farrow does not therefore allege or evidence any causal factors between symptoms of bipolar disorder and his alleged behavior at the time of this instant offense.

### SUMMARY AND RECOMMENDATIONS

In summary, forensic psychological evaluation of Dean Farrow reveals the presence of a mental condition. Mr. Farrow has a history of substance abuse, bipolar affective disorder, and antisocial personality disorder diagnoses. He appears currently capable of proceeding toward trial utilizing Dusky standards. There are not symptoms present currently and there does not appear to be a history of symptom picture that would be associated with him being unable to appreciate criminality at the time of the alleged offense.

As a forensic psychologist, I recognize that the determination of competency and criminal responsibility are ultimately matters for the court to decide. Therefore the opinions rendered above are advisory only.

Respectfully Submitted,

Karl Kirkland, Ph.D.
Licensed Psychologist
Certified Forensic Examiner

KK/jlm

Cc: Hon. John Bush
    Circuit Court Clerk
    District Attorney
    Defense Attorney

*Elmore New ICU*

# CORRECTIONAL MEDICAL SERVICES
## INTAKE MENTAL HEALTH SCREENING

| INMATE NAME: Farrow, Dean | ID #: 111719 | RACE: BM | D.O.B.: |
|---|---|---|---|

| SUICIDE POTENTIAL SCREENING | (circle) |
|---|---|
| 1. Arresting or transporting officer believes subject may be suicide risk. | Yes **(No)** |
| 2. Lacks close family/friends in community. | Yes **(No)** |
| 3. Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). | Yes **(No)** |
| 4. Worried about major problems other than legal situation (terminal illness). *family* | **(Yes)** No |
| 5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, lover). | Yes **(No)** |
| 6. Has psychiatric history (psychotropic medication or treatment). | **((Yes))** No |
| 7. Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment / shame. | Yes **(No)** |
| 8. Expresses thoughts about killing self. | Yes **(No)** |
| 9. Has a suicide plan and/or suicide instrument in possession. | Yes **(No)** |
| 10. Has previous suicide attempt. (Check wrists & note method). | Yes **(No)** |
| 11. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness). | Yes **(No)** |
| 12. Shows signs of depression (crying, emotional flatness). | **(Yes)** No |
| 13. Appears overly anxious, afraid or angry. | **(Yes)** No |
| 14. Appears to feel unusually embarrassed or ashamed. | Yes **(No)** |
| 15. Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there). *admits to inability to understand questions* | **(Yes)** No |
| 16. Is apparently under the influence of alcohol or drugs. | Yes **(No)** |
| 17. If YES to #16, is individual incoherent or showing signs of withdrawal or mental illness. | Yes **(No)** |

TOTAL YES'S =
If there are any circles in shaded areas, or total of Yes's is 8 or more, alert Shift Commander and refer for Mental Health Evaluation.

| SUMMARY |
|---|
| ____ No mental health problems |
| ✓ Mental health problems requiring routine follow-up |
| ____ Chronic mental health problem |
| ____ Mental Illness ____ Developmental Disability ____ Other |
| ____ Acute mental health problem |
| ____ Psychosis ____ Suicidal ____ Other |
| ____ Potential withdrawal from substance abuse. |

| PSYCHIATRIC SCREENING | (circle) |
|---|---|
| 1. History of psychotropic medication?  Type:  Current Dosage:  Source: | **(Yes)** No |
| 2. History of psychiatric hospitalization?  When:  Where: | Yes **(No)** |
| 3. History of outpatient mental health treatment? *Rpnted fxd tx PN*  When: 1986  Where: *Hillside MHC*  *Bipolar Disorder* | **(Yes)** No |
| 4. History of violent behavior?  When: 1992  Where: *Tattoo Elmore Co.* | **(Yes)** No |

### BEHAVIORAL OBSERVATIONS
Difficulties observed in following area: (circle)

| | |
|---|---|
| Eye Contact | Terrified/crying |
| Appearance | Orientation |
| Activity | Concentration |
| Mood | Speech |
| Affect | Delusional |
| Memory | Hallucinations |
| Intellectual Functioning | Psychotic Symptoms |

COMMENTS:

*Meds @ county :*

*Elavil 100mg BID*
*Lithium 300mg TID*

*Hillside Medical (Elmore Co)*
*Hillside Mental Health Center*
*Rpnted that he does not want to take Lithium, Depression due to case*
*Rfn to psychiatrist PN further eval*

| DISPOSITION |
|---|
| ____ Approved for General Population: No Mental Health Referral |
| ✓ Approved for General Population: Routine Mental Health Referral |
| ____ Special Housing: Mental Health Referral ASAP |
| ____ Suicide Precaution Procedures: Mental Health Referral ASAP |
| ____ Psychiatric Referral |
| ____ Medical Monitoring for Potential Withdrawal |

| SCREENED BY: Anderson RN | DATE: 06-09-99 | TIME: 940 |
|---|---|---|
| REVIEWED BY: CWilson MS ID #: | DATE: 6/9/99 | TIME: |

CMS 7123 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## REFERRAL TO MENTAL HEALTH

| INMATE NAME: FARROW Dean | ID #: 111719 | LOCATION: | DOB: |
|---|---|---|---|

**REASON FOR REFERRAL:**

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal        ( ) Anxious        ( ) Physical Complaints
    ( ) Homicidal      ( ) Depressed    ( ) Sleep Disturbance
    ( ) Mutilative      (✓) Withdrawn    ( ) Hallucinations/Delusions
    ( ) Hostile, angry   ( ) Poor hygiene   ( ) Suspicious
    ( ) Other inappropriate behavior _____

(✓) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

(✓) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: _____ Elavil _____
_____
_____
_____

| Referred by: R Bryant LPN | Department: phys | Date: 6-10-99 |
|---|---|---|

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

6/10/99    See blue Progress notes, dated 6/10/99.
    S. Turner, MH secretary

| Follow-up by: | Date: | Time: |
|---|---|---|

CMS 7169 REV. 3-93

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Farrow Dean_    AIS #: _111719_    R/S _B/M_

Date: _6_ / _14_ / _99_   DOB: _____   AGE: _47_

Beta II _99_   WAIS _/_ / _____ WRAT-RL _11.3_   Last School Grade Completed _12_

MMPI Welsh Code _4'8 - 9736/2/5:0#_   Megargee Type _F/C/C°_

_Old PSI_       _Old N 25C_

### General Appearance

_X_ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _____

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

_____

_____

### I. Interpersonal Functioning

_✓_ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _Unmarried — one child_
_S/l worked in a paint shop._

### II. Personality

_____ a. Healthy

_X_ b. Antisocial

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _Info = UDCS appealed_
_violence - Repeat offender — Violent offender_

### III. Substance Abuse

_X_ a. Alcohol addiction / abuse history _____

_____ _Clean and sober for_

_X_ b. Drug addiction / abuse history _____
_9 yrs._

_____

_____

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"