IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES EFFARAGE FARROW (AIS# 111719)   *
                                      *
    Plaintiff,                        *
                                      *
V.                                    *   2:06-CV-360-ID
                                      *
FORMER COMMISSIONER DONAL             *
CAMPBELL, ET AL.,                     *
                                      *
    Defendants.                       *

### AFFIDAVIT OF LINDA LAWRENCE, R.N., H.S.A.

**BEFORE ME,** Perry O. Woods, a notary public in and for said County and State, personally appeared **LINDA LAWRENCE, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama, since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since May of 2002. Since November 3, 2003, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

James Effarage Farrow (AIS # 111719) is an inmate currently incarcerated at Kilby Correctional Facility. I am familiar with Mr. Farrow and have been involved with the medical services provided to him at Kilby. In addition, I have reviewed Mr. Farrow's Amended Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

While it is difficult to determine from Mr. Farrow's Amended Complaint the basis of his allegations against me, it is my best understanding that Mr. Farrow has amended his Complaint in this matter to allege that I have retaliated against him for filing a lawsuit against Dr. Marvin West in the year 2000. Specifically, Mr. Farrow alleges that I retaliated against him during the time period between April 19, 2005 and May 16, 2006 by failing to transfer him to an unspecified location for dental treatment. Mr. Farrow's allegations in this regard are completely unfounded.

I can say with certainty that I have never retaliated against this inmate in any way. With regard to the dates Mr. Farrow sets out as being the time period in which he was retaliated against, I provided Mr. Farrow with care at Kilby from April 19, 2005 through August 21, 2005 when he was transferred to Easterling Correctional Facility. During that four month time period, Mr. Farrow never made any request to me to be transferred to another correctional institution for dental treatment. I do recall that Mr. Farrow was scheduled for a cleaning by the dental hygienist on April 29, 2005 which he refused citing a personal conflict with Kilby's dentist. Moreover, even if Mr. Farrow had requested such a transfer, I would not have had the authority to transfer this inmate."

Further affiant sayeth not.

2


                                      */s/ Linda Lawrence RN-HSA*
                                      LINDA LAWRENCE, R.N., H.S.A.

STATE OF ALABAMA       )
                                    )
COUNTY OF _____ )

Sworn to and subscribed before me on this the 11th day of July, 2006.

                                        */s/ Penny O. Woods*
                                        Notary Public

My Commission Expires:

May 28, 2007