# ***EXHIBITS***

# ***Mental Health Record***

INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 1-24-06 | 1:55P | S- I/M is refusing MH tx at this time (see I/M request slip - 12/19/05 - and Release of Responsibility form). | E. Brun, PhD |
| 2-27-06 | 1:40P | S- I/M agreed to attend therapy session this month. He discussed his beliefs about events that have occurred related to his lawsuit against the dentist. He believes others conspired against him. He also talked about his cousin. He rep. no SI & HI. We discussed ways to compartmentalize his continual focus on his lawsuit & related events. O- Alert, good eye contact, speech coherent & logical, grooming appropriate, occasional smile A- Exhibiting mild sx of paranoia & obsessional thinking P- Continue care. | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111919 | 53 | B/M | ECF |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 10-19-05 | 8:40 A | S- I/M rep no sx of psych. distress. He rep. no SI or HI He talked extensively about a case against the dentist here, which was settled. At present, he wishes to have his teeth replaced but does not want to see this same dentist. He feels frustrated about what to do. He rep. good family support. He discussed how his drug addictions have negatively affected his life. He stated he trusts mental health workers. O- Good eye contact, smiled occasionally, expressed himself well, grooming appeared appropriate. A- Appeared currently stable. P- Continue mo contacts. | E. Brun, PhD |
| 11-14-05 | 10:30 A | S- I/M rep. he continues to work on legal work to pass time & to stay out of trouble. He also rep. he sleeps better when he works on legal issues. He continues to rep. good family support, especially from his mother & cousin. At present, his teeth/dental work is on hold. He rep. occasional dep. He rep no SI or HI. He rep. he plans to begin working out because he wants to lose some weight. O- Alert, good eye contact, grooming appeared appropriate, smiled occasionally. A- Appeared currently stable. P- Continue monthly contacts. | E. Brun, PhD |
| 12-14-05 | 10:15 A | S- I/M discussed his dental health. He also discussed litigation he is working on (regarding his sentence). He rep. good family support. He discussed a female cousin he ~~cares~~ EB corresponds with. He also talked about wanting to invent an artificial kidney. He denied feeling dep. He rep. no SI or HI. O- Alert, smiled occasionally, good eye contact, grooming appropriate, speech coherent. A- Appeared currently stable. No meds. P- Continue care. Consider code change to hx. | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 53 | B/M | ECF |

F-61

Case 2:06-cv-00360-ID-WC Document 25-2 Filed 08/31/2006 Page 5 of 31

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/6/05 | 10:30am | Initial monthly contact | |
| | | I/m Farrow, Dean is a 62 y/o b/m from Birmingham AL serving 2 life sentences for unlawful possession of controlled substance (habitual offender). I/m is single with a 35 y/o daughter. I/m has prior mental health treatment at Elmore MHC where he was treated for depression. I/m was receiving [illegible], Lithium and Zoloft. I/m Farrow completed high school and has completed drafting while incarcerated. I/m also has a poly substance abuse of using marijuana, LSD, cocaine, crack cocaine and heroin. I/m denies feeling depressed at this time, but reports feeling scared to have his teeth [illegible] as a result of a traumatic episode he experienced earlier in life. I/m denies experiencing auditory/visual hallucinations but reports paranoid ideations. I/m Farrow is alert, coherent, cooperative, tangential thought processes at times, speech logical, maintained eye contact, judgment fair. I/m reports eating 3/3 meals a day and sleeping 4-8 hrs on/off. I/m Farrow is mentally stable at this time but is displaying signs/symptoms of delusional disorder. #1 Signs/symptoms of delusional disorder - I/m continues to experience delusional thought patterns of being afraid to go to the dentist because they're going to hurt him. #2 Hx of polysubstance abuse - I/m has a history of polysubstance abuse but has completed SAP and crime bill program. I/m will continue to be monitored for monthly counseling, monitor mental stability, 60 day psychiatric follow up. | T. Williams MHC |
| 9/12/05 | | I/m seen in Tx team meeting. Reviewed and discussed Tx plan c̄ I/m. He understands and agrees c̄ Tx plan. Continue care. | S Banerjee, MD. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Farrow, Dean | 111719 | 63 | B/m | ELF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 3/31/05 TIME:

| Target Symptoms — Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|
| Paranoia | 3/4-5 |
| Delusional thought | 3/4-5 |
| Distrusting everyone | 3/4-5 |
| Thinking people will hurt him | 3/4-5 |

Medications: I/m refuses to take any psychotropic meds. Wants to be in counseling.

Informed Consent

Compliance: Inmate report % vs MAR %

In addition to the information in the tables above and below, then inmate-patient:

S "I don't trust anybody. I filed a lawsuit against CMS, since then, health care has not been ~~not~~ nice to me.

Side effects: I am afraid to go to the Dentist or Dental

0 hygienist thinking that me hurt me. I want counseling. I will decide when I would like to take medicine. I don't want no medicines now." Reports ∅ other sxs of mood, anxiety

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | ⊕ paranoia, ⊕ delusion, ∅ SI, ∅ HI or ∅ thought to hurt himself or anyone else |
| Serious Depression | ✓ | | ∅ sxs of depression and anxiety |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted } at present time |
| Seriously Impulsive | ✓ | | None noted } at present time |
| Situational Upset | | ✓ | Re: current situation ē incarceration |

Lab info: Labs Ordered: Labs Reviewed: AIMS:? None at this time from mental health.

**ASSESSMENT**/Diagnosis (DSM-IV)

Delusional Disorder (Rule out)

**PLAN:** I/m exhibiting mild sxs and signs of delusion and paranoia. Does not want to be on any psychotropic meds. Wants to be in counseling ē mental health. Will continue counseling. Keep him on mental health caseload at this time.

Return to clinic: RTC 90 days

Print Last Name: DR. BANERJEE Sign: S. Banerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | B/M | SMI | ECF |

Disposition: Medical File

RTC in 90 days for follow up. continue care.
Offered him mild dose of antipsychotic meds which he is refusing at present time

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 8/9/05 TIME: 9 50 am.

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today | vs Before |
|---|---|---|---|
| | Paranoia - | 4/5 | 4/5 |
| | Delusional Thought | 4/5 | 4/5 |

Medications: No Psychotropic Rx

Informed Consent

Compliance: Inmate report % vs MAR %

In addition to the information in the tables above and below, then inmate-patient:

**S** mistrustful of his Diabetic Rx' (color / size)

Side effects:

**O** sees self as "skeptical" - instead of paranoid. still repeating his denial of his changes. essent. N/C in m.s.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | Actively Paranoid |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | | ✓ | |

Lab info: Labs Ordered:____ Labs Reviewed: — AIMS:?____

***ASSESSMENT/***Diagnosis (DSM-IV) Delus. Dis.

DM II

***PLAN:*** still Refuses Rx - but at least willing to consider a Trial of Geodon -

Return to clinic: 14 Days Print Last Name: Beecham Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Farrow, Dean | 111719 | 53 | B/m | SMI | KCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE: 2/26/05 TIME: 8 40 AM

| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
|---|---|---|
| | PARANOIA 4/5 | |
| | DELUSIONS OF PERSECUTION 4/5 | |
| Medications: No Rx — HE REFUSES. | | Informed Consent |
| Compliance: Inmate report % vs MAR % | | |

In addition to the information in the tables above and below, then inmate-patient:

S I/M SAYS HE IS "STILL SCARED TO GO TO THE DENTIST" — & HAS LOOKED INTO LAW BOOKS.

Side effects:
BUSINESS FROM: [illegible] FOR COUNT (WHY?—? DATE HAS BEEN 0 SET OFF.

NOW SAYS THE DENTAL CHAIR, PER SE, IS FRIGHTENING TO HIM. AFRAID OF BP & FOR DIABETES Rx,

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | HAS SUSPICIONS / FEARS SEEM OF DELUSIONAL PROPORTION. |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | Rx — "I DON'T WANT ANY Rx" |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | HE IS AFRAID OF VARIOUS MEDICAL / DENTAL |
| Situational Upset | | ✓ | STAFF. |

Lab info: Labs Ordered: ______ Labs Reviewed: ✓ AIMS:? ______

ASSESSMENT/Diagnosis (DSM-IV) DELUSIONAL DIS. / PERSECUTORY TYPE
? PERS DIS — PARANOID. ?
DIM II

PLAN: KEEP ON UNIT CIRCLE [illegible] FOR NOW, & FOLLOW

Return to clinic: 3 WKS. Print Last Name: BEECHMAN Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | 53 | B/M | SMI | KCF |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**REFERRAL TO MENTAL HEALTH**

**Inmate Name:** Farrow, Dean **AIS#** 111719 **Date of Referral:** 7-1-05

**REASON FOR REFERRAL:** last MH visit was yrs ago. Doesn't have current MHP.

☐ **CRISIS INTERVENTION**
- ☐ Family problem: ______
- ☐ Problems with other inmates: ______
- ☐ Recent stress: ______
- ☐ Other: ______

☐ **EVALUATION OF MENTAL STATUS**
- ☐ Suicidal
- ☐ Homicidal
- ☐ Mutilative
- ☐ Hostile, angry
- ☐ Other inappropriate behavior: Paranoid
- ☐ Anxious
- ☐ Depressed
- ☐ Withdrawn
- ☐ Poor hygiene
- ☐ Physical complaints
- ☐ Sleep disturbance
- ☐ Hallucinations/delusions
- ☐ Suspicious

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** last MH visit was about 10 yrs ago.

**COMMENTS:** Inmate stopped by office & asked to see MH. I asked what was wrong. Inmate reports being paranoid. Reports hx of MH Tx.

**Referred by:** L Henderson LPN **Phone Contact #:** 684

☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

**Follow-Up by:** ______ **Date:** ______

| Inmate Name | AIS # |
|---|---|
| Farrow, Dean | 111719 |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Farrow, Dean

Date of Birth: [redacted] Social Security No.: [redacted]

Date: 4/29/05 Time: 9:37 (A.M.) P.M.

This is to certify that I, Farrow Dean (Print Inmate's Name), currently in custody at the Kilby (Print Facility's Name), am refusing to accept the following treatment/recommendations: Dental Cleaning (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Pt refused Sign waiver
(Signature of Inmate)**

[signature] RDH
(Signature of Medical Person)

Helen Ross RDH
(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

## INMATE REQUEST SLIP

Name Dean Effanzo Jones Quarters 7A-12 Date 12-19-05

AIS # 111719

( ) Telephone Call ( ) Custody Change (X) Personal Problem

( ) Special Visit ( ) Time Sheet ( ) Other

Briefly Outline Your Request - Then Drop In Mail Box

Mental Health;

Dr. Brown,

I've been unable to sleep well because of my concerns about the level of privacy your company provide and is able - by law - to provide inmate patients. My name is on the dental list - the very last name - and I don't care why. I'm signing a waiver against the treatment(s), and I do not want counseling anymore. Thank you.

Do Not Write Below This Line - For Reply Only

Approved Denied Pay Phone Collect Call

Request Directed To: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

N176

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
LURLEEN B. WALLACE BUILDING
500 MONROE STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA 36130 - 2405
CENTRAL OFFICE (334) 242 - 8700
02-13-2004

DEAN FARROW
111719
EASTERLING CORRECTIONAL C
P O BOX 10
CLIO AL 36017

YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT AN OPEN PUBLIC MEETING. YOU WERE DENIED PAROLE AND RESET FOR FURTHER CONSIDERATION DURING THE MONTH OF 02/2005.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE ACCORDED.

YOURS VERY TRULY,

William C. Segrest

WILLIAM C. SEGREST
EXECUTIVE DIRECTOR

WCS/CAM

CC: WARDEN
CLASSIFICATION



BRADLEY ARANT ROSE & WHITE LLP
200 ... AVE. ... 900
HUNTSVILLE, AL 3580... 2900

by

Mr. Dean Effarage Farrow
No. 111719-10B/20
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

W127

2005 MAY
RECEIVED
KILBY CORR. FAC.
BUSINESS OFFICE

CONFIDENTIAL

CONFIDENTIAL AND
PRIVILEGED ATTORNEY.
CLIENT COMMUNICATION
WORK PRODUCT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Dean Effinger [illegible] Date of Request: 08.20.04
ID # 111719 Date of Birth: [illegible] Location: 10.B.20
Nature of problem or request: I need my bottom removable part of denture. They are in the dentist office somewhere. The dentist before Dr. [illegible] went retired, said he'd look for something at his office to fix them with.

Dean Effinger [illegible]
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/23/04
Time: 9:00 AM PM
Allergies: NKA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

**(A)ssessment:**

**(P)lan:** Dental list for [illegible]

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Dean Effanage Farrow Date of Request: 4/21/05
ID # 111719 Date of Birth: [redacted] Location: West-127
Nature of problem or request: I need to see the dentist while I am here at Kilby. I need a bottom set of partial denture. I made a previous request to see the dentist during 4/19/05. Thank you.

Dean Effanage Farrow
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 4/26/05
Time: 9:40 (AM) PM
Allergies: NKDA

RECEIVED
Date: 4-22-05
Time: 7:00A
Receiving Nurse Intials EJ

**(S)ubjective:** See Above

**(O)bjective** (V/S): T: P: R: BP: WT:

**(A)ssessment:**

**(P)lan:** Inmate Does Not Qualify for Partials Because He Is Not Permanent Party

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CLF 1003 (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Dean E. Farrow Date of Request: 12.1.03

ID # 111719 Date of Birth: [redacted] Location: 98/80

Nature of problem or request: I need diabetic shoes and I need to see the dentist. Thank you

Dean Effanage Farrow
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 12/2/03
Time: 7:00 AM PM
Allergies: NKA

RECEIVED
Date: 12-1-03
Time: 2:10p
Receiving Nurse Intials: MM

WT-222 BP 120/80 P-100 18 96.4

**(S)ubjective:** "I need to see the Dentist and I need some Diabetic Shoes."

**(O)bjective** B/M amb to hcu c steady gait. A,OX3. Resp. even and unlabored, skin warm and dry to touch. Requests to see Dentist to have Denture adjusted. Request Diabetic Shoes.

**(A)ssessment:** Reports no foot problems. No blister to feet. Ulcer noted to feet. Skin intact to feet.

**(P)lan:** Refer to Dental
Refer to MD

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ✓ ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

J McKinnon LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Dean Efforage Tarnez Date of Request: 4/19/05
ID # 111719 Date of Birth: [redacted] Location: West-127
Nature of problem or request: I need to see the dentist because I do not have partial denture, and I need them.
Thank you.

Dean Efforage Tarnez, 111719
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 4/21/05
Time: 8:50 (AM) PM
Allergies: ____________

RECEIVED
Date: 4/21/05
Time: 7:00A
Receiving Nurse Intials: JH

**(S)ubjective:**

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

**(A)ssessment:**

**(P)lan:** NO SHOW

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

J. Woody [illegible]
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

DON

**Prison Health Services**

## Inmate Informal Grievance

Dean E. Farrow — NAME

111719 — AIS #

West-127 — UNIT

4-29-05 — DATE

**PART A---Inmate Complainant**

During 9:38 am - 4.29.05 - the dental hygenist ask me to sign a consent form before giving me a (rewritten) sheduled dental cleaning. Because of the circumstances I am facing with said area of your medical department, and the language of the consent form, I request a waiver form to refuse the treatment. While I was filling out the appropriate spaces of the waiver form the hygenist took the waiver from me and destroyed it saying: you don't have to write the reason, I don't want that on my record. She said, "Here is another one, now just sign it. There's (isn't) anywhere that says reason, and if you don't sign it I'll fill it out. I wish to fill out a waiver in this matter. I have a legal right to fill out a waiver.

Dean E. Farrow, 111719

INMATE SIGNATURE

**PART B –RESPONSE** DATE RECEIVED 5-2-05

Our dental consent forms do not have an area for refusal - that is why you were given the release of responsibility form to sign. There is an area to fill out on this form why - reasons for refusal. You refused to sign this form. If you are having problems with your teeth or partials please consent to treatment. We cannot help you without your consent.

L. Lawrence RN HSA

MEDICAL STAFF SIGNATURE

5-2-05

DATE

**If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Ms. Wilson.

I was scheduled to visit the psychiatrist @ 1:00 (or 1:30) P.M. February 22, 2006, but I visited her @ or about 4:30 P.M. because she was late seeing her patients — in "Admin" and Officer Calhoun was on duty during said time.

I refused treatment, but Nurse Flowers said she did not have any "waiver" (Release of Responsibility) forms and that she'd get me one later. She did not.

Therefore, I am here upon requesting — respectfully — that you notify the psychiatrist (Dr. Benjanee (?)) and Nurse Flowers about the waiver I am submitting to you this 27th day of February 2006, and that you — allow them to read it if they wish — Specifically, place this waiver in my medical record, please.

I should not have this problem, but if for any reason you can't personally assure that the said waiver is in my record, Please send it back — that I may move to the next procedure.

Thank you.

Inmate: Dean E. Farrow
AIS: 111719 — Bed 9B-110



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Dean E. Farrow, #111719

Date of Birth: [redacted] Social Security No.: [redacted]

Date: 12.19.05 Time: 8:40 A.M.

This is to certify that I, DEAN E. FARROW (Print Inmate's Name), currently in custody at the ECF (Print Facility's Name), am refusing to accept the following treatment/recommendations: I am absolutely afraid to sit in that dental chair. (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Dean E. Farrow, #111719 (Signature of Inmate)** — Rosie Moore RDT (Signature of Medical Person)

(Witness) — (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 4-27-04 | | | Pt was in HCU AM, Advised pt he had 1:00PM appt for Dental Hygiene appt. Pt stated he would return at 1:00PM. Pt refused to be seen upon return + refused to sign waiver | | |
| 12/19/05 | | | Refused Dental Hygiene appointment — AHM | | |

LAST NAME: [illegible]row FIRST: Dean MIDDLE

2

DOB R/S ID NO



DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|
| RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT<br>32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 | RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT<br>32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 |
| Date of Initial Examination | Initial Classification |

Oral Pathology .......................................... Gingivitis ______
Vincent's Infection ______
Stomatitis ______
Other Findings ______

Occlusion ______

Roentgenograms .......................................... Periapical ______
Bitewing ______
Other ______

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

**SERVICES RENDERED**

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 6-16-04 | | | Refused Annual exam | [illegible] | RDH |
| 4/29/05 | | | Refused annual exam + Cleaning. | [illegible] | RDH |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Farrow Dean | 111719 | [redacted] | B/m | Easterling |

PHS-MD-70015



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Dean Farrow

Date of Birth: [redacted]

Social Security No.: [redacted]

Date: 4-22-04 Time: 1:50 A.M. (P.M.)

This is to certify that I, Farrow, Dean (Print Inmate's Name), currently in custody at the Easterling (Print Facility's Name), am refusing to accept the following treatment/recommendations: Teeth cleaning (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Refuse to Sign Waiver
(Signature of Inmate)**

[signature]
(Signature of Medical Person)

C/O Thomas Bailey
(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



PRISON HEALTH SERVICES INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Farrow, Dean # 111719

Date of Birth: [redacted] Social Security No.:

Date: 6-16-04 Time: 9:00 (A.M.) P.M.

This is to certify that I, Farrow, Dean (Print Inmate's Name), currently in custody at the Easterling Correctional (Print Facility's Name), am refusing to accept the following treatment/recommendations: Dental treatment - I am not willing to accept treatment at this facility at this time. (Specify in Detail)

Dental Exam

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Dean E. Farrow, 111719 (Signature of Inmate)** — L McGhee RDH (Signature of Medical Person)

(Witness) — [signature] (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



PRISON HEALTH SERVICES INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Dean Effarage Farrow

Date of Birth: [redacted] Social Security No.: [redacted]

Date: May 3, 2005 Time: 11:30 AM A.M. (circled) / P.M.

This is to certify that I, Dean Effarage Farrow / Dean E. Farrow (Print Inmate's Name), currently in custody at the Kilby Correctiona Facility (Print Facility's Name), am refusing to accept the following treatment/recommendations: During 4-29-05 I refused to accept dental treatment because I did not agree with the language of the consent form and because of my previous encounters with Dr. Marvin West and the circumstance by which I was placed Thank you (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Dean E. Farrow, 111719 (Signature of Inmate)** — L. Lawrence RN HSA (Signature of Medical Person)

Willie E. Lawrence, COT (Witness) — ______ (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Dean Efforage Farrow Date of Request: 08.20.04
ID # 111719 Date of Birth: [redacted] Location: 10.B.20
Nature of problem or request: I need my bottom removable partial denture. They are in the dentist office somewhere. The dentist, before Dr. Maxwell went returned, said he'd look for something at his office to fix them with.

Dean Efforage Farrow
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/23/04
Time: 9:00 AM PM
Allergies: NKA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: ______

**(A)ssessment:**

**(P)lan:** On list for P/P

Refer to: MD/PA Mental Health (Dental) Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Y. Blackmon
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



7005 1160 0002 7981 3440

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
CLIO AL 36017 OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.06 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.11 |

0136
06
Postmark Here
11/23/2005

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
PS Form 3800, June 2002 See Reverse for Instructions

7005 1160 0002 7981 3457

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
MONTGOMERY AL 36130 OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.34 |

0136
06
Postmark Here
11/23/2005

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
PS Form 3800, June 2002 See Reverse for Instructions

Return

# INMATE REQUEST SLIP

Name Dean Effrage Farrow Quarters 9B-10 Date 3/7/06

AIS # 111719

( ) Telephone Call ( ) Custody Change ( ) Personal Problem

( ) Special Visit ( ) Time Sheet (✓) Other Affirmation

Briefly Outline Your Request - Then Drop In Mail Box

Mr. Wilson,

on or about 2.27.06 I forward you a waiver (Release of Responsibility form) - where upon I refused to accept Dr. Banerjee offer and belief that I should use certain types and dosages of psycho-tropic medication - on or about 2.22 or 2.23.06 - I need for you to acknowledge receiving said waiver, placing it on record, or giving it to Dr. Banerjee. Thank you.

Do Not Write Below This Line - **For Reply Only**

Mr. Farrow, this was given to mental Health department to take care of. K Wilson, RN/HSA, 3/17/06.

Approved Denied Pay Phone Collect Call

Request Directed To: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

MAR 17 2006

N176



PRISON HEALTH SERVICES INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: Dean Effarage Farrow, #111719-9B-110

Date of Birth: [redacted] Social Security No.: [redacted]

Date: February 22, 2006 Time: 4:30 pm. (late appointment) A.M. / P.M.

This is to certify that I, DEAN EFFARAGE FARROW, #111719-9B-110 (Print Inmate's Name), currently in custody at the EASTERLING CORRECTIONAL FACILITY (Print Facility's Name), am refusing to accept the following treatment/recommendations: (Specify in Detail) The psychiatrist is trying to force me to take psychotropic drugs in an effort to cause me to get in the dentist treatment chair, against my will. I don't believe psychotropic medication is the proper treatment for my problems, and it is absolutely wrong for Nurse Flowers to continue her placements of non compliance statements in my medical record under the circumstances. I have a legal right to refuse treatment, though she nor the psychiatrist would give me the required release form. I do not wish to see this institution's psychiatrist about any problem(s) I may or may not have. Thank you.

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare. — As far as is legal.

Dean Effarage Farrow, #111719
(Signature of Inmate)**

(Signature of Medical Person)

Edmund Carroll #234999
(Witness)

Carroll Edmund
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# PSYCHIATRIC PROGRESS NOTES

DATE: 12/7/05 TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
|---|---|---|
| | Mildly depressed mood | 0-1 / 0 |
| | Paranoia | 0-1 / 3 |
| | Delusional thought | 0-1 / 3 |
| | Distrusting everyone | 0-1 / 3 |
| | Difficulty coping/adjusting | 1-2 / 0 |

Medications: Im does not want to take any psychotropic meds — Informed Consent

Compliance: Inmate report % vs MAR % wants counseling from mental health

In addition to the information in the tables above and below, then inmate-patient:

S "I am doing okay but I feel sad every now and then. I don't want to go to the Dentist. I am afraid of him. I want a different Dentist."

Side effects:

O IM kept talking about his teeth and Dentist. Reported ∅ other sxs of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other concerns. A+Ox3. Mood somewhat irritable mood noted at times. Affect mildly angry affect noted occasionally. Thought process logical ∅ loose associations noted at present time.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | ? | ∅SI, ∅HI, mild paranoia(?), mild delusion(?) |
| Serious Depression | ✓ | | mild sxs. of depression noted at times |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: his current stress c̄ his teeth. |

Lab info: None Labs Ordered: ____ Labs Reviewed: ____ AIMS:? ____

*ASSESSMENT*/Diagnosis (DSM-IV)

Adjustment D/O c̄ Depressed mood
Delusional D/O (Rule out)

*PLAN:* Im clinically stable. Does not want to be on any psychotropic meds. Will continue counseling. RTC 90 days for follow up. Continue care.

Return to clinic: RTC 90 days Print Last Name: DR. BANERJEE Sign: S Banerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| FARROW, DEAN | 111719 | | B/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

9B-114

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - SEPTEMBER 1, 2005
(COU122)

AIS #: 00111719B SSN: 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 RACE/SEX: B/M DATE OF BIRTH: 04/26/1952
NAME: FARROW, DEAN CUSTODY: MED9 SECURITY LEVEL: 4
INST: EASTERLING CORRECTIONAL CENT TIME SRVD: 08Y00M26 LAST DISC: 12 09 1999
CRME: DIST CONTROL SUBSTANCE MIN REL DT: 99/99/9999 ACTIVE DET: 0

DISC: INSUBORDINATION PRL CONS: 06/01/2006 EDUCAT LEV: 12

WL/PGM: Kitchen 2 PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: Easterling RECOMMENDED CUSTODY: MED

JUSTIFICATION: Annual Review: Violent Offender serving a life term for UDCS (2 counts). Subject sold a $20 piece of crack cocaine to a Drug Task Force Agent. PSI available. Priors; Extensive Criminal Record to include 1974/Robbery + Assault w/Intent to Murder, 1992/Criminally Negligent Homicide. No detainers or escapes noted. Polysubstance abuser w/12/04 CBSAP completion @ Easterling. No consistent AA/NA attendance. Requesting CRB determination for Restricted Status

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: LCF1, BCF1, COLTS ADAA S/L: ____

[signature] 09-26-05 [signature] 7-26-05
CLASSIFICATION SPECIALIST DATE WARDEN OR DESIGNEE DATE

Brian Mitchell 9-26-05 [signature] 9/26/05
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: ______ REASONS: ______

CRB MEMBER DATE

___ APPROVED ___ DENIED; DIVERTED TO: ______ REASONS: ______

CRB MEMBER DATE

**ADDITIONAL COMMENTS**

**NAME** Lauon, Dean **AIS** B/111719B

**INTERVIEWING SPECIALIST** Tyrone L. Bauns, #161

**DATE** 09/26/2005

based on 1974/Assault w/Intent to Murder, 1992/ Criminally Negligent Homicide. Recommend no change in custody based on overall criminal record & nature of Subject's crimes.