IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEAN EFFARAGE FARROW, 111719   )
    PLAINTIFF )
     )
V.   )   2:06-CV-360-ID
     )
DONALD CAMPBELL, **_FORMER COMMISIONER_** , ET. AL. )
    DEFENDANTS)

## MOTION TO AMEND

  Comes now the Plaintiff in the above styled cause and respectfully request this Honorable Court to allow the Plaintiff to amend each of the parties mentioned in the supplemental response, but are not listed in the amended complaint of the Plaintiff. As ground for this respectful request the Plaintiff states the following.

1. The Plaintiff does not know the true name of the dental hygienist in this matter.
2. The Plaintiff doesn't know the name of each Defendant
3. Munz v. Parr, 758 F. 2d 1154, 1257 (8th Cir. 1985 )

                            RESPECTFULLY SUBMITTED THIS 29TH DAY OF AUGUST 2006.

                            DEAN EFFARAGE FARROW,111719
                                  PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


Dean Effarage Farrow, 111719
  P. O. Box 780032
Tallassee, Alabama 36078


**CERTIFICATE OF SERVICE**


I certify that I have served a copy of the foregoing upon:

1. OFFICE OF THE CLERK
   UNITED STATES DISTRICT COURT
       P. O. BOX 711
   MONTGOMERY, ALABAMA 36101-O711

2. DONALD CAMPBELL, FORMER COMMISSIONER
   101 SOUTH UNION STREET
   MONTGOMERY, ALABAMA 36104

3. GWENDOLYN MOSLEY, WARDEN;
4. CAPTAIN KNOX ; and
5. SEGEANT BRYANT
   EASTERLING CORRECTIONAL FACILITY
   200 WALLACE DRIVE
   CLIO, ALABAMA 36017

6. L. LAWERECE, RN-HSA
   KILBY CORRECTIONAL FACILTY
      P. O. BOX 150
   MOUNT MEIGS, ALABAMA 36057

7. STATE OF ALABAMA

1

   ATTORNEY GENERAL
   11 SOUTH UNION STREET
   MONTGOMERY, ALABAMA 36130-0152

8. ALABAMA DEPARTMENT OF CORRECTIONS
   LEGAL DIVISION
   P. O. BOX 301501
   301 SOUTH RIPLEY STREET
   MONTGOMERY, ALABAMA 36130- 1501

By placing a copy of the for going to each of the said in the United States Mail, properly postaged , and properly addressed this 29th day of August, 2006.

                                      */s/ Dean E. Farrow*
                                      <u>DEAN EFFARAGE FARROW, 111719</u>
                                               PLAINTIFF