IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 AUG 31  A  9: 28


Dean Effarage Farrow, 111719
   P. O. Box 780032
Tallassee, Alabama 36078



August 28, 2006



Donald Campbell, Former Commissioner
101 South Union Street
Montgomery, Alabama 36104


RE: Address Change

Case Styled: Dean Effarage Farrow, 111719
                        Plaintiff
              v.
                 Donald Campbell, Former Commissioner, et al.,
                        Defendants
Case Number: 2: 06-CV- 360 ID



The Plaintiff has changed his address to the above said address. Please forward any
and all of the Plaintiff's mail to the above said postal address until further notice.



Respectfully submitted this 29th day of August 2006.

DEAN EFFARAGE FARROW, 111719
                 PLAINTIFF