IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DEAN EFFARAGE FARROW, #111 719 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-360-ID |
| FORMER COMMISSIONER, | * |
| DONAL CAMBPELL, *et al.*, | |
| | * |
| Defendants. | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to amend complaint, and as the motion is untimely, (*see* Doc. No. 6 at ¶4(f)), it is

ORDERED that motion (Doc. No. 26) be and is hereby DENIED.

Done this 5th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE