IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DEAN EFFARAGE FARROW, #111 719 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-360-ID |
| FORMER COMMISSIONER, | * |
| DONAL CAMBPELL, *et al*., | |
| | * |
| Defendants. | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion to Amend Response and/or Re-enter Supplemental response. To the extent Plaintiff seeks to amend the complaint to assert new allegations, it is

ORDERED that the motion (Doc. No. 29) be and is hereby DENIED.

To the extent Plaintiff's motion to amend response is more appropriately construed as a motion to correct certain matters related to his opposition filed August 31, 2006, it is

ORDERED that the motion (Doc. No. 29) be and is hereby GRANTED.

To the extent the pending motion may be construed as a request to file a supplemental opposition out-of-time, and for good cause, it is

ORDERED that the motion (Doc. No. 29) be and is hereby GRANTED. Plaintiff is advised that the deadline for filing an opposition to Defendants written reports has expired and no further requests for additional time to file a further response shall be entertained by

the court.

Done this 11th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE