IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN FARROW, #111719, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:06-cv-360-D** |
| | ) |
| FORMER PRISON COMMISSIONER | ) |
| DONAL CAMPBELL, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Gwendolyn Mosley*, *Captain Knox*, and *Sergeant Bryant*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____  _____

_____  _____

_____  _____

_____  _____

12/12/2007                                     /s/ Bettie J. Carmack
Date                                           Counsel Signature

                                               **Gwendolyn Mosley, Captain Knox, and**
                                               **Sergeant Bryant**
                                               Counsel for (print names of all parties)

                                               11 South Union Street Montgomery, AL 36130
                                               Address, City, State Zip Code

                                               334-353-5305
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 12th day of December 2007, to:

**Dean Effarage Farrow**
**506 First Avenue**
**Tallasee, Alabama 36078**

| | |
|---|---|
| 12/12/2007 | /s/Bettie J. Carmack |
| Date | Signature |