*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF ALABAMA*
*NORTHERN DIVISION*

*DEAN EFFARAGE FARROW, #111719,*     )
                 )
  *Plaintiff,*           )
*v.*                ) **2:06 -CV - 360 *ID***
                 )
**DONALD CAMPBELL, FORMER COMMISSIONER , ET. AL,** )
   *Defendants*

## CONFLICT DISCLOSURE STATEMENT

 COMES NOW the Plaintiff, Dean Effarage Farrow (Farrow), in the above style cause, and respectfully submit this *Conflict Disclosure Statement to this Honorable Court.* Wherein said case stating Farrow is an individual party stating said claim.
  Hence, there are no entities to be reported in this matter (though exceptions is given to Farrow's immediate beneficiaries' concerns - Mother, Father, Brothers, Sisters, ).

       Respectfully submitted this 29th day of January 2008.

         /s/ Dean Effarage Farrow
          Plaintiff
         P.O. Box 780032
         Tallassee, Alabama 36078
         Ph. 334 - 283 - 1141

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF ALABAMA*
*NORTHERN DIVISION*

*DEAN EFFARAGE FARROW,#111719,*                    )
                                                   )
              *Plaintiff,*                         )
  *v.*                                             ) *2:06 -CV- 360 ID*
                                                   )
**DONALD CAMPBELL, FORMER COMMISSIONER , ET. AL,** )
              *Defendants*

## CERTIFICATE OF SERVICE

   I, Dean Effarage Farrow, hereby certify that I have forward a true copy of the foregoing to the following counsel of record by use of the United States Postal Services, properly addressed , and postage on this 29th day of January 2008.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT
MONTGOMERY, ALABAMA 36101-0711

**Defendant**                                      Alabama Attorney General's Office
Donald Campbell                                    *11 South Union Street*
*Former* Commissioner and in his                   Montgomery, Al. 36130
individual capacity acting under color
of law

**Defendant**                    represented by    Bettie J . Carmack
**Gwendolyn  Mosley**                              Alabama Attorney General's Office
*Warden; in her individual capacity*               *11 South Union Street*
acting under color of law                          Montgomery, Al. 36130
                                                   334 -353 -5305
                                                   Fax: 334 -242 -2433

Email: bcarmack@ago. state.al.us
ATTORNEY TO BE NOTICE

**Defendant**                         represented by    Bettie J . Carmack

Captain Knox and in his
  individual capacity acting under color
  of law

**Defendant**                         represented by    Bettie J . Carmack
Sgt. Bryant and in his
individual capacity acting under color
  of law

**Defendant**                         represented by  Lewis Peyton Chapman, III
L. Lawrence R.N.; in her individual                    Rushton Stakely Johnston &Garrett PC
capacity acting under color of law                        P.O. Box 270
                                                       Montgomery, Al 3601-0270
                                                       334 - 206 - 3225
                                                       Fax: 262- 6277
                                                       Emai: ɪpcɯrsɪg.com
                                                       LEAD ATTORNEY
                                                       ATTORNEY TO BE NOTICE

Respectfully submitted this 29th day of January 2008.

/s/ Dean Effarage Farrow
Plaintiff
  P.O. Box 780032
Tallassee, Alabama 36078
Ph. 334 - 283 - 1141