IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN EFFARAGE FARROW ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06cv0360-ID |
| v. ) | WO |
| ) | |
| ) | |
| DONAL CAMPBELL - FORMER ) | |
| COMMISSIONER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge and Plaintiff's Objections. (Doc. Nos. 33 and 34). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Defendants' motions for summary judgment (Doc. Nos. 16 and 21) be and the same are hereby GRANTED and this action is hereby DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this 30th day of May, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE