IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEAN EFFARAGE FARROW )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DONAL CAMPBELL - FORMER )<br>COMMISSIONER, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 2:06cv0360-ID<br>WO |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of Defendants, and against Plaintiff Dean Effarage Farrow and that

Plaintiff take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and

the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 30th day of May, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE