UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_northern_ DIVISION

RECEIVED
2008 JUN 30 P 1:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dean Effarage Farrow, #117/9

    Plaintiff,

vs.

Former Commissioner Donal Cambpell, et al.,

    Defendant.

CIVIL ACTION NO. 2:06-CV-360-ID

## NOTICE OF APPEAL

Notice is hereby given that _Dean Effarage Farrow, #117/9_ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the _Judgement_ entered in this action on the _30_ day of _May_, _2008_.

_Dean E. Farrow_
Signature

_06-30-08_
Date of Signature

_P.O. Box 780032_
_Tallassee, Alabama 36078_
Address