IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEAN EFFARAGE FARROW          )
                              )
          Plaintiff,          )
                              )          Civil Action No. 2:06cv0360-ID
v.                            )          WO
                              )
                              )
DONAL CAMPBELL - FORMER       )
COMMISSIONER, *et al.*,       )
                              )
          Defendants.         )

## ORDER

On June 30, 2008, Plaintiff's notice of appeal and motion to proceed on appeal *in forma pauperis* were docketed in the above-styled case.  (Doc. Nos. 37-38.)  For the reasons to follow, the court finds that the motion is due to be denied.

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  In making this determination as to good faith, the court must use an objective standard, such as whether the appeal is "frivolous," Coppedge v. United States, 369 U.S. 438, 445 (1962), or "has no substantive merit."  United States v. Bottoson, 644 F.2d 1174, 1176 (5th Cir. Unit B. May 15, 1981) (per curiam).

Applying this standard, the court is of the opinion, for the reasons stated in the recommendation of the magistrate judge, that Plaintiff's appeal is without a legal or

factual basis and, thus, is frivolous and not taken in good faith.  See Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam).  Accordingly, it is

CONSIDERED and ORDERED that Plaintiff's motion to proceed on appeal *in forma pauperis* be and the same is hereby DENIED and that the appeal in this cause is hereby certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE this 1st day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

2