Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY AL 36104-4055

July 17, 2008

**Appeal Number: 08-13776-G**
Case Style: Dean Effarage Farrow v. Donal Campbell
District Court Number: 06-00360 CV-I-N

TO:   Dean Effarage Farrow (AIS 111719)

CC:   Debra P. Hackett

CC:   Bettie J. Carmack

CC:   Richard B. Garrett

CC:   Lewis Peyton Chapman, III

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2008

Dean Effarage Farrow (AIS 111719)
PO BOX 780032
TALLASSEE AL 36078-0001

**Appeal Number: 08-13776-G**
Case Style: Dean Effarage Farrow v. Donal Campbell
District Court Number: 06-00360 CV-I-N

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis. Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule24 (a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule24 (a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DKT-6A (04-2007)